UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**Jade Riley Burch, Plaintiff**

v.

**HCA Healthcare, Inc., et al., Defendants**

Case No.: 2:25-cv-01408-JAD-MDC



### EXHIBIT COVER SHEET

**Filing Date:** August 11, 2025
**Filed By:** Plaintiff, Pro Se

### Exhibit Batch Index – Comprehensive Evidence Package

| Exhibit | Description | Impact Statement |
|---|---|---|
| F | Federal Guidelines – CMS, EMTALA, ACA §1557, Disability Protections | Establishes binding federal care standards; proves HCA violations are statutory, not subjective. |
| TT | Spoliation, Falsified Records, Missing Documentation – 48-Hour Obstruction Pattern (Southern Hills) | Shows intentional evidence destruction and record falsification within 48 hours of harm. |
| LL | Enterprise Retaliation Timeline – Negligence to Criminal Conspiracy | Demonstrates coordinated retaliation pattern across facilities over time. |
| GG | Federal Criminal Referral – RICO, Civil Rights, Healthcare Fraud | Directs DOJ/FBI to investigate criminal enterprise activity by HCA. |
| O | Enterprise Retaliation Protocol & Civil Rights Conspiracy Analysis | Maps HCA's systemic targeting of patients asserting legal rights. |
| P | Coordinated Corporate Retaliation Statement | Proves leadership-level planning of retaliation and harm. |
| III | Forensic Analysis – Coordinated Chemical Restraint Protocols | Technical proof of systematic misuse of chemical restraints across HCA Nevada. |
| III-2 | Coordinated Enterprise Harm Matrix – Multi-Hospital Failure Map | Connects multiple hospitals to identical misconduct patterns. |
| III-3 | Litigation Nexus Matrix – Evidence-to-Claim Crosswalk | Links exhibits directly to legal claims for judge/jury clarity. |

| Exhibit | Description | Impact Statement |
|---|---|---|
| AA | Director of Risk – Cinthya S. Cook Authority | Establishes Cook's central role in retaliation chain-of-command. |
| LLL | Involuntary Hold, Forced Sedation, Gender-Based Diagnostic Misuse | Proves gender discrimination in diagnosis and treatment. |
| V | Sunrise Risk Management & Patient Safety Compliance Report | Shows internal awareness of patient safety breaches. |
| U | Extended Retaliation Timeline – Multi-Facility Escalation | Expands retaliation pattern to multiple facilities and dates. |
| S | Systemic Patient Elimination Protocol | Details coordinated removal of targeted patients from care. |
| T | June Sunrise Letters – Prelitigation Complaints Triggering Retaliation | Demonstrates direct retaliation linked to legal notices. |
| R | Enterprise Risk Flag & Harm Protocol | Documents internal "flagging" of plaintiff as a liability target. |
| W | Declaration of Authenticity – All Exhibits | Certifies evidentiary integrity under penalty of perjury. |
| KKK | Enterprise Retaliation Protocol – Risk Flag, Sedation, Evidence Suppression | Ties harm events to suppression of incriminating records. |
| XX | B52 Chemical Restraint Misuse – Unjustified Sedation of Seizure Patient | Shows dangerous sedation without medical justification. |
| VV | $25 Test That Could Have Saved My Life – Sunrise Negligence | Proves fatal risk from ignoring low-cost diagnostic testing. |
| Y | Eyewitness Testimony – Southern Hills Abuse | First-hand account confirming abuse during hospitalization. |
| DD | Witness Declaration – Physical Restraints and Abuse | Corroborates unlawful restraint use at Southern Hills. |
| CC | Witness Declaration – Post-Discharge Condition | Shows lasting harm after unsafe discharge. |
| C | Summerlin Hospital – Diagnosed Sunrise Missed PE | Demonstrates causal link between Sunrise negligence and $436k damages. |
| X | Documentation Fraud & Lack of Accountability | Proves intentional omission/falsification of key medical facts. |
| Z | False Psychiatric Labeling – Insurance Fraud | Shows misuse of diagnoses to influence billing and avoid liability. |
| II | Federal Agency Enforcement Summary | Outlines penalties and exposure under multiple jurisdictions. |

2

| Exhibit | Description | Impact Statement |
|---|---|---|
| K | Annotated Federal Standards – CMS, CFR, U.S.C. | Maps exact legal language violated by HCA conduct. |
| J | Federal Patient Rights Framework – EMTALA, ADA, ACA | Frames plaintiff's rights under multiple federal statutes. |

**Declaration:**

I declare under penalty of perjury that the foregoing exhibit index is true and correct.

Dated: AUG 11 25

Signature: _____
**Jade Riley Burch**