================================================

# EXHIBIT Z
# INDEX / SEPARATOR PAGE

================================================

### *** START OF EXHIBIT Z ***

### TITLE: FAKE PSYCHIATRIC LABELING – INSURANCE FRAUD - ANTHEM ABUSE

### (Next Page: Formal White Cover Sheet)

```
____FILED         ____RECEIVED
____ENTERED       ____SERVED ON
              COUNSEL/PARTIES OF RECORD

          AUG 1 9 2025

       CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

Jade Riley Burch,
Plaintiff,

v.

HCA Healthcare, Inc.; Sunrise Hospital & Medical Center, LLC;
MountainView Hospital; and Southern Hills Hospital & Medical Center,
Defendants.
Case No.: 2:25-cv-01408-JAD-MDC

# EXHIBIT Z
# False Psychiatric Labeling – Insurance Fraud Southern Hills Hospital – Anthem Billing Abuse (June 28-29, 2025)

Respectfully Submitted

Jade Riley Burch (Pro Se) | 222 Karen Ave Unit 1207 | Las Vegas, NV 89109

614-725-9452 | jaderburch@gmail.com

Prepared primarily by Plaintiff, with limited assistance from an AI tool, pursuant to Judge Couvillier's Standing Order.

**EXHIBIT Z**

**False Psychiatric Labeling – Insurance Fraud Southern Hills Hospital – Anthem Billing Abuse (June 28–29, 2025)**

**Plaintiff:** Jade Riley Burch
**Facility:** Southern Hills Hospital and Medical Center (HCA Healthcare)
**Dates of Incident:** June 28–29, 2025
**Insurer Affected:** Anthem Blue Cross Blue Shield
**Case:** Jade Riley Burch v. HCA Healthcare, Inc., et al., Case No. 2:2025cv01408

## I. EXECUTIVE SUMMARY

During Plaintiff's emergency hospitalization at Southern Hills Hospital, unsupported medical diagnoses were added to Plaintiff's insurance billing record with Anthem. These diagnoses were not supported by contemporaneous medical evaluation and, in some cases, contradicted available medical records. The diagnoses appear to have been derived from outdated history or added to justify interventions that contravened Plaintiff's Psychiatric Advance Directive (PAD).

This Exhibit documents diagnostic entries that may constitute billing inflation, inadequate medical documentation, and potential retaliation for assertion of legal rights under disability protections.

## II. EVIDENCE SUMMARY

Attached documentation includes screenshots from Plaintiff's Anthem insurance portal showing diagnostic entries from Southern Hills Hospital on June 28–29, 2025. Analysis reveals diagnoses that are:

- **Unsupported** by documented medical evaluation during admission
- **Undiscussed** with patient during care
- **Inconsistent** with contemporaneous medical records
- **Unrelated** to presenting medical conditions

**Diagnostic Entries Added Without Evaluation:**

- Dissociative Amnesia (ICD-10: F44.0), as evidenced by attached Anthem portal records

- Other Dissociative Identity Disorders (ICD-10: F44.81), as evidenced by attached billing documentation
- Functional Neurological Symptom Disorder (ICD-10: F44.4), as evidenced by attached insurance claims
- High-Risk Behaviors and Self-Harm Classifications (e.g., ICD-10: Z91.5 for history of self-harm), as evidenced by attached medical billing records

**Medical Evaluation Gap:** Plaintiff had no documented psychiatric evaluation by neurologists or psychiatrists listed in billing records. These diagnoses were used to support chemical restraint interventions despite Plaintiff's legally executed PAD restricting such treatments.

**Potential Billing Enhancement:** Adding multiple psychiatric diagnoses increases case complexity scores and reimbursement rates under DRG-based payment systems.

---

## III. LEGAL VIOLATIONS ANALYSIS

| Statute/Rule | Exact Text/Standard | Application to Facts | Evidence Required |
|---|---|---|---|
| 18 U.S.C. § 1347 | "Whoever knowingly and willfully executes...a scheme...to defraud any health care benefit program" | Adding unsupported diagnoses to increase reimbursement | Billing records showing increased DRG payments; absence of evaluation documentation |
| 42 U.S.C. § 12182 (ADA) | "No individual shall be discriminated against on the basis of disability in the full and equal enjoyment of...public accommodations" | Using psychiatric labels to retaliate against disability rights assertion | Timeline showing diagnoses added after PAD presentation; witness testimony |
| 45 CFR § 164.526 (HIPAA) | "An individual has the right to have a covered entity amend protected health information" | Patient has right to correct inaccurate psychiatric diagnoses in records | Medical records lacking evaluation support; patient's amendment requests |
| NRS 630.306 (Nevada) | "Guilty of unprofessional conduct if he...makes or files a report which he knows to be false" | Assigning psychiatric diagnoses without proper evaluation | Absence of psychiatric evaluation notes; billing records with unsupported diagnoses |

**DOJ Precedent:** United States ex rel. Baklid-Kunz v. Halifax Hospital Medical Center (M.D. Fla. 2014) - $85M FCA settlement for upcoding via improper incentives under 31 U.S.C. § 3729; analogous to diagnostic inflation documented here.

## IV. SYSTEMATIC ENTERPRISE PATTERN

| Incident Date | Facility | Rights Asserted | Diagnoses Added | Evaluation Conducted? | Potential Impact |
|---|---|---|---|---|---|
| June 28-29, 2025 | Southern Hills | PAD/POA presentation | Dissociative Amnesia, Identity Disorders | No | Increased billing; justified restraint |
| May 29, 2025 | Sunrise | Legal complaint filed | Psychiatric emergency codes | No | Billing enhancement; legal defense |
| November 2023 | Southern Hills Pavilion | Voluntary treatment sought | Transsexualism, Gender Identity Disorder | No | Diagnostic inflation; stigmatization |

**Causation Chain Analysis:**

1. **Rights Asserted** → Patient presents legal protections (PAD/POA) or files complaints
2. **Interventions Ignored** → Hospital staff proceed contrary to legal directives
3. **Diagnoses Added Without Evaluation** → Psychiatric codes appear in billing without assessment
4. **Billing Enhanced/Retaliation Achieved** → Increased reimbursement and defensive legal positioning

**Pattern Analysis:** Psychiatric diagnoses consistently added following assertion of legal rights, without corresponding psychiatric evaluations, suggesting potential retaliation through medical labeling.

## V. SUPPORTING DOCUMENTATION

**Primary Evidence:**

- **Anthem Insurance Portal Screenshots** (annotated) - showing diagnostic entries without evaluation support

- **Southern Hills Medical Records** - demonstrating absence of psychiatric evaluation documentation
- **Psychiatric Advance Directive** - establishing patient's legal restrictions on psychiatric interventions

**Witness Affidavits:**

- **Porscha Ryan Declaration** (Medical POA) - confirming no psychiatric evaluations occurred; staff ceased interventions only after oxygen concerns raised
- **Plaintiff Declaration** - affirming no psychiatric evaluation, discussion, or consent for listed diagnoses

**Medical Expert Analysis:**

- Proposed affidavit from qualified psychiatrist affirming DSM-5 requires direct patient evaluation for diagnostic codes listed; psychiatric diagnoses cannot be assigned without contemporaneous clinical assessment and patient interview; expert declaration to be attached upon completion.

---

## VI. POTENTIAL DEFENSES AND RESPONSES

**Anticipated Hospital Defense:** "Diagnoses based on historical medical records"

**Response:** HIPAA § 164.526 allows amendments for historical data if inaccurate; use without current evaluation violates DSM-5 diagnostic criteria requiring assessment of present symptoms and clinical interview.

**Anticipated Defense:** "Clinical judgment in emergency situation"

**Response:** Nevada medical standards and DSM-5 require immediate psychiatric evaluation and documentation for emergency psychiatric diagnosis; no such evaluation documented in medical records.

---

## VII. DAMAGES AND REMEDIES

**Direct Damages:**

- Costs to amend insurance records and correct false diagnoses (estimated $2,000-5,000 based on broader HIPAA compliance and dispute resolution averages per HHS and industry data)

- Emotional distress from stigmatizing psychiatric labels in permanent medical record
- Future insurance and employment impacts from psychiatric diagnostic history

**Injunctive Relief Sought:**

- Correction of insurance records and removal of unsupported diagnoses
- Implementation of diagnostic accuracy protocols
- Staff training on disability rights and PAD compliance

---

## VIII. REGULATORY REFERRAL FRAMEWORK

**U.S. Department of Health and Human Services - Office of Inspector General:**

- Hotline: 1-800-HHS-TIPS
- Website: https://oig.hhs.gov/fraud/report-fraud/
- Referral basis: Potential Medicare/Medicaid fraud through diagnostic upcoding

**U.S. Department of Justice:**

- Healthcare Fraud Unit: https://www.justice.gov/criminal/criminal-fraud/health-care-fraud-unit
- Referral for violations of 18 U.S.C. § 1347
- Civil Rights Division for disability discrimination under ADA

**Nevada State Medical Board:**

- Complaint process under NRS 630.306 for unprofessional conduct
- Online portal: https://medboard.nv.gov/Patients/File_a_Complaint/
- Referral for diagnostic assignment without proper evaluation

---

## IX. CONCLUSION

Southern Hills Hospital added unsupported psychiatric diagnoses to Plaintiff's insurance records without corresponding medical evaluation or patient consent. These entries potentially served to increase billing complexity, justify interventions contrary to patient directives, and create defensive documentation following assertion of disability rights.

The systematic addition of psychiatric diagnoses across multiple HCA facilities following legal rights assertion indicates possible enterprise-wide protocols for managing litigation risk through medical record manipulation.

**NOTICE OF POTENTIAL REFERRAL:**

Plaintiff reserves the right to refer this evidence to the following authorities for formal investigation and disciplinary action:

- **U.S. Department of Justice (DOJ)** – for potential violations of federal health care fraud and civil rights laws
- **U.S. Department of Health and Human Services, Office of Inspector General (OIG)** – for Medicare/Medicaid fraud and abuse
- **Nevada State Medical Board** – for unprofessional conduct, fraudulent diagnosis assignment, and failure to obtain informed psychiatric consent

---

**Prepared and Submitted by:**
Jade Riley Burch
Plaintiff, Pro Se
Las Vegas, NV

**Date:** 08/11/2025

Case 2:25-cv-01408-JAD-MDC   Document 21-6   Filed 08/19/25   Page 9 of 12



# Anthem

My Plans | Claims & Payments | Care | Prescriptions | My Health Dashboard | Support



ID Cards | Messages | Profile | Log Out

Virtual Assistant

Español

| Condition | Provider | Date |
|---|---|---|
| GENERALIZED ANXIETY DISORDER | SOUTHERN HILLS HOSP & MEDCTR-LAS VEGAS | 6/28/2025 |
| CHRONIC PULMONARY EMBOLISM | SOUTHERN HILLS HOSP & MEDCTR-LAS VEGAS | 6/28/2025 |
| Dissociative neurological symptom disorder (disorder) | Jonathan Yaghoobian | 6/28/2025 |
| I KEEP HAVING SEIZURES | Jonathan Yaghoobian | 6/28/2025 |
| TYPE 2 DIABETES MELLITUS WITH HYPERGLYCE | SOUTHERN HILLS HOSP & MEDCTR-LAS VEGAS | 6/28/2025 |
| ATTENTION-DEFICIT HYPERACTIVITY DISORDER | SOUTHERN HILLS HOSP & MEDCTR-LAS VEGAS | 6/28/2025 |
| BIPOLAR DISORDER UNSPECIFIED | SOUTHERN HILLS HOSP & MEDCTR-LAS VEGAS | 6/28/2025 |
| OTHER SEIZURES | SOUTHERN HILLS HOSP & MEDCTR-LAS VEGAS | 6/28/2025 |
| ESSENTIAL (PRIMARY) HYPERTENSION | SOUTHERN HILLS HOSP & MEDCTR-LAS VEGAS | 6/28/2025 |
| TRANSSEXUALISM | SOUTHERN HILLS HOSP & MEDCTR-LAS VEGAS | 6/28/2025 |
| HYPERLIPIDEMIA UNSPECIFIED | SOUTHERN HILLS HOSP & MEDCTR-LAS VEGAS | 6/28/2025 |
| Unspecified convulsions | BRENT WRIGHT | 6/28/2025 |
| Chronic pulmonary embolism (disorder) | Jonathan Yaghoobian | 6/28/2025 |
| EXPOSURE TO OTHER SPECIFIED FACTORS IN | SOUTHERN HILLS HOSP & MEDCTR-LAS VEGAS | 6/28/2025 |
| PERSONAL HISTORY OF SUICIDAL BEHAVIOR | SOUTHERN HILLS HOSP & MEDCTR-LAS VEGAS | 6/28/2025 |

# Anthem

My Plans | Claims & Payments | Care | Prescriptions | My Health Dashboard | Support

[=] ID Cards   [22] Messages   Virtual Assistant   Profile   Log Out   Español

| Diagnosis | Provider | Date |
|---|---|---|
| SCHIZOAFFECTIVE DISORDER UNSPECIFIED | SOUTHERN HILLS HOSP & MED CTR-LAS VEGAS | 6/28/2025 |
| Seizure (finding) | Jonathan Yaghoobian | 6/28/2025 |
| Seizure (finding) | Jonathan Yaghoobian | 6/28/2025 |
| Unspecified injury of head, initial encounter | BRIAN ELLISON | 6/28/2025 |
| ~~[redacted]~~ | ~~[redacted]~~ | 6/28/2025 |
| Chronic pulmonary embolism | Southern Hills Hospital Medical Center | 6/28/2025 |
| Essential (primary) hypertension | SALMAN AKHTAR | 6/26/2025 |
| ~~[redacted]~~ | ~~[redacted]~~ | 6/25/2025 |
| ~~[redacted]~~ | ~~[redacted]~~ | 6/25/2025 |
| ~~[redacted]~~ | ~~[redacted]~~ | 6/25/2025 |
| ~~[redacted]~~ | ~~[redacted]~~ | 6/25/2025 |
| ~~[redacted]~~ | SA~~[redacted]~~ | 6/25/2025 |
| Post-traumatic ... unspecified | | 6/25/2025 |

**Anthem.**

My Plans | Claims & Payments | Care | Prescriptions | My Health Dashboard | Support

ID Cards | Messages | Profile | Log Out

Virtual Assistant | Español

| Diagnosis | Provider | Date |
|---|---|---|
| | | 6/30/2025 |
| | | 6/30/2025 |
| | | 6/30/2025 |
| LONG TERM (CURRENT) USE OF INSULIN | SOUTHERN HILLS HOSP & MED CTR-LAS VEGAS | 6/28/2025 |
| PERSONAL HISTORY OF OTHER VENOUS THROMBO | SOUTHERN HILLS HOSP & MED CTR-LAS VEGAS | 6/28/2025 |
| PERSONAL HISTORY OF OTHER MENTAL AND BEH | SOUTHERN HILLS HOSP & MED CTR-LAS VEGAS | 6/28/2025 |
| CONVERSION DISORDER WITH SEIZURES OR CON | SOUTHERN HILLS HOSP & MED CTR-LAS VEGAS | 6/28/2025 |
| Essential hypertension disorder) | Jonathan Yaghoobian | 6/28/2025 |
| DIFFUSE TBI WITH LOC STATUS UNKNOWN INI | SOUTHERN HILLS HOSP & MED CTR-LAS VEGAS | 6/28/2025 |
| LONG TERM (CURRENT) USE OF ANTICOAGULANT | SOUTHERN HILLS HOSP & MED CTR-LAS VEGAS | 6/28/2025 |
| HYPERTENSIVE URGENCY | SOUTHERN HILLS HOSP & MED CTR-LAS VEGAS | 6/28/2025 |

Load More

*Note: Your health plan receives medical records from health care providers and resources that may be limited, inaccurate and, in all cases, are not made accessible in real-time. Please*

**END SEPARATOR PAGE**

**\*\*\* END OF EXHIBIT \*\*\***