# EXHIBIT KKK

# INDEX / SEPARATOR PAGE

## *** START OF EXHIBIT KKK ***

## TITLE: ENTERPRISE RETALIATION PROTOCOL RISK FLAG, CHEMICAL RESTRAINT, AND EVIDENCE SUPPRESSION TIMELINE

**(Next Page: Formal White Cover Sheet)**

✓ FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
AUG 19 2025
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

Jade Riley Burch,
Plaintiff,

v.

HCA Healthcare, Inc.; Sunrise Hospital & Medical Center, LLC;
MountainView Hospital; and Southern Hills Hospital & Medical Center,
Defendants.
**Case No.: 2:25-cv-01408-JAD-MDC**

# EXHIBIT KKK
## Enterprise Retaliation Protocol Risk Flag, Chemical Restraint, And Evidence Suppression Timeline

Respectfully Submitted

Jade Riley Burch (Pro Se) | 222 Karen Ave Unit 1207 | Las Vegas, NV 89109

614-725-9452 | jaderburch@gmail.com

# EXHIBIT KKK – ENTERPRISE RETALIATION PROTOCOL RISK FLAG, CHEMCIAL RESTRAINT, AND EVIDENCE SUPPRESSION TIMELINE

**HCA Healthcare, Inc. – Risk Flag Retaliation Evidence**
**Prepared by:** Jade Riley Burch, Pro Se Plaintiff
**Date:** August 11th 2025

## EXECUTIVE SUMMARY

Evidence demonstrates that HCA Healthcare, Inc. implemented a retaliatory risk management protocol following Plaintiff's pre-litigation communications. This protocol deprived the Plaintiff of safe, standard medical care and subjected her to coercive, harmful measures that bear the hallmarks of a coordinated "defensive medicine" strategy designed to mitigate corporate liability by silencing and discrediting a patient-complainant.

This exhibit documents:

- The timeline of corporate notifications and subsequent retaliatory treatment.
- Enterprise-level risk flagging practices likely propagated across HCA's network.
- Unjustified use of chemical and physical restraints resulting in life-threatening conditions.
- Systematic record falsification suggesting an orchestrated cover-up.
- Witness corroboration of abnormal staff behavior, secretive discussions, and failure to follow federal patient rights laws.

## RISK FLAG RETALIATION TIMELINE

- **June 22, 2025:** Plaintiff sends a formal pre-litigation email to HCA corporate risk management (Cinthya S. Cook, MSN/MHA, BSBA, RN, CPPS), notifying the company of intent to sue for Sunrise Hospital's missed PE diagnosis.
- **June 26, 2025:** Plaintiff sends a second email threatening media exposure of HCA's systemic negligence.

- **June 28, 2025:** Southern Hills Hospital deploys immediate, unjustified restraints and chemical sedation within 48 hours of these emails. Actions included:
    - 24/7 waist restraints without documented medical necessity or consent.
    - Ativan + Oxycodone (FDA black box warning combination) administered despite no pain complaints documented in the medical record.
    - 32 seizures in 48 hours, many triggered by overmedication, with delayed emergency responses of 5–7 minutes.
    - Medical POA (Porscha Ryan) was intentionally excluded from critical treatment discussions, and staff conversed "in the hall" rather than in front of her or the patient.

## FALSE PRETENSE OF MEDICAL CARE

Southern Hills' conduct created the appearance of medical treatment while executing a risk-control strategy designed to incapacitate the Plaintiff:

- Unnecessary medications were administered solely for sedation, not symptom relief.
- Fictitious diagnoses such as "Traumatic Brain Injury (TBI)" were listed, despite a CT scan showing no intracranial abnormality.
- Medical records omitted all restraint orders, continuous monitoring logs, and seizure episodes, violating 42 CFR § 482.13(e) (Patient Rights).
- Staff statements like "Doctor requested to keep me in restraints 24/7" contrasted with the total absence of physician orders in the chart, proving intentional record falsification.

## WITNESS TESTIMONY

### Porscha Ryan – Medical POA & PAD Agent

- Witnessed staff ignoring life-threatening oxygen desaturation (60s) and cyanosis ("Your lips were like purple and blue").
- Heard staff dismiss these symptoms as "normal," which aligns with a "deny and document nothing" risk-control approach.

- Documented multiple seizures, delayed nursing responses, and hostile treatment toward the Plaintiff.
- Audio transcript evidence: "Since when is that normal?" (direct challenge to staff neglect).

## PATTERN OF ENTERPRISE CONDUCT

- **Risk Management Flagging:** Emails to Cinthya S. Cook appear to have triggered a network-wide alert, marking Plaintiff as a litigation threat across all HCA facilities.
- **Defensive Medicine Protocols:** Evidence suggests a prewritten corporate playbook for "handling problem patients," involving sedation, false diagnoses, and deliberate obstruction of POA authority.
- **Corporate Coordination:** The 48-hour timeline from Plaintiff's emails to the deployment of restraints and chemical incapacitation strongly indicates corporate direction, not isolated facility actions.

## LEGAL FRAMEWORK & FEDERAL VIOLATIONS

- **Civil Rights Conspiracy:** 42 U.S.C. § 1985 – Coordinated retaliation for exercising constitutional rights.
- **Obstruction of Justice:** 18 U.S.C. § 1512 – Record falsification and suppression of medical evidence.
- **RICO Enterprise:** 18 U.S.C. § 1962 – Coordinated pattern of illegal activity (fraudulent billing, retaliation, concealment).
- **EMTALA Violations:** Denial of emergency medical screening and stabilization due to litigation threat flagging.
- **Battery & False Imprisonment:** Physical restraints without consent or legal justification.

## CONCLUSION

The evidence shows HCA Healthcare's risk management apparatus deployed an enterprise-wide "torture protocol" under the guise of medical care, targeting

Plaintiff as a litigation threat. This conduct endangered Plaintiff's life, violated federal patient rights, and created a cover-up trail designed to obstruct justice.

**Prepared Under Penalty of Perjury**

Jade Riley Burch
Pro Se Plaintiff
222 Karen Ave Unit 1207
Las Vegas, NV 89109
jaderburch@gmail.com
(614) 725-9452

Executed this 11th day of August, 2025, in Las Vegas, Nevada.

Signature:

==========================================

# END SEPARATOR PAGE

==========================================

**\*\*\* END OF EXHIBIT \*\*\***