==========================================================

# EXHIBIT A

## INDEX / SEPARATOR PAGE

==========================================================


**\*\*\* START OF EXHIBIT A \*\*\***


**TITLE: MOUNTVIEW MEDICAL RECORDS**


**(Next Page: Formal White Cover Sheet)**



1    **EXHIBIT A**

2    **MountainView Hospital Records (March 22–24, 2025)**

3    This exhibit contains the complete medical records from MountainView Hospital documenting

4    Plaintiff's emergency department presentation and hospitalization from March 22-24, 2025

5    The records evidence Plaintiff's presentation with active seizure activity, excessive sedation, and

6    dangerous discharge while cognitively impaired without proper capacity assessment or caregiver

7    coordination.

8    These materials support claims of EMTALA violations, medical negligence, and federal civil

9    rights violations.

10   _____

11   **Submitted by:**

12   Jade Riley Burch

13   Plaintiff, Pro Se

14   222 Karen Ave Unit 1207

15   Las Vegas, NV 89109

16   Email: jaderburch@gmail.com

17   Phone: (614) 725-9452

18

Health Records

# Provider Report

Details for
# Deprecated Plan Of Care Note

Encounter ID: G00027415392

**Patient**

JADE BURCH

**Dictation Date**

3/24/2025 3:25 PM

**Facility**

MOUNTAINVIEW HOSPITAL

3100 N Tenaya Way

Las Vegas NV 89128

{}

## Summary

Health Records

MOUNTAINVIEW HOSPITAL AND MEDICAL CENTER
3100 North Tenaya Way
LAS VEGAS, NV 89128

REPORT NAME: ELECTROENCEPHALOGRAM

PATIENT'S NAME: BURCH,JADE RILEY                    UNIT NO: G000977915
DOB: 07/31/78   AGE: 46                          ACCOUNT NO: G00027415392
ATTENDING PHYS: Achin,Rowena E   MD                 PT TYPE: DIS IN
ADMISSION DATE: 03/24/25                           LOCATION: G.5SFW
DISCHARGE DATE: 03/24/25

DATE OF SERVICE:

CLINICAL HISTORY:
46-year-old transgender male to female with psychogenic nonepileptic spells,
seizure-like episode.

MEDICATIONS:
Include Depakote and Ativan.

PROCEDURE:
This EEG is obtained utilizing the 10/20 international system with bipolar and
referential montages.

FINDINGS:
Background:  A generally well-organized and sustained 10 to 11 hertz activity
appeared bilaterally.

Hyperventilation:  Contraindicated.

Intermittent photic stimulation:  Did not significantly alter the tracing.

Sleep:  The patient remained awake throughout the study.

Cardiac monitor:  Normal sinus rhythm at 76 to 80 beats per minute.

IMPRESSION:
This awake EEG is within normal limits.  There are no focal, lateralized, or
epileptiform features.  If clinical suspicion
for seizure remains high, repeat, prolonged, and/or ambulatory EEG is
recommended.

Dictated By:  Azin Azma, MD

AA:MODL
D: 03/24/2025 16:21:49 / T: 03/24/2025 17:51:44
Voice ID: 470437 / Job ID: 1057322368
Authenticated by Azin Azma On 03/30/2025 04:24:49 PM

Report ID: 0324-0200

PATIENT NAME: BURCH,JADE RILEY         ACCOUNT #: G00027415392

Health Records

Electronically Signed by Azin Azma, MD on 03/30/25 at 0424

Health Records

# Provider Report

Details for

# Neurology Consult Note

Encounter ID: G00027415392

**Patient**

JADE BURCH

**Dictation Date**

3/24/2025 12:35 PM

**Facility**

MOUNTAINVIEW HOSPITAL

3100 N Tenaya Way

Las Vegas NV 89128

()

## Summary

7/12/25, 5:58 AM                                          Health Records

Mountainview Hospital (COCMO)
Neurology Consultation Note
REPORT#:0324-1016  REPORT STATUS: Signed
DATE:03/24/25 TIME: 1235

PATIENT: BURCH,JADE RILEY           UNIT #: G000977915
ACCOUNT#: G00027415392              ROOM/BED: G.5007-A
DOB: 07/31/78  AGE: 46    SEX: F    ATTEND: Achin,Rowena E  MD
ADM DT: 03/22/25                    AUTHOR: NADEEM, SAHAR DO R1
REP SRV DT: 03/24/25          REP SRV TM: 1235
* ALL edits or amendments must be made on the electronic/computer document *


Nadeem,Sahar 03/24/25 1235:
History of Present Illness

HPI
HPI:
Patient is a 46-year-old male to female transgender patient with a past medical
history of previous suicide attempt, diabetes, hypertension, hyperlipidemia,
psychogenic seizures, PTSD, bipolar 1, generalized anxiety disorder, major
depressive disorder, dissociative identity disorder, OCD, schizoaffective
disorder, borderline personality disorder who presented to mountain view
Hospital for complaints of shortness of breath.  Patient reportedly had 2
episodes of psychogenic seizures last night which were signed off from night
shift nurse to primary attending physician.  She had another similar episode
this morning.  Spoke to patient's nurse present at bedside, patient's nurse
reported patient has been groggy all morning since handoff.  Unchanged from
baseline.  Patient follows a therapist every other week.  She does not remember
the name of the psychiatrist, but reportedly saw her a couple of weeks ago to
get medications refilled.  Patient reports she recurrently experiences episodes
of convulsive activity.  She reports the episodes last anywhere from 20-30
seconds.  She feels as if her body becomes very stiff, she is partially able to
register what occurs around her during these episodes.  She reports her baseline
typically returns after 10-15 minutes.  During most recent convulsive like
episodes, she did not experience any urinary incontinence, fecal incontinence,
tongue biting, foaming at mouth, lip laceration.  Patient reports she is
compliant on her medications: Wellbutrin 300 mg daily, amlodipine 10 mg,
Depakote 500 mg b.i.d., hormone replacement therapy. During previous
hospitalization on 08/2024, neurology was consulted for convulsive like
episodes.  EEG conducted on 08/2024 showed pattern suggestive of psychogenic
nonepileptic seizures.  Epilepsy was effectively ruled out as cause of patient's
seizure-like episodes.

On evaluation, vitals: Temp 36.7 degrees, pulse 89, respiratory rate 16, BP 128
/87.  Labs: Cholesterol 219, LDL 166, HDL 29.  Urinalysis showed cloudy urine,
positive nitrite.  Valproic acid blood level 54.8.  Troponin unremarkable.
Chest x-ray completed on admission showed no radiographic evidence of acute
cardiopulmonary disease.  Neurology was consulted for further evaluation of
psychogenic nonepileptic seizures.

History · Adult longitudinal
Past medical history:
Reports: Diabetes mellitus, Hypertension.
Additional medical history:
Gender dysphoria, psychogenic seizures
Past surgical history:
Denies: Cholecystectomy.
Additional surgical history:
Breast augmentation

Health Records

7/12/25, 5:58 AM

Additional family history:
None
Drug use: Denies recreational drugs
Smoking status for patients 13 years old or older: Never Smoker
Allergies:
Coded Allergies:
No Known Allergies (10/22/24)


Review of Systems
Free Text ROS Notes
Patient reported fatigue, generalized weakness.  Denied chest pain, shortness of
breath, nausea, vomiting, constipation, UTI symptoms, vision changes, headache.


Objective

Physical Exam
VS:
Last Documented:

| | Result | Date | Time |
|---|---|---|---|
| Pulse Ox | 96 | 03/24 | 1119 |
| B/P | 128/87 | 03/24 | 1119 |
| B/P Mean | 100.5 | 03/24 | 1119 |
| Temp | 36.7 | 03/24 | 1119 |
| Pulse | 89 | 03/24 | 1119 |
| Resp | 16 | 03/24 | 1119 |
| O2 Delivery | Room air | 03/24 | 0417 |


Medications:
Current Home Medications
AMLODIPINE BESYLATE (NORVASC) 10 MG PO DAILY
INSULIN LISPRO (HUMALOG KWIKPEN 100 UNIT/ML INJ) 10 UNIT SUBQ C MEALS
DIVALPROEX ER (DEPAKOTE ER) 500 MG PO BID
Bupropion HCl (Wellbutrin XL) 300 MG PO DAILY
Methocarbamol (ROBAXIN) 750 MG PO Q8HR PRN muscle pain
DOCUSATE SODIUM (COLACE) 100 MG PO BID
Hydrocodone/Acetaminophen (Norco 10-325 Tablet) 1 EACH PO Q6H PRN PRN pain

Active Meds + DC'd Last 24 Hrs
Regadenoson (REGADENOSON)  0   .STK-MED ONE  IV   (DC)
Divalproex Sodium (DEPAKOTE ER (24 HR Extended-Release))   500 MG   BID   PO

Hydroxyzine HCl (hydrOXYzine HCL)   10 MG   QID PRN PRN   PO   (CKD)
Lorazepam (LORazepam (2 MG/1 ML))   2 MG   Q4H PRN PRN   IV
Amlodipine Besylate (AMLODIPINE 10MG TAB)   10 MG   DAILY   PO
Aspirin (ASPIRIN)  81 MG   DAILY   PO
Divalproex Sodium (DEPAKOTE ER (24 HR Extended-Release))   1,000 MG   DAILY   PO
  (DC)
Electrolyte Protocol (ELECTROLYTE REPLACEMENT (STANDARD))   Reminder
  BID   MISC
Insulin Human Lispro (HumaLOG (100 UNITS/1 ML) (Pyxis))   SLIDING SCALE
  AC HS   SUBQ
Aminophylline (AMINOPHYLLINE (500 MG/20 ML))   100 MG   PROCEDURE PRN   IV
Perflutren Lipid Microsphere (DEFINITY (1.65 MG/1.5 ML))   1.43 MG   ONCALL   IV
  (CKD)
Regadenoson (REGADENOSON)   0.4 MG   PROCEDURE   IV
Morphine Sulfate (morphine SULFATE)   2 MG   Q5M PRN PRN   IV
Nitroglycerin (NITROSTAT 0.4MG TABLET SL)   0.4 MG   Q5M PRN PRN   SL
Dextrose/Water (DEXTROSE 50%-WATER)   0   PRN PRN   IV
Acetaminophen (ACETAMINOPHEN 500MG TAB)   500 MG   Q4H PRN PRN   PO

Health Records

7/12/25, 5:58 AM

Acetaminophen (ACETAMINOPHEN 500MG TAB)   500 MG   Q4H PRN PRN   PO
Alprazolam (ALPRAZolam)   0.25 MG   Q6H PRN PRN   PO   (DC)
Bisacodyl (bisacodyL)   5 MG   DAILY PRN PRN   PO
Calcium Carbonate (CALCIUM CARBONATE 500MG CHEWABLE TAB)   1,000 MG   Q6H PRN
PRN   PO
Docusate Sodium (DOCUSATE)   100 MG   BID PRN PRN   PO
Morphine Sulfate (morphine SULFATE)   2 MG   Q4H PRN PRN   IV
Ondansetron HCl (ONDANSETRON (4 MG/2 ML))   4 MG   Q4H PRN PRN   IV
Oxycodone HCl (oxyCODONE)   5 MG   Q4H PRN PRN   PO
Tramadol HCl (TRAMADOL)   25 MG   Q4H PRN PRN   PO   (DC)


General appearance: alert, awake, oriented
Head/Eyes: atraumatic, clear cornea, normal conjunctiva/sclera
ENT: moist mucosal membranes
Cardiovascular: regular rate and rhythm, normal heart sounds, no murmur
Respiratory: aerating well, clear to auscultation, no distress
Abdomen: non-tender, soft, no distention
Extremities: moves all, normal inspection, normal temperature
Musculoskeletal: full range of motion, normal inspection
Neuro/CNS: alert, oriented X 4, normal speech, EOMI, PERRL, CN II-XII intact,
reflexes equal bilat, normal reflexes, no sensory deficits, no cerebellar
deficits, B/L UE: 5+/5 B/L LE: 4+/5


Diagnosis, Assessment   Plan


Free Text DxA P Notes
Free Text DxA P Notes
Patient is a 46-year-old male to female transgender patient, history of suicide
attempt, PTSD, bipolar disorder, diabetes, hypertension, psychogenic seizure,
the associated convulsions who presented to mountain view Hospital for chest
discomfort associated with shortness of breath.  Neurology was consulted for
further evaluation of psychogenic nonepileptic seizures.


A P:

Psychogenic nonepileptic seizure
PTSD
Bipolar disorder
Gender dysmorphia
History of previous suicide attempt
Major depressive disorder
Dissociated identity disorder
OCD
Generalized anxiety disorder
Schizoaffective disorder
Borderline personality disorder
Chest pressure
Asymptomatic bacteriuria
> eeg 5 days induration completed on August 12, 2024 was significant for
diagnosis of psychogenic nonepileptic seizure.
> neurology was consulted for further evaluation of convulsive like episodes
during most recent hospitalization.  Spoke with patient's nurse who was present
at bedside.  Night shift nurse noticed 2 episodes of convulsive like activity
lasting up to 40 seconds.  No documentation within chart present of reported
convulsive episodes.  Patient reports she understands when these episodes happen
as she maintains partial consciousness.  She is able to return back to baseline
within 10-15 minutes.  During these episodes, she did not experience urinary
incontinence, fecal incontinence, foaming at mouth, tongue or lip lacerations.

4/5

Health Records

Recommendations:
eeg pending. If normal, ok for dc per neuro standpoint
Consider behavioral medicine consult
Patient follows LV Neurology and has upcoming EMG study
Remainder of medical management per primary team

Patient seen and examined with attending physician, Dr. Azma


AZMA,AZIN 03/24/25 1520:
Attestations

Teaching Physician Attestation
1st visit w/ resident:
I was present with the resident during the history and exam.  I discussed the
case with the resident and . . .

agree with the findings and plan as documented in the resident's note.

agree with the findings and plan as documented in the resident's note EXCEPT:

46 M to F trans with extensive psychiatric hx including PNES, dep, anx, SA, PTSD
, biploar disorder, schizo, OCD, dissociate state, etc.  Here for CP and sob;
having her typical spells of shaking, no postictal confusion, etc; had 5 day EEG
at Surnise by Dr. Malone, episodes c/w PNES.  Sees neuro at LV Neuro, does not
know name.
On exam, sedated with ativan, but oriented x3; CN PERRL, face sym; motor 4/5 x4,
sens int LT, FTNI but slow, gait UTO.
- Suspected PNES.
- Will check EEG.
  Cont depakote, check level.
- Med team ordered stress test.
- Labs reviewed, abx for UTI.
- Psych recs.
- Cont fu at LV Neuro with her neurologist.
Plan disc with pt, Dr. Achin; dc planning ok after eeg done.


Electronically Signed by NADEEM, SAHAR DO R1 on 03/24/25 at 1456
Electronically Signed by Azma,Azin  MD on 03/24/25 at 1523
RPT #: 0324-1016
***END OF REPORT***

Health Records

# Provider Report

Details for

# Hospital Progress Note

Encounter ID: G00027415392

**Patient**

JADE BURCH

**Dictation Date**

3/24/2025 11:10 AM

**Facility**

MOUNTAINVIEW HOSPITAL

3100 N Tenaya Way

Las Vegas NV 89128

{}

Summary

Health Records

```
Mountainview Hospital (COCMO)
Hospitalist Progress Note
REPORT#:0324-0876  REPORT STATUS: Signed
DATE:03/24/25 TIME: 1110

PATIENT: BURCH,JADE RILEY            UNIT #: G000977915
ACCOUNT#: G00027415392               ROOM/BED: G.5007-A
DOB: 07/31/78  AGE: 46    SEX: F     ATTEND: Achin,Rowena E  MD
ADM DT: 03/22/25                     AUTHOR: Achin,Rowena E  MD
REP SRV DT: 03/24/25           REP SRV TM: 1110
* ALL edits or amendments must be made on the electronic/computer document *
```

Review of Systems
Respiratory:
Denies: DOE (dyspnea on exertion).
Cardiovascular:
Reports: chest pain.
GI:
Denies: abdominal pain.
All systems rev   neg: except as noted

Objective

General
VS/I O:
Vital Signs

| Date | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | FiO2 |
|---|---|---|---|---|---|---|---|
| 03/23-03/24 | 98.1-98.4 | 74-114 | 15-18 | 124-189/80-108 | 96.0-135.3 | 94-98 | |

Vital Signs:

| Date | Time | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/24 | 0732 | 98.4 | 80 | 15 | 124/82 | 96.0 | 98 | | | |
| 03/24 | 0417 | 98.2 | 84 | 18 | 140/83 | 102.1 | 95 | Room air | | |
| 03/23 | 2313 | 98.2 | 80 | 18 | 129/80 | 96.7 | 95 | Room air | | |
| 03/23 | 1932 | 98.1 | 84 | 18 | 137/88 | 104.4 | 96 | Room air | | |
| 03/23 | 1701 | | 114 | | 189/108 | 135.3 | 94 | | | |
| 03/23 | 1659 | | | | | | 95 | Room air | | |
| 03/23 | 1655 | | 92 | | 176/99 | 124.5 | 97 | | | |
| 03/23 | 1650 | | 91 | | 144/94 | 110.8 | 96 | | | |
| 03/23 | 1615 | 98.1 | 74 | 17 | 147/98 | 114.4 | 94 | Room air | | |

24 hour I O ending at 0700:

| | 03/24 0700 | 03/23 1900 |
|---|---|---|
| Intake Total | 250 | |
| Output Total | 200 | |
| Balance | 50 | |
| Intake, Oral | 250 | |
| Number Incontinent Voids | 1 | |
| Number Voids | 3 | |
| Output, Urine | 200 | |

Physical Exam

Health Records

General appearance: alert, awake, oriented
Head/Eyes: atraumatic, clear cornea, EOMI, normal conjunctiva/sclera, normal
eyelids/periorb., normocephalic, PERRL
Neck: full range of motion, non-tender, normal thyroid, supple/no meningismus,
no bruit/NL carotids, no JVD, no masses or swelling
Cardiovascular: normal capillary refill, regular rate   rhythm
Respiratory: aerating well, clear to auscultation, symmetric expansion
Abdomen: non-tender, normal bowel sounds, soft, no distention, no guarding, no
hernia, no mass/organomegaly, no rebound
Musculoskeletal: normal inspection
Neuro/CNS: alert, oriented X 3

Diagnosis, Assessment   Plan
Hospital course to date:
ASSESSMENT
CHEST PAIN
BIPOLAR
GENDER DYSPHORIA
H/O PSYCHOGENIC SEIZURES
DMT2
HTN

PLAN
PLACE IN A MONITORED BED
SERIAL CEs
stress testing
DVT PPX
MAINTAIN SBP WNL RANGE
GLYCEMIC CONTROL WITH INSULIN
03/24/25: AFEBRILE, VITALS GOOD, TELE MONITORING DID NOT INDICATE ISCHEMIC
CHANGES OR ARRHYTHMIA. BLOOD SUGARS ARE GOOD. HOWEVER THE NURSING STAFF HAD
CALLED MULITIPLE TIMES ABOUT SHORT SEIZURE ACTIVITIES- PATIENT REMAINED AWAKE
AND OX3. WILL CONSULT NEUROLOGY. STRESS TESTING SCHEDULED TODAY.


Electronically Signed by Achin,Rowena E  MD on 03/24/25 at 1124
RPT #: 0324-0876
***END OF REPORT***

Health Records

## Provider Report

Details for

# Pulmonary Function Study

Encounter ID: G00027415392

**Patient**

JADE BURCH

**Dictation Date**

3/24/2025 12:00 AM

**Facility**

MOUNTAINVIEW HOSPITAL

3100 N Tenaya Way

Las Vegas NV 89128

()

Summary

Health Records

MOUNTAINVIEW HOSPITAL AND MEDICAL CENTER
3100 North Tenaya Way
LAS VEGAS, NV 89128

REPORT NAME: STRESS TEST

PATIENT'S NAME: BURCH,JADE RILEY
DOB: 07/31/78          AGE: 46
ATTENDING PHYS: Achin,Rowena E   MD
ADMISSION DATE: 03/24/25
DISCHARGE DATE: 03/24/25

UNIT NO: G000977915
ACCOUNT NO: G00027415392
PT TYPE: DIS IN
LOCATION: G.5SFW

DATE OF SERVICE:  03/24/2025

INDICATION:
Chest pain.

PROCEDURE IN DETAIL:
A single dose of Lexiscan 0.4 mg IV was administered.  Rubidium PET stress
imaging was performed after Lexiscan injection as per standard protocol.
Baseline heart rate was 90 beats.  Maximum heart rate was 125 beats per minute,
which is 71% of maximal age-predicted heart rate.  Baseline blood pressure was
141/100 mmHg.  The nadir of blood pressure after Lexiscan injection was 119/78
mmHg.  The patient was asymptomatic with baseline ECG shows normal sinus
rhythm, inferior and lateral T-wave abnormalities suggestive of ischemia,
abnormal ECG.  Stress ECG shows no new changes.

CONCLUSION:
The ECG part of this stress is negative for diagnosis of ischemia.

Please refer to a separate report for the imaging part of the study.

Dictated By:  Farzad Majidi, MD

FM:MODL
D: 03/25/2025 08:03:15 / T: 03/25/2025 08:17:30
Voice ID: 471403 / Job ID: 1057359835
Authenticated by Farzad X Majidi, MD On 03/28/2025 12:01:53 PM

Report ID: 0325-0004

Electronically Signed by Farzad X Majidi, MD on 03/28/25 at 1201

PATIENT NAME: BURCH,JADE RILEY          ACCOUNT #: G00027415392

Health Records

# Provider Report

Details for

# History And Physical Note

Encounter ID: G00027415392

**Patient**

JADE BURCH

**Dictation Date**

3/23/2025 9:23 AM

**Facility**

MOUNTAINVIEW HOSPITAL

3100 N Tenaya Way

Las Vegas NV 89128

{}

Summary

Health Records

```
Mountainview Hospital (COCMO)
History   Physical - Adult
REPORT#:0323-0464  REPORT STATUS: Signed
DATE:03/23/25 TIME: 0923


PATIENT: BURCH,JADE RILEY          UNIT #: G000977915
ACCOUNT#: G00027415392             ROOM/BED: G.ED33-B
DOB: 07/31/78  AGE: 46     SEX: F  ATTEND: Achin,Rowena E  MD
ADM DT: 03/22/25                   AUTHOR: Achin,Rowena E  MD
REP SRV DT: 03/23/25          REP SRV TM: 0923
* ALL edits or amendments must be made on the electronic/computer document *
```

History of Present Illness

HPI
Chief complaint:
CHEST PAIN
PCP:
PCP: Capobianco,Leo J  DO

HPI:
THE PATIENT IS A PLEASANT 48 YR OLD WOMAN WITH MEDICAL HISTORY SIGNIFICANT FOR
DMT2 AND HTN.
SHE ALSO HAS PSYCHIATRIC H/O PTSD,BIPOLAR DISORDER, PSYCHOGENIC SEIZURES,
DISSOCIATIVE CONVULSIONS.
THE PATIENT HAS GENDER DYSPHORIA AND HAD THE FOLLOWING SURGERIES
       breast augmentaion
       glottoplasty
       tracheal shave
       elective facial construction for gender dysphoria
THE PATIENT CAME IN DUE TO CHEST DISCOMFORT DESCRIBED AS A PRESSURE TYPE PAIN,
ASSOCIATED WITH DYSPNEA. STARTED A FEW HOURS PRIOR TO ADMISSION.

History
Past medical history:
Reports: Diabetes mellitus, Hypertension.
Additional medical history:
Gender dysphoria, psychogenic seizures
Past surgical history:
Denies: Cholecystectomy.
Additional surgical history:
Breast augmentation
Additional family history:
None
Drug use: Denies recreational drugs
Smoking status for patients 13 years old or older: Unknown,if ever smoked

Medication/Allergy-Vaccine Hx
Allergies:
Coded Allergies:
No Known Allergies (10/22/24)

Review of Systems
Respiratory:
Denies: DOE (dyspnea on exertion).
Cardiovascular:
Reports: chest pain, DOE (dyspnea on exertion).
GI:

· 7/12/25, 6:00 AM                                   Health Records

                    Denies: abdominal pain.
                    All systems rev   neg: except as marked

                    Physical Exam

                    Physical Exam
                    VS/I O
                    Last Documented:
                                              Result    Date Time
                                  Pulse Ox          97  03/23 0931
                                  B/P          163/96   03/23 0931
                                  B/P Mean      117.9   03/23 0931
                                  Temp           98.2   03/23 0931
                                  Pulse            80   03/23 0931
                                  Resp             12   03/23 0931
                                  O2 Delivery  Room air 03/23 0636

                    24 hour I O ending at 0700:
                                              03/23 0700  03/22 1900
                                  Intake Total
                                  Output Total
                                  Balance

                                  Patient          88.636 kg
                                  Weight
                                  Weight      Stated/Reported
                                  Measurement
                                  Method


                    General appearance: alert, awake
                    Head/Eyes: atraumatic, clear cornea, EOMI, normocephalic, normal conjunctiva/
                    sclera, normal eyelids/periorb., PERRLA
                    ENT: normal dentition, normal ear left, normal ear right, normal nose, normal
                    pharynx, normal sinus
                    Neck: full range of motion, non-tender, no bruit/NL carotids, no JVD, no
                    lymphadenopathy, no masses or swelling, normal thyroid, supple/no meningismus
                    Cardiovascular: normal capillary refill, normal rate   reg rhythm
                    Respiratory: clear to auscultation, no distress, no tenderness
                    Abodmen/GI: soft, non-tender, no guarding, no rebound, no distention, no mass/
                    organomegaly, no pulsatile mass, no hernia, normal abdominal aorta
                    Extremities: moves all, no edema, normal capillary refill, normal range of
                    motion, normal motor function, normal sensory
                    Neuro/CNS: alert, oriented X 3


                    Diagnosis, Assessment   Plan

                    Free Text DxA P Notes
                    Free Text DxA P Notes:
                    ASSESSMENT
                    CHEST PAIN
                    BIPOLAR
                    GENDER DYSPHORIA
                    H/O PSYCHOGENIC SEIZURES
                    DMT2
                    HTN

                    PLAN
                    PLACE IN A MONITORED BED
                    SERIAL CEs

Health Records

```
stress testing
DVT PPX
MAINTAIN SBP WNL RANGE
GLYCEMIC CONTROL WITH INSULIN


Electronically Signed by Achin,Rowena E  MD on 03/23/25 at 1207
RPT #: 0323-0464
***END OF REPORT***
```

7/12/25, 6:01 AM                                        Health Records

# Provider Report

Details for

# Physician Emergency Department Note

Encounter ID: G00027415392

**Patient**

JADE BURCH

**Dictation Date**

3/23/2025 12:33 AM

**Facility**

MOUNTAINVIEW HOSPITAL

3100 N Tenaya Way

Las Vegas NV 89128

()

## Summary

Health Records

MOUNTAINVIEW HOSPITAL (COCMO)
EMERGENCY PROVIDER REPORT
REPORT#:0323-0023  REPORT STATUS: Signed
DATE:03/23/25 TIME: 0033

PATIENT: BURCH,JADE RILEY
ACCOUNT#: G00027415392
DOB: 07/31/78  AGE: 46    SEX: F
SERVICE DT: 03/22/25
REP SRV DT: 03/23/25

UNIT #: G000977915
ROOM/BED: G.5007-A
PCP PHYS: Capobianco,Leo J  DO
AUTHOR: Argyle,Daniel  DO R1
REP SRV TM: 0033

* ALL edits or amendments must be made on the electronic/computer document *


ARGYLE,DANIEL J. 03/23/25 0033:
HPI-General Illness

Free Text HPI Notes
Free Text HPI Notes
Patient is a 46-year-old female with past medical history of hypertension,
diabetes, presents with shortness of breath and chest pain of the last 2 days.
Patient describes the pain as radiating down left arm.  He denies currently
having this pain.  Patient denies any sick feeling, no cough, no fevers.  He
says that 2 weeks ago he had facial reconstruction surgery and had a
pneumothorax and is concerned that that was happening today.  He also has
concerns because he has heart problems that run in his family at a young age in.
He has not seen a cardiologist before.

General
Initial Greet Date/Time 03/22/25 2152

Presentation
Chief Complaint Shortness of breath

Past Medical History - Adult
Allergies
Coded Allergies:
No Known Allergies (10/22/24)


Physical Exam

Vital Signs
Vital Signs
First Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 03/22 2151 |
| B/P | 181/110 | 03/22 2151 |
| O2 Delivery | Room air | 03/22 2151 |
| Temp | 98.3 | 03/22 2151 |
| Pulse | 73 | 03/22 2151 |
| Resp | 16 | 03/22 2151 |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 03/22 2151 |
| B/P | 181/110 | 03/22 2151 |
| O2 Delivery | Room air | 03/22 2151 |
| Temp | 98.3 | 03/22 2151 |
| Pulse | 73 | 03/22 2151 |
| Resp | 16 | 03/22 2151 |

Health Records

7/12/25, 6:01 AM

Review of Vital Signs Reviewed

Interpretation   Diagnostics

Lab Results Interpretation
Results
Laboratory Tests

03/22/25 2310:
[Embedded Image Not Available]

| Laboratory Tests: | 03/23 0110 | 03/23 0110 | 03/22 2310 | 03/22 2310 |
|---|---|---|---|---|
| **Chemistry** | | | | |
| Hemoglobin A1c (4.0 - 5.7 %) | | | | 5.9  H |
| Troponin I High Sens (0 - 14 ng/L) | 3 | <3 | | |
| Troponin I Hi Sens Del | TNP | | | |
| Serum Appearance (CLEAR) | | CLEAR | | |
| Triglycerides (< or = 200 mg/dL) | | 86 | | |
| Cholesterol (<200 mg/dL) | | 228  H | | |
| LDL Cholesterol, Calc (MG/DL) | | 181  H | | |
| VLDL Cholesterol (7.6 - 34.0 MG/DL) | | 17.2 | | |
| HDL Cholesterol (>40 mg/dL) | | 30  L | | |
| Cholesterol/HDL Ratio (3.5 - 5.0 MG/DL) | | 7.60  H | | |
| **Coagulation** | | | | |
| D-Dimer (0.19 - 0.49 MG/L FEU) | | 0.20 | | |

| | 03/22 2310 |
|---|---|
| **Chemistry** | |
| Sodium (135 - 145 mmol/L) | 139 |
| Potassium (3.5 - 5.5 mmol/L) | 4.8 |
| Chloride (93 - 107 mmol/L) | 109  H |
| Carbon Dioxide (21 - 32 mmol/L) | 23 |
| Anion Gap (9 - 18 mmol/L) | 12 |
| BUN (7 - 18 mg/dL) | 10 |
| Creatinine (0.52 - 1.23 mg/dL) | 1.04 |
| Est GFR (CKD-EPI) (>60 ml/min) | 67 |
| Glucose (<100 mg/dL) | 83 |
| Calcium (8.5 - 10.1 mg/dL) | 9.1 |
| Corrected Calcium (8.5 - 10.1 mg/dL) | 9.3 |
| Total Bilirubin (0.1 - 1.0 mg/dL) | 0.5 |
| AST (15 - 37) | 29 |
| ALT (12 - 78) | 49 |
| Total Alk Phosphatase (45 - 117) | 98 |
| NT-Pro-B Natriuret Pep (5 - 125 pg/mL) | 13 |
| Total Protein (6.4 - 8.3 g/dL) | 7.6 |
| Albumin (3.4 - 5.0 g/dL) | 3.8 |
| Albumin/Globulin Ratio (0.9 - 2.0) | 1.0 |
| Lipase (13 - 75 U/L) | 46 |
| **Coagulation** | |
| PT (9.6 - 12.3 SECONDS) | 10.5 |
| INR | 0.99 |
| APTT (23.9 - 29.9 SECONDS) | 22.5  L |
| **Hematology** | |
| WBC (4.8 - 10.8 x10 3/uL) | 8.9 |
| RBC (4.20 - 5.50 x10 6/uL) | 4.79 |

7/12/25, 6:01 AM

Health Records

| | |
|---|---|
| Hgb (12.0 - 16.0 gm/dL) | 13.8 |
| Hct (37.0 - 47.0 %) | 44.1 |
| MCV (80 - 100 FL) | 92 |
| MCH (27.0 - 32.0 PG) | 28.8 |
| MCHC (32.0 - 37.0 G/DL) | 31.3 L |
| RDW (11.5 - 14.5 %) | 13.8 |
| Plt Count (150 - 450 x10 3/uL) | 351 |
| MPV (7.4 - 10.4 FL) | 9.3 |
| Neut % (Auto) (%) | 57.8 |
| Neut # (Auto) (1.80 - 7.70 x10 3/uL) | 5.11 |
| Lymph # (Auto) (1.50 - 4.00 x10 3/uL) | 2.65 |
| Mono # (Auto) (0.20 - 1.00 x10 3/uL) | 0.77 |
| Eos # (Auto) (0.00 - 0.50 x10 3/uL) | 0.22 |
| Baso # (Auto) (0.00 - 0.20 x10 3/uL) | <0.10 |
| Immature Gran # (Auto) (0.01 - 0.02 x10 3/uL) | <0.03 H |
| Absolute Nucleated RBC (0.00 x10 3/uL) | <0.01 |
| Immature Gran % (%) | 0.2 |
| Lymphocytes % (%) | 29.9 |
| Monocytes % (%) | 8.7 |
| Eosinophils % (%) | 2.5 |
| Basophils % (%) | 0.9 |
| Nucleated RBCs/100 WBC (0 - 0 /100WBCS) | 0 |

Urines
    Urine HCG, Qual (NEGATIVE)                    NEGATIVE

Recent Impressions:
RADIOLOGY - XR CHEST AP PORTABLE 03/22 2212
*** Report Impression - Status: SIGNED  Entered: 03/23/2025 1339

IMPRESSION:
No radiographic evidence of acute cardiopulmonary disease.


Interpreted by:  Lucas James MD

I have reviewed the report furnished by the resident, and I
agree with the impression.

Electronically signed by:  Asra Nayab MD  03/23/2025 01:37 PM
PDT RP Workstation: RRWRS8377Y
Impression By: LIPNAYAS - NAYAB,ASRA MD



Re-Evaluation   MDM

Free Text MDM Notes
Additional Text
HPI:
Patient is a 46-year-old female with past medical history of hypertension,
diabetes, presents with shortness of breath and chest pain of the last 2 days.
Patient describes the pain as radiating down left arm.  He denies currently
having this pain.  Patient denies any sick feeling, no cough, no fevers.  He
says that 2 weeks ago he had facial reconstruction surgery and had a
pneumothorax and is concerned that that was happening today.  He also has
concerns because he has heart problems that run in his family at a young age in.
 He has not seen a cardiologist before.

PHYSICAL EXAM:
General: awake, alert, no acute distress, nontoxic appearing
Head: atraumatic, normocephalic

Health Records

Eyes: PERRL, conjunctiva clear
ENT: airway patent, mucous membranes moist
Chest: lungs CTAB, no respiratory distress, no accessory muscle use/retractions
Cardio: RRR, no MRG, no LE edema
Abdomen: soft, no grimacing or wincing to palpation all quadrants, no peritoneal
signs, no guarding/rebound/pulsatile mass
Skin: Color NL, Warm, Dry, Intact, no rashes
MSK: 2+ pulses, no deformity
Neuro: Orientation/speech appropriate for age, no motor/sensory deficits,
cranial nerves 2-12 intact, normal unassisted gait
Psych: N/

Laboratory and imaging tests have been ordered, with independent interpretations
of the results reviewed and considered in the medical decision making process by
the ED physician and by me.

Shared decision making:  All pertinent aspects of the patient's presenting
complaint, evaluation, and treatment plan have been discussed with the patient's
parent and they are in agreement. Decisions were reached mutually through shared
decision making. Patient's parent verbalizes understanding and is in agreement
with the plan.

*Disclaimer*: Portions of this documentation may have been created using voice
recognition software.  Occasional wrong-word or 'sound-a-like' substitutions may
have occurred due to inherent limitations of voice recognition software.  Read
the chart carefully and recognize, using context, where substitutions have
occurred.

Differential Diagnosis:  ACS, pulmonary embolism, aortic dissection, viral
illness, COVID, flu, pneumonia, pneumothorax, costochondritis

MDM Data Cat 1
Tests considered but not ordered:  CT chest with and without contrast, CTA chest
# tests ordered:  3+

MDM Data Cat 2 (Independent Interpretations by ED Physician)
My EKG interpretation:  Normal sinus rhythm, no ST elevation, no T-wave
inversions, no ischemic changes
My X-ray interpretation:  No pneumothorax, no focal consolidations, similar to
previous x-ray

MDM Data Cat 3
Consultations patient discussed with:  Internal medicine, Dr. Schlaack

Treatment and Disposition
Decision rules/scores evaluated:  Heart score 4
Shared decision making:  He shared decision-making about whether patient would
like to be admitted or worked up out pain patient with a cardiologist

RISK moderate:
Prescription drug management considered:  Morphine, Zofran, Toradol

RISK high:
Hospitalization considered:  Hospitalize patient for cardiac workup due to the
moderate risk with heart score as well as concerning reported family history

ED Course:  Patient is a 46-year-old female presenting with chest pain shortness
a breath.  She recently had surgery and had a pneumothorax.  Chest x-ray today
did not show pneumothorax or pneumonia.  Lab work was not actionable.  D-dimer
was negative.  EKG did not show ischemic changes.  Given patient's heart score
is well as concerning family history she elected to be admitted for cardiac

Health Records

workup inpatient.


Disposition:  Admission to hospital

Re-Evaluation/Progress #1
Text/Dict Note
Upon re-evaluation patient feels better about being admitted to the hospital for
cardiac workup
Time of Re-Eval 0230


ED Course
Medication(s) Ordered
Medication(s) Ordered:
Blood Formation,Coagulation

|  Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Aspirin | 81 MG | DAILY PO | 03/23 0900 05/22 0901 | AC | 03/23 1035 |

Cardiovascular Drugs

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Regadenoson | 0.4 MG | PROCEDURE IV | 03/23 0443 03/26 0443 | AC | |
| Nitroglycerin | 0.4 MG | Q5M PRN PRN SL | 03/23 0439 05/22 0440 | AC | |

Central Nervous System Agents

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Morphine Sulfate | 2 MG | Q5M PRN PRN IV | 03/23 0439 | AC | |
| Acetaminophen | 500 MG | Q4H PRN PRN PO | 03/23 0434 05/22 0435 | AC | |
| Acetaminophen | 500 MG | Q4H PRN PRN PO | 03/23 0434 05/22 0435 | AC | |
| Alprazolam | 0.25 MG | Q6H PRN PRN PO | 03/23 0434 05/22 0435 | DC | |
| Morphine Sulfate | 2 MG | Q4H PRN PRN IV | 03/23 0434 03/28 0435 | AC | 03/23 1035 |
| Oxycodone HCl | 5 MG | Q4H PRN PRN PO | 03/23 0434 05/22 0435 | AC | |
| Tramadol HCl | 25 MG | Q4H PRN PRN PO | 03/23 0434 05/22 0435 | DC | 03/23 1618 |

Diagnostic Agents

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Dextrose/Water | 0 | PRN PRN IV | 03/23 0438 05/22 0439 | AC | |

Electrolytic, Caloric, And Wat

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Calcium Carbonate | 1,000 MG | Q6H PRN PRN PO | 03/23 0434 05/22 0435 | AC | |

Gastrointestinal Drugs

|  | | Sig/Sch | Start time | | Last |

7/12/25, 6:01 AM

Health Records

| Medication | Dose | Route | Stop Time | Status | Admin |
|---|---|---|---|---|---|
| Bisacodyl | 5 MG | DAILY PRN PRN PO | 03/23 0434 05/22 0435 | AC | |
| Docusate Sodium | 100 MG | BID PRN PRN PO | 03/23 0434 05/22 0435 | AC | |
| Ondansetron HCl | 4 MG | Q4H PRN IV | 03/23 0434 05/22 0435 | AC | |

Hormones And Synthetic Substit

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Insulin Human Lispro | See Dose Insts (1) | AC HS SUBQ | 03/23 0731 05/22 0732 | AC | |

Miscellaneous Therapeutic Agen

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Perflutren Lipid Microsphere | 1.43 MG | ONCALL IV | 03/23 0443 05/22 0444 | CKD | |

Smooth Muscle Relaxants

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Aminophylline | 100 MG | PROCEDURE PRN IV | 03/23 0443 03/26 0443 | AC | |

Other

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Electrolyte Protocol | See Dose Insts (2) | BID MISC | 03/23 0900 05/22 0901 | AC | |

Dose Instructions:
(1)Insulin Human Lispro:
    SLIDING SCALE
(2)Electrolyte Protocol:
    Reminder

Patient Discharge    Departure

Vital Signs/Condition
Vital Signs
First Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 03/22 2151 |
| B/P | 181/110 | 03/22 2151 |
| O2 Delivery | Room air | 03/22 2151 |
| Temp | 98.3 | 03/22 2151 |
| Pulse | 73 | 03/22 2151 |
| Resp | 16 | 03/22 2151 |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 03/22 2151 |
| B/P | 181/110 | 03/22 2151 |
| O2 Delivery | Room air | 03/22 2151 |
| Temp | 98.3 | 03/22 2151 |
| Pulse | 73 | 03/22 2151 |
| Resp | 16 | 03/22 2151 |

All vital signs available at the time of this entry have been reviewed.


Clinical Impression
Clinical Impression
Primary Impression: Chest pain

Disposition Decision
Hospitalize
    Hosp Physician Name
 Schlaack,Jeffrey M  DO
    Hosp Physician Hospitalist
    Request Time 0345
    Request Date 03/23/25
    )( Accepts Hospitalization Yes
    )( Reason for Hospitalization
cardiac workup
    )( Accepted Time 0345
    )( Accepted Date 03/23/25
    Call Information will see patient

Echols,Leesa C.Md 03/23/25 2305:
Past Medical History - Adult
Home Medications
Active Scripts
Methocarbamol (ROBAXIN) 750 MG PO Q8HR PRN muscle pain
        Methocarbamol (ROBAXIN) 750 MG PO Q8HR PRN muscle pain #30 TAB
        Prov:     10/27/24
DOCUSATE SODIUM (COLACE) 100 MG PO BID
        DOCUSATE SODIUM (COLACE) 100 MG PO BID  #60 CAP
        Prov:     10/27/24
Hydrocodone/Acetaminophen (Norco 10-325 Tablet) 1 EACH PO Q6H PRN PRN pain
        Hydrocodone/Acetaminophen (Norco 10-325 Tablet) 1 EACH PO Q6H PRN PRN pain
#28 TAB
        Prov:     10/27/24

Reported Medications
AMLODIPINE BESYLATE (NORVASC) 10 MG PO DAILY
INSULIN LISPRO (HUMALOG KWIKPEN 100 UNIT/ML INJ) 10 UNIT SUBQ C MEALS
DIVALPROEX ER (DEPAKOTE ER) 500 MG PO BID
Bupropion HCl (Wellbutrin XL) 300 MG PO DAILY




Patient Discharge    Departure

Discharge/Care Plan
Referrals
Provider Referral: Akhavan,Alexander F  MD
        Address:
        3061 S. Maryland Pkwy. 104
        LAS VEGAS, NV 89109

Provider Referral: Capobianco,Leo J  DO
        Address:
        8413 W Lake Mead Blvd

Health Records

                      Las Vegas, NV 89128


          Supervising Physician Note
           Resident Saw Pt
          This patient was seen by a resident. I have personally seen the patient,
          performed the critical or key portions of the service, and participated in the
          management of the patient. I have reviewed and agree with the resident's note,
          and I have reviewed all labs, ECGs, and imaging studies or reports. I agree with
          this resident's findings, exam and plan.
          Workup reassuring, however given symptoms and risk factors discussed admission
          for further risk stratification. Pt would like admission for further workup/
          evaluation.



          Electronically Signed by Argyle,Daniel  DO R1 on 03/23/25 at 0655
          Electronically Signed by Echols,Leesa C  MD on 03/23/25 at 2306

          RPT #: 0323-0023
          ***END OF REPORT***

Health Records

# Provider Report

Details for
# EKG Study

Encounter ID: G00027415392

**Patient**
JADE BURCH

**Dictation Date**
3/22/2025 10:10 PM

**Facility**
MOUNTAINVIEW HOSPITAL
3100 N Tenaya Way
Las Vegas NV 89128

()

## Summary

Health Records

MOUNTAINVIEW HOSPITAL AND MEDICAL CENTER
3100 North Tenaya Way
LAS VEGAS, NV 89128

REPORT NAME: EKG

PATIENT'S NAME: BURCH,JADE RILEY                    UNIT NO: G000977915
DOB: 07/31/78           AGE: 46                  ACCOUNT NO: G00027415392
ATTENDING PHYS: Achin,Rowena E  MD                  PT TYPE: ADM INo
ADMISSION DATE: 03/22/25                            LOCATION: G.ERH
DISCHARGE DATE:


Service Date: 03/22/25   Service Time:  2210


Test Performed on 03/22/2025  9:48: PM
Test Reason :
Blood Pressure :    */*    mmHG
Vent. Rate :  73 BPM     Atrial Rate :  73 BPM
   P-R Int : 188 ms        QRS Dur :  80 ms
   QT Int : 410 ms       P-R-T Axes :  38  63  56 degrees
   QTc Int : 451 ms

Normal sinus rhythm
Nonspecific T wave abnormality
Abnormal ECG
When compared with ECG of 29-OCT-2024 10:27,
Nonspecific T wave abnormality has replaced inverted T waves in Lateral leads
Confirmed by Daoud, Shadi (1212) on 3/23/2025 7:24:27 AM

Referred By:            Electronically Sign by: Shadi Daoud


PATIENT NAME: BURCH,JADE RILEY       ACCOUNT #: G00027415392

======================================

# END SEPARATOR PAGE

======================================

## *** END OF EXHIBIT ***