==========================================

# EXHIBIT D

# INDEX / SEPARATOR PAGE

==========================================

## *** START OF EXHIBIT D ***

## TITLE: SOUTHERN HILLS HOSPITAL MEDICAL RECORDS (JUNE 28-29TH 2025)

## (Next Page: Formal White Cover Sheet)



1   **EXHIBIT D**

2   **Southern Hills Hospital Medical Records (June 28–29, 2025)**

3   This exhibit includes official medical records from Southern Hills Hospital documenting Plaintiff's

4   emergency room visit and inpatient stay from June 28 to June 29, 2025. These records were obtained

5   directly from the hospital's patient portal and represent true and accurate copies of Plaintiff's clinical

6   documentation.

7   These records document critical care failures including:

8   • **Subtherapeutic Depakote level** (42.3 μg/mL) and **critically elevated blood pressure** (187/92) •

9   **Severe oxygen desaturation into the 60s with cyanosis**, dismissed by staff as "normal" • **5–7 minute**

10   **seizure episode** with minimal medical response and **no neurology consult or EEG** • **24/7 physical**

11   **restraints** without proper documentation, justification, or physician reevaluation • **Chemical sedation**

12   causing motor dysfunction requiring **walker assistance** for mobility • **Discharge while cognitively and**

13   **physically impaired** without stabilization or caregiver coordination

14   Most significantly, Plaintiff's **Psychiatric Advance Directive (PAD)**, effective June 6th, 2025, was

15   **completely disregarded**. Designated agent **Porscha Ryan** was never contacted despite Plaintiff's

16   inability to advocate for herself, violating **42 CFR § 482.13(e), EMTALA, ACA § 1557**, and **ADA Title**

17   **III**.

18   These records support Plaintiff's claims of **gross negligence, civil rights violations**, and **discriminatory**

19   **discharge**, demonstrating systemic failures within HCA-operated facilities.

20   **Submitted by:** Jade Riley Burch Plaintiff, Pro Se 222 Karen Ave Unit 1207 Las Vegas, NV 89109

21   jaderburch@gmail.com (614) 725-9452

## Provider Report

Details for

# Neurology Note

Encounter ID: H89683267699

**Patient**

JADE BURCH

**Dictation Date**

6/29/2025 2:29 PM

**Facility**

SOUTHERN HILLS HOSP & MED CTR-LAS VEGAS

9300 W Sunset Rd

Las Vegas NV 89148

Ω

**Summary**

```
Southern Hills Hospital and Medical Center (COCSNV)
Neurology Progress Note
REPORT#0629-0540  REPORT STATUS: Signed
DATE:06/29/25 TIME: 1429

PATIENT: BURCH,JADE                    UNIT #: H000529958
ACCOUNT#: H89683267699                 ROOM/BED: H.521-A
DOB: 07/31/78  AGE: 46      SEX: F     ATTEND: Yaghoobian,Jonathan  MD
ADM DT: 06/28/25                       AUTHOR: Mamoor,Azaam MD R2
REP SRV DT: 06/29/25              REP SRV TM: 1429
* ALL edits or amendments must be made on the electronic/computer document *
```

MAMOOR,AZAAM N. 06/29/25 1429:
Subjective
Chief complaint:
Seizures
HPI:
Doing well overall, no further spells, partner was present in the room

States that she is starting to feel better, discussed that ideally we get her
home to complete her ambulatory EEG with her neurologist tomorrow

PT was in the room and walked with the patient

No other complaints

Reviewed CT Brain results with patient and partner at bedside.

Objective

Physical Exam
VS:
Last Documented:

|              | Result    | Date Time  |
|--------------|-----------|------------|
| Pulse Ox     | 95        | 06/29 1051 |
| B/P          | 148/98    | 06/29 1051 |
| B/P Mean     | 114.6     | 06/29 1051 |
| O2 Delivery  | Room air  | 06/29 1051 |
| Temp         | 98.1      | 06/29 1051 |
| Pulse        | 80        | 06/29 1051 |
| Resp         | 18        | 06/29 1051 |
| O2 Flow Rate | 2         | 06/29 0710 |

Medications:
Current Home Medications
ARIPiprazole (ABILIFY 10 MG) 10 MG PO DAILY
Bupropion HCl (Wellbutrin XL) 300 MG PO DAILY
ATORVASTATIN CALCIUM (LIPITOR 10 MG) 10 MG PO DAILY
LURASIDONE (LATUDA  20 MG) 20 MG PO DAILY
SERTRALINE (ZOLOFT  25 MG) 25 MG PO DAILY
LISINOPRIL (ZESTRIL 10  MG) 10 MG PO DAILY
amLODIPine (NORVASC 10 MG) 10 MG PO DAILY
INSULIN LISPRO (HumaLOG 100 UNIT/ML KWIKPEN INJ)
DIVALPROEX ER (DEPAKOTE ER 500 MG) 500 MG PO BID
APIXABAN (ELIQUIS 2.5 MG) 2.5 MG PO BID
AZITHROMYCIN (ZITHROMAX) 500 MG PO Q24H
OXYCODONE HCL/ACETAMINOPHEN (PERCOCET  7.5/325 MG) 1 TAB PO Q6H PRN PRN pain

```
Active Meds + DC'd Last 24 Hrs
Aripiprazole (ARIPiprazole)  10 MG  DAILY  PO
Atorvastatin Calcium (ATORVASTATIN 10MG TAB)  10 MG  DAILY  PO
Bupropion HCl (Bupropion XL (DAILY))  300 MG  DAILY  PO
Lisinopril (lisinopriL)  10 MG  DAILY  PO
Lurasidone HCl (LURASIDONE HCL TAB)  20 MG  DAILY  PO
Sertraline HCl (SERTRALINE 25 MG TAB)  25 MG  DAILY  PO
Apixaban (APIXABAN)  5 MG  BID  PO  (DC)
Apixaban (APIXABAN)  5 MG  BID  PO
Divalproex Sodium (DIVALPROEX SODIUM ER TAB)  500 MG  BID  PO
Electrolyte Protocol (ELECTROLYTE REPLACEMENT (STANDARD))  Reminder
        BID  MISC
Insulin Human Lispro (INSULIN LISPRO *TOXIC/IGNITABLE BLACK*)  0  ACHS  SUBQ

Levetiracetam (LEVETIRACETAM)  750 MG  BID  PO
Lorazepam (LORazepam (2 MG/ML) INJ)  1 MG  X1ED STA  IV  (DC)
Bisacodyl (BISACODYL(*))  10 MG  DAILY PRN PRN  RECTAL
Calcium Carbonate (CALCIUM CARBONATE 500MG CHEW TAB)  2 TAB  Q6H PRN PRN
CHEW
Dextran/Dextrose (DEXTROSE/DEXTRIN/MALTOSE GEL)  31 GM  PRN PRN  PO
Dextrose/Water (DEXTROSE 10% IN WATER (250 ML))  125 ML  Q15M PRN PRN  IV  (
CKD)
Diphenhydramine HCl (diphenhydrAMINE HCL CAP)  25 MG  BEDTIME PRN PRN  PO

Docusate Sodium (DOCUSATE)  100 MG  BID PRN PRN  PO
Hydralazine HCl (HYDRALAZINE (20 MG/1 ML) VIAL)  10 MG  Q6H PRN PRN  IV
Ondansetron HCl (ONDANSETRON)  4 MG  Q4H PRN PRN  IV
Oxycodone HCl (ROXICODONE/PERCOLONE *CONTROL-SUB GREEN*)  5 MG  Q4H PRN PRN
PO
Oxycodone HCl (ROXICODONE/PERCOLONE *CONTROL-SUB GREEN*)  10 MG  Q4H PRN PRN
PO
Promethazine HCl (PROMETHAZINE 25 MG SUPP)  25 MG  Q6H PRN PRN  RECTAL
Acetaminophen (ACETAMINOPHEN TABLET)  650 MG  Q6H PRN PRN  PO


Head/Eyes: atraumatic, clear cornea
ENT: moist mucosal membranes
Respiratory: no distress
Abdomen: soft
Extremities: moves all, normal inspection
Musculoskeletal: normal inspection
Neuro comment:
Gain intact, able to situp in bed and work with PT

NEURO:
Mood/affect:  Appropriate
Attention/concentration:  Intact
Speech:  Fluent
Cranial nerve:
-II:  Pupil equal and reactive b/l, normal visual field, PERLA
-III, IV, VI:  EOMI, no gaze preference or deviation
-V:  Sensory intact, symmetrical
-VII:  Facial expression intact, symmetrical
Motor:
-RUE: 5/5
-LUE: 5/5
-RLE:  5/5
-LLE: 5/5
Tone/bulk:  Appropriate
Sensation:  Intact to light touch/pinprick
Reflexes:
```

Health Records

-RUE: 2/4
-LUE: 2/4
-RLE: 2/4
-LLE: 2/4
Coordination:
-FNF: Intact
Gait: Deferred

No tongue bite, right tongue ulcer noted
Skin: dry, intact

Results
Findings/Data:
Laboratory Tests

| | 06/29 1137 | 06/29 0838 | 06/29 0836 | 06/29 0836 | 06/28 1935 |
|---|---|---|---|---|---|
| **Chemistry** | | | | | |
| Sodium (136 - 145 MMOL/L) | | | | 141 | |
| Potassium (3.5 - 5.1 MMOL/L) | | | | 3.6 | |
| Chloride (98 - 107 MMOL/L) | | | | 106 | |
| Carbon Dioxide (20 - 31 MMOL/L) | | | | 26 | |
| Anion Gap (5 - 16 MMOL/L) | | | | 9 | |
| BUN (9 - 23 MG/DL) | | | | 7  L | |
| Creatinine (0.55 - 1.02 MG/DL) | | | | 0.96 | |
| Est GFR (CKD-EPI) (>60 ML/MIN) | | | | 74 | |
| Glucose (74 - 106 MG/DL) | | | | 87 | |
| POC Glucose (70 - 139 MG/DL) | 85 | 76 | | | |
| Hemoglobin A1c (4.0 - 5.7 %) | | | | | 5.7 |
| Calcium (8.5 - 10.1 MG/DL) | | | | 9.2 | |
| Phosphorus (2.4 - 5.1 MG/DL) | | | | 5.1 | |
| Magnesium (1.6 - 2.6 MG/DL) | | | | 2.5 | |
| Serum HCG, Qual (absent) | | | ABSENT | | |

| | 06/28 1935 | 06/28 1935 |
|---|---|---|
| **Chemistry** | | |
| Iron (50 - 170 ug/dL) | 38  L | |
| TIBC (250 - 425 ug/dL) | 309 | |
| Iron Saturation (20 - 50 %) | 12  L | |
| Ferritin (7.3 - 270.7 ng/mL) | 17.1 | |
| Triglycerides (0 - 150 MG/DL) | 106 | |
| Cholesterol (0 - 200 MG/DL) | 201  H | |
| LDL Cholesterol (0 - 100 MG/DL) | 160  H | |
| VLDL Cholesterol (7.6 - 34.0 MG/DL) | 21.0 | |
| HDL Cholesterol (>60 MG/DL) | 38 | |
| Cholesterol/HDL Ratio (MG/DL) | 5.29 | |
| Vitamin B12 (211 - 911 pg/mL) | 732 | |
| Folate (>5.38 ng/mL) | | 16.23 |
| TSH (0.480 - 4.170 uIU/ML) | 0.544 | |

Laboratory Tests

| | 06/29 0836 |
|---|---|
| **Hematology** | |
| WBC (4.8 - 10.8 K/MM3) | 5.6 |
| RBC (4.20 - 5.50 M/MM3) | 4.38 |
| Hgb (12.0 - 16.0 G/DL) | 12.9 |
| Hct (37.0 - 47.0 %) | 38.9 |
| MCV (80 - 100 FL) | 89 |
| MCH (27.0 - 32.0 PG) | 29.5 |
| MCHC (32.0 - 37.0 GM/DL) | 33.2 |

7/12/25, 6:21 AM                                    Health Records

```
RDW (11.5 - 14.5 %)                              12.7
Plt Count (150 - 450 K/MM3)                       317
MPV (9.6 - 12.0 FL)                              8.9  L
Neut % (Auto) (%)                                69.3
Neut # (Auto) (1.80 - 7.70 K/MM3)                3.89
Lymph # (Auto) (1.5 - 4.0 K/MM3)                1.21  L
Mono # (Auto) (0.20 - 1.00 K/MM3)                0.36
Eos # (Auto) (0.0 - 0.5 K/MM3)                   0.08
Baso # (Auto) (0.00 - 0.20 K/MM3)                0.05
Immature Gran # (Auto) (0.01 - 0.05 K/MM3)       0.03
Immature Gran % (%)                               0.5
Lymphocytes % (%)                                21.5
Monocytes % (%)                                   6.4
Eosinophils % (%)                                 1.4
Basophils % (%)                                   0.9
```

Radiology Data:
Recent Impressions:
COMPUTED TOMOGRAPHY - CT BRAIN W/O CONTRAST        06/28 1503
*** Report Impression - Status: SIGNED  Entered: 06/28/2025 1721

IMPRESSION:
No acute intracranial abnormality.

Report Provided by Lucid Solutions
Impression By: LIPELLBR - Brian Ellison, MD

Diagnosis, Assessment   Plan
Free Text A P:
The patient is a 46-year-old male to female transgender with PMH of PNES,
epilepsy, PE on Eliquis, previous suicide attempt, diabetes, hypertension,
hyperlipidemia, PTSD, bipolar 1, generalized anxiety disorder, major depressive
disorder, dissociative identity disorder, OCD, schizoaffective disorder,
borderline personality disorder presented to the ED for seizures and head injury
with headache.  Neurology consulted for further workup/management.

Assessments:
Eval brain bleed
Posttraumatic cephalgia
Head injury, no LOC
Chronically uncontrolled PNES/epilepsy
Hypertensive urgency

History of:
PNES/epilepsy, chronically uncontrolled
PE on Eliquis
diabetes
hypertension
hyperlipidemia
Extensive psych history-previous suicide attempt, PTSD, bipolar 1, generalized
anxiety disorder, major depressive disorder, dissociative identity disorder, OCD
, schizoaffective disorder, borderline personality disorder

Plan:
Has not tried any pain meds for headache
Underwent 5 days of EMU last year and was diagnosed with PNES.

7/12/25, 6:21 AM                                Health Records

CT brain without contrast ordered to eval bleed

Depakote, Keppra levels pending

In the ED:  Loaded with Keppra 2000 mg, 2 mg Ativan IV
Ordered Tylenol 650 mg q.6 p.r.n.-headache
Continue home med Depakote 500 mg b.i.d.
Continue home med Keppra 750 mg b.i.d.

Q.4 neuro checks
Fall/seizure precautions
PT/OT eval

Neurologists:  Las Vegas Neurology and Dr Toya Malone
Planned for 5 days of EMU starting Monday to eval PNES/epilepsy

Case to be discussed with Neurology attending, Dr. Tran.

6/29:
46 YO MTF TG with history of PNES, Epilepsy, PE on AC, numerous mood disorders p
/w seizures and head injury with headache.

Studies:
* CT Brain: No acute intracranial abnormality

Plan:
* Seizure like spell, numerous mood disorders, epilepsy/PNES now stable.
* Patient is cleared for discharge from a Neurology standpoint, reccomend she
follow up with her two trusted outpatient neurologists and complete her
ambulatory EEG which she is scheduled to have completed tomorrow
* Disposition per PT/OT
* Continue Home Depakote 500 mg b.i.d.
* Continue Home Keppra 750 mg b.i.d.
* Depakote Levels WNL
* PT/OT/SLP
* Neurochecks Q4H
* Precautions: Fall, Seizure

Case Discussed with Dr. Tran


Tran,Cyndi 06/29/25 1441:
Attestations
Attestation needed: teaching physician

Teaching Physician Attestation
F/U visit w/ resident:
I saw the patient with the resident and . . .

agree with the resident's findings and plan.

agree with the resident's findings and plan EXCEPT:


Electronically Signed by Mamoor,Azaam MD R2 on 06/29/25 at 1439
Electronically Signed by Tran,Cyndi  DO on 06/29/25 at 1441
RPT #: 0629-0540
***END OF REPORT***

# Provider Report

Details for

# History And Physical Note

**Encounter ID: H89683267699**

**Patient**

JADE BURCH

**Dictation Date**

6/29/2025 7:19 AM

**Facility**

SOUTHERN HILLS HOSP & MED CTR-LAS VEGAS

9300 W Sunset Rd

Las Vegas NV 89148

0

**Summary**

Southern Hills Hospital and Medical Center (COCSNV)
Hospitalist History   Physical
REPORT#0629-0085  REPORT STATUS: Signed
DATE:06/29/25 TIME: 0719

PATIENT: BURCH,JADE                  UNIT #: H000529958
ACCOUNT#: H89683267699               ROOM/BED: H.521-A
DOB: 07/31/78  AGE: 46     SEX: F    ATTEND: Yaghoobian,Jonathan  MD
ADM DT: 06/28/25                     AUTHOR: Yaghoobian,Jonathan  MD
REP SRV DT: 06/29/25            REP SRV TM: 0719
     * ALL edits or amendments must be made on the electronic/computer document *


History of Present Illness

HPI
Chief complaint:
seizure
PCP:
PCP: Capobianco,Leo J  DO

HPI:
46-year-old with extensive psychiatric history, PNES, pulmonary emboli on
Eliquis, hypertension presents to the hospital after multiple seizures.  Patient
reports that they were doing some chores around the house when all the sudden
had a seizure episode and hit her head on the ground.  Patient became concerned
since they are on blood thinners so they decided to come to the hospital further
evaluation and CT scan of the brain.  Patient also had some episodes of seizure
while in the emergency department and wanted to stay overnight.  Of note patient
has an ambulatory EEG check tomorrow with the neurologist.  No other active
issues at this time.  Seen with partner present at bedside
Hx Obtained From Patient

History
Additional medical history:
Seizure disorder, functional neurological disorder, dissociative identity
  disorder, post-traumatic stress disorder, schizoaffective disorder, bipolar
  I disorder, borderline personality disorder, obsessive-compulsive disorder,
  ADHD, major depressive disorder, generalized anxiety disorder, pulmonary
  embolism, hypertension, hyperlipidemia, diabetes mellitus - insulin
  dependent, left ventricular hypertrophy, DVT, syncope and breathing
  suppression
Past surgical history:
Denies: Cholecystectomy.
Additional surgical history:
Breast augmentation
Additional family history:
niece-epilepsy
Alcohol use: Denies EtOH use
Drug use: Denies recreational drugs
Smoking status for patients 13 years old or older: Never Smoker

Medication/Allergy-Vaccine Hx
Allergies:
Coded Allergies:
guanfacine (Intermediate, HALLUCINATIONS 04/20/25)
quetiapine (From SEROQUEL) (Intermediate, SLEEP WALKING 04/20/25)

Review of Systems

All systems rev   neg: except as marked

Objective

General
VS/I O:
Vital Signs:

| Date | Time | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|------|------|------|-------|------|-----|----------|----------|-------------|--------------|------|
| 06/29 | 1051 | 98.1 | 80 | 18 | 148/98 | 114.6 | 95 | Room air | | |
| 06/29 | 0710 | 98.2 | 83 | 18 | 142/89 | 106.8 | 99 | Nasal cannula | 2 | |
| 06/29 | 0257 | 98.2 | 72 | 17 | 132/84 | 100.3 | 96 | Room air | | |
| 06/28 | 2320 | 97.9 | 69 | 17 | 149/85 | 106.4 | 96 | Room air | | |
| 06/28 | 2100 | 98.1 | 75 | 18 | 137/91 | 106.4 | 97 | Room air | | |
| 06/28 | 2000 | | 72 | | 133/84 | 103 | 94 | | | |
| 06/28 | 1930 | | 77 | | 147/95 | 116 | 97 | | | |
| 06/28 | 1900 | | 73 | 18 | 150/95 | 116 | 98 | Room air | | |
| 06/28 | 1800 | | 75 | 18 | 152/94 | | 95 | Room air | | |
| 06/28 | 1700 | | 86 | 16 | 131/107 | | 98 | Room air | | |
| 06/28 | 1600 | | 89 | 18 | 145/86 | | 98 | Room air | | |
| 06/28 | 1500 | | 84 | 20 | 155/96 | | 100 | Room air | | |
| 06/28 | 1400 | | 81 | 16 | 167/91 | | 99 | Room air | | |
| 06/28 | 1238 | | | 17 | | | | | | |
| 06/28 | 1226 | 97.5 | 85 | | 187/92 | 123.7 | 99 | | | |
| 06/28 | 1226 | 97.5 | 85 | | 187/92 | 123.7 | 99 | | | |

24 hour I O ending at 0700:

| | 06/29 0700 | 06/28 1900 |
|---|---|---|
| Intake Total | 100 | |
| Output Total | | |
| Balance | 100 | |
| | | |
| Intake, Oral | 100 | |
| Number Voids | 1 | |
| Patient Weight | | 190 lb |
| Weight Measurement Method | Stated/Reported | |

PATIENT WEIGHT:

Weight (lb):
Weight (oz):
Weight (kg):  86.364

Medications:
Active Meds + DC'd Last 24 Hrs
Aripiprazole (ARIPiprazole)  10 MG   DAILY   PO
Atorvastatin Calcium (ATORVASTATIN 10MG TAB)   10 MG   DAILY   PO
Bupropion HCl (Bupropion XL (DAILY))   300 MG   DAILY   PO
Lisinopril (lisinopriL)  10 MG   DAILY   PO
Lurasidone HCl (LURASIDONE HCL TAB)   20 MG   DAILY   PO
Sertraline HCl (SERTRALINE 25 MG TAB)   25 MG   DAILY   PO
Apixaban (APIXABAN)   5 MG   BID   PO   (DC)
Apixaban (APIXABAN)   5 MG   BID   PO
Divalproex Sodium (DIVALPROEX SODIUM ER TAB)   500 MG   BID   PO
Electrolyte Protocol (ELECTROLYTE REPLACEMENT (STANDARD))   Reminder
          BID   MISC
Insulin Human Lispro (INSULIN LISPRO *TOXIC/IGNITABLE BLACK*)   0   ACHS   SUBQ

7/12/25, 6:22 AM                                    Health Records

```
Levetiracetam (LEVETIRACETAM)  750 MG   BID   PO
Lorazepam (LORazepam (2 MG/ML) INJ)   1 MG   X1ED STA   IV   (DC)
Bisacodyl (BISACODYL(*))   10 MG   DAILY PRN PRN   RECTAL
Calcium Carbonate (CALCIUM CARBONATE 500MG CHEW TAB)   2 TAB   Q6H PRN PRN
CHEW
Dextran/Dextrose (DEXTROSE/DEXTRIN/MALTOSE GEL)   31 GM   PRN PRN   PO
Dextrose/Water (DEXTROSE 10% IN WATER (250 ML))   125 ML   Q15M PRN PRN   IV   (
CKD)
Diphenhydramine HCl (diphenhydrAMINE HCL CAP)   25 MG   BEDTIME PRN PRN   PO

Docusate Sodium (DOCUSATE)   100 MG   BID PRN PRN   PO
Hydralazine HCl (HYDRALAZINE (20 MG/1 ML) VIAL)   10 MG   Q6H PRN PRN   IV
Ondansetron HCl (ONDANSETRON)   4 MG   Q4H PRN PRN   IV
Oxycodone HCl (ROXICODONE/PERCOLONE *CONTROL-SUB GREEN*)   5 MG   Q4H PRN PRN
PO
Oxycodone HCl (ROXICODONE/PERCOLONE *CONTROL-SUB GREEN*)   10 MG   Q4H PRN PRN
PO
Promethazine HCl (PROMETHAZINE 25 MG SUPP)   25 MG   Q6H PRN PRN   RECTAL
Acetaminophen (ACETAMINOPHEN TABLET)   650 MG   Q6H PRN PRN   PO
Acetaminophen (ACETAMINOPHEN TABLET)   650 MG   X1ED STA   PO   (DC)
Levetiracetam (LEVETIRACETAM)   1,000 MG   Q5M   IV   (DC)
Lorazepam (LORazepam (2 MG/ML) INJ)   2 MG   X1ED STA   IV   (DC)
Lorazepam (LORazepam (2 MG/ML) INJ)   0   .STK-MED ONE   IV   (DC)
```

Physical Exam
General appearance: alert, awake, oriented
Head/Eyes: atraumatic
Cardiovascular: normal heart sounds, regular rate   rhythm
Respiratory: aerating well
Abdomen: non-tender, normal bowel sounds
Extremities: moves all
Musculoskeletal: normal inspection
Neuro/CNS: alert, oriented X 3
Skin: dry
Psychiatry: normal affect, normal judgment/insight, normal mood, not suicidal

Results
Findings/Data:
Laboratory Tests

| | 06/29 1137 | 06/29 0838 | 06/29 0836 | 06/29 0836 | 06/28 1935 |
|---|---|---|---|---|---|
| Chemistry | | | | | |
| Sodium (136 - 145 MMOL/L) | | | | 141 | |
| Potassium (3.5 - 5.1 MMOL/L) | | | | 3.6 | |
| Chloride (98 - 107 MMOL/L) | | | | 106 | |
| Carbon Dioxide (20 - 31 MMOL/L) | | | | 26 | |
| Anion Gap (5 - 16 MMOL/L) | | | | 9 | |
| BUN (9 - 23 MG/DL) | | | | 7 L | |
| Creatinine (0.55 - 1.02 MG/DL) | | | | 0.96 | |
| Est GFR (CKD-EPI) (>60 ML/MIN) | | | | 74 | |
| Glucose (74 - 106 MG/DL) | | | | 87 | |
| POC Glucose (70 - 139 MG/DL) | 85 | 76 | | | |
| Hemoglobin A1c (4.0 - 5.7 %) | | | | | 5.7 |
| Calcium (8.5 - 10.1 MG/DL) | | | | 9.2 | |
| Phosphorus (2.4 - 5.1 MG/DL) | | | | 5.1 | |
| Magnesium (1.6 - 2.6 MG/DL) | | | | 2.5 | |
| Serum HCG, Qual (absent) | | | ABSENT | | |

7/12/25, 6:22 AM

Health Records

|  | 06/28 | 06/28 |
|  | 1935 | 1935 |

### Chemistry
| | | |
|---|---|---|
| Iron (50 - 170 ug/dL) | | 38 L |
| TIBC (250 - 425 ug/dL) | | 309 |
| Iron Saturation (20 - 50 %) | | 12 L |
| Ferritin (7.3 - 270.7 ng/mL) | | 17.1 |
| Triglycerides (0 - 150 MG/DL) | | 106 |
| Cholesterol (0 - 200 MG/DL) | | 201 H |
| LDL Cholesterol (0 - 100 MG/DL) | | 160 H |
| VLDL Cholesterol (7.6 - 34.0 MG/DL) | | 21.0 |
| HDL Cholesterol (>60 MG/DL) | | 38 |
| Cholesterol/HDL Ratio (MG/DL) | | 5.29 |
| Vitamin B12 (211 - 911 pg/mL) | | 732 |
| Folate (>5.38 ng/mL) | 16.23 | |
| TSH (0.480 - 4.170 uIU/ML) | | 0.544 |

### Laboratory Tests

|  | 06/29 |
|  | 0836 |

#### Hematology
| | |
|---|---|
| WBC (4.8 - 10.8 K/MM3) | 5.6 |
| RBC (4.20 - 5.50 M/MM3) | 4.38 |
| Hgb (12.0 - 16.0 G/DL) | 12.9 |
| Hct (37.0 - 47.0 %) | 38.9 |
| MCV (80 - 100 FL) | 89 |
| MCH (27.0 - 32.0 PG) | 29.5 |
| MCHC (32.0 - 37.0 GM/DL) | 33.2 |
| RDW (11.5 - 14.5 %) | 12.7 |
| Plt Count (150 - 450 K/MM3) | 317 |
| MPV (9.6 - 12.0 FL) | 8.9 L |
| Neut % (Auto) (%) | 69.3 |
| Neut # (Auto) (1.80 - 7.70 K/MM3) | 3.89 |
| Lymph # (Auto) (1.5 - 4.0 K/MM3) | 1.21 L |
| Mono # (Auto) (0.20 - 1.00 K/MM3) | 0.36 |
| Eos # (Auto) (0.0 - 0.5 K/MM3) | 0.08 |
| Baso # (Auto) (0.00 - 0.20 K/MM3) | 0.05 |
| Immature Gran # (Auto) (0.01 - 0.05 K/MM3) | 0.03 |
| Immature Gran % (%) | 0.5 |
| Lymphocytes % (%) | 21.5 |
| Monocytes % (%) | 6.4 |
| Eosinophils % (%) | 1.4 |
| Basophils % (%) | 0.9 |

### Diagnosis, Assessment   Plan

Code Status/Resusc. Discussion
Resuscitation discussion:
   Discussed with: patient
Code status: full code

Free Text DxA P Notes
Free Text DxA P Notes:
PNES/epilepsy, acute on chronic
Chronic PE on Eliquis
HTN
HLD
Dm2 uncontrolled w hyperglycemia

Extensive psych history-previous suicide attempt, PTSD, bipolar 1, generalized anxiety disorder, major depressive disorder, dissociative identity disorder, OCD, schizoaffective disorder, borderline personality disorder

Plan:
Patient stable
no seizures on my eval
Neuro on board
CT brain neg
Resume eliquis
cw home AED
CM consult
PT OT as tolerated

VTE proph with eliquis
Full code

Electronically Signed by Yaghoobian,Jonathan  MD on 06/29/25 at 1515
RPT #: 0629-0085
***END OF REPORT***

# Provider Report

Details for

# EEG Study

Encounter ID: H89683267699

**Patient**

JADE BURCH

**Dictation Date**

6/28/2025 6:06 PM

**Facility**

SOUTHERN HILLS HOSP & MED CTR-LAS VEGAS

9300 W Sunset Rd

Las Vegas NV 89148

0

### Summary

.

Southern Hills Hospital and Medical Center (COCSNV)
Electroencephalogram-EEG
REPORT#0628-0745  REPORT STATUS: Signed
DATE:06/28/25 TIME: 1806

PATIENT: BURCH,JADE                   UNIT #: H000529958
ACCOUNT#: H89683267699                ROOM/BED:
DOB: 07/31/78  AGE: 46      SEX: F    ATTEND: Wright,Brent J  DO
ADM DT:                               AUTHOR: Tran,Cyndi  DO
REP SRV DT: 06/28/25            REP SRV TM: 1806
* ALL edits or amendments must be made on the electronic/computer document *


Procedure

HPI:
Requesting clinician:
Dr. Janita Sidhu
PCP:
PCP: Capobianco,Leo J  DO

Medications:
Home Medications:
amLODIPine (NORVASC 10 MG) 10 MG PO DAILY
INSULIN LISPRO (HumaLOG 100 UNIT/ML KWIKPEN INJ)
DIVALPROEX ER (DEPAKOTE ER 500 MG) 500 MG PO BID
AZITHROMYCIN (ZITHROMAX) 500 MG PO Q24H
OXYCODONE HCL/ACETAMINOPHEN (PERCOCET  7.5/325 MG) 1 TAB PO Q6H PRN PRN pain

Current Hospital Medications:
Divalproex Sodium (DIVALPROEX SODIUM ER TAB)   500 MG   BID   PO
Levetiracetam (LEVETIRACETAM)   750 MG   BID   PO
Acetaminophen (ACETAMINOPHEN TABLET)   650 MG   Q6H PRN PRN   PO
Acetaminophen (ACETAMINOPHEN TABLET)   650 MG   X1ED STA   PO   (DC)
Levetiracetam (LEVETIRACETAM)   1,000 MG   Q5M   IV   (DC)
Lorazepam (LORazepam (2 MG/ML) INJ)   2 MG   X1ED STA   IV   (DC)
Lorazepam (LORazepam (2 MG/ML) INJ)   0   .STK-MED ONE   IV   (DC)


Procedure:
Date of procedure:
06/28/2025
Procedure performed: EEG Rec AW   Asleep
Duration: 20 Minutes
Indication: seizure
Procedure description:
Twenty-one electrodes were applied to the patient's scalp in accordance with the
international 10/20 system.  The record was recorded and reviewed utilizing
referential and bipolar montages.  A single channel EKG electrode was applied to
the patient's chest.

Audio/Video recording: Made
Activation Procedure:
   Photic stimulation: Not done
   Hyperventilation for 2 min: Not done
   State of arousal: awake, sleep
Findings:

This electroencephalogram is comprised of an alpha posterior predominant rhythm

of a sinusoidal morphology. The voltage is moderate. There is no side-to-side asymmetry. Hyperventilation and photic stimulation were deferred. Mild blinking and movement artifacts are noted in the recording. There is no focal slowing. There are no spike-wave, spike and wave, or sharp wave activity appreciated.

Impression/Conclusion:

This electroencephalogram is within normal limits. Please clinically correlate. Long term monitoring is indicated if epilepsy is suspected.

Electronically Signed by Tran,Cyndi  DO on 06/28/25 at 1808
RPT #: 0628-0745
***END OF REPORT***

# Provider Report

Details for

# Neurology Consult Note

Encounter ID: H89683267699

**Patient**

JADE BURCH

**Dictation Date**

6/28/2025 1:20 PM

**Facility**

SOUTHERN HILLS HOSP & MED CTR-LAS VEGAS

9300 W Sunset Rd

Las Vegas NV 89148

0

### Summary

Health Records

Southern Hills Hospital and Medical Center (COCSNV)
Neurology Consultation Note
REPORT#0628-0568  REPORT STATUS: Signed
DATE:06/28/25 TIME: 1320

PATIENT: BURCH,JADE                    UNIT #: H00052995B
ACCOUNT#: H89683267699                 ROOM/BED: H.521-A
DOB: 07/31/78  AGE: 46      SEX: F     ATTEND: Yaghoobian,Jonathan  MD
ADM DT: 06/28/25                       AUTHOR: Sidhu,Janita MD R3
REP SRV DT: 06/28/25             REP SRV TM: 1320
* ALL edits or amendments must be made on the electronic/computer document *

                         **See Addendum**
SIDHU,JANITA 06/28/25 1320:
History of Present Illness

HPI
Requesting clinician: ED
Reason for consult:
Seizures
Chief complaint:
Seizures
HPI:
The patient is a 46-year-old male to female transgender with PMH of PNES,
epilepsy, PE on Eliquis, previous suicide attempt, diabetes, hypertension,
hyperlipidemia, PTSD, bipolar 1, generalized anxiety disorder, major depressive
disorder, dissociative identity disorder, OCD, schizoaffective disorder,
borderline personality disorder presented to the ED for seizures and head injury
with headache.  Neurology consulted for further workup/management.

The patient is seen and examined bedside with partner present.  Yesterday while
putting the VAC away, she hit the right side of her head on the edge of the wall
and since then has been having continuous, throbbing, progressively worsening
headache that is 9/10 at this time.  Has not tried any pain killer medication at
home.  Since she is on Eliquis for PE, she was concerned about brain bleed which
prompted her to come to the ED along with wanting better control of her
seizures.

Per patient, she has been having seizures for long time and her neurologists are
working on trying to get a better control.  At this time she is on Depakote 500
b.i.d. and Keppra 750 b.i.d. with which she is compliant.  She can get 3-18
seizures a day.  Her aura consists of hearing music, Collar in her vision and
visual hallucination (birds, kids).  Her seizures generally consist of
generalized or focal shaking, eye rolling back, no awareness, occasional bladder
incontinence with being fully back to baseline in 5-10 minutes.  She has had
significantly increased stress and poor sleep recently.  She is planned for 5
days of PNES and/or epilepsy eval at Sunrise starting Monday.

History - Adult longitudinal
Additional medical history:
Seizure disorder, functional neurological disorder, dissociative identity
disorder, post-traumatic stress disorder, schizoaffective disorder, bipolar
I disorder, borderline personality disorder, obsessive-compulsive disorder,
ADHD, major depressive disorder, generalized anxiety disorder, pulmonary
embolism, hypertension, hyperlipidemia, diabetes mellitus - insulin
dependent, left ventricular hypertrophy, DVT, syncope and breathing
suppression
Past surgical history:
Denies: Cholecystectomy.

Additional surgical history:
Breast augmentation
Additional family history:
niece-epilepsy
Alcohol use: Denies EtOH use
Drug use: Denies recreational drugs
Smoking status for patients 13 years old or older: Never Smoker
Medications:
Home Medications:

| Medication | Dose/Rte/Freq Max Daily Dose | Days | Qty | Entered | Last Reviewed |
|---|---|---|---|---|---|
| amLODIPine (NORVASC 10 MG) Strength: 10 MG TAB | 10 MG PO DAILY | | | 08/12/24 0936 | |
| INSULIN LISPRO (HumaLOG 100 UNIT/ML KWIKPEN INJ) Strength: 100 UNIT/ML INSULN.PEN | | | | 04/09/25 1719 | |
| DIVALPROEX ER (DEPAKOTE ER 500 MG) Strength: 500 MG TAB.ER | 500 MG PO BID | | | 10/24/24 0548 | |
| AZITHROMYCIN (ZITHROMAX) Strength: 500 MG TAB | 500 MG PO Q24H | | 4 | 04/22/25 1052 | |
| OXYCODONE HCL/ACETAMINOPHEN (PERCOCET 7.5/325 MG) Strength: 1 TAB TAB | 1 TAB PO Q6H PRN PRN pain | 7 | 28 | 04/22/25 1052 | |

Current Hospital Medications:
Central Nervous System Agents

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Acetaminophen (ACETAMINOPHEN TABLET) | 650 MG | X1ED STA PO | 06/28 1404 06/28 1405 | DC | |
| Levetiracetam (LEVETIRACETAM) | 1,000 MG | Q5M IV | 06/28 1314 06/28 1320 | DC | 06/28 1328 |
| Lorazepam (LORazepam (2 MG/ML) INJ) | 2 MG | X1ED STA IV | 06/28 1259 06/28 1300 | DC | 06/28 1304 |
| Lorazepam (LORazepam (2 MG/ML) INJ) | 0 | .STK-MED ONE IV | 06/28 1258 | DC | |

Allergies:
Coded Allergies:
guanfacine (Intermediate, HALLUCINATIONS 04/20/25)
quetiapine (From SEROQUEL) (Intermediate, SLEEP WALKING 04/20/25)

Review of Systems
Constitutional:
Denies: chills, fever.
Skin:
Denies: abrasion, contusion.
Allergy/Immun:
Denies: allergic reaction.
Eyes:

Denies: redness, visual loss/blurred.
ENT:
Denies: ear drainage, hearing loss.
Respiratory:
Denies: SOB.
Cardiovascular:
Denies: chest pain.
GI:
Denies: abdominal pain, nausea.
GU:
Denies: dysuria, hematuria.
Musculoskeletal:
Denies: arthritis, neck pain.
Heme:
Denies: bleeding.
Endocrine:
Denies: weight gain, weight loss.
Psych:
Reports: anxiety, depression, stress, suicidal ideation.

Objective

Physical Exam
VS:
Last Documented:

|          | Result | Date  | Time |
|----------|--------|-------|------|
| Resp     | 17     | 06/28 | 1238 |
| Pulse Ox | 99     | 06/28 | 1226 |
| B/P      | 187/92 | 06/28 | 1226 |
| B/P Mean | 123.7  | 06/28 | 1226 |
| Temp     | 36.4   | 06/28 | 1226 |
| Pulse    | 85     | 06/28 | 1226 |

Medications:
Current Home Medications
amLODIPine (NORVASC 10 MG) 10 MG PO DAILY
INSULIN LISPRO (HumaLOG 100 UNIT/ML KWIKPEN INJ)
DIVALPROEX ER (DEPAKOTE ER 500 MG) 500 MG PO BID
AZITHROMYCIN (ZITHROMAX) 500 MG PO Q24H
OXYCODONE HCL/ACETAMINOPHEN (PERCOCET  7.5/325 MG) 1 TAB PO Q6H PRN PRN pain

Active Meds + DC'd Last 24 Hrs
Acetaminophen (ACETAMINOPHEN TABLET)  650 MG   X1ED STA   PO   (DC)
Levetiracetam (LEVETIRACETAM)  1,000 MG   Q5M   IV   (DC)
Lorazepam (LORazepam (2 MG/ML) INJ)   2 MG   X1ED STA   IV   (DC)
Lorazepam (LORazepam (2 MG/ML) INJ)   0   .STK-MED ONE   IV   (DC)

General appearance: alert, awake, oriented
Head/Eyes: atraumatic, clear cornea
ENT: moist mucosal membranes
Respiratory: no distress
Abdomen: soft
Extremities: moves all, normal inspection
Musculoskeletal: normal inspection
Neuro comment:
NEURO:
Mood/affect:  Appropriate
Attention/concentration:  Intact
Speech:  Fluent

Cranial nerve:
-II:  Pupil equal and reactive b/l, normal visual field, PERLA
-III, IV, VI:  EOMI, no gaze preference or deviation
-V:  Sensory intact, symmetrical
-VII:  Facial expression intact, symmetrical
Motor:
-RUE: 5/5
-LUE: 5/5
-RLE:  5/5
-LLE: 5/5
Tone/bulk:  Appropriate
Sensation:  Intact to light touch/pinprick
Reflexes:
-RUE: 2/4
-LUE: 2/4
-RLE: 2/4
-LLE: 2/4
Coordination:
-FNF: Intact
Gait: Deferred

No tongue bite, right tongue ulcer noted

Skin: dry, intact

Results
Findings/Data:
Laboratory Tests

|  | 06/28 1241 |
|---|---|
| Chemistry | |
| Sodium (136 - 145 MMOL/L) | 142 |
| Potassium (3.5 - 5.1 MMOL/L) | 3.4 L |
| Chloride (98 - 107 MMOL/L) | 108 H |
| Carbon Dioxide (20 - 31 MMOL/L) | 26 |
| Anion Gap (5 - 16 MMOL/L) | 8 |
| BUN (9 - 23 MG/DL) | 7 L |
| Creatinine (0.55 - 1.02 MG/DL) | 1.02 |
| Est GFR (CKD-EPI) (>60 ML/MIN) | 69 |
| Glucose (74 - 106 MG/DL) | 95 |
| Calcium (8.5 - 10.1 MG/DL) | 9.5 |
| Total Bilirubin (0.3 - 1.2 MG/DL) | 0.4 |
| AST (8 - 34 U/L) | 21 |
| ALT (10 - 49 U/L) | 22 |
| Total Alk Phosphatase (46 - 116 U/L) | 112 |
| Total Protein (5.7 - 8.2 G/DL) | 7.2 |
| Albumin (3.2 - 4.8 G/DL) | 4.5 |
| Albumin/Globulin Ratio (1.7 - 2.2) | 1.7 |

Laboratory Tests

|  | 06/28 1241 |
|---|---|
| Hematology | |
| WBC (4.8 - 10.8 K/MM3) | 8.6 |
| RBC (4.20 - 5.50 M/MM3) | 4.52 |
| Hgb (12.0 - 16.0 G/DL) | 13.3 |
| Hct (37.0 - 47.0 %) | 40.8 |
| MCV (80 - 100 FL) | 90 |
| MCH (27.0 - 32.0 PG) | 29.4 |
| MCHC (32.0 - 37.0 GM/DL) | 32.6 |
| RDW (11.5 - 14.5 %) | 13.1 |

```
Plt Count (150 - 450 K/MM3)                    329
MPV (9.6 - 12.0 FL)                            9.3  L
Neut % (Auto) (%)                              66.1
Neut # (Auto) (1.80 - 7.70 K/MM3)              5.69
Lymph # (Auto) (1.5 - 4.0 K/MM3)               1.86
Mono # (Auto) (0.20 - 1.00 K/MM3)              0.83
Eos # (Auto) (0.0 - 0.5 K/MM3)                 0.10
Baso # (Auto) (0.00 - 0.20 K/MM3)              0.07
Immature Gran # (Auto) (0.01 - 0.05 K/MM3)     0.05
Immature Gran % (%)                            0.6
Lymphocytes % (%)                              21.6
Monocytes % (%)                                9.7
Eosinophils % (%)                              1.2
Basophils % (%)                                0.8
```

Diagnosis, Assessment   Plan
Free Text A P:
The patient is a 46-year-old male to female transgender with PMH of PNES,
epilepsy, PE on Eliquis, previous suicide attempt, diabetes, hypertension,
hyperlipidemia, PTSD, bipolar 1, generalized anxiety disorder, major depressive
disorder, dissociative identity disorder, OCD, schizoaffective disorder,
borderline personality disorder presented to the ED for seizures and head injury
with headache.  Neurology consulted for further workup/management.

Assessments:
Eval brain bleed
Posttraumatic cephalgia
Head injury, no LOC
Chronically uncontrolled PNES/epilepsy
Hypertensive urgency

History of:
PNES/epilepsy, chronically uncontrolled
PE on Eliquis
diabetes
hypertension
hyperlipidemia
Extensive psych history-previous suicide attempt, PTSD, bipolar 1, generalized
anxiety disorder, major depressive disorder, dissociative identity disorder, OCD
, schizoaffective disorder, borderline personality disorder

Plan:
Has not tried any pain meds for headache
Underwent 5 days of EMU last year and was diagnosed with PNES.

CT brain without contrast ordered to eval bleed

Depakote, Keppra levels pending

In the ED:  Loaded with Keppra 2000 mg, 2 mg Ativan IV
Ordered Tylenol 650 mg q.6 p.r.n.-headache
Continue home med Depakote 500 mg b.i.d.
Continue home med Keppra 750 mg b.i.d.

Q.4 neuro checks
Fall/seizure precautions
PT/OT eval

Health Records

Neurologists:  Las Vegas Neurology and Dr Toya Malone
Planned for 5 days of EMU starting Monday to eval PNES/epilepsy

Case to be discussed with Neurology attending, Dr. Tran.


Tran,Cyndi 06/28/25 1741:
Attestations
Attestation needed: teaching physician

Teaching Physician Attestation
1st visit w/o resident:
I performed a history and physical examination of the patient and discussed with
the resident.  I have reviewed the resident's note and . . .

agree with the findings and plan as documented in the resident's note.

agree with the findings and plan as documented in the resident's note EXCEPT:


Electronically Signed by Sidhu,Janita MD R3 on 06/28/25 at 1426
Electronically Signed by Tran,Cyndi  DO on 06/28/25 at 1741

Addendum 1: 06/28/25 1511 by Sidhu,Janita MD R3

added EEG

Electronically Signed by Sidhu,Janita MD R3 on 06/28/25 at 1512
Electronically Signed by Tran,Cyndi  DO on 06/28/25 at 1741

Addendum 2: 06/29/25 0639 by Ramirez Roggio,Adriana R3

Nursing staff contacted this writer for concern of seizure like activity. No
post ictal state. Lasting > 1 minute. Low suspicion for seizure. Seems PNES.
Holding on AED. Patient protecting airway and clinically stable.

Electronically Signed by Ramirez Roggio,Adriana R3 on 06/29/25 at 0640
Electronically Signed by Tran,Cyndi  DO on 06/29/25 at 0758
RPT #: 0628-0568
***END OF REPORT***

## Provider Report

Details for

# EKG Study

**Encounter ID: H89683267699**

**Patient**

JADE BURCH

**Dictation Date**

6/28/2025 12:28 PM

**Facility**

SOUTHERN HILLS HOSP & MED CTR-LAS VEGAS

9300 W Sunset Rd

Las Vegas NV 89148

0

Summary

Health Records

SOUTHERN HILLS HOSPITAL AND MEDICAL CENTER
9300 WEST SUNSET
LAS VEGAS, NV 89148


REPORT NAME: EKG


PATIENT'S NAME: BURCH,JADE                          UNIT NO: H000529958
DOB: 07/31/78    AGE: 46                      ACCOUNT NO: H89683267699
ATTENDING PHYS: Yaghoobian,Jonathan  MD          PT TYPE: DIS INo
ADMISSION DATE: 06/28/25                         LOCATION: H.5BPOD
DISCHARGE DATE: 06/29/25


Service Date:  06/28/25   Service Time:  1228


Test Performed on 06/28/2025  12:34: PM
Test Reason :
Blood Pressure :   */*   mmHG
Vent. Rate : 82 BPM      Atrial Rate :  82 BPM
  P-R Int : 160 ms          QRS Dur : 90 ms
   QT Int : 370 ms      P-R-T Axes :  35  53  67 degrees
  QTc Int : 432 ms

Normal sinus rhythm
Nonspecific T wave abnormality
Abnormal ECG
When compared with ECG of 16-APR-2025 09:19,
No significant change was found
Confirmed by Akhtar, Salman (1030) on 6/30/2025 9:13:33 AM

Referred By:          Electronically Sign by: Salman Akhtar


PATIENT NAME: BURCH,JADE                  ACCOUNT #: H89683267699

**Provider Report**

Details for

# Physician Emergency Department Note

Encounter ID: H89683267699

**Patient**
JADE BURCH
**Dictation Date**
6/28/2025 12:27 PM
**Facility**
SOUTHERN HILLS HOSP & MED CTR-LAS VEGAS
9300 W Sunset Rd
Las Vegas NV 89148

0

Summary

```
SOUTHERN HILLS HOSPITAL AND MEDICAL CENTER (COCSNV)
EMERGENCY PROVIDER REPORT
REPORT#:0628-0514  REPORT STATUS: Signed
DATE:06/28/25 TIME: 1234

PATIENT: BURCH,JADE                UNIT #: H000529958
ACCOUNT#: H89683267699            ROOM/BED: H.521-A
DOB: 07/31/78  AGE: 46    SEX: F   PCP PHYS: Capobianco,Leo J  DO
SERVICE DT: 06/28/25               AUTHOR: Wright,Brent J  DO
REP SRV DT: 06/28/25          REP SRV TM: 1227
* ALL edits or amendments must be made on the electronic/computer document *

                        **See Addendum**
HPI-Seizure

General
Confirmed Patient Yes
Patient Type Arrived via walk in
Initial Greet Date/Time 06/28/25 1227


Presentation
Chief Complaint Seizure, generalized

Portions of this section were scribed by SEBASTIAN,VENUS on 06/28/25 at 1234


Review of Systems

ROS Statements
All systems rev   neg except as marked.


Focused Review of Systems
Constitutional
Denies: Chills, Fever.
Neurologic
Reports: Seizure.


Portions of this section were scribed by SEBASTIAN,VENUS on 06/28/25 at 1234


Past Medical History - Adult
Allergies
Coded Allergies:
guanfacine (Intermediate, HALLUCINATIONS 04/20/25)
quetiapine (From SEROQUEL) (Intermediate, SLEEP WALKING 04/20/25)

Home Medications
Active Scripts
AZITHROMYCIN (ZITHROMAX) 500 MG PO Q24H
      AZITHROMYCIN (ZITHROMAX) 500 MG PO Q24H  #4 TAB
      Prov:    04/22/25
OXYCODONE HCL/ACETAMINOPHEN (PERCOCET  7.5/325 MG) 1 TAB PO Q6H PRN PRN pain
      7 Days #28 TAB
      Prov:    04/22/25

Reported Medications
ARIPiprazole (ABILIFY 10 MG) 10 MG PO DAILY
Bupropion HCl (Wellbutrin XL) 300 MG PO DAILY
ATORVASTATIN CALCIUM (LIPITOR 10 MG) 10 MG PO DAILY
LURASIDONE (LATUDA  20 MG) 20 MG PO DAILY
SERTRALINE (ZOLOFT  25 MG) 25 MG PO DAILY
LISINOPRIL (ZESTRIL 10  MG) 10 MG PO DAILY
```

```
amLODIPine (NORVASC 10 MG) 10 MG PO DAILY
INSULIN LISPRO (HumaLOG 100 UNIT/ML KWIKPEN INJ)
DIVALPROEX ER (DEPAKOTE ER 500 MG) 500 MG PO BID
APIXABAN (ELIQUIS 2.5 MG) 2.5 MG PO BID
```

Review of Nursing Notes Reviewed
Pt reports no significant: Family history
Additional Medical History
Seizure disorder, functional neurological disorder, dissociative identity
disorder, post-traumatic stress disorder, schizoaffective disorder, bipolar I
disorder, borderline personality disorder, obsessive-compulsive disorder, ADHD,
major depressive disorder, generalized anxiety disorder, pulmonary embolism,
hypertension, hyperlipidemia, diabetes mellitus - insulin dependent, left
ventricular hypertrophy, DVT, syncope and breathing suppression
Past Surgical History:
Denies: Cholecystectomy.
Additional Surgical History
Breast augmentation
Alcohol Use Denies EtOH use
Drug Use Denies recreational drugs
Smoking status for patients 13 years old or older: Never Smoker

Portions of this section were scribed by SEBASTIAN,VENUS on 06/28/25 at 1250

Physical Exam

Vital Signs
Vital Signs
First Documented:

|              | Result   | Date Time   |
|--------------|----------|-------------|
| Pulse Ox     | 99       | 06/28 1226  |
| B/P          | 187/92   | 06/28 1226  |
| B/P Mean     | 123.7    | 06/28 1226  |
| Temp         | 97.5     | 06/28 1226  |
| Pulse        | 85       | 06/28 1226  |
| Resp         | 17       | 06/28 1238  |
| O2 Delivery  | Room air | 06/28 1400  |

Last Documented:

|              | Result   | Date Time   |
|--------------|----------|-------------|
| Pulse Ox     | 97       | 06/28 1930  |
| B/P          | 147/95   | 06/28 1930  |
| B/P Mean     | 116      | 06/28 1930  |
| Pulse        | 77       | 06/28 1930  |
| O2 Delivery  | Room air | 06/28 1900  |
| Resp         | 18       | 06/28 1900  |
| Temp         | 97.5     | 06/28 1226  |

Review of Vital Signs Reviewed

Focused PE
General/Const      **
    General/Const Awake, Alert
MS Head
    Head Atraumatic, Normocephalic
Eyes
    Eyes PERRL, EOMI
Ears/Nose/Throat
    Ears/Nose/Throat Airway patent, Mucous membranes moist, Pharynx NL

Text/Dict Notes
No tongue lacerations
MS Neck          **
    Neck Supple, No meningismus, Full range of motion
Resp/Chest       **
    Respiratory/Chest Breath sounds NL, Breath sounds = bilat, No respiratory
distress
Cardiovascular   **
    Cardiovascular Heart rate NL, Regular rhythm, Heart sounds NL
Abdomen/GI
    Abdomen/GI Soft, Non-tender
MS Upper Extrem
    Upper Extremity/MS Inspection NL, Full range of motion, No swelling
MS Lower Extrem
    Lower Ext/Pelvis/MS Inspection NL, Full range of motion
Skin
    Skin Color NL, Warm, Dry, Intact
Neurologic       **
    Neurologic Oriented X3, Speech NL, No motor deficits, No sensory deficits, CN
II - XII intact, Reflexes equal bilat
Psychiatric
    Psychiatric Affect NL, Mood NL


Portions of this section were scribed by SEBASTIAN,VENUS on 06/28/25 at 1244


Interpretation   Diagnostics


Lab Results Interpretation
Results
Laboratory Tests




06/28/25 1241:
[Embedded Image Not Available]
Laboratory Tests:

|  | 06/28 1935 | 06/28 1935 | 06/28 1935 | 06/28 1241 |
|---|---|---|---|---|
| Chemistry |  |  |  |  |
| Sodium (136 - 145 MMOL/L) |  |  |  | 142 |
| Potassium (3.5 - 5.1 MMOL/L) |  |  |  | 3.4 L |
| Chloride (98 - 107 MMOL/L) |  |  |  | 108 H |
| Carbon Dioxide (20 - 31 MMOL/L) |  |  |  | 26 |
| Anion Gap (5 - 16 MMOL/L) |  |  |  | 8 |
| BUN (9 - 23 MG/DL) |  |  |  | 7 L |
| Creatinine (0.55 - 1.02 MG/DL) |  |  |  | 1.02 |
| Est GFR (CKD-EPI) (>60 ML/MIN) |  |  |  | 69 |
| Glucose (74 - 106 MG/DL) |  |  |  | 95 |
| Hemoglobin A1c (4.0 - 5.7 %) | 5.7 |  |  |  |
| Calcium (8.5 - 10.1 MG/DL) |  |  |  | 9.5 |
| Iron (50 - 170 ug/dL) |  |  | 38 L |  |
| TIBC (250 - 425 ug/dL) |  |  | 309 |  |
| Iron Saturation (20 - 50 %) |  |  | 12 L |  |
| Ferritin (7.3 - 270.7 ng/mL) |  |  | 17.1 |  |
| Total Bilirubin (0.3 - 1.2 MG/DL) |  |  |  | 0.4 |
| AST (8 - 34 U/L) |  |  |  | 21 |
| ALT (10 - 49 U/L) |  |  |  | 22 |
| Total Alk Phosphatase (46 - 116 U/L) |  |  |  | 112 |
| Total Protein (5.7 - 8.2 G/DL) |  |  |  | 7.2 |
| Albumin (3.2 - 4.8 G/DL) |  |  |  | 4.5 |
| Albumin/Globulin Ratio (1.7 - 2.2) |  |  |  | 1.7 |

```
              Triglycerides (0 - 150 MG/DL)                      106
              Cholesterol (0 - 200 MG/DL)                    201  H
              LDL Cholesterol (0 - 100 MG/DL)                160  H
              VLDL Cholesterol (7.6 - 34.0 MG/DL)             21.0
              HDL Cholesterol (>60 MG/DL)                      38
              Cholesterol/HDL Ratio (MG/DL)                   5.29
              Vitamin B12 (211 - 911 pg/mL)                   732
              Folate (>5.38 ng/mL)               16.23
              TSH (0.480 - 4.170 uIU/ML)                    0.544
           Hematology
              WBC (4.8 - 10.8 K/MM3)                              8.6
              RBC (4.20 - 5.50 M/MM3)                            4.52
              Hgb (12.0 - 16.0 G/DL)                            13.3
              Hct (37.0 - 47.0 %)                               40.8
              MCV (80 - 100 FL)                                   90
              MCH (27.0 - 32.0 PG)                              29.4
              MCHC (32.0 - 37.0 GM/DL)                          32.6
              RDW (11.5 - 14.5 %)                               13.1
              Plt Count (150 - 450 K/MM3)                       329
              MPV (9.6 - 12.0 FL)                             9.3  L
              Neut % (Auto) (%)                                66.1
              Neut # (Auto) (1.80 - 7.70 K/MM3)                5.69
              Lymph # (Auto) (1.5 - 4.0 K/MM3)                 1.86
              Mono # (Auto) (0.20 - 1.00 K/MM3)                0.83
              Eos # (Auto) (0.0 - 0.5 K/MM3)                   0.10
              Baso # (Auto) (0.00 - 0.20 K/MM3)                0.07
              Immature Gran # (Auto) (0.01 - 0.05 K/MM3)       0.05
              Immature Gran % (%)                               0.6
              Lymphocytes % (%)                                21.6
              Monocytes % (%)                                   9.7
              Eosinophils % (%)                                 1.2
              Basophils % (%)                                   0.8
           Toxicology
              Valproic Acid (50.0 - 100.0 ug/mL)             42.3  *
```

Recent Impressions:
COMPUTED TOMOGRAPHY - CT BRAIN W/O CONTRAST          06/28 1503
*** Report Impression - Status: SIGNED  Entered: 06/28/2025 1721


IMPRESSION:
No acute intracranial abnormality.


Report Provided by Lucid Solutions
Impression By: LIPELLBR - Brian Ellison, MD



Portions of this section were scribed by SEBASTIAN,VENUS on 06/28/25 at 1329


Re-Evaluation   MDM


Free Text MDM Notes
Additional Text
PRESENTING PROBLEM: The history is obtained from an independent historian. Spoke
with patient.
46 year old female with PMHx HTN, DM, gender dysphoria, psychogenic seizures,
and depression presents to ED with multiple seizures within the last 3 days. She
describes her seizures as a tonic-clonic activity which typically resolves after
a few seconds. Patient admits to sometimes biting her tongue. She has been
taking Keppra and Depakote, but her neurologist suggested increasing the dosage.
No fever or chills. no other complaints.

PHYSICAL EXAM:
Full detailed physical exam documented in Focused PE section seen above. Please refer to this section for further details.


EXTERNAL RECORDS:
Review of external records performed.
Reviewed prior medical records and PCI.


RISK ASSESSMENT: See risks assessment section.


INDEPENDENT INTERPRETATIONS:
Laboratory tests have been ordered, with independent interpretations of the results reviewed and considered in the medical decision making process by the ED physician.

Independent interpretation of EKG Interpreted by the ED Physician
ECG Documented in MUSE Yes
Date JUNE 28, 2025
Time 12:34 P.M.
Rate 82
[Interpretation Normal rate, Normal sinus rhythm, No STEMI, Normal QRS, Normal ST waves, Normal T waves, Normal axis, Normal intervals, Adequate tracing

My impression of labs:  UNREMARKABLE
My impression of imaging:  NEGATIVE HEAD CT
Code status = Patient is a full code


DIFFERENTIAL DIAGNOSIS: Includes but not limited to:  SEIZURE, NONEPILEPTIC SEIZURE, BIPOLAR,


SHARED DECISION MAKING: Disposition plan discussed with patient. Patient expresses understanding and is agreeable to plan.


MDM:  46-YEAR-OLD FEMALE PRESENTING FOR CONCERN OF SEIZURE PATIENT WITH A HISTORY OF PSYCHOGENIC NONEPILEPTIC SEIZURES PATIENT DID HAVE 1 SEIZURE LIKE EPISODE WHICH RESOLVED WITHOUT INTERVENTION PATIENT RECEIVED ATIVAN AS WELL AS KEPPRA WILL EMERGENCY DEPARTMENT.  PATIENT WAS EVALUATED BY NEUROLOGY. RECOMMENDATIONS FOR ADMISSION FOR OBSERVATION DUE TO FREQUENT RECURRENT SEIZURES.


ADMIT: I HAVE DISCUSSED THE RECOMMENDATION FOR ADMISSION WITH THE PATIENT AND FAMILY, THE BENEFITS OF ADMISSION AND THE RISKS OF DISCHARGE HOME. THE PATIENT AGREES WITH THE PLAN OF CARE AND ADMISSION THE PATIENT WAS ADMITTED TO THE HOSPITAL FOR FURTHER EVALUATION AND TREATMENT. I DISCUSSED THIS PATIENT'S CARE AT LENGTH WITH THE ADMITTING PHYSICIAN. THE ADMITTING PHYSICIAN AGREED WITH THE PLAN OF CARE AND WILL SEE THE PATIENT.


Re-Evaluation/Progress #1
Text/Dict Note

Patient began having tonic-clonic activity seizure that lasted approximately 30 seconds without intervention. Patient is following commands afterwards.

Time of Re-Eval 1258

Re-Eval Status Improved

ED Course

Medication(s) Ordered

Medication(s) Ordered:

Antihistamine Drugs

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Diphenhydramine HCl | 25 MG | BEDTIME PRN PRN PO | 06/28 1900 08/27 1901 | AC | |

Blood Formation,Coagulation

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Apixaban | 5 MG | BID PO | 06/28 2100 08/27 2101 | DC | |
| Apixaban | 5 MG | BID PO | 06/28 2100 08/27 2101 | AC | 06/28 2317 |

Cardiovascular Drugs

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Atorvastatin Calcium | 10 MG | DAILY PO | 06/29 0900 08/28 0901 | AC | |
| Lisinopril | 10 MG | DAILY PO | 06/29 0900 08/28 0901 | AC | |
| Hydralazine HCl | 10 MG | Q6H PRN PRN IV | 06/28 1900 08/27 1901 | AC | |

Central Nervous System Agents

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Aripiprazole | 10 MG | DAILY PO | 06/29 0900 08/28 0901 | AC | |
| Bupropion HCl | 300 MG | DAILY PO | 06/29 0900 08/28 0901 | AC | |
| Lurasidone HCl | 20 MG | DAILY PO | 06/29 0900 08/28 0901 | AC | |
| Sertraline HCl | 25 MG | DAILY PO | 06/29 0900 08/28 0901 | AC | |
| Divalproex Sodium | 500 MG | BID PO | 06/28 2100 08/27 2101 | AC | 06/28 2314 |
| Levetiracetam | 750 MG | BID PO | 06/28 2100 08/27 2101 | AC | 06/28 2315 |
| Lorazepam | 1 MG | X1ED STA IV | 06/28 1916 06/28 1917 | DC | 06/28 1926 |
| Oxycodone HCl | 5 MG | Q4H PRN PRN PO | 06/28 1900 08/27 1901 | AC | |
| Oxycodone HCl | 10 MG | Q4H PRN PRN PO | 06/28 1900 08/27 1901 | AC | |
| Promethazine HCl | 25 MG | Q6H PRN PRN RECTAL | 06/28 1900 08/27 1901 | AC | |
| Acetaminophen | 650 MG | Q6H PRN PRN PO | 06/28 1430 08/27 1431 | AC | |
| Acetaminophen | 650 MG | X1ED STA PO | 06/28 1404 06/28 1405 | DC | 06/28 1501 |
| Levetiracetam | 1,000 MG | Q5M IV | 06/28 1314 06/28 1320 | DC | 06/28 1328 |

7/12/25, 6:24 AM                                   Health Records

```
         Lorazepam              2 MG  X1ED STA    06/28 1259  DC        06/28
                                      IV          06/28 1300            1304
         Lorazepam              0    .STK-MED ONE  06/28 1258  DC
                                      IV
```

Electrolytic, Caloric, And Wat

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Calcium Carbonate | 2 TAB | Q6H PRN PRN CHEW | 06/28 1900 08/27 1901 | AC | |
| Dextran/Dextrose | 31 GM | PRN PRN PO | 06/28 1900 08/27 1901 | AC | |
| Dextrose/Water | 125 ML | Q15M PRN PRN IV | 06/28 1900 08/27 1901 | CKD | |

Gastrointestinal Drugs

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Bisacodyl | 10 MG | DAILY PRN PRN RECTAL | 06/28 1900 08/27 1901 | AC | |
| Docusate Sodium | 100 MG | BID PRN PRN PO | 06/28 1900 08/27 1901 | AC | |
| Ondansetron HCl | 4 MG | Q4H PRN PRN IV | 06/28 1900 08/27 1901 | AC | |

Hormones And Synthetic Substit

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Insulin Human Lispro | 0 | ACHS SUBQ | 06/28 2100 08/27 2101 | AC | |

Other

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Electrolyte Protocol | See Dose Insts (1) | BID MISC | 06/28 2100 08/27 2101 | AC | |

Dose Instructions:
(1)Electrolyte Protocol:
       Reminder


Consultation
Consultation
   Referral/Consult Name
  Tran,Cyndi  DO
     Consultant Called Neurology
     Consultant Discussed with consultant, Agrees with eval, Agrees with plan,
Will see patient
     Requested Call Time 1304
     Requested Call Date 06/28/25
     Call Returned Call returned
     Call Returned Time 1313
     Call Returned Date 06/28/25
     Free Text Consult Notes
Discussed case with Resident for  Dr. Tran who agrees with evaluation and will
see patient.

Differential Diagnosis
)( Differential Diagnosis See MDM

Health Records

Portions of this section were scribed by SEBASTIAN,VENUS on 06/28/25 at 1337

Patient Discharge    Departure

Vital Signs/Condition
Vital Signs
First Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 99 | 06/28 1226 |
| B/P | 187/92 | 06/28 1226 |
| B/P Mean | 123.7 | 06/28 1226 |
| Temp | 97.5 | 06/28 1226 |
| Pulse | 85 | 06/28 1226 |
| Resp | 17 | 06/28 1238 |
| O2 Delivery | Room air | 06/28 1400 |

Last Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 97 | 06/28 1930 |
| B/P | 147/95 | 06/28 1930 |
| B/P Mean | 116 | 06/28 1930 |
| Pulse | 77 | 06/28 1930 |
| O2 Delivery | Room air | 06/28 1900 |
| Resp | 18 | 06/28 1900 |
| Temp | 97.5 | 06/28 1226 |

All vital signs available at the time of this entry have been reviewed.


Clinical Impression
Clinical Impression
Primary Impression: Seizure

Disposition Decision
Hospitalize
    Hosp Physician Name
 Yaghoobian,Jonathan  MD
    Hosp Physician Hospitalist
    Request Time 1944
    Request Date 06/28/25
    )( Accepts Hospitalization Yes
    )( Reason for Hospitalization
SEIZURES
    )( Accepted Time 1944
    )( Accepted Date 06/28/25
    Call Information will see patient

Discharge/Care Plan
Referrals
Provider Referral: Capobianco,Leo J  DO
    Address:
    8413 W Lake Mead Blvd
    Las Vegas, NV 89128


Supervising Physician Note
 Scribe Statement
SEBASTIAN,VENUS, 06/28/25 1243, scribing for and in the presence of Dr. Brent
Wright.

Case 2:25-cv-01408-JAD-MDC     Document 21-14     Filed 08/19/25     Page 37 of 38

Signed By: SEBASTIAN,VENUS, 06/28/25 1243

Provider Scribed Statement
I personally performed the services described in this documentation and reviewed
the documentation that was dictated to the scribe(s) in my presence, and it
accurately records my words and actions. Dr. Brent Wright, 06/28/25


Portions of this section were scribed by SEBASTIAN,VENUS on 06/28/25 at 1345

I personally performed the services described in this documentation and reviewed
the documentation that was dictated to the scribe in my presence, and it
accurately records my words and actions. Wright,Brent J.Do ,  WRIBR01, 06/29/25;
0814.


Electronically Signed by Wright,Brent J  DO on 06/29/25 at 0814

Addendum 1: 06/29/25 0814 by Wright,Brent J  DO

Patient Addendum
Addendum
CRITICAL CARE:  THERE IS A HIGH PROBABILITY OF IMMINENT LIFE OR LIMB THREATENING
DETERIORATION IN THIS PATIENT'S CONDITION.  A HIGH COMPLEXITY OF DECISION MAKING
WAS USED TO ASSESS, MANIPULATE AND SUPPORT VITAL SYSTEM FUNCTIONS OF THIS
PATIENT.  THE FAILURE TO INITIATE THESE INTERVENTIONS ON AN URGENT BASIS WOULD
LIKELY HAVE RESULTED IN CLINICALLY SIGNIFICANT DETERIORATION IN THE PATIENT'S
CONDITION.  THE TOTAL TIME SPENT EVALUATING MANAGING AND PROVIDING CARE TO THIS
PATIENT WAS APPROXIMATELY 37 MINUTES.  THIS IS EXCLUSIVE OF ALL PROCEDURES
PERFORMED.  AS OF THE TIME OF THIS DICTATION NURSING NOTES WERE REVIEWED.


Electronically Signed by Wright,Brent J  DO on 06/29/25 at 0814

RPT #: 0628-0514
***END OF REPORT***

===========================================

# END SEPARATOR PAGE

===========================================

## *** END OF EXHIBIT ***