========================================

# EXHIBIT CC

# INDEX / SEPARATOR PAGE

========================================

# \*\*\* START OF EXHIBIT CC \*\*\*

# TITLE: WITNESS DECLARATION POST-DISCHARGE OF JADE RILEY BURCH (MOUNTAINVIEW)

# (Next Page: Formal White Cover Sheet)



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

**Jade Riley Burch,**
Plaintiff,

v.

**HCA Healthcare, Inc.; Sunrise Hospital & Medical Center, LLC;
MountainView Hospital; and Southern Hills Hospital & Medical Center,**
Defendants.
**Case No.: 2:25-cv-01408-JAD-MDC**

# EXHIBIT CC
# Witness Declaration Post-Discharge Condition of Jade Riley Burch
# (MountainView)

Respectfully Submitted

Jade Riley Burch (Pro Se) | 222 Karen Ave Unit 1207 | Las Vegas, NV 89109

614-725-9452 | jaderburch@gmail.com

Prepared primarily by Plaintiff, with limited assistance from an AI tool, pursuant to Judge Couvillier's Standing Order.

# DECLARATION OF WITNESS

**Re: Observations of Jade Riley Burch Post-Discharge**

Facility: MountainView Hospital – March 24, 2025

Pursuant to 28 U.S.C. § 1746 (Unsworn Declaration Under Penalty of Perjury)

---

I, **Porscha Ryan**, declare under penalty of perjury that the following is true and based on my own personal knowledge:

---

## 1. WITNESS QUALIFICATIONS

I am an adult resident of Las Vegas, Nevada, over the age of 18, and competent to testify to the matters set forth herein. I am the domestic partner of Jade Riley Burch and have personal knowledge of her condition before, during, and after her hospitalization at MountainView Hospital.

---

## 2. DISCHARGE CIRCUMSTANCES

On **March 24, 2025**, I was present when Jade Riley Burch was discharged from MountainView Hospital, operated by HCA Healthcare. I observed her condition at the time of discharge and immediately thereafter.

1

## 3. OBSERVED COGNITIVE IMPAIRMENT AT DISCHARGE

At the time of discharge, Jade exhibited severe cognitive and neurological impairment, including:

- **Heavy sedation** with slow, labored responses to direct questions
- **Visible cognitive impairment** with confusion about time, place, and circumstances
- **Neurological symptoms** including sluggish speech patterns and delayed responses
- **Physical instability** requiring support to stand and walk
- **Disorientation** about the discharge process and her surroundings

## 4. POST-DISCHARGE MEMORY LOSS AND SAFETY CONCERNS

Following discharge, Jade demonstrated:

- **Complete memory loss** regarding the discharge process and how she arrived home
- **No recollection** of taking an Uber from the hospital (confirmed later by credit card charges)
- **I later verified the Uber transport** through a charge on Jade's account, which she had no memory of initiating
- **Continued cognitive impairment** lasting several hours post-discharge
- **Inability to safely operate a motor vehicle** due to her condition

2

## 5. UNSAFE DISCHARGE CONDITIONS

Based on my observations, I believe Jade's discharge was medically inappropriate because:

- She was **incapable of providing informed consent** for discharge due to her sedated state
- She **lacked capacity** to understand discharge instructions or follow-up care requirements
- She was **unable to safely transport herself** home without assistance
- **No medical clearance** was provided confirming her fitness for discharge
- **No proper escort or safety plan** was arranged despite her obvious impairment

## 6. PATIENT SAFETY VIOLATIONS

The hospital's decision to discharge Jade in this condition constituted:

- **Patient endangerment** by releasing an incapacitated individual without proper safeguards
- **Violation of discharge planning standards** under applicable medical regulations
- **Violations of CMS discharge planning regulations** per 42 C.F.R. § 482.43
- **Failure to ensure patient safety** during the transition from hospital to home care
- **Breach of duty of care** owed to patients during the discharge process

## 7. CONCLUSION

57  Based on my direct observations, MountainView Hospital's discharge of Jade Riley Burch on
58  March 24, 2025, while she remained heavily sedated and cognitively impaired, violated standard
59  medical practices and placed her in immediate danger. This unsafe discharge supports claims of
60  medical negligence and patient abandonment.

61  ———————————————————————————————————————

62  I submit this declaration to support Jade Riley Burch's legal claims against HCA Healthcare for
63  improper discharge and patient endangerment.

64  I declare under penalty of perjury under the laws of the United States that the foregoing is true
65  and correct.

66  **Executed this 30th day of July, 2025, in Las Vegas, Nevada.**

67  **Signature:** *[signature]*

68  ———————————————————————————————————————

69  **Printed Name:** Porscha Ryan

70  ———————————————————————————————————————

71  **NOTARY ACKNOWLEDGMENT – STATE OF NEVADA**

72  **State of Nevada**

73  **County of Clark**

74  On this 30th day of July, 2025, before me, the undersigned Notary Public in and for said State,
75  personally appeared **Porscha Ryan**, known to me (or satisfactorily proven) to be the person

4

76   whose name is subscribed to the foregoing instrument, and acknowledged that she executed the

77   same for the purposes therein stated.

78   **IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

79   **Notary Public Signature:**

80   *[signature]*

81   **Printed Name:**

82   Linda M Abrams

83   **My Commission Expires:**

84   Sept 3rd 2027

85   [NOTARY SEAL]

86   Linda M Abrams
     Notary Public - State of Nevada
     County of Clark
     APPT. NO. 19-6625-01
     My Appt. Expires: Sept. 3, 2027

# END SEPARATOR PAGE

\*\*\* END OF EXHIBIT \*\*\*