===========================================

# EXHIBIT Y
# INDEX / SEPARATOR PAGE

===========================================

## *** START OF EXHIBIT Y ***

## TITLE: EYEWITNESS TESTIMONY – SOUTHERN HILLS ABUSE OF PLAINTIFF

## (Next Page: Formal White Cover Sheet)



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

Jade Riley Burch,
Plaintiff,

v.

HCA Healthcare, Inc.; Sunrise Hospital & Medical Center, LLC; MountainView Hospital; and Southern Hills Hospital & Medical Center,
Defendants.
Case No.: 2:25-cv-01408-JAD-MDC

## EXHIBIT Y
### Eyewitness Testimony – Southern Hills Abuse of Plaintiff

Respectfully Submitted

Jade Riley Burch (Pro Se) | 222 Karen Ave Unit 1207 | Las Vegas, NV 89109

614-725-9452 | jaderburch@gmail.com

1  DECLARATION OF WITNESS – LIFE-THREATENING MEDICAL ABUSE

2  INCIDENT

3  **Facility:** Southern Hills Hospital & Medical Center

4  **Dates of Incident:** June 28–29, 2025

5  ———

6  WITNESS DECLARATION OF PORSCHA RYAN

7  (Medical Power of Attorney and Designated Healthcare Agent)

8  Pursuant to 28 U.S.C. § 1746 (Unsworn Declaration Under Penalty of Perjury)

9  ———

10  I, **Porscha Ryan**, declare as follows:

11  ———

12  **1. WITNESS QUALIFICATIONS**

13  I am an adult resident of Clark County, Nevada, over the age of 18, and competent to testify to

14  the matters set forth herein. I am the designated **Medical Power of Attorney (POA)** and

15  **Psychiatric Advance Directive (PAD)** agent for Jade Riley Burch, as established by notarized

16  legal documents effective **June 6, 2025**. I was physically present at Southern Hills Hospital

17  during the events described below and personally witnessed the conduct of staff and medical

18  personnel.

19 ——————————————————————————————

## 2. INCIDENT DATE AND CIRCUMSTANCES

On **June 28–29, 2025**, I was present with Jade Riley Burch during her admission for seizures and head trauma. I remained at her side as her medical advocate and witnessed systematic medical neglect and abuse that placed her life in immediate danger.

24 ——————————————————————————————

## 3. 1:1 NURSE OBSERVATION AND FAILURE TO ACT

Southern Hills assigned a 1:1 nurse who:

- Sat behind the privacy curtain rather than monitoring Jade directly
- Refused to assist during seizures or breathing difficulties
- Remained seated and inactive for 5–7 minute seizure episodes
- Took no action when Jade's oxygen levels dropped into the 60s and her lips turned blue (cyanosis)
- Appeared to be positioned only to document, not to save her life—creating the impression that the nurse's role was to observe a potential "natural death" rather than intervene

35 ——————————————————————————————

## 4. LETHAL DRUG ADMINISTRATION

2

37 Hospital staff administered dangerous medication combinations without valid medical
38 indication:

39 **Excessive Ativan (Lorazepam):** Given despite Jade's documented seizure disorder and history
40 of paradoxical seizure activity caused by benzodiazepines.

41 **Oxycodone combinations:** Administered despite no documented need for opioid pain control
42 (records state "has not tried any pain meds for headache").

43 **Violation of FDA Black Box Contraindications:** Staff combined benzodiazepines and
44 opioids—a known fatal combination due to respiratory depression risk.

45 ———

## 46  5. LIFE-THREATENING MEDICAL ABANDONMENT

47 I directly observed life-threatening neglect:

48 - **Oxygen crisis:** Jade's oxygen levels dropped into the 60s, and her lips and extremities
49   turned purple and blue
50 - Staff dismissed urgent warnings, stating "that's normal"
51 - 1:1 nurse refused to act during these oxygen crises
52 - Emergency response was delayed 5–7 minutes during seizures
53 - Jade experienced **32 seizures in 48 hours**, many of which were triggered or worsened by
54   improper Ativan use

55 ———

## 6. UNLAWFUL RESTRAINTS

Jade was kept in waist restraints for over 24 hours:

- No physician orders were documented in the medical record
- No behavioral justification existed (Jade was cooperative)
- Staff admitted "doctor requested to keep her restrained" but could not produce documentation
- Restraints prevented Jade from calling for help or protecting herself during medical emergencies
- The 1:1 nurse witnessed these restraints but failed to intervene or document properly

---

## 7. PATTERN OF NEGLECT AND COVER-UP

- Restraint documentation was missing from the official medical records
- Seizure activity (32 episodes) was largely undocumented by medical staff
- False narratives were created to justify dangerous drug combinations
- 1:1 nurse was complicit by failing to accurately document critical events

---

## 8. VIOLATIONS OF ADVANCE DIRECTIVE AND POA RIGHTS

Despite my valid POA authority and Jade's notarized PAD (contained in bright red emergency book):

4

- Staff ignored all legal directives and medical preferences
- No consultation with me regarding medication administration or care plans
- 1:1 nurse ignored my legal authority, refusing to acknowledge or follow the PAD
- These actions constitute federal violations of patient rights under **42 CFR § 482.13 and Nevada Revised Statutes Chapter 449A**

---

## 9. LIFE-SAVING INTERVENTION

I believe my presence as POA prevented Jade's death by:

- Challenging staff when they ignored critical symptoms and vital sign changes
- Documenting everything through real-time observation and audio recordings
- Demanding immediate medical intervention during life-threatening episodes
- My advocacy disrupted what appeared to be a deliberate neglect protocol

---

## 10. CONCLUSION AND EXPERT ASSESSMENT

Based on my firsthand observations, Southern Hills Hospital staff engaged in life-threatening medical neglect using:

- Excessive and contraindicated sedatives
- Unlawful restraints without proper documentation
- Deliberate inaction by assigned 1:1 nursing staff

5

94     • Systematic violation of advance directive requirements

95   These coordinated actions nearly resulted in Jade's death through respiratory depression, oxygen
96   deprivation, and prolonged seizure activity. Only my constant presence and intervention
97   prevented a fatal outcome.

98   _____

99   I declare under penalty of perjury under the laws of the United States that the foregoing is true
100  and correct.

101  **Executed on this 30th day of July, 2025, in Las Vegas, Nevada.**

102  Signature: [signature]

103  _____

104  Printed Name: Porscha Ryan

105  **Medical Power of Attorney for Jade Riley Burch**

106  _____

107  **NOTARY ACKNOWLEDGMENT – STATE OF NEVADA**

108  **State of Nevada**

109  **County of Clark**

110  On this **30th day of July, 2025**, before me, the undersigned Notary Public in and for said State,
111  personally appeared **Porscha Ryan**, known to me (or satisfactorily proven) to be the individual

112 whose name is subscribed to the foregoing instrument, and acknowledged that she executed the
113 same for the purposes therein contained.

114 **IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

115 Notary Public Signature:
116 _____*Linda M Abrams (signature)*_____

117 Printed Name:
118 _____Linda M Abrams_____

119 My Commission Expires:
120 _____Sept 3rd 2027_____

121 [NOTARY SEAL]

122 
> Linda M Abrams
> Notary Public - State of Nevada
> County of Clark
> APPT. NO. 19-6625-01
> My Appt. Expires: Sept. 3, 2027

7

==========================================

# END SEPARATOR PAGE

==========================================

*** END OF EXHIBIT ***