========================================

# EXHIBIT V

# INDEX / SEPARATOR PAGE

========================================

# *** START OF EXHIBIT V ***

# TITLE: SUNRISE RISK MANAGEMENT & PATIENT SAFETY COMPLIANCE REPORT (CINTHYA S. COOK)

# (Next Page: Formal White Cover Sheet)



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

**Jade Riley Burch,**
Plaintiff,

v.

**HCA Healthcare, Inc.; Sunrise Hospital & Medical Center, LLC; MountainView Hospital; and Southern Hills Hospital & Medical Center,**
Defendants.
**Case No.: 2:25-cv-01408-JAD-MDC**

# EXHIBIT V
# Sunrise Risk Management & Patient Safety Compliance Report
# Cinthya S. Cook

Respectfully Submitted

Jade Riley Burch (Pro Se) | 222 Karen Ave Unit 1207 | Las Vegas, NV 89109

614-725-9452 | jaderburch@gmail.com

Prepared primarily by Plaintiff, with limited assistance from an AI tool, pursuant to Judge Couvillier's Standing Order.



June 28, 2021

Brenda Erdoes, Director
Legislative Counsel Bureau
401 S. Carson Street
Carson City, NV 89701-4747

Dear Ms. Erdoes:

Pursuant to NRS 439.877(4)(d) (AB280), which requires patient safety committees in medical facilities to report annually on the facilities review, revision, and usage of patient safety checklists and policies, the following is a summary of Sunrise Hospital & Medical Centers activities during June 26, 2020 – June 28, 2021.

All checklists and policies were reviewed and a summary provided to the Patient Safety Committee in June 2021. A final review revealed there were no changes or additions to the checklists and no policies required process revisions; the final list will be forwarded as an informational document to the Patient Safety Committee in July. The Sunrise Hospital & Medical Center Patient Safety Program Policy includes the patient safety and policy compliance requirements. Attached you will find the report summarizing the specific checklists and polices reviewed.

Please do not hesitate to contact me should you require additional information.

Sincerely,

Cinthya S. Cook, MSN/MHA, BSBA, RN, CPPS
Director Risk Management/Patient Safety Officer
Sunrise Hospital & Medical Center
3186 S. Maryland Parkway
Las Vegas, NV 89109
702.961.9271
Cinthya.cook@hcahealthcare.com

REPORT TO THE DIRECTOR OF THE LEGISLATIVE COUNSEL BUREAU PURSUANT TO NRS 439.877(4)(d)-SUBMITTED BY:

Sunrise Hospital & Medical Center, Sunrise Children's Hospital
3186 S. Maryland Parkway
Cinthya S. Cook Director, Risk Management/Patient Safety Officer
July 1, 2020 – June 28, 2021

| NPSG Category | NPSG # | Definition | Policy | Checklist | Revisions* | Usage** | Review*** (no revisions) |
|---|---|---|---|---|---|---|---|
| Patient Identification | NPSG.01.01.01 | Use of at least two ways of identifying patients. | #PTR.0027 Patient Identification | N | No Revisions | Housewide | X |
| Patient Identification | NPSG.01.03.01 | Making sure the correct patient gets the correct blood when receiving a transfusion. | #BLD.3514 Preventing Incompatible Blood Transfusion | N | No Revisions | Housewide | X |
| Improve Staff Communication | NPSG.02.03.01 | Getting important test results to the right staff person on time. | #HWSAF.1035 Critical Results Management | Y | Updated to clarify the process for reporting critical radiology results. Critical results list updated. | Housewide | See revisions column |
| Medication Safety | NPSG.03.04.01 | Before a procedure, label medications that are not labeled, in the area that the medications and supplies are set up. | #MEDM.0730 Identification and Labeling of medications and solutions on and off the sterile field | N | No Revisions | Surgical Services, IR, Cath Lab, and Labor & Delivery | X |
| Medication Safety | NPSG.03.05.01 | Take extra care with patients who take medications to thin their blood. | #MEDM.0767 Warfarin- Adult Oral Anticoagulation | Y | No Revisions | Pharmacy/ Medical Staff | X |

REPORT TO THE DIRECTOR OF THE LEGISLATIVE COUNSEL BUREAU PURSUANT TO NRS 439.877(4)(d)-SUBMITTED BY:

Sunrise Hospital & Medical Center, Sunrise Children's Hospital
3186 S. Maryland Parkway
Cinthya S. Cook Director, Risk Management/Patient Safety Officer
July 1, 2020 – June 28, 2021

| NPSG Category | NPSG # | Definition | Policy | Checklist | Revisions* | Usage** | Review*** (no revisions) |
|---|---|---|---|---|---|---|---|
| Medication Safety | NPSG.03.06.01 | Record and pass along correct information about a patients medications. Medication reconciliation that compares the medications the patient is on at home to any new medications the patient is given. | #MEDM.0375 Medication Reconciliation | Y | No Revisions | Housewide | X |
| Use of Alarms | NPSG.06.01.01 | Make improvements to ensure that alarms on medical equipment are heard and responded to on time. | #HWSAF.1050 Clinical Alarms Safety | N | No Revisions | Housewide | X |
| Prevent Infection | NPSG.07.03.01 | Use proven guidelines to prevent infection that are difficult to treat. | IC.022 Infection Control Program Policy | N | No Revisions | Housewide | X |
| Prevent Infection | NPSG.07.04.01 | Use proven guidelines to prevent infection of the blood from central lines. | #IVTH.0610 Insertion, Care, Maintenance and Removal of all Central Line Devices | Y | References and links updated. | Housewide | See revisions column |
| Prevent Infection | NPSG.07.05.01 | Use proven guidelines to prevent infection after surgery. | IC.022 Infection Control Program Policy | N | No Revisions | Housewide | X |

**REPORT TO THE DIRECTOR OF THE LEGISLATIVE COUNSEL BUREAU PURSUANT TO NRS 439.877(4)(d)-SUBMITTED BY:**

Sunrise Hospital & Medical Center, Sunrise Children's Hospital
3186 S. Maryland Parkway
Cinthya S. Cook Director, Risk Management/Patient Safety Officer
July 1, 2020 – June 28, 2021

| NPSG Category | NPSG # | Definition | Policy | Checklist | Revisions* | Usage** | Review*** (no revisions) |
|---|---|---|---|---|---|---|---|
| Prevent Infection | NPSG.07.06.01 | Use proven guidelines to prevent infections of the urinary tract that are caused by catheters. | #PRO.066 EBSCO Procedures- Indwelling Urinary Catheter Care and Management | Y | Clerical revisions. Content remains unchanged. | Housewide | See revisions column |
| Identify Patient Safety Risk | NPSG.15.01.01 | Find out which patient are most likely to try to commit suicide. | #HWSAF.1036 Suicide Prevention Plan for the Non-Behavioral Health Environment | Y | Revised to reflect current evidence-based practice including CSSR suicide assessment and suicide reassessment criteria. References and links updated. | Housewide | See revisions column |
| Prevent Mistakes in Surgery | UP.01.01.01 | Make sure that the correct surgery is done on the correct patient and at the correct site of the patients body. | COG.PS.001 Safe Procedural and Surgical Verification | Y | Nomenclature | All areas where surgical or invasive procedures are performed. | See revisions column |
| Prevent Mistakes in Surgery | UP.01.02.01 | Mark the correct place on the patients body where the surgery is to be done. | COG.PS.001 Safe Procedural and Surgical Verification | Y | Nomenclature | All areas where surgical or invasive procedures are performed. | See revisions column |

**REPORT TO THE DIRECTOR OF THE LEGISLATIVE COUNSEL BUREAU PURSUANT TO NRS 439.877(4)(d)-SUBMITTED BY:**

Sunrise Hospital & Medical Center, Sunrise Children's Hospital
3186 S. Maryland Parkway
Cinthya S. Cook Director, Risk Management/Patient Safety Officer
July 1, 2020 – June 28, 2021

| NPSG Category | NPSG # | Definition | Policy | Checklist | Revisions* | Usage** | Review*** (no revisions) |
|---|---|---|---|---|---|---|---|
| | UP.01.03.01 | Pause before the surgery to make sure that a mistake is not being made. | COG.PS.001 Safe Procedural and Surgical Verification | Y | Nomenclature | All areas where surgical or invasive procedures are performed. | See revisions column |
| | | Pursuant to NRS 439.877; section 3.(c) A policy to ensure compliance with the patient safety checklists and patient safety policies adopted pursuant to this section, which may include, without limitation, active surveillance. Active surveillance may include, without limitation, a system for reporting violations, peer-to-peer communication, video monitoring and audits of sanitation materials. | ORG.2404 Performance Improvement and Patient Safety Plan | N | No Revisions | Housewide | X |
| | | Discharging a Patient | Patient Discharge Checklist | Y | No Revisions | HouseWide | X |
| | | Invasive Procedure Checklist - Radiology | Operative/Pre-Procedural Checklist: Documentation | Y | No Revisions | Procedural areas including OR and Radiology | X |
| | | Perioperative checklist | Adult Surgical Safety Checklist | Y | No Revisions | Sunrise Surgical Services | X |

REPORT TO THE DIRECTOR OF THE LEGISLATIVE COUNSEL BUREAU PURSUANT TO NRS 439.877(4)(d)-SUBMITTED BY:

Sunrise Hospital & Medical Center, Sunrise Children's Hospital
3186 S. Maryland Parkway
Cinthya S. Cook Director, Risk Management/Patient Safety Officer
July 1, 2020 – June 28, 2021

| NPSG Category | NPSG # | Definition | Policy | Checklist | Revisions* | Usage** | Review*** (no revisions) |
|---|---|---|---|---|---|---|---|
| Patient Safety Policies/Checklists | | Perioperative checklist | Children's Surgical Safety Checklist | Y | No Revisions | Sunrise Children's Hospital | X |
| | | Care of the patient on ECMO and ECMO Activation Tree (checklist) for adult ICU and pediatric ICU | NSG.ECMO.001 Extracorporeal Membrane Oxygenation ECMO Activation Tree (checklist) | Y | Revised to clearly define the ECMO Specialist. Clerical revisions and links updated. | Adult, Pediatric, and Neonatal Intensive Care Unit(s) (ICU) Registered Nurses (RN) | See revisions column |
| | | Guideline when caring for the patient with a postpartum hemorrhage (PPH) | LD.128 Postpartum Hemorrhage (PPH) | Y | No Revisions | Perinatal services | X |
| | | Care of the patient experiencing malignant hyperthermia and checklist for initiating malignant hyperthermia | PRO.MH.001 (Adult) Malignant Hyperthermia PEDS.1001 (Pediatric) Malignant Hyperthermia | Y | Pending Review | All locations where general anesthesia or succinylcholine is administered to the pediatric populations | X |

**REPORT TO THE DIRECTOR OF THE LEGISLATIVE COUNSEL BUREAU PURSUANT TO NRS 439.877(4)(d)-SUBMITTED BY:**

Sunrise Hospital & Medical Center, Sunrise Children's Hospital
3186 S. Maryland Parkway
Cinthya S. Cook Director, Risk Management/Patient Safety Officer
July 1, 2020 – June 28, 2021

| NPSG Category | NPSG # | Definition | Policy | Checklist | Revisions* | Usage** | Review*** (no revisions) |
|---|---|---|---|---|---|---|---|
| | | Pursuant to NRS 439.877; section 1.(c) Employees of the medical facility who do not provide treatment to patients but whose duties affect the health or welfare of the patients at the facility, including, without limitation, a janitor of the medical facility. | Environmental Services Checklist & Policy #13 Environmental Services; Policy #16 Patient Room Cleaning- Daily Cleaning Service; Policy #18 Patient Room Cleaning- Discharges & Transfers; Policy #19A Isolation Patient Room Discharge & Terminal Cleaning; Policy #21 Terminal Cleaning for Sterile Procedure Rooms; Policy #34 EVS Linen Operations; Policy #35 Regular Waste Collection/Removal Procedures | Y | No Revisions | Housewide | X |

# REPORT TO THE DIRECTOR OF THE LEGISLATIVE COUNSEL BUREAU PURSUANT TO NRS 439.877(4)(d)-SUBMITTED BY:

Sunrise Hospital & Medical Center, Sunrise Children's Hospital
3186 S. Maryland Parkway
Cinthya S. Cook Director, Risk Management/Patient Safety Officer
July 1, 2020 – June 28, 2021

| NPSG Category | NPSG # | Definition | Policy | Checklist | Revisions* | Usage** | Review*** (no revisions) |
|---|---|---|---|---|---|---|---|

| Summary of Review | Total # developed | Total # revised | Total # reviewed |
|---|---|---|---|
| Patient Safety Checklists | 0 | 0 | 18 |
| Patient Safety Policies | 0 | 6 | 24 |

*Checklists and Patient Safety Policies were reviewed for the stated time period. Need for revision is noted by the date the revision was made.

**Usage outlines the units/departments the policies/checklists are used in.

***As part of the annual review any required revisions will be identified. If revisions are required this is noted in the revisions box. Any additional patient safety checklists or policies identified will be noted in this (review) column. If the annual review reveals no changes are required this box will be marked with an "X". An "X" means that checklists and policies were reviewed but no changes were required.

Reports are due on or before July 1 of each year to the Legislative Counsel Bureau pursuant to NRS 439.877(4)(d).

==========================================

# END SEPARATOR PAGE

==========================================


\*\*\* END OF EXHIBIT \*\*\*