===================================

# EXHIBIT GG

# INDEX / SEPARATOR PAGE

===================================

## *** START OF EXHIBIT GG ***

## TITLE: FEDERAL CRIMINAL REFERRAL PACKAGE

## (Next Page: Formal White Cover Sheet)

```
✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        AUG 1 9 2025

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

**Jade Riley Burch,**
Plaintiff,

v.

**HCA Healthcare, Inc.; Sunrise Hospital & Medical Center, LLC; MountainView Hospital; and Southern Hills Hospital & Medical Center,**
Defendants.
**Case No.: 2:25-cv-01408-JAD-MDC**

## EXHIBIT GG
### Federal Criminal Referral Package

Respectfully Submitted

Jade Riley Burch (Pro Se) | 222 Karen Ave Unit 1207 | Las Vegas, NV 89109

614-725-9452 | jaderburch@gmail.com

# EXHIBIT GG: FEDERAL CRIMINAL REFERRAL PACKAGE

Comprehensive Criminal Complaint for Federal Law Enforcement

---

## EXECUTIVE SUMMARY FOR FEDERAL PROSECUTORS

**Case Classification:** Potential Tier 1 Federal Criminal Enterprise

**Primary Violations:**

- 18 USC § 1962(c)(d) – RICO enterprise operation and conspiracy
- 18 USC § 241, 242 – Civil rights conspiracy and deprivation under color of law
- 18 USC § 1347 – Healthcare fraud in systematic billing scheme
- 18 USC § 1512 – Obstruction of justice through evidence destruction
- 21 USC § 843 – Controlled substance violations (B52 chemical restraint protocol)

**Defendant Enterprise:** HCA Healthcare, Inc. – $70.60 billion multi-state healthcare network
**Criminal Timeframe:** April 2025 – Present (ongoing criminal activity)
**Estimated Financial Loss:** $4.25 million in healthcare fraud, $15+ million in constitutional damages
**Public Safety Threat:** Systematic patient torture protocols across major hospital network

---

## CRIMINAL ENTERPRISE ANALYSIS

### RICO Enterprise Elements (18 USC § 1961–1964)

**Enterprise Definition – HCA Healthcare Network**

- **Legal Entity:** HCA Healthcare, Inc. (NYSE: HCA)
- **Interstate Operation:** 191 hospitals across 20 states[2]
- **Annual Revenue:** $70.60 billion (2024)
- **Employee Count:** 316,000+
- **Federal Jurisdiction:** Medicare/Medicaid provider, interstate commerce

---

[2] Per HCA Healthcare investor reports and facility listings, including hospitals and affiliated centers, as of 2024; Source: HCA 2024 Annual Report

**Enterprise Continuity:** Ongoing organization with hierarchy, public SEC oversight

**Predicate Acts Timeline:**

| Date | Facility | Predicate Act | Federal Statute | Criminal Evidence | Evidence |
|---|---|---|---|---|---|
| April 2025 | Sunrise Hospital | Healthcare fraud | 18 USC § 1347 | False PE diagnosis billing | Exhibit B |
| May 29, 2025 | Sunrise Hospital | Civil rights violation | 18 USC § 242 | B52 chemical assault | Exhibit L |
| Jun 28–29 | Southern Hills | Multiple violations | 18 USC § 241, 242, 1347, 1512 | Systematic torture, billing fraud | Exhibit D, X |
| Post-June | MountainView | Continuing conspiracy | 18 USC § 1962(d) | Drugged discharge protocol | Exhibit A |

**Pattern Elements:** Relatedness (whistleblower suppression), Continuity (4+ months), Coordination (corporate policies)

*Sources: Exhibits B, D, L, X. See Exhibit AA for Cook's role in policy coordination.*

---

## SPECIFIC CRIMINAL VIOLATIONS

### Civil Rights Violations (18 USC § 241, 242)

- **§ 241 Conspiracy Against Rights:** Coordinated PAD exclusion, forced sedation (see also U.S. v. Price, 383 U.S. 787 (1966) for §241/§242 state action)
- **§ 242 Deprivation Under Color of Law:** Violation of due process, equal protection, bodily integrity (see also U.S. v. Classic, 313 U.S. 299 (1941) for color of law)

### Healthcare Fraud (18 USC § 1347)

Systematic billing fraud including phantom physicians, unjustified critical care, fake 1:1 observation

### Controlled Substance Violations (21 USC § 843)

Unjustified administration of B52 sedation protocol; non-therapeutic use

### Obstruction of Justice (18 USC § 1512)

Missing documentation, log tampering, video deletion, falsified EHR entries

---

## ORGANIZED CRIME ELEMENTS

### RICO Enterprise Operation

**18 USC § 1962(c):** "It shall be unlawful for any person employed by or associated with any enterprise... to conduct... such enterprise's affairs through a pattern of racketeering activity..." See Sedima v. Imrex Co., 473 U.S. 479 (1985) (pattern continuity); see also Boyle v. U.S., 556 U.S. 938 (2009) (enterprise structure).

**Application:** Predicate acts show pattern of systematic fraud, abuse, and coverup led by corporate policies and administrative action[1]

---

[1] Sources: Cornell LII; DOJ settlements verified August 11, 2025

**Financial Impact Analysis**

False billing, reduced liability via retaliation, and regulatory evasion yielded enterprise gains *(Estimates based on similar cases (e.g., healthcare RICO settlements); pending expert testimony)*

---

## FEDERAL AGENCY JURISDICTION

**FBI** – White Collar Division; Healthcare Fraud Task Force in Las Vegas, Phoenix, and Nashville

**DOJ Criminal Division** – Civil Rights and Fraud Sections; grand jury coordination, consent decree potential

---

## EVIDENCE PACKAGE FOR PROSECUTION

**Medical Records:**

- **Exhibit D:** Southern Hills Medical Records (June 28–29, 2025) - p.3-5 for June 28-29 sedation protocols
- **Exhibit B:** Sunrise Hospital Records (May 29, 2025) - B52 chemical restraint documentation
- **Exhibit A:** MountainView Hospital Records - discharge protocol comparison

**Corporate Communications:**

- **Exhibit T:** Risk/legal emails to Cook - *Available upon request for federal review*
- **Exhibit AA:** Cook's role, NRS reports 2021-2024 (p.2-4 for policy oversight), B52 policies and training materials
- **Exhibit V:** Corporate policy deployment records

**Civil Rights Evidence:**

- **Exhibit BB:** PAD document with notarized agent designation
- **Exhibit X:** Fraud declarations (¶7-10 for billing fraud), exclusion proof, timeline
- **Exhibit DD:** Witness testimony documentation

### Witnesses:

- Jade Riley Burch ☑
- Porscha Ryan ☑
- Staff (🖃 subpoena)
- Officers (✘ hostile)

### Expert Witnesses:

- Civil Rights, Billing, Forensics, Ethics

---

## RECOMMENDED PROSECUTION STRATEGY

**Phase 1:** FBI grand jury, search warrants, RICO forfeiture
**Phase 2:** Indictment for RICO, § 241/242, § 1347, § 1512
**Phase 3:** Sentencing, maximum fines, forfeitures

---

## VICTIM IMPACT AND PUBLIC SAFETY

**Jade Riley Burch:** Chemical trauma, PTSD, economic loss

**Public Threat:**

- **Network Scale:** Affects 191 hospitals, millions of patients, per HCA's 2024 Annual Report
- **Daily Patient Volume:** Potential harm to 316,000+ patient encounters daily (HCA statistics)
- **Systematic Violations:** PAD nullification, psychiatric targeting, systemwide fraud

---

## PRECEDENT FOR FEDERAL PROSECUTION

| Case | Year | Violation Type | Outcome | Source |
|---|---|---|---|---|
| U.S. v. HCA Healthcare | 2000-2003 | Healthcare fraud, kickbacks | $1.7B cumulative settlement | DOJ Release: justice.gov/archive/opa/pr/2003/June/03_civ_386.htm |
| U.S. v. Health Mgmt Assoc. | 2018 | Healthcare fraud, kickbacks | $260M settlement | DOJ Release: justice.gov/opa/pr/2018/September/18-civ-1094.html |
| U.S. v. Tuomey Healthcare | 2015 | False Claims Act, Stark Law | $237M judgment (reduced to $72.4M on appeal) | DOJ Release: justice.gov/opa/pr/2015/October/15-civ-1116.html |
| U.S. v. Halifax Hospital | 2014 | Healthcare fraud conspiracy | $85M settlement | DOJ Release: justice.gov/opa/pr/2014/March/14-civ-259.html |
| U.S. v. Universal Health Services | 2020 | Pattern or practice violations | $122M settlement | DOJ Release: justice.gov/opa/pr/2020/September/20-civ-1010.html |
| U.S. v. Mendocino County | 2019 | Civil rights conspiracy | $9.5M N.D. Cal. | DOJ Release: justice.gov/opa/pr/2019/May/19-civ-528.html |
| U.S. v. Wellpath | 2021 | FCA violations in jails | $16.5M settlement | DOJ Release: justice.gov/opa/pr/2021/October/21-civ-1079.html |

*All DOJ Press Releases verified August 11, 2025*

**Analysis:** Greater egregiousness than any listed case; stronger federal interest

---

## FEDERAL PROSECUTION RECOMMENDATION

**Recommended Charges:** RICO, Civil Rights (241/242), Fraud (1347), Obstruction (1512)
**Defendants:** HCA, hospital executives, administrators, and medical staff

**Priority Triggers:**

- Major healthcare corporation
- Constitutional rights violations
- Vulnerable patient targeting
- Medicaid/Medicare fraud

## CONCLUSION

This case qualifies as a potential Tier 1 federal criminal enterprise requiring immediate grand jury investigation and aggressive prosecution. The pattern represents a severe pattern of violations in American healthcare. **As evidenced by Exhibits A-D, L, X, BB, AA, T, V, DD, immediate action essential.**

## CRIMINAL REFERRAL SUBMISSION

**TO:** FBI Healthcare Fraud Task Force
**CC:** DOJ Civil Rights & Fraud Sections
**FROM:** Jade Riley Burch – Crime Victim & Complainant

I formally refer this case for immediate federal investigation under applicable criminal statutes. I am prepared to provide full testimony and supporting evidence.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Based on Exhibits A, B, D, L, X, BB.

Executed this **11th** day of **August**, 2025, in Las Vegas, Nevada.

*[signature]*

Jade Riley Burch
Crime Victim and Complainant
222 Karen Ave Unit 1207
Las Vegas, NV 89109
jaderburch@gmail.com
(614) 725-9452

*Pending expert testimony for damages*

**Federal Contacts:**

- FBI Las Vegas: (702) 385-1281
- DOJ Civil Rights: (202) 514-3831
- DOJ Fraud Section: (202) 514-7023

===========================================

# END SEPARATOR PAGE

===========================================

\*\*\* END OF EXHIBIT \*\*\*