===========================================

# EXHIBIT B

# INDEX / SEPARATOR PAGE

===========================================


## *** START OF EXHIBIT B ***


## TITLE: SUNRISE PE COMPLETE MEDICAL RECORDS


## (Next Page: Formal White Cover Sheet)



1    **EXHIBIT B**

2    **Sunrise Hospital PE Records (April 17–22, 2025)**

3    This exhibit contains medical records from Sunrise Hospital & Medical Center documenting

4    Plaintiff's emergency room visit between April 17 and April 22, 2025. These records were

5    obtained directly from Defendant's patient portal and are true and accurate copies of Plaintiff's

6    medical records as maintained by the hospital.

7    The records reflect:

8    • Presentation of chest pain, tachycardia, and respiratory distress • Inadequate screening for

9    pulmonary embolism (PE) • Omission of CT angiogram or D-dimer testing despite clinical

10    indicators • Subsequent misdiagnosis and unsafe discharge without stabilization • Supporting

11    Plaintiff's EMTALA claim and negligence allegations

12    These records are submitted in support of the Complaint as evidence of Defendant's failure to

13    properly screen and stabilize Plaintiff in accordance with 42 U.S.C. § 1395dd.

14    _____

15    **Submitted by:** Jade Riley Burch Plaintiff, Pro Se 222 Karen Ave Unit 1207 Las Vegas, NV

16    89109 jaderburch@gmail.com (614) 725-9452

17

# Provider Report

Details for

# Note

**Encounter ID: D00134904970**

**Patient**

JADE BURCH

**Dictation Date**

4/22/2025 11:01 AM

**Facility**

SUNRISE HOSPITAL AND MEDICAL CENTER

3186 S Maryland Pkwy

Las Vegas NV 89109

().

Summary

Health Records

Sunrise Hospital and Medical Center (COCSZ)
Clinical Note
REPORT#:0422-1537  REPORT STATUS: Signed
DATE:04/22/25 TIME: 1101

PATIENT: BURCH,JADE RILEY            UNIT #: D002979852
ACCOUNT#: D00134904970              ROOM/BED: D.3810-0
DOB: 07/31/78  AGE: 46     SEX: F    ATTEND: Akhavan,Alexander F  MD
ADM DT: 04/17/25                     AUTHOR: Tran,Tristan T  APRN
REP SRV DT: 04/22/25          REP SRV TM: 1101
* ALL edits or amendments must be made on the electronic/computer document *

Clinical Note
Note:
PMP Inquiry: Report reviewed and patient is cleared for CII prescribing as
needed as there are no concerns identified.

Auth for Controlled Substances

Opioid Risk Calculator
Opioid Risk

| Opioid Risk | Response | Value |
|---|---|---|
| Age | Age <16 or >45 | 0 |
| Total | | 0 |

ORT Score
Score:  Low = 0 to 3, Moderate = 4 to 7   High = >=8

Informed Consent
Informed Consent:
Like all medications, CS have potential for both benefit and harm.  The purpose
of this document is to outline the potential benefits and harms so you can
determine if the prescribed medication is suitable for you at this time.

Possible benefits:  Minimized pain improved mobility and movement.
Possible Risks/Side Effects:  Addiction, Physical Dependence, Tolerance, and
Overdose
Possible Side Effects:  Constipation (common   persistent), nausea, and vomiting
(usually only in first few days), reduced production of testosterone (may cause
reduced libido and fertility in men), reduced production of estrogen
progesterone (may cause periods to stop, reduced libido   fertility in women),
excessive sweating, weight gain, swollen ankles/legs, sedation, drowsiness,

clouded thinking, sleep apnea, paradoxical worsening of (hypersensitivity) to pain (also known as hyperalgesia).

Addiction: Is a disease that occurs in some individuals. Taking opioids does not necessarily cause addiction, however, if you have risk factors for addiction (such as a strong family history of drug or alcohol abuse) or have had problems with drugs or alcohol in the past you must notify me since using strong painkillers will put you at greater risk. The extent of the risk is uncertain.

Physical dependence: Abruptly stopping the CS can create withdraw symptoms.

Tolerance: The body becomes used to the CS and maybe less effective.

Do not use any other substances (alcohol, cocaine, marijuana or other illegal substances) while taking the prescribed CS.

Proper use, storage, and disposal of CS: Take only as directed and by the person for whom the prescription is written. Keep all CS in a safe place, with the childproof containers. Controlled substances that are expired or unused, can be taken to Las Vegas Metropolitan Police Department Substation. Disposal is anonymous and drop-off boxes are located inside substations, providing a secure method for disposal. If you are unable to get to one of the drop off locations, or if you have a small amount of medicine to dispose of, placing outdated or unneeded medications in the garbage is the best way to get rid of them.

Treatment plan and alternatives discussed: The CS is prescribed in a limited quantity and has been prescribed following a visit to Sunrise Hospital, has been seen by a Provider and is warranted given the patient condition. There will be no refills for lost or stolen prescriptions. It is imperative that you follow-up with your Provider for continued treatment. Over the counter options, non-opioid analgesics, heat and cold therapy were discussed as options for care.

Risk of CS exposure to fetus of childbearing age women: Newborn abstinence syndrome if the mother took opioids/opiates during pregnancy on a routine basis.


If the patient is an unemancipated minor, the risk that the minor will abuse, misuse or divert the CS and ways to detect those issues. The reversal agent ( naloxone) is available over the counter without a prescription for the overdose of opioids.


Electronically Signed by Tran,Tristan T  APRN on 04/22/25 at 1102
Electronically Signed by Akhavan,Alexander F  MD on 04/22/25 at 1328
RPT #: 0422-1537
***END OF REPORT***

Health Records

# Provider Report

Details for

# Discharge Summary

**Encounter ID:** D00134904970

**Patient**

JADE BURCH

**Dictation Date**

4/22/2025 10:58 AM

**Facility**

SUNRISE HOSPITAL AND MEDICAL CENTER

<u>3186 S Maryland Pkwy</u>

<u>Las Vegas NV 89109</u>

(),

Summary

Sunrise Hospital and Medical Center (COCSZ)
Discharge Summary
REPORT#:0422-1514  REPORT STATUS: Signed
DATE:04/22/25 TIME: 1058

PATIENT: BURCH,JADE RILEY              UNIT #: D002979852
ACCOUNT#: D00134904970                ROOM/BED: D.3810-0
DOB: 07/31/78  AGE: 46    SEX: F      ATTEND: Akhavan,Alexander F  MD
ADM DT: 04/17/25                      AUTHOR: Tran,Tristan T  APRN
REP SRV DT: 04/22/25          REP SRV TM: 1058
* ALL edits or amendments must be made on the electronic/computer document *


Tran,Tristan T.Aprn 04/22/25 1058:
Med Rec

Med Rec
Discharge meds:
Continue taking these medications:
AMLODIPINE BESYLATE (NORVASC) 10 MG TAB
    10 MILLIGRAM ORAL DAILY

DIVALPROEX ER (DEPAKOTE ER 500 MG) 500 MG TAB.ER
    500 MILLIGRAM ORAL TWICE DAILY

INSULIN LISPRO (HumaLOG 100 UNIT/ML KWIKPEN INJ) 100 UNIT/ML INSULN.PEN
    UNIT SUBCUTANEOUS WITH MEALS
    Instructions:
        SLIDING SCALE
        200-2 UNITS

Start taking the following new medications:
AZITHROMYCIN (ZITHROMAX) 500 MG TAB
    500 MILLIGRAM ORAL Every twenty-four hours
    Qty = 4
    No Refills

OXYCODONE HCL/ACETAMINOPHEN (PERCOCET-7.5/325 MG) 1 TAB TAB
    1 TABLET ORAL EVERY 6 HOURS AS NEEDED as needed for pain
    Days = 7 Qty = 28
    No Refills
    Instructions:
        7 day supply

Health Records

Objective
VS/I O
Last Documented:

|  | Result | Date | Time |
|---|---|---|---|
| Pulse Ox | 96 | 04/22 | 0743 |
| B/P | 119/77 | 04/22 | 0743 |
| B/P Mean | 91.4 | 04/22 | 0743 |
| Temp | 98.1 | 04/22 | 0743 |
| Pulse | 71 | 04/22 | 0743 |
| O2 Delivery | Nasal cannula | 04/22 | 0157 |
| Resp | 18 | 04/22 | 0157 |
| O2 Flow Rate | 2 | 04/20 | 2025 |

24 hour I O ending at 0700:

|  | 04/22 0700 | 04/21 1900 |
|---|---|---|
| Intake Total |  | 240 |
| Output Total |  |  |
| Balance |  | 240 |
| Intake, Oral |  | 240 |

Results
Findings/Data:
Laboratory Tests:

|  | 04/22 0738 | 04/22 0538 | 04/21 2119 | 04/21 1629 | 04/21 1114 |
|---|---|---|---|---|---|
| Chemistry |  |  |  |  |  |
| Sodium (136 - 145 mmol/L) |  | 142 |  |  |  |
| Potassium (3.5 - 5.1 mmol/L) |  | 4.2 |  |  |  |
| Chloride (98 - 107 mmol/L) |  | 107 |  |  |  |
| Carbon Dioxide (20 - 31 mmol/L) |  | 27 |  |  |  |
| Anion Gap (5 - 16 mmol/L) |  | 8 |  |  |  |
| BUN (9 - 23 mg/dL) |  | 15 |  |  |  |
| Creatinine (0.55 - 1.02 mg/dL) |  | 0.85 |  |  |  |
| Est GFR (CKD-EPI) (>60 ml/min) |  | 85 |  |  |  |
| Glucose (74 - 106 mg/dL) |  | 90 |  |  |  |
| POC Glucose (70 - 139 MG/DL) | 92 |  | 157 H | 129 | 95 |
| Calcium (8.3 - 10.6 mg/dL) |  | 9.6 |  |  |  |
| Hematology |  |  |  |  |  |
| WBC (4.8 - 10.8 K/MM3) |  | 7.1 |  |  |  |
| RBC (4.20 - 5.50 M/MM3) |  | 3.90 L |  |  |  |
| Hgb (12.0 - 16.0 G/DL) |  | 11.6 L |  |  |  |
| Hct (37.0 - 47.0 %) |  | 35.2 L |  |  |  |

6/22/25, 3:30 PM                                    Health Records

```
MCV (80 - 100 FL)                              90
MCH (27.0 - 32.0 PG)                         29.7
MCHC (32.0 - 37.0 G/DL)                      33.0
RDW (11.5 - 14.5 %)                          13.0
Plt Count (150 - 450 K/MM3)                   257
MPV (9.6 - 12.0 FL)                          9.3  L
Absolute Nucleated RBC (0 - 0 K/MM3)         0.00
Nucleated RBCs/100 WBC (0 /100WBCS)             0
```

General Information
Date of admission:
Observation Start Date:
Date of admission: 04/17/25

Discharge date: 04/22/25
Discharge diagnosis:
1.  Status post elective facial contouring for gender dysphoria
2.  Depression
3.  Nonepileptic psychogenic seizures
4.  Diabetes mellitus, type 2
5.  Hypertension
6.  Pneumonia
Hospital course:
The patient is a 46 year-old individual with multiple medical problems, who underwent facial contouring by Dr. Joshua Goldman and Dr. John Brosious on April 17, 2025.  There were no complications to the procedure.  The patient has good pain control at the current time. She will be discharged home with Foley catheter today. The patient will follow up with surgeon in office to remove staples and Foley catheter.
Consultants: plastic surgery
Pt. condition on discharge: stable
Allergies:
Allergies:
levetiracetam (From KEPPRA) (Coded, Severe, LOSS OF VISION, 04/20/25)
guanfacine (Coded, Intermediate, HALLUCINATIONS, 04/20/25)
quetiapine (From SEROQUEL) (Coded, Intermediate, SLEEP WALKING, 04/20/25)

Discharge Instructions
PCP:
PCP: Capobianco,Leo J  DO

)( Discharge to: Home/Self Care
Additional Discharge Routines: Consultant Follow-Up, Wound/Dressing Care
Diet: Diabetic
)( Activity: As Tolerated
)( Wound/dressing care: Keep wound clean and dry
Prescriptions: e-prescribe
Discharge management: greater than 30 mins
Emergency instructions:
The patient was instructed to present to the nearest Emergency Department or
call 911 should their symptoms return or worsen.


Follow-up Appointments
Consulting provider 1:
    Provider 1:
 Goldman,Joshua J  MD
    Specialty: Plastic Surgery
    Phone: (702)727-8500
    Consult follow up timeframe: one week
    Special instructions:
Follow up with your surgeon in one week for wound check and
 to remove Foley catheter


Akhavan,Alexander F. 04/22/25 1331:
Attestations

Physician Attestation
Reviewed findings    plan:
Chart reviewed and discussed with Tristan Tran, APRN

Electronically Signed by Tran,Tristan T  APRN on 04/22/25 at 1101
Electronically Signed by Akhavan,Alexander F  MD on 04/22/25 at 1332
RPT #: 0422-1514
***END OF REPORT***

# Provider Report

Details for

# Hospital Progress Note

**Encounter ID: D00134904970**

**Patient**

JADE BURCH

**Dictation Date**

4/22/2025 7:11 AM

**Facility**

SUNRISE HOSPITAL AND MEDICAL CENTER

3186 S Maryland Pkwy

Las Vegas NV 89109

()

### Summary

6/22/25, 3:30 PM
Health Records

Sunrise Hospital and Medical Center (COCSZ)
Hospitalist Progress Note
REPORT#:0422-0443  REPORT STATUS: Signed
DATE:04/22/25 TIME: 0711

PATIENT: BURCH,JADE RILEY          UNIT #: D002979852
ACCOUNT#: D00134904970             ROOM/BED: D.3810-0
DOB: 07/31/78  AGE: 46    SEX: F   ATTEND: Akhavan,Alexander F  MD
ADM DT: 04/17/25                   AUTHOR: Tran,Tristan T  APRN
REP SRV DT: 04/22/25               REP SRV TM: 0711
* ALL edits or amendments must be made on the electronic/computer document *


Tran,Tristan T.Aprn 04/22/25 0711:
Subjective
Chief complaint:
Pain
Patient reports:
Yes: feeling better, incisional pain, pain controlled.  No: shortness of breath.


Objective

General
VS/I O:
Vital Signs

| Date | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | FiO2 |
|------|------|-------|------|-----|----------|----------|------|
| 04/21-04/22 | 97.9-98.4 | 63-81 | 18 | 119-137/75-85 | 91.4-98.4 | 93-98 | |

Vital Signs:

| Date | Time | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|------|------|------|-------|------|-----|----------|----------|-------------|--------------|------|
| 04/22 | 0743 | 98.1 | 71 | | 119/77 | 91.4 | 96 | | | |
| 04/22 | 0157 | 97.9 | 63 | 18 | 123/85 | 97.8 | 98 | Nasal cannula | | |
| 04/21 | 1957 | 98.1 | 75 | 18 | 136/80 | 98.4 | 93 | Room air | | |
| 04/21 | 1349 | 98.4 | 81 | | 137/75 | 95.7 | 93 | | | |

24 hour I O ending at 0700:

|  | 04/22 0700 | 04/21 1900 |
|--|-----------|-----------|
| Intake Total | | 240 |
| Output Total | | |
| Balance | | 240 |
| Intake, Oral | | 240 |

Medications:
Active Meds + DC'd Last 24 Hrs
Enoxaparin Sodium (LOVENOX (HIGH ALERT))   40 MG   DAILY@0600   SUBQ
Azithromycin (ZITHROMAX TABLET)   500 MG   Q24H   PO
Ceftriaxone Sodium (ROCEPHIN)   2 GM   Q24H   IV
Amlodipine Besylate (NORVASC)   10 MG   DAILY   PO
Bacitracin/Polymyxin B Sulfate (POLYSPORIN EYE OINT 3.5 GM)   1 APPLIC   DAILY
EACH EYE
Valproic Acid (DEPACON INJ)   500 MG   Q12H   IV
        Sodium Chloride (0.9% NACL)   50 ML
Morphine Sulfate (MORPHINE INJ C-II)   2 MG   Q4H PRN PRN   IV
Acetaminophen (TylenoL)   650 MG   Q4H PRN PRN   PO
Hydrocodone Bitart/Acetaminophen (LORTAB/NORCO-5 (VICODIN) (C-II))   1 TAB   Q6H
PRN PRN   PO
Insulin Human Lispro (HumaLOG (Lispro)(PYXIS.BY DOSE)(HA) *D-BLACK*)   SENSITIVE
SLIDING SCALE
        ACHS   SUBQ
Acetaminophen (TYLENOL EX-STR(*))   1,000 MG   TID   PO
Dextrose (GLUTOSE-15 GEL 15GM/37.5GM)   1 TUBE   PRN PRN   PO   (CKD)
Dextrose/Water (DEXTROSE 50%/W SYRINGE (HIGH ALERT))   PER PROTOCOL
        PRN PRN   IV
Hydralazine HCl (APRESOLINE)   10 MG   Q3H PRN PRN   IV
Hydromorphone HCl (DILAUDID (HYDROmorphone) (C-II))   0.5 MG   Q4H PRN PRN   IV

Melatonin (Melatonin)   5 MG   BEDTIME PRN PRN   PO
Ondansetron HCl (ZOFRAN)   4 MG   Q8H PRN PRN   IV
Oxycodone HCl (oxyCODONE HCL (C-II))   5 MG   Q4H PRN PRN   PO
Senna/Docusate Sodium (SENOKOT-S TABLET)   1 TAB   BID PRN PRN   PO
Gabapentin (NEURONTIN)   300 MG   BID   PO


Physical Exam
General appearance: alert, awake, oriented, no acute distress, pleasant,
conversational, mental status normal, no respiratory distress
Head/Eyes: less facial edema
Cardiovascular: normal heart sounds, regular rate   rhythm
Respiratory: decreased breath sounds
Abdomen: non-tender, soft, no distention
Extremities: no edema
Neuro/CNS: alert, oriented X 3, normal speech
Skin: dry, intact
Psychiatry: normal affect, normal judgment/insight, normal mood

Results
Findings/Data:
Laboratory Tests

|  | 04/22 | 04/21 | 04/21 | 04/21 | 04/21 |
|---|---|---|---|---|---|
|  | 0538 | 2119 | 1629 | 1114 | 0823 |
| **Chemistry** |  |  |  |  |  |
| Sodium (136 - 145 mmol/L) | 142 |  |  |  |  |
| Potassium (3.5 - 5.1 mmol/L) | 4.2 |  |  |  |  |
| Chloride (98 - 107 mmol/L) | 107 |  |  |  |  |
| Carbon Dioxide (20 - 31 mmol/L) | 27 |  |  |  |  |
| Anion Gap (5 - 16 mmol/L) | 8 |  |  |  |  |
| BUN (9 - 23 mg/dL) | 15 |  |  |  |  |
| Creatinine (0.55 - 1.02 mg/dL) | 0.85 |  |  |  |  |
| Est GFR (CKD-EPI) (>60 ml/min) | 85 |  |  |  |  |
| Glucose (74 - 106 mg/dL) | 90 |  |  |  |  |
| POC Glucose (70 - 139 MG/DL) |  | 157 H | 129 | 95 | 100 |
| Calcium (8.3 - 10.6 mg/dL) | 9.6 |  |  |  |  |

Laboratory Tests

|  | 04/22 |
|---|---|
|  | 0538 |
| **Hematology** |  |
| WBC (4.8 - 10.8 K/MM3) | 7.1 |
| RBC (4.20 - 5.50 M/MM3) | 3.90 L |
| Hgb (12.0 - 16.0 G/DL) | 11.6 L |
| Hct (37.0 - 47.0 %) | 35.2 L |
| MCV (80 - 100 FL) | 90 |
| MCH (27.0 - 32.0 PG) | 29.7 |
| MCHC (32.0 - 37.0 G/DL) | 33.0 |
| RDW (11.5 - 14.5 %) | 13.0 |
| Plt Count (150 - 450 K/MM3) | 257 |
| MPV (9.6 - 12.0 FL) | 9.3 L |
| Absolute Nucleated RBC (0 - 0 K/MM3) | 0.00 |
| Nucleated RBCs/100 WBC (0 /100WBCS) | 0 |

Diagnosis, Assessment   Plan
Free Text A P:
ASSESSMENT:
1.  Status post elective facial contouring for gender dysphoria
2.  Depression
3.  Nonepileptic psychogenic seizures
4.  Diabetes mellitus, type 2
5.  Hypertension

6.  Pneumonia

CONSULTANTS:
John Brosious, MD, plastic surgery
Joshua Goldman, MD, plastic surgery

PLAN:
Soft diet
Analgesics as needed
Sliding scale insulin protocol
Continue home medications
Monitor labs
Physical therapy
Discharge home with Foley catheter today
Plan discussed with: patient, collaborating MD


Akhavan,Alexander F. 04/22/25 1331:
Attestations

Physician Attestation
Reviewed findings   plan:
Chart reviewed and discussed with Tristan Tran, APRN

Electronically Signed by Tran,Tristan T  APRN on 04/22/25 at 1058
Electronically Signed by Akhavan,Alexander F  MD on 04/22/25 at 1331
RPT #: 0422-0443
***END OF REPORT***

Health Records

# Provider Report

Details for

# Hospital Progress Note

**Encounter ID: D00134904970**

**Patient**

JADE BURCH

**Dictation Date**

4/21/2025 11:36 AM

**Facility**

SUNRISE HOSPITAL AND MEDICAL CENTER

3186 S Maryland Pkwy

Las Vegas NV 89109

()

### Summary

Health Records

Sunrise Hospital and Medical Center (COCSZ)
Hospitalist Progress Note
REPORT#:0421-1642   REPORT STATUS: Signed
DATE:04/21/25 TIME: 1136

PATIENT: BURCH,JADE RILEY              UNIT #: D002979852
ACCOUNT#: D00134904970                 ROOM/BED: D.3810-0
DOB: 07/31/78  AGE: 46     SEX: F      ATTEND: Akhavan,Alexander F  MD
ADM DT: 04/17/25                       AUTHOR: Akhavan,Alexander F  MD
REP SRV DT: 04/21/25            REP SRV TM: 1136
* ALL edits or amendments must be made on the electronic/computer document *


Subjective
Patient reports:
Yes: pain controlled.

Objective

General
VS/I O:
Vital Signs

| Date | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | FiO2 |
|------|------|-------|------|-----|----------|----------|------|
| 04/20-04/21 | 36.3-36.8 | 69-103 | 20 | 120-150/76-94 | 92.1-111.5 | 92-97 | |

Vital Signs:

| Date | Time | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|------|------|------|-------|------|-----|----------|----------|-------------|--------------|------|
| 04/21 | 0740 | 36.8 | 76 | | 133/82 | 98.8 | 97 | | | |
| 04/21 | 0325 | | 74 | | 148/82 | 104.0 | 94 | | | |
| 04/21 | 0029 | 36.7 | 69 | 20 | 129/76 | 93.6 | 93 | Room air | | |
| 04/20 | 2025 | | | | | | | Nasal cannula | 2 | |
| 04/20 | 1934 | 36.7 | 74 | 20 | 125/78 | 93.6 | 92 | Room air | | |
| 04/20 | 1515 | | | | 120/78 | 92.1 | | | | |
| 04/20 | 1407 | | 88 | | 147/94 | 111.3 | 95 | | | |
| 04/20 | 1402 | 36.3 | 92 | | 149/92 | 110.7 | 96 | | | |
| 04/20 | 1353 | 36.8 | 103 | | 150/92 | 111.5 | 93 | | | |

24 hour I O ending at 0700:

|              | 04/21 0700 | 04/20 1900 |
|--------------|------------|------------|
| Intake Total |            | 240        |
| Output Total | 1250       |            |
| Balance      | -1250      | 240        |

6/22/25, 3:31 PM                              Health Records

```
                    Intake, Oral                        240
                    Output, Urine         1250
```

Physical Exam
General appearance: alert, oriented, no acute distress
Head/Eyes: less facial edema
Cardiovascular: normal heart sounds, regular rate   rhythm
Respiratory: decreased breath sounds
Abdomen: non-tender, soft, no distention
Extremities: no edema

Results
Findings/Data:
Laboratory Tests

| | 04/21 1114 | 04/21 0823 | 04/21 0300 | 04/20 2020 | 04/20 1605 |
|---|---|---|---|---|---|
| Chemistry | | | | | |
| Sodium (136 - 145 mmol/L) | | | 142 | | |
| Potassium (3.5 - 5.1 mmol/L) | | | 4.1 | | |
| Chloride (98 - 107 mmol/L) | | | 106 | | |
| Carbon Dioxide (20 - 31 mmol/L) | | | 25 | | |
| Anion Gap (5 - 16 mmol/L) | | | 11 | | |
| BUN (9 - 23 mg/dL) | | | 13 | | |
| Creatinine (0.55 - 1.02 mg/dL) | | | 0.88 | | |
| Est GFR (CKD-EPI) (>60 ml/min) | | | 82 | | |
| Glucose (74 - 106 mg/dL) | | | 93 | | |
| POC Glucose (70 - 139 MG/DL) | 95 | 100 | | 116 | 120 |
| Calcium (8.3 - 10.6 mg/dL) | | | 9.5 | | |

| | 04/20 1407 |
|---|---|
| Chemistry | |
| POC Glucose (70 - 139 MG/DL) | 126 |

Laboratory Tests

| | 04/21 0300 |
|---|---|
| Hematology | |
| WBC (4.8 - 10.8 K/MM3) | 7.4 |
| RBC (4.20 - 5.50 M/MM3) | 3.91 L |
| Hgb (12.0 - 16.0 G/DL) | 11.8 L |
| Hct (37.0 - 47.0 %) | 35.5 L |
| MCV (80 - 100 FL) | 91 |
| MCH (27.0 - 32.0 PG) | 30.2 |

```
                    MCHC (32.0 - 37.0 G/DL)                 33.2
                    RDW (11.5 - 14.5 %)                     13.1
                    Plt Count (150 - 450 K/MM3)              254
                    MPV (9.6 - 12.0 FL)                      9.7
                    Absolute Nucleated RBC (0 - 0 K/MM3)    0.00
                    Nucleated RBCs/100 WBC (0 /100WBCS)        0
```

Radiology data:
Recent Impressions:
RADIOLOGY - XR CHEST AP PORTABLE          04/19 1105
*** Report Impression - Status: SIGNED  Entered: 04/20/2025 1837
IMPRESSION:
1. Moderate bilateral perihilar and left basilar airspace
disease; correlate for pneumonia.
2. Cardiac silhouette size is within normal limits.
Electronically signed by:  Galen Hewell MD  04/20/2025 06:35 PM
PDT RP Workstation: RRWRS633RR
Impression By: DR.HEWGA - G. Brett Hewell M.D.


Diagnosis, Assessment   Plan
Free Text A P:
ASSESSMENT:
1.  Status post elective facial contouring for gender dysphoria
2.  Depression
3.  Nonepileptic psychogenic seizures
4.  Diabetes mellitus, type 2
5.  Hypertension
6.  Pneumonia
CONSULTANTS:
John Brosious, MD, plastic surgery
Joshua Goldman, MD, plastic surgery


PLAN:
Wean oxygen as tolerated
Soft diet
Analgesics as needed
Sliding scale insulin protocol
Start intravenous antibiotics
Continue home medications
Monitor labs
Physical therapy
Possible discharge home tomorrow


Electronically Signed by Akhavan,Alexander F  MD on 04/21/25 at 1137

Health Records

```
RPT #: 0421-1642
***END OF REPORT***
```

Health Records

# Provider Report

Details for

# Hospital Progress Note

**Encounter ID: D00134904970**

**Patient**

JADE BURCH

**Dictation Date**

4/20/2025 8:41 AM

**Facility**

SUNRISE HOSPITAL AND MEDICAL CENTER

3186 S Maryland Pkwy

Las Vegas NV 89109

()

Summary
_____

6/22/25, 3:31 PM

Health Records

Sunrise Hospital and Medical Center (COCSZ)
Hospitalist Progress Note
REPORT#:0420-0655   REPORT STATUS: Signed
DATE:04/20/25 TIME: 0841

PATIENT: BURCH,JADE RILEY          UNIT #: D002979852
ACCOUNT#: D00134904970             ROOM/BED: D.3810-0
DOB: 07/31/78  AGE: 46    SEX: F   ATTEND: Akhavan,Alexander F  MD
ADM DT: 04/17/25                   AUTHOR: Akhavan,Alexander F  MD
REP SRV DT: 04/20/25          REP SRV TM: 0841
* ALL edits or amendments must be made on the electronic/computer document *


Subjective
Patient reports:
Yes: feeling better, pain controlled.


Objective

General
VS/I O:
Vital Signs

| Date | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | FiO2 |
|---|---|---|---|---|---|---|---|
| 04/19-04/20 | 36.8-37.2 | 74-83 | 16 | 126-151/77-89 | 93.2-109.3 | 92-96 | |

Vital Signs:

| Date | Time | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/20 | 0744 | 37.2 | 83 | | 129/81 | 96.8 | 96 | | | |
| 04/20 | 0113 | 36.8 | 74 | | 151/89 | 109.3 | 95 | | | |
| 04/19 | 2153 | 36.9 | | | | | | | | |
| 04/19 | 2025 | | | | | | | Nasal cannula | 2 | |
| 04/19 | 1927 | 36.8 | 76 | 16 | 126/77 | 93.2 | 94 | Nasal cannula | 2 | |
| 04/19 | 1615 | | | | | | 92 | Room air | | |
| 04/19 | 0920 | | | | | | | Nasal cannula | 2 | |

24 hour I O ending at 0700:

| | 04/20 0700 | 04/19 1900 |
|---|---|---|
| Intake Total | | |
| Output Total | 550 | 2000 |
| Balance | -550 | -2000 |

6/22/25, 3:31 PM

Health Records

| Output, Urine | 550 | 2000 |
| --- | --- | --- |

Physical Exam
General appearance: alert, oriented, no acute distress
Head/Eyes: less facial edema
Cardiovascular: normal heart sounds, regular rate   rhythm
Respiratory: clear to auscultation
Abdomen: non-tender, soft, no distention
Extremities: no edema

Results
Findings/Data:
Laboratory Tests

| | 04/20 0816 | 04/20 0229 | 04/19 2010 | 04/19 1638 | 04/19 1218 |
| --- | --- | --- | --- | --- | --- |
| Chemistry | | | | | |
| Sodium (136 - 145 mmol/L) | | 141 | | | |
| Potassium (3.5 - 5.1 mmol/L) | | 4.2 | | | |
| Chloride (98 - 107 mmol/L) | | 106 | | | |
| Carbon Dioxide (20 - 31 mmol/L) | | 28 | | | |
| Anion Gap (5 - 16 mmol/L) | | 7 | | | |
| BUN (9 - 23 mg/dL) | | 10 | | | |
| Creatinine (0.55 - 1.02 mg/dL) | | 1.02 | | | |
| Est GFR (CKD-EPI) (>60 ml/min) | | 68 | | | |
| Glucose (74 - 106 mg/dL) | | 99 | | | |
| POC Glucose (70 - 139 MG/DL) | 104 | | 139 | 110 | 113 |
| Calcium (8.3 - 10.6 mg/dL) | | 9.2 | | | |

Laboratory Tests

| | 04/20 0229 |
| --- | --- |
| Hematology | |
| WBC (4.8 - 10.8 K/MM3) | 10.1 |
| RBC (4.20 - 5.50 M/MM3) | 3.79  L |
| Hgb (12.0 - 16.0 G/DL) | 11.3  L |
| Hct (37.0 - 47.0 %) | 34.4  L |
| MCV (80 - 100 FL) | 91 |
| MCH (27.0 - 32.0 PG) | 29.8 |
| MCHC (32.0 - 37.0 G/DL) | 32.8 |
| RDW (11.5 - 14.5 %) | 13.3 |
| Plt Count (150 - 450 K/MM3) | 233 |
| MPV (9.6 - 12.0 FL) | 9.1  L |
| Absolute Nucleated RBC (0 - 0 K/MM3) | 0.00 |
| Nucleated RBCs/100 WBC (0 /100WBCS) | 0 |

Diagnosis, Assessment   Plan
Free Text A P:
ASSESSMENT:
1.  Status post elective facial contouring for gender dysphoria
2.  Depression
3.  Nonepileptic psychogenic seizures
4.  Diabetes mellitus, type 2
5.  Hypertension

CONSULTANTS:
John Brosious, MD, plastic surgery
Joshua Goldman, MD, plastic surgery

PLAN:
Soft diet
Analgesics as needed
Sliding scale insulin protocol
Continue home medications
Monitor labs
Physical therapy
Possible discharge home later today

Electronically Signed by Akhavan,Alexander F  MD on 04/20/25 at 0842
RPT #: 0420-0655
***END OF REPORT***

# Provider Report

Details for

# Note

**Encounter ID:** D00134904970

**Patient**

JADE BURCH

**Dictation Date**

4/20/2025 8:04 AM

**Facility**

SUNRISE HOSPITAL AND MEDICAL CENTER

3186 S Maryland Pkwy

Las Vegas NV 89109

()

Summary

Sunrise Hospital and Medical Center (COCSZ)
Clinical Note
REPORT#:0420-0493  REPORT STATUS: Signed
DATE:04/20/25 TIME: 0804


PATIENT: BURCH,JADE RILEY              UNIT #: D002979852
ACCOUNT#: D00134904970                 ROOM/BED: D.3810-0
DOB: 07/31/78  AGE: 46    SEX: F       ATTEND: Akhavan,Alexander F  MD
ADM DT: 04/17/25                       AUTHOR: Akhavan,Alexander F  MD
REP SRV DT: 04/20/25            REP SRV TM: 0804
* ALL edits or amendments must be made on the electronic/computer document *



Clinical Note
Note:
PMP Inquiry: Report reviewed and patient is cleared for CII prescribing as
needed as there are no concerns identified.


Auth for Controlled Substances

Opioid Risk Calculator
Opioid Risk
                    Opioid Risk  Response        Value
                    Age          Age <16 or >45    0
                    Total                           0



ORT Score
Score:  Low = 0 to 3, Moderate = 4 to 7   High = >=8


Informed Consent
Informed Consent:
Like all medications, CS have potential for both benefit and harm.  The purpose
of this document is to outline the potential benefits and harms so you can
determine if the prescribed medication is suitable for you at this time.

Possible benefits:  Minimized pain improved mobility and movement.
Possible Risks/Side Effects:  Addiction, Physical Dependence, Tolerance, and
Overdose
Possible Side Effects:  Constipation (common   persistent), nausea, and vomiting
(usually only in first few days), reduced production of testosterone (may cause
reduced libido and fertility in men), reduced production of estrogen
progesterone (may cause periods to stop, reduced libido  fertility in women),
excessive sweating, weight gain, swollen ankles/legs, sedation, drowsiness,
clouded thinking, sleep apnea, paradoxical worsening of (hypersensitivity) to

pain (also known as hyperalgesia).
Addiction:  Is a disease that occurs in some individuals.  Taking opioids does
not necessarily cause addiction, however, if you have risk factors for addiction
(such as a strong family history of drug or alcohol abuse) or have had problems
with drugs or alcohol in the past you must notify me since using strong
painkillers will put you at greater risk.  The extent of the risk is uncertain.
Physical dependence:  Abruptly stopping the CS can create withdraw symptoms.
Tolerance:  The body becomes  used to  the CS and maybe less effective.

Do not use any other substances (alcohol, cocaine, marijuana or other illegal
substances) while taking the prescribed CS.

Proper use, storage, and disposal of CS:  Take only as directed and by the
person for whom the prescription is written.  Keep all CS in a safe place, with
the childproof containers.  Controlled substances that are expired or unused,
can be taken to Las Vegas Metropolitan Police Department Substation.  Disposal
is anonymous and drop-off boxes are located inside substations, providing a
secure method for disposal.  If you are unable to get to one of the drop off
locations, or if you have a small amount of medicine to dispose of, placing
outdated or unneeded medications in the garbage is the best way to get rid of
them.

Treatment plan and alternatives discussed: The CS is prescribed in a limited
quantity and has been prescribed following a visit to Sunrise Hospital, has been
seen by a Provider and is warranted given the patient condition.  There will be
no refills for lost or stolen prescriptions.  It is imperative that you follow-
up with your Provider for continued treatment.  Over the counter options, non-
opioid analgesics, heat and cold therapy were discussed as options for care.

Risk of CS exposure to fetus of childbearing age women:  Newborn abstinence
syndrome if the mother took opioids/opiates during pregnancy on a routine basis.

If the patient is an unemancipated minor, the risk that the minor will abuse,
misuse or divert the CS and ways to detect those issues.  The reversal agent (
naloxone) is available over the counter without a prescription for the overdose
of opioids.

Electronically Signed by Akhavan,Alexander F  MD on 04/20/25 at 0805
RPT #: 0420-0493
***END OF REPORT***

# Provider Report

Details for

# Hospital Progress Note

**Encounter ID: D00134904970**

**Patient**

JADE BURCH

**Dictation Date**

4/19/2025 9:17 AM

**Facility**

SUNRISE HOSPITAL AND MEDICAL CENTER

3186 S Maryland Pkwy

Las Vegas NV 89109

()

## Summary

6/22/25, 3:32 PM
Health Records

Sunrise Hospital and Medical Center (COCSZ)
Hospitalist Progress Note
REPORT#:0419-0694   REPORT STATUS: Signed
DATE:04/19/25 TIME: 0917

PATIENT: BURCH,JADE RILEY          UNIT #: D002979852
ACCOUNT#: D00134904970            ROOM/BED: D.3810-0
DOB: 07/31/78  AGE: 46    SEX: F   ATTEND: Akhavan,Alexander F  MD
ADM DT: 04/17/25                   AUTHOR: Akhavan,Alexander F  MD
REP SRV DT: 04/19/25          REP SRV TM: 0917
* ALL edits or amendments must be made on the electronic/computer document *


Subjective
Patient reports:
No: pain controlled.

Objective

General
VS/I O:
Vital Signs

| Date | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | FiO2 |
|---|---|---|---|---|---|---|---|
| 04/18-04/19 | 36.7-37.3 | 70-90 | 20 | 120-147/74-86 | 89.6-106.4 | 89-94 | |

Vital Signs:

| Date Time | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|---|
| 04/19 0754 | 36.9 | 84 | | 147/86 | 106.4 | 92 | | | |
| 04/19 0121 | 36.7 | 70 | 20 | 120/74 | 89.6 | 94 | Nasal cannula | | |
| 04/18 2056 | | 81 | | | | 92 | | | |
| 04/18 2054 | 37.3 | 90 | 20 | 132/79 | 96.6 | 89 | Room air | | |
| 04/18 1353 | 36.9 | 85 | | 131/80 | 96.9 | 90 | | | |

24 hour I O ending at 0700:

| | 04/19 0700 | 04/18 1900 |
|---|---|---|
| Intake Total | | |
| Output Total | 1075 | 700 |
| Balance | -1075 | -700 |
| Output, Urine | 1075 | 700 |

Health Records

Physical Exam
General appearance: alert, oriented, no acute distress
Head/Eyes: less facial edema
Cardiovascular: normal heart sounds, regular rate   rhythm
Respiratory: clear to auscultation
Abdomen: non-tender, soft, no distention
Extremities: no edema

Results
Findings/Data:
Laboratory Tests

|  | 04/19 0804 | 04/19 0238 | 04/18 2118 | 04/18 1745 | 04/18 1214 |
|---|---|---|---|---|---|
| **Chemistry** | | | | | |
| Sodium (136 - 145 mmol/L) | | 143 | | | |
| Potassium (3.5 - 5.1 mmol/L) | | 4.3 | | | |
| Chloride (98 - 107 mmol/L) | | 108  H | | | |
| Carbon Dioxide (20 - 31 mmol/L) | | 28 | | | |
| Anion Gap (5 - 16 mmol/L) | | 8 | | | |
| BUN (9 - 23 mg/dL) | | 9 | | | |
| Creatinine (0.55 - 1.02 mg/dL) | | 1.00 | | | |
| Est GFR (CKD-EPI) (>60 ml/min) | | 70 | | | |
| Glucose (74 - 106 mg/dL) | | 92 | | | |
| POC Glucose (70 - 139 MG/DL) | 94 | | 128 | 128 | 123 |
| Calcium (8.3 - 10.6 mg/dL) | | 8.9 | | | |

Laboratory Tests

|  | 04/19 0238 |
|---|---|
| **Hematology** | |
| WBC (4.8 - 10.8 K/MM3) | 10.3 |
| RBC (4.20 - 5.50 M/MM3) | 3.66  L |
| Hgb (12.0 - 16.0 G/DL) | 11.1  L |
| Hct (37.0 - 47.0 %) | 33.7  L |
| MCV (80 - 100 FL) | 92 |
| MCH (27.0 - 32.0 PG) | 30.3 |
| MCHC (32.0 - 37.0 G/DL) | 32.9 |
| RDW (11.5 - 14.5 %) | 13.7 |
| Plt Count (150 - 450 K/MM3) | 216 |
| MPV (9.6 - 12.0 FL) | 9.6 |
| Absolute Nucleated RBC (0 - 0 K/MM3) | 0.00 |
| Nucleated RBCs/100 WBC (0 /100WBCS) | 0 |

Health Records

Diagnosis, Assessment    Plan
Free Text A P:
ASSESSMENT:
1.  Status post elective facial contouring for gender dysphoria
2.  Depression
3.  Nonepileptic psychogenic seizures
4.  Diabetes mellitus, type 2
5.  Hypertension

CONSULTANTS:
John Brosious, MD, plastic surgery
Joshua Goldman, MD, plastic surgery

PLAN:
Monitor Foley catheter
Soft diet
Analgesics as needed
Sliding scale insulin protocol
Continue home medications
Monitor labs
Physical therapy
Possible discharge home tomorrow

Electronically Signed by Akhavan,Alexander F  MD on 04/19/25 at 0918
RPT #: 0419-0694
***END OF REPORT***

6/22/25, 3:54 PM

Health Records

6/22/25, 3:54 PM                                              Health Records

SUNRISE HOSPITAL/MED CTR          Name: BURCH,JADE RILEY
SUNRISE CHILDRENS HOSPITAL        Phys: Akhavan,Alexander F  MD
3186 S MARYLAND PKWY              DOB: 07/31/1978  Age: 46    Sex: F
LAS VEGAS NV 89109                Acct: D00134904970  Loc: D.3810 0
PHONE #: (702)961-7280            Exam Date: 04/19/2025 Status: ADM IN
  FAX #: (702)961-7289            Radiology No:
                        Unit No: D002979852


EXAMS:                      REASON FOR EXAM:        CPT CODE:
007765039 XR CHEST AP PORTABLE   3 - Dyspnea, unspecified   71045


     DATE:    4/20/2025 8:33 PM CDT

   PROCEDURE: Chest X-ray 1 view(s).

   HISTORY: Shortness of breath.

   COMPARISON:  3/22/2025.

   FINDINGS AND
     IMPRESSION:
     1. Moderate bilateral perihilar and left basilar airspace
     disease; correlate for pneumonia.
     2. Cardiac silhouette size is within normal limits.

   Electronically signed by:  Galen Hewell MD  04/20/2025 06:35 PM
   PDT RP Workstation: RRWRS633RR


      ** Electronically Signed by G. Brett Hewell M.D. **
      **            on 04/20/2025 at 1835             **
                Reported and signed by: G. Brett Hewell M.D.

Health Records

CC: Alexander F Akhavan MD; Leo J Capobianco DO

Dictated Date/Time: 04/20/2025 (1835)
Tech: KYLE BLEVINS              Fluoro Time:      DAP (Gy m2):
Air Kerma:            CTDI:              CTDI/DLP:
Trnscrbd Dt/Tm: 04/20/2025 (1835) PWS
Electronic Signature Date/Time: 04/20/2025 (1835)
Orig Print D/T: S: 04/20/2025 (1837)
                          BATCH NO: N/A


PAGE  1                    Signed Report

======================================

# END SEPARATOR PAGE

======================================

## *** END OF EXHIBIT ***