========================================

# EXHIBIT T

# INDEX / SEPARATOR PAGE

========================================

## *** START OF EXHIBIT T ***

## TITLE: JUNE 2025 SUNRISE LETTERS (TRIGGERING RETALIATION)

## (Next Page: Formal White Cover Sheet)



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

Jade Riley Burch,
Plaintiff,

v.

HCA Healthcare, Inc.; Sunrise Hospital & Medical Center, LLC;
MountainView Hospital; and Southern Hills Hospital & Medical Center,
Defendants.
Case No.: 2:25-cv-01408-JAD-MDC

# EXHIBIT T
# June 2025 Sunrise Letters (Triggering Retaliation)

This exhibit includes selected correspondence from Sunrise Hospital during June 2025 that led to retaliatory actions within 48 hours of the final letter.

The enclosed letters demonstrate critical communications and complaints made by Plaintiff, Jade Riley Burch, regarding patient safety, medical negligence, and legal concerns. These documents form part of the evidentiary record for federal litigation.

Respectfully Submitted

Jade Riley Burch (Pro Se) | 222 Karen Ave Unit 1207 | Las Vegas, NV 89109

614-725-9452 | jaderburch@gmail.com



Jade Burch <jade@elusive-ent.com>

## Formal Pre-Litigation Demand – Missed PE Diagnosis – Jade Riley Burch
1 message

**Jade Burch** <jade@elusive-ent.com>  Sun, Jun 22, 2025 at 4:34 PM
To: Cinthya.Cook@hcahealthcare.com
Bcc: SUNR.PatientAdvocate@hcahealthcare.com

To Whom It May Concern,

Please see the attached formal pre-litigation demand letter regarding negligent medical care I received at Sunrise Hospital in April 2025. This letter details serious failures in the standard of care, including a missed diagnosis of pulmonary embolism, failure to properly communicate critical findings, and the resulting harm I continue to endure.

This demand outlines both the medical facts and the legal basis for the claim. I have also sent a hard copy via certified mail to the attention of your Risk Management Department.

I respectfully request that your team review the matter promptly. I expect a written response regarding settlement within 15 calendar days, as outlined in the demand.

Failure to resolve this issue within the stated timeframe will result in the immediate filing of a medical malpractice lawsuit and escalation of the matter to appropriate regulatory authorities, including the Nevada State Board of Medical Examiners, The Joint Commission, and others.

Please direct all correspondence to me at jade@elusive-ent.com

Sincerely,

**Jade Riley Burch**
4001 S. Decatur Blvd, Suite 37–442
Las Vegas, NV 89103
614-725-9452

---

**Jade Riley Burch**
President, Elusive Enterprises LLC.

jade@elusive-ent.com

📎 **SunriseLegal.pdf**
3415K

Jade Riley Burch
4001 S. Decatur Blvd, Suite 37-442
Las Vegas, NV 89103
Email: jade@elusive-ent.com
Phone: 614-725-9452

June 22, 2025

VIA EXPRESS MAIL & EMAIL

Sunrise Hospital and Medical Center
Attn: Risk Management Department
3186 S Maryland Parkway
Las Vegas, NV 89109

RE: **Formal Demand for Settlement – Missed Diagnosis of Pulmonary Embolism and Ongoing Medical Harm**

To Whom It May Concern:

This letter serves as a formal demand for compensation due to the significant harm, life-threatening danger, and ongoing medical burden caused by negligent medical care I received at Sunrise Hospital and Medical Center in April 2025.

Following my elective facial surgery, I was hospitalized at your facility from **April 17 to April 22, 2025**, during which I experienced decreased oxygen saturation, required supplemental oxygen, and showed respiratory symptoms consistent with postoperative complications and increased risk for venous thromboembolism (VTE).

The day after my surgery, I vomited blood—a serious and alarming symptom—and explicitly informed your staff that I believed I had a **pulmonary embolism (PE)** based on my symptoms and personal medical knowledge. My concerns were dismissed, and your team failed to take appropriate diagnostic steps. Despite this visible warning sign and my direct communication, your staff disregarded my complaints, undermining both my lived experience and my understanding of my own medical condition.

Despite my high-risk status and explicit statements regarding suspected PE, your staff failed to properly evaluate or diagnose the condition, even though your own radiology report dated **April 20, 2025**, identified "moderate bilateral perihilar and left basilar airspace disease; correlate for pneumonia."

Notably, I had to **demand the chest x-ray multiple times**, even delaying my planned discharge to ensure the test was performed. The x-ray was finally completed on **April 20, 2025, at 8:33 PM**, and the results were signed by your radiologist, **Dr. G. Brett Hewell**, that same evening. Despite this, I was never verbally informed of the pneumonia diagnosis or any of the radiology findings by your staff prior to discharge.

I only discovered the pneumonia diagnosis by accessing the patient portal myself after leaving your facility. This constitutes not only a failure of proper medical care, but also a violation of my rights to informed consent and patient communication.

More critically, your facility failed to conduct standard diagnostic testing to rule out pulmonary embolism, including a **CT pulmonary angiogram, D-dimer blood testing,** or Doppler ultrasound screening—despite clear symptoms, elevated risk factors, and my direct verbal reports. I was prematurely discharged under the false assurance that no serious cardiopulmonary risks remained.

Two weeks later, I suffered severe shortness of breath, passing out, and near-collapse, requiring emergency evaluation at another facility. I was diagnosed with a **pulmonary embolism**, requiring immediate anticoagulation treatment with **Eliquis (apixaban)** to prevent death.

As a direct result of your facility's negligent failure to properly diagnose and treat my condition, I am now required to remain on blood thinners for a minimum of several more months, with the possibility of continued use depending on my medical progression. This exposes me to constant health risks, including dangerous bleeding, activity limitations, and significant psychological distress—all of which are worsened by my diagnosed seizure disorder.

Even a minor injury or bruise could become life-threatening under these conditions, especially given my high seizure risk, which inherently makes me more prone to falls or accidental trauma. Every aspect of my life is now restricted, and I live in constant fear that a routine incident could result in catastrophic or fatal internal bleeding.

Months later, I continue to experience emotional trauma, anxiety, and the financial burden of ongoing medical monitoring and medication costs.

Additionally, I want to be clear that I am not asserting any claims against my surgeons, Dr. Joshua Goldman or Dr. John Brosious, as I believe their care and treatment were appropriate. My claims are directed solely at Sunrise Hospital and any other involved staff or providers who contributed to this dangerous failure.

### Damages Summary:

- Economic losses, including current and future medical expenses, medications, and monitoring: **$65,000**
- Non-economic damages for pain, suffering, emotional distress, and diminished quality of life (pursuant to Nevada statutory limits, NRS 41A.035): **$350,000**
- Punitive damages for reckless disregard of medical standards and patient safety: **$80,000**

**Total Settlement Demand: $495,000**

**Proposed Resolution:**

I am offering Sunrise Hospital the opportunity to resolve this matter privately, without resorting to litigation, regulatory complaints, or public exposure. I expect a written response within 15 calendar days from receipt of this letter. Should you fail to engage in meaningful resolution efforts within this timeframe, I will pursue all available legal remedies, including filing a formal medical malpractice lawsuit in the appropriate court.

Please be advised that I am prepared to report these events to the following regulatory authorities if a fair resolution is not reached:

- **Nevada State Board of Medical Examiners**
- **Nevada Division of Public and Behavioral Health (DPBH) – Health Facilities Inspection**
- **U.S. Department of Health and Human Services – Office for Civil Rights**
- **The Joint Commission** (hospital accreditation body)
- **Centers for Medicare and Medicaid Services (CMS)**, for potential violations under EMTALA and Conditions of Participation

This letter is not intended to constitute a complete statement of all facts or claims, nor does it waive any of my legal rights.

I respectfully urge Sunrise Hospital to take this matter seriously and respond promptly.

Sincerely,

**Jade Riley Burch**
Signature: [signed]

jade@elusive-ent.com

6-22-25



Jade Burch <jade@elusive-ent.com>

## Sunrise Hospital's Missed Diagnosis to Become Public – Final Opportunity to Prevent Media Escalation

1 message

**Jade Burch** <jade@elusive-ent.com>　　　　　　　　　　　　　　　　　　Thu, Jun 26, 2025 at 8:40 PM
To: SUNR.PatientAdvocate@hcahealthcare.com, Cinthya.Cook@hcahealthcare.com, Jade Burch <jade@elusive-ent.com>

Cinthya,

This message serves as final notice regarding the formal legal demand I issued to Sunrise Hospital, originally sent on June 22, 2025.

To date, I have received no response. As outlined in that demand, failure to engage in prompt resolution efforts triggers full public disclosure and regulatory escalation.

Attached is the finalized media release scheduled for national distribution on **July 8, 2025**, covering Sunrise Hospital's negligence that left me permanently at risk following your staff's failure to diagnose a life-threatening blood clot.

Key facts:

- I vomited blood and explicitly warned your staff, "I think I may have a blood clot."
- My symptoms—including plummeting oxygen levels—were dismissed without proper testing.
- Sunrise discharged me without explanation of abnormal lung imaging.
- Two weeks later, Summerlin Hospital diagnosed a **pulmonary embolism** you failed to detect.

Once this release goes public, it will reach major outlets including ProPublica, The New York Times, Nevada state health authorities, and national patient safety organizations.

**Final Opportunity:**
You have until **5:00 PM Pacific Time, July 7, 2025**, to confirm:
✓ Receipt of this notice
✓ Identification of Sunrise's legal representative
✓ Intent to engage in meaningful settlement discussions

Absent your response, this release proceeds as scheduled, and all legal, regulatory, and media consequences will escalate.

A hard copy is also being sent via express mail for legal documentation.

All rights, claims, and legal remedies are expressly reserved.

Jade Riley Burch
jade@elusive-ent.com
(614) 725-9452 - 714-822-0791

---



**Jade Riley Burch**
President, Elusive Enterprises LLC.

707.893.7726 | elusive-ent.com | jade@elusive-ent.com

SubrisePEFinalComplete.pdf
5062K

Jade Riley Burch 4001 S. Decatur Blvd, Suite 37-442 Las Vegas, NV 89103 jade@elusive-ent.com (614) 725-9452

June 26, 2025

VIA CERTIFIED MAIL, EMAIL, AND EXPRESS DELIVERY

Sunrise Hospital and Medical Center Attn: Risk Management, Legal Department, and Executive Leadership 3186 S Maryland Pkwy Las Vegas, NV 89109

## FINAL NOTICE OF PENDING LITIGATION AND DEMAND TO REMEDY

Sunrise Hospital is hereby issued formal, final notice regarding your facility's gross medical negligence, patient endangerment, and failure to meet acceptable standards of care, which directly contributed to life-threatening, avoidable harm.

During my hospitalization at Sunrise Hospital from April 17–22, 2025, I presented with multiple documented symptoms consistent with Pulmonary Embolism (PE), including:

- Severe shortness of breath, decreased breath sounds, and oxygen desaturation
- Bilateral airspace disease visible on chest imaging
- Oxygen instability requiring supplemental support
- Post-surgical status with significantly elevated PE risk

Despite these textbook indicators, Sunrise Hospital failed to initiate proper diagnostics to rule out PE, including CT angiography, D-dimer testing, or application of standard Wells Score criteria and PE risk assessment protocols.

Gross Negligence and Reckless Disregard for Life

On or about April 18, 2025, I vomited blood—a serious medical event—and informed Sunrise staff: "I think I may have a blood clot." While I used the layperson's term 'blood clot,' any competent provider knows post-surgical hematemesis + dyspnea mandates PE evaluation per Wells Criteria and hospital protocols. My concerns were dismissed. No testing was performed. The cup containing my vomited blood remained untouched on the counter for nearly my entire stay—clear, ignored evidence of a worsening medical emergency.

Approaching discharge, I had to personally demand a chest X-ray and delay my discharge to get it. I was never verbally informed of the results, which revealed concerning bilateral lung abnormalities. I only discovered these findings by reviewing my patient portal—a clear violation of informed consent and patient rights.

Escalating Medical Crisis Following Sunrise's Failures

After discharge:

- My shortness of breath, fatigue, and chest discomfort worsened
- I began vomiting, passing out, collapsing, and developed a fever
- I struck my head during one collapse
- My condition worsened to the point my partner forced me to seek immediate emergency care

Life-Saving Diagnosis by Summerlin Hospital

On May 1, 2025, I was admitted to Summerlin Hospital, where:

- A comprehensive workup, including advanced imaging, confirmed an active Pulmonary Embolism that Sunrise failed to diagnose
- I was immediately started on life-saving anticoagulant therapy (Eliquis)
- My risk factors were properly acknowledged and treated
- Medical records from Summerlin explicitly confirm the PE Sunrise ignored

Preventable Harm and Permanent Consequences

As a direct result of Sunrise's failures:

- I endured prolonged suffering, respiratory distress, and near-fatal risk
- I now face indefinite or lifelong dependence on blood thinners, with catastrophic bleeding risk
- My seizure disorder, psychiatric diagnoses, and other conditions amplify the danger
- Your negligence caused irreversible harm, trauma, and permanent medical burdens

I emphasize: I am not asserting claims against my surgeons, Dr. Joshua Goldman or Dr. John Brosious. My claims are solely directed at Sunrise Hospital and its responsible staff.

Damages Summary:

- Economic losses: $65,000
- Non-economic damages (pain, suffering, diminished quality of life, NRS 41A.035 cap applied): $350,000
- Punitive damages: $80,000

Total Settlement Demand: $495,000

Legal and Financial Consequences Include:

- Public litigation will increase your financial exposure, with projected verdicts exceeding $2.5 million, factoring pain, suffering, disability, punitive damages, and reputational harm
- Violations under EMTALA, ADA, and other protections
- Immediate escalation to:
    - ProPublica Patient Safety Team (investigates hospital errors)

- NV Health Care Quality Assurance (state oversight)
- Nevada State Board of Medical Examiners
- Nevada Division of Public and Behavioral Health
- HHS Office for Civil Rights
- The Joint Commission
- CMS for EMTALA violations
- Regional and national media outlets, including investigative health correspondents prepared to cover this preventable failure

Mandatory Evidence Preservation

Sunrise must preserve all patient records, imaging, internal communications, incident reports, and surveillance footage. Destruction or concealment will trigger spoliation claims and increased liability.

Final Opportunity for Discreet Resolution

Escalation Timeline:

- July 6, 2025: Media outreach prepared; investigative coverage ready to deploy
- July 7, 2025, 5:00 PM Pacific Time: Deadline to respond and engage in resolution discussions
- July 8, 2025: If no resolution, active law firm retention begins; settlement demands increase; full media exposure proceeds
- July 10, 2025: Formal legal case filings prepared; all regulatory complaints and full public exposure launched

I am currently vetting law firms to represent me. Once I retain counsel, settlement demands will increase significantly to reflect legal costs, reputational harm, and escalated claims.

This is a one-time, non-extendable opportunity to resolve this matter privately. I am prepared to enter into a comprehensive Non-Disclosure Agreement (NDA) as part of a fair, confidential settlement addressing the harm your facility caused.

You have until:

5:00 PM Pacific Time, July 7, 2025

To:

- Confirm receipt of this Final Notice
- Identify your assigned legal representative
- State whether Sunrise intends to engage in prompt, good faith resolution discussions

Failure to comply will result in immediate legal action, regulatory enforcement, full public exposure, and pursuit of all available remedies.

All rights, claims, and legal remedies are expressly reserved.

Sincerely,

Jade Riley Burch



6-26-25



```
Shipment Receipt:    Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:                      SHIPMENT INFORMATION:
MON 23 JUN 2025                 UPS NEXT DAY AIR COM
                                0 lb 1.4 oz actual wt
EXPECTED DELIVERY DATE:         LTR Billed Weight
TUES 24 JUN 2025 10:30 AM       CARRIER LETTER
SHIP FROM:                      SIG REQ (W/DELV CONFIRM)
JADE BIRCH                      E-MAIL NOTIFICATION: SHIP,DELIVER
222 KAREN AVE
UNIT 1207
LAS VEGAS  NV 89109             TRACKING NUMBER: 1Z286V5Y2497956361
                                SHIPMENT ID: MM2UQFGUNASUB
(614) 725-9452                  SHIP REF 1: - -
                                SHIP REF 2: - -
SHIP TO:
SUNRISE HOSPITAL & MEDICAL CENTER    DESCRIPTION OF GOODS:
ATTN: RISK MANAGEMENT DEPT           DOCUMENTS
3186 S MARYLAND PKWY
LAS VEGAS NV 89109-2317
BUSINESS                        SHIPMENT CHARGES:
                                NEXT DAY AIR COM     32.28
                                SERVICE OPTIONS       7.20
                                FUEL SURCHARGE        7.40
SHIPPED THROUGH:                CMS PROCESSING FEE    0.22
THE UPS STORE #0375
LAS VEGAS,NV 89106-3820
(702) 870-7250
                                TOTAL              $47.10

COMPLETE ONLINE TRACKING!  ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK!
HTTP://THEUPSSTORE.COM   (SELECT TRACKING, ENTER SHIPMENT ID #)    SHIPMENT
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.
       NEED PACKAGE HELP? (LOST/DAMAGED).  PROVIDE DETAILS SO WE CAN HELP!
HTTPS://ONLINE.UPSCAPITAL.COM/TCCP
```

Lost or Damaged Package?
We Can Help!
https://online.upscapital.com/tccp

SHIPMENTID: MM2UQFGUNASUB

Powered by IShip(r)                                 The UPS Store
06/23/2025 11:02 AM Pacific Time F

 SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.                BRD A 0525

===========================================

# END SEPARATOR PAGE

===========================================

# *** END OF EXHIBIT ***