=====================================

# EXHIBIT NNN

# INDEX / SEPARATOR PAGE

=====================================

**\*\*\* START OF EXHIBIT NNN \*\*\***

**TITLE:**

**POST-HOSPITAL SEIZURE LOG (JULY 1st - AUG 8th 2025) ONGOING HARM FOLLOWING SOUTHERN HILLS DISCHARGE JUNE 29th 2025**

**(Next Page: Formal White Cover Sheet)**



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

**Jade Riley Burch,**
Plaintiff,

v.

**HCA Healthcare, Inc.; Sunrise Hospital & Medical Center, LLC; MountainView Hospital; and Southern Hills Hospital & Medical Center,**
Defendants.
**Case No.: 2:25-cv-01408-JAD-MDC**

**Supplemental Exhibit**

**Added August 11th 2025**

## EXHIBIT NNN
### POST-HOSPITAL SEIZURE LOG (JULY 1 – AUGUST 8th 2025) Ongoing Harm
### Follow Southern Hills Hospital Discharge – June 29th 2025

Respectfully Submitted

Jade Riley Burch (Pro Se) | 222 Karen Ave Unit 1207 | Las Vegas, NV 89109

614-725-9452 | jaderburch@gmail.com

**EXHIBIT NNN**
**POST-HOSPITAL SEIZURE LOG (JULY 1 – AUGUST 8, 2025)**
**Ongoing Harm Following Southern Hills Hospital Discharge – June 29, 2025**

**Prepared by:**
Jade Riley Burch
222 Karen Ave, Unit 1207
Las Vegas, NV 89109
Phone: 614-725-9452

## INTRODUCTION

This exhibit documents forty-nine (49) seizures occurring between July 1 and August 8, 2025 — immediately following my discharge from Southern Hills Hospital on June 29, 2025. The events described herein were observed and recorded by witness Porscha Ryan. These seizures continued despite ongoing neurological treatment, demonstrating the prolonged harm caused by the hospital's actions.

Where noted, seizures included severe tonic-clonic activity, urinary incontinence, postictal immobility, inability to speak, and/or the need for supplemental oxygen. Times are as recorded by the witness and in some cases rounded to the nearest minute.

## Seizure Log

### July 1, 2025 – 3 Seizures

- 9:40 PM – Tonic-clonic seizure
- 9:42 PM – Tonic-clonic seizure
- 9:46 PM – Tonic-clonic seizure

### July 3, 2025 – 7 Seizures

- 6:20 PM – Tonic-clonic seizure
- 7:00 PM – Tonic-clonic seizure
- 8:04 PM – Tonic-clonic seizure
- 10:30 PM – Tonic-clonic seizure
- 11:46 PM – Tonic-clonic seizure
- 11:55 PM – Tonic-clonic seizure
- 12:00 AM – Tonic-clonic seizure

### July 6, 2025 – 2 Seizures

- 8:30 PM – Tonic-clonic seizure

- 8:34 PM – Tonic-clonic seizure (during movie)

**July 7, 2025 – 5 Seizures**

- 8:00 PM – Tonic-clonic seizure
- 8:02 PM – Tonic-clonic seizure
- 8:03 PM – Tonic-clonic seizure
- 8:06 PM – Tonic-clonic seizure
- 8:09 PM – Tonic-clonic seizure with urinary incontinence (prolonged)

**July 8, 2025 – 1 Seizure**

- 3:12 PM – Tonic-clonic seizure

**July 11, 2025 – 4 Seizures**

- 11:20 PM – Tonic-clonic seizure
- 11:28 PM – Tonic-clonic seizure
- 11:33 PM – Tonic-clonic seizure
- 11:34 PM – Tonic-clonic seizure

**July 15, 2025 – 1 Seizure**

- 9:11 AM – Tonic-clonic seizure

**July 23, 2025 – 7 Seizures**

- 4:30 PM – Tonic-clonic seizure
- 4:37 PM – Tonic-clonic seizure
- 5:24 PM – Tonic-clonic seizure
- 11:37 PM – Tonic-clonic seizure
- 11:51 PM – Tonic-clonic seizure
- 12:20 AM – Tonic-clonic seizure
- 12:28 AM – Tonic-clonic seizure

**July 24, 2025 – 1 Seizure**

- 12:34 PM – Tonic-clonic seizure

**July 27, 2025 – 5 Seizures**

- 12:16 AM – Tonic-clonic seizure
- 9:07 PM – Tonic-clonic seizure
- 9:10 PM – Tonic-clonic seizure
- 9:29 PM – Tonic-clonic seizure
- 9:30 PM – Tonic-clonic seizure

**July 30, 2025 – 8+ Seizures**

- 1:40 AM – Tonic-clonic seizure
- 1:50 AM – Tonic-clonic seizure
- 1:55 AM – Tonic-clonic seizure
- 2:03 AM – Tonic-clonic seizure
- 2:30 AM – Tonic-clonic seizure
- 2:40 AM – Tonic-clonic seizure
- 5:40 PM – Tonic-clonic seizure
- 5:41 PM – Tonic-clonic seizure (on 2 L oxygen; patient predicted onset)
- Ninth seizure (time not specified) – Witness confirmed occurrence; details incomplete

**July 31, 2025 – 4 Seizures**

- 11:19 PM – Tonic-clonic seizure
- 11:19 PM – Tonic-clonic seizure
- 11:20 PM – Tonic-clonic seizure
- 11:21 PM – Tonic-clonic seizure (two with intense movement and urinary incontinence)

**August 4, 2025 – 1 Seizure**

- 7:08 PM – Tonic-clonic seizure

**August 6, 2025 – 4 Seizures**

- 1:30 AM – Tonic-clonic seizure
- 2:05 AM – Tonic-clonic seizure
- 2:53 PM – Tonic-clonic seizure
- 8:45 PM – Tonic-clonic seizure

**August 7, 2025 – 4 Seizures**

- 7:42 PM – Tonic-clonic seizure
- 7:44 PM – Tonic-clonic seizure
- 7:49 PM – Tonic-clonic seizure
- 7:51 PM – Tonic-clonic seizure

**August 8, 2025 – 5 Seizures**

- 6:09 PM – Tonic-clonic seizure
- 6:10 PM – Tonic-clonic seizure (approx. 35 seconds)
- 6:11 PM – Tonic-clonic seizure
- 6:13 PM – Tonic-clonic seizure
- 6:16 PM – Tonic-clonic seizure

**Total Seizures Documented:** 49
**Date Range:** July 1 – August 8, 2025
**Primary Seizure Type:** Tonic-clonic

---

**DECLARATION**

I, Jade Riley Burch, declare under penalty of perjury under the laws of the United States of America that the foregoing seizure log is true and correct to the best of my knowledge, based on direct witness observation and contemporaneous recordkeeping by Porscha Ryan.

Executed this _11_ day of _Aug_, 2025, in Las Vegas, Nevada.

_____
Jade Riley Burch

===================================

# END SEPARATOR PAGE

===================================

*** END OF EXHIBIT ***