MICHAEL E. PRANGLE, ESQ.
Nevada Bar No. 8619
ZACHARY J. THOMPSON, ESQ.
Nevada Bar No. 11001
HALL PRANGLE LLC
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV  89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
Email: efile@hallprangle.com
*Attorneys for Defendants*
*HCA Healthcare, Inc.; Sunrise Hospital &Medical Center, LLC;*
*MountainView Hospital; and Southern Hills Hospital & Medical Center*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JADE RILEY BURCH,<br><br>Plaintiff,<br><br>vs.<br><br>HCA HEALTHCARE, INC.; SUNRISE HOSPITAL & MEDICAL CENTER, LLC; MOUNTAINVIEW HOSPITAL; and SOUTHERN HILLS HOSPITAL & MEDICAL CENTER,<br><br>Defendants. | CASE NO.:  2:25-cv-01408-JAD-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE FOR DEFENDANTS' RESPONSIVE PLEADING** |

Plaintiff, JADE RILEY BURCH and Defendants HCA HEALTHCARE, INC.; SUNRISE HOSPITAL & MEDICAL CENTER, LLC; MOUNTAINVIEW HOSPITAL; and SOUTHERN HILLS HOSPITAL & MEDICAL CENTER, by and through their attorneys of record, Michael E. Prangle, Esq. and Zachary J. Thompson, Esq. of HALL PRANGLE LLC, hereby stipulate as follows:

(1) The parties agree that the due date for Defendants HCA HEALTHCARE, INC.; SUNRISE HOSPITAL & MEDICAL CENTER, LLC; MOUNTAINVIEW HOSPITAL; and SOUTHERN HILLS HOSPITAL & MEDICAL CENTER responsive pleading to the Complaint (ECF No. 1) is hereby extended to September 16, 2025.

(2) The parties previously conferred via email about Defendants' counsel needing additional time to investigate the allegations of the Plaintiff's Complaint in order to

assess and assert defenses at the pleading stage. There are a number of federal claims invoking different federal statutes against multiple Defendants (by way of example, the Affordable Care Act, Title III of the Americans With Disabilities Act, Section 504 of the Rehabilitation Act, Civil Racketeer Influenced and Corrupt Organizations Act, Emergency Medical Treatment & Labor Act)), and state-law claims (by way of example, battery, false imprisonment, intentional infliction of emotional distress, negligent hiring/retention/supervision.

IT IS SO STIPULATED.

Dated this 20th day of August, 2025.

*/s/ Jade Burch*
JADE RILEY BURCH
222 Karen Ave., Unit 1207
Las Vegas, NV 89109
*Pro Per Plaintiff*

Dated this 25th day of August, 2025.

*/s/ Michael Prangle*
MICHAEL E. PRANGLE, ESQ.
Nevada Bar No. 8619
ZACHARY J. THOMPSON, ESQ.
Nevada Bar No. 11001
HALL PRANGLE LLC
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV 89144
*Attorneys for Defendants*
*HCA Healthcare, Inc.; Sunrise Hospital &Medical Center, LLC; MountainView Hospital; and Southern Hills Hospital & Medical Center*

## ORDER

Pursuant to the terms of the attached stipulation, the Court orders as follows:

(1) The due date for Defendants HCA HEALTHCARE, INC.; SUNRISE HOSPITAL & MEDICAL CENTER, LLC; MOUNTAINVIEW HOSPITAL; and SOUTHERN HILLS HOSPITAL & MEDICAL CENTER responsive pleading to the Complaint (ECF No. 1) is extended to September 16, 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Dated: August 27, 2025