# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA



**Jade Riley Burch,**
Plaintiff,

**v.**

**HCA Healthcare, Inc.; Sunrise Hospital & Medical Center, LLC; MountainView Hospital; Southern Hills Hospital,**
Defendants.

---

**Case No.** 2:25-cv-01408-JAD-MDC
**Judge:** Hon. Jennifer A. Dorsey
**Magistrate:** Hon. Maximiliano D. Couvillier III

---

# EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER WITH NOTICE; MEMORANDUM OF POINTS AND AUTHORITIES (LR 7-4; Fed. R. Civ. P. 65)

**Emergency designation: filed with notice. The LR 7-4 certification appears on page 1 of the memorandum.**

**Requested relief (brief): preserve evidence/ESI; good-faith PAD review; remove/suspend non-clinical flags; comply with EMTALA/ADA/ACA § 1557.**

**A show-cause hearing is requested under Rule 65(b)(3).**

**Dated:** September 2nd, 2025

**Jade Riley Burch, Plaintiff Pro Se**
222 Karen Ave, Unit 1207, Las Vegas, NV 89109
(614) 725-9452 | jaderburch@gmail.com
*(Prepared primarily by Plaintiff, with limited AI assistance.)*

1  UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

```
                                    _____ FILED        _____ RECEIVED
                                    _____ ENTERED      _____ SERVED ON
                                         COUNSEL/PARTIES OF RECORD

                                        SEP 0 2 2025

                                    CLERK US DISTRICT COURT
                                      DISTRICT OF NEVADA
                                    BY: _____ DEPUTY
```

2  Jade Riley Burch,

3  Plaintiff,

4  v.

5  HCA Healthcare, Inc.; Sunrise Hospital & Medical Center, LLC; MountainView Hospital;

6  Southern Hills Hospital;

7  Defendants.

8  ————————————————————————————————————————

9  Case No. 2:25-cv-01408-JAD-MDC

10  Judge: Hon. Jennifer A. Dorsey

11  Magistrate: Hon. Maximiliano D. Couvillier III

12  ————————————————————————————————————————

13  Jade Riley Burch, Plaintiff Pro Se

14  222 Karen Ave, Unit 1207, Las Vegas, NV 89109

15  (614) 725-9452 | jaderburch@gmail.com

16  EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER WITH

17  NOTICE; MEMORANDUM OF POINTS AND AUTHORITIES (LR 7-4; Fed. R. Civ. P.

18  65)

19

20    **EXECUTIVE SUMMARY (For the Court's Convenience)**

21    This motion asks only that Defendants follow existing law while this Court considers a

22    preliminary injunction.

23    • **Emergency:** Plaintiff suffers from a seizure disorder that can cause permanent neurological

24    injury or death within minutes without stabilization. Defendants discharged her while actively

25    seizing and ignored her duly executed Psychiatric Advance Directive (PAD).

26    • **Relief Sought:** Plaintiff does not ask the Court to mandate any medical treatment. She seeks

27    only prohibitory relief: (1) compliance with existing federal law (EMTALA, ADA, ACA §

28    1557); (2) preservation of evidence; (3) good-faith review of her PAD; and (4) removal of Non-

29    Clinical Flags that bias staff.

30    • **Why Now:** Each ED visit presents imminent, irreparable risk of death. Regular briefing is

31    impracticable; Plaintiff could die before a preliminary-injunction hearing.

32    • **Changes Since Prior TRO:** Plaintiff now ties each Winter factor to sworn exhibits, provides

33    pinpoint citations, and supplies new evidence (Ex. NNN seizure logs, new PAD Addendum (Ex.

34    QQQ) clarifying seizure-care instructions) proving ongoing violations.

35    • **Narrow Scope:** Relief is time-limited (14 days under Rule 65(b)(2)) and preserves the last

36    peaceable status quo — unbiased EMTALA screening and stabilization.

37    **In plain terms:** I am not asking this Court to practice medicine. I am asking that hospitals stop

38    discharging me while I am seizing, stop ignoring my notarized directive, and stop flagging me

39    with Non-Clinical Flags.

40  **LR 7-4 and Rule 65(b)(1) Certification**

41  **LR 7-4 and Rule 65(b)(1) Certification.** This is an emergency because Plaintiff faces

42  unpredictable seizures that can cause permanent neurological injury or death within minutes.

43  Regular briefing is impracticable for the reasons stated. Good-faith meet-and-confer is

44  impracticable due to the emergent medical risk; Plaintiff is providing same-day notice by hand

45  and email. Plaintiff is filing and serving the same day. She is **not** seeking ex parte relief and

46  understands the Court will treat this motion as opposed.

47  **PLAINTIFF'S RENEWED MOTION FOR TEMPORARY RESTRAINING ORDER AND**

48  **PRELIMINARY INJUNCTION**

49  **I. INTRODUCTION**

50  This case is straightforward: every seizure is life or death, and Defendants repeatedly discharged

51  me while seizing, ignored my directive, and labeled me for retaliation.

52  This Court previously denied Plaintiff's initial TRO motion without prejudice because the filing

53  did not adequately connect authenticated evidence to the Winter factors. Plaintiff now renews her

54  motion with sworn exhibits, a clarified factual record, and narrowed relief tailored to the Court's

55  prior order. This renewed motion fixes those issues and ties every exhibit directly to the Winter

56  factors so the Court has a clean record. This renewed motion cures the deficiencies the Court

57  identified in its August 8, 2025 Order (ECF No. 14 at 3–4) by (1) analyzing each Winter factor in

58  detail, (2) providing pinpoint citations via timestamped anchors (RN-note timestamps, MAR

59  entries, Discharge Summary sections), and (3) providing a quantified irreparable harm analysis.

60  Plaintiff also re-submits her sworn Declaration of Authentication as Exhibit 1 to cure any

61   confusion caused by the Clerk's bulk scanning of prior exhibits (see ECF No. 20). Where

62   exhibits lack reliable pagination due to clerk bulk scanning, Plaintiff provides pinpoint citations

63   using searchable anchors.

64   Plaintiff suffers from a seizure disorder requiring prompt stabilization to prevent permanent

65   neurological injury or death. On multiple occasions, Defendants discharged her while chemically

66   restrained and actively seizing (Ex. L [RN Note 05/29/25 14:08, "continues to have seizure

67   activity"]), ignored her duly executed, Nevada-recognized Psychiatric Advance Directive Set

68   ('PAD Set') (Exs. BB & QQQ), and flagged her records for retaliation (Ex. Q). These acts are not

69   malpractice disputes—they are ongoing violations of federal statutes including EMTALA (42

70   U.S.C. § 1395dd), 42 U.S.C. § 18116 (ACA § 1557), and the ADA (42 U.S.C. § 12182).

71   **Clarification Regarding Relief Sought.** Defendants may argue that Plaintiff is improperly

72   asking this Court to mandate specific medical treatment. That is incorrect. Plaintiff does not seek

73   to dictate medications, admissions, or any particular course of care. The relief requested is

74   strictly prohibitory and preserves the status quo by requiring Defendants to (1) comply with

75   existing federal statutes (EMTALA, ADA, ACA § 1557), (2) preserve relevant evidence, and (3)

76   review and consider Plaintiff's duly executed PAD Set in good faith, subject to EMTALA and

77   clinical judgment. Treating physicians retain full discretion; the injunction ensures only that

78   legally recognized directives are not ignored and Non-Clinical Flags do not bias screening or

79   stabilization.

80   Plaintiff seeks a short, prohibitory TRO that preserves the status quo: preserve evidence/ESI,

81   review and consider Plaintiff's notarized PAD Set in good faith consistent with EMTALA and

82  clinical judgment, and remove/suspend non-clinical account flags. The order would not mandate

83  any treatment or admission; medical judgment remains with providers.

## II. JURISDICTION AND VENUE

85  This Court has jurisdiction under 28 U.S.C. § 1331; Rule 65 supplies the authority for injunctive

86  relief. Venue is proper in this District under 28 U.S.C. § 1391(b) because Defendants operate

87  hospitals here and the events occurred here. Plaintiff seeks prospective injunctive relief under

88  ADA Title III, 42 U.S.C. § 12188(a)(1), and § 1557; EMTALA claims are asserted against the

89  hospital entities, which are "participating hospitals," and EMTALA provides a private right of

90  action. 42 U.S.C. § 1395dd(d)(2)(A).

91  **EMTALA defendants.** EMTALA claims are asserted only against the participating hospital

92  entities (Sunrise Hospital & Medical Center, LLC; MountainView Hospital; Southern Hills

93  Hospital). Plaintiff's ADA and § 1557 claims are pled against all defendants, including HCA

94  Healthcare, Inc.

95  **In plain terms:** This federal court in Nevada can hear my case because it involves federal laws

96  (EMTALA, ADA, and ACA), the hospitals operate here, and the harmful events happened here.

97  The court has the power to issue emergency orders to stop ongoing harm.

98  Hospitals are places of public accommodation under ADA Title III, and Plaintiff plausibly

99  alleges a real and immediate threat of repeated injury, conferring standing to seek prospective

100  relief.

## III. FACTUAL BACKGROUND

102   **March 22–24, 2025 (MountainView)** – Unsafe discharge with material omission of seizure

103   events from medical records (Ex. AAA [Nursing Note 03/23/25 01:37 vs. Discharge Summary

104   stating "no seizures"]). In plain terms: the hospital chart says "no seizures" even though the nurse

105   logged an active seizure.

106   **April 17–22, 2025 (Sunrise)** – Life-threatening pulmonary embolism missed despite clear

107   symptoms; later confirmed at Summerlin Hospital (Exs. B & C demonstrate differential

108   treatment based on facility).

109   **May 29, 2025 (Sunrise)** – Seizure admission resulting in improper chemical restraint without

110   medical justification (**Ex. L** (ED record — RN note 14:08; MAR 13:57–15:12; discharge 21:00);

111   **Ex. ZZ** (dangerous-discharge analysis)).

112   **June 28–29, 2025 (Southern Hills)** – Most egregious violation: chemically restrained discharge

113   while patient was actively seizing (Ex. D; see RN notes and discharge-order timestamps); no

114   documented stabilization plan. In plain terms: I was still seizing, and they discharged me.

115   **Post-Southern Hills** – Documented seizure clusters with frequency increase following

116   inadequate hospital care (Ex. NNN shows a documented uptick in seizure frequency in the weeks

117   immediately following the Southern Hills discharge). To avoid any doubt about her wishes,

118   Plaintiff executed a notarized PAD Addendum (Ex. QQQ) that supplements, and is read together

119   with, the underlying PAD (Ex. BB).

120   **Retaliation and Electronic Flags** – Within 48 hours of Plaintiff's legal complaints, HCA

121   facilities implemented internal alerts labeling Plaintiff a "difficult patient" and placed account-

122   level flags across their network (Ex. Q). These are non-clinical administrative codes—not

123  physician orders—that prejudice staff at the point of care by influencing triage, resource

124  allocation, and physician engagement (Ex. Q). These were not physician orders; they were Non-

125  Clinical Flags functioning as retaliation.

126  Following these violations, Plaintiff executed a notarized Addendum to her PAD (Ex. QQQ) to

127  remove ambiguity, yet violations continue. These events are consistent with the broader systemic

128  pattern of violations documented across HCA facilities (Ex. H).

129  **IV. LEGAL STANDARD**

130  The test for a TRO is well known: likelihood of success, irreparable harm, balance of equities,

131  and public interest. The Ninth Circuit applies a sliding-scale approach.

132  A TRO issues on showing (1) likelihood of success, (2) likely irreparable harm, (3) equities tip in

133  movant's favor, and (4) public interest. *Winter v. NRDC*, 555 U.S. 7, 20 (2008). The Ninth

134  Circuit applies a sliding scale: "serious questions" + a sharp tip in the equities + irreparable harm

135  can suffice. *Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131–35 (9th Cir. 2011).

136  Ongoing statutory violations support a presumption of irreparable harm. *Hernandez v. Sessions*,

137  872 F.3d 976, 994 (9th Cir. 2017).

138  **In plain terms:** I need to show the Court four things: (1) I have a reasonable chance of winning

139  on the legal issues, (2) I'll be seriously harmed if nothing is done now, (3) I'll be hurt worse than

140  the hospitals if no order issues, and (4) the public benefits from the order. The court can use a

141  sliding scale—if there are serious legal questions and I'd be hurt much worse than them, that can

142  be enough.

143    **V. ARGUMENT**

144    **A. Substantial Likelihood of Success**

145    Plaintiff shows likely success under EMTALA, ADA, and ACA § 1557, supported by sworn
146    exhibits.

147    Under Ninth Circuit precedent, Plaintiff need not prove certainty of success but must show either
148    "a substantial likelihood of success on the merits" or raise "serious questions going to the merits"
149    where the balance of hardships tips in her favor. The Ninth Circuit applies a "sliding scale"
150    analysis where serious questions going to the merits combined with irreparable harm can justify
151    injunctive relief. *Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131–35 (9th Cir.
152    2011). Plaintiff demonstrates a substantial likelihood of success on multiple federal statutory
153    violations:

154    **EMTALA Violations (42 U.S.C. § 1395dd(a) & (b)(1)(A)):** Hospitals discharged Plaintiff
155    while she was actively seizing and/or failed to stabilize before discharge (Sunrise: **Ex. L** (RN
156    05/29/25 14:08 and MAR entries) and **Ex. ZZ** (discharge within ~4.5 hours of B52 while
157    unstable); Southern Hills: Ex. D; MountainView: Ex. AAA inconsistency). Those facts show
158    probable violations of 42 U.S.C. § 1395dd(a)–(b).

159    **ACA § 1557 & ADA Violations:** Defendants' systematic psychiatric mislabeling to justify
160    denial of neurological care violates 42 U.S.C. § 18116(a) and 42 U.S.C. § 12182(a) on the basis
161    of disability. Staff repeatedly ignored Plaintiff's notarized PAD Set (Ex. BB & QQQ), which
162    specifically addresses her seizure disorder and treatment preferences—a clear failure to provide
163    equal access under both statutes. Because Plaintiff seeks injunctive relief under ADA Title III

164    and § 1557, as Defendants operate programs or activities receiving federal financial assistance,

165    prospective discrimination and risk of recurrence establish standing; damages are not sought

166    under Title III.

167    **Systemic Pattern:** Ex. H documents violations across all HCA facilities, establishing this is not

168    isolated negligence but institutional policy contrary to federal law.

169    **Defendants' Immunity Arguments Fail:** Defendants are private corporations without sovereign

170    immunity. No qualified immunity applies to corporate entities. All claims arise under federal

171    statutes with clear private rights of action enacted within applicable limitation periods.

172    **In plain terms:** The hospitals broke three federal laws: (1) EMTALA—they discharged me

173    while I was still seizing instead of stabilizing me first; (2) the ADA—they discriminated against

174    me because of my disability; and (3) Section 1557—they denied equal access on the basis of

175    disability. These are not medical malpractice claims about whether doctors made the right

176    treatment choices—these are civil rights violations about hospitals ignoring federal law.

177    **B. Irreparable Harm**

178    Every seizure is an emergency. Once brain damage or death occurs, no later ruling can undo it.

179    **Medical Emergency Timeline:** Without stabilization, tonic-clonic seizures exceeding five

180    minutes constitute status epilepticus, with materially increased mortality and risk of permanent

181    neurological injury; immediate stabilization is medically required. Status epilepticus is

182    commonly understood at ≥5 minutes of continuous seizure activity; seizure-related hypoxia can

183    cause irreversible brain injury in under five minutes. Plaintiff's logs reflect 8–12 breakthrough

184  seizures/month and increased frequency post-Southern Hills (Ex. NNN), making recurrence

185  imminent and any delay potentially catastrophic.

186  **Immediate and Ongoing Risk:** PAD Set violations place Plaintiff at imminent risk with each

187  emergency presentation at HCA facilities. The 48-hour retaliation timeline (Ex. Q) shows how

188  quickly discriminatory flags are implemented after litigation contact.

189  **Systemic Retaliation:** Ex. Q demonstrates that within 48 hours of Plaintiff's initial legal contact,

190  all HCA facilities received internal alerts flagging her for "difficult patient" status. This

191  systematic flagging creates a network-wide barrier to emergency care—Plaintiff cannot simply

192  "shop" for a different hospital as Defendants control the majority of emergency facilities in her

193  geographic area (Ex. H, market analysis). Each violation places Plaintiff at risk of sudden death

194  or permanent disability, which is the paradigmatic form of irreparable harm under Ninth Circuit

195  law.

196  **Quantified Harm:** MountainView's omission of seizure events (Ex. AAA [Nursing Note

197  03/23/25 01:37 vs. Discharge Summary]) and Sunrise's chemical restraint discharge (Ex. L [RN

198  Note 05/29/25 14:08]) demonstrates escalating care denial that cannot be undone with monetary

199  compensation. See also *Rodriguez v. Robbins*, 715 F.3d 1127, 1145 (9th Cir. 2013) (irreparable

200  harm established where medical risks are immediate and not compensable by damages).

201  Defendants may argue that "difficult patient" or risk flags are merely administrative tools;

202  however, these flags are non-medical in nature, not tied to treatment protocols, and function only

203  to prejudice staff against Plaintiff at the point of care (Ex. Q). Courts have consistently rejected

204  "administrative convenience" as a valid justification where fundamental statutory rights are at

205  risk. See *Hernandez v. Sessions*, 872 F.3d 976, 994 (9th Cir. 2017).

206    **In plain terms:** I cannot "wait and sue later" because each ED visit may be my last.

207    The harm is immediate, ongoing, and life-threatening, and it is not compensable by money

208    damages. If a seizure strikes in an HCA ED while staff follow these retaliatory flags, Plaintiff

209    could die before this Court even hears a preliminary injunction.

210    **Likelihood of recurrence.** Plaintiff's seizures are unpredictable and require immediate ED care.

211    HCA facilities are the nearest emergency departments serving Plaintiff's area and control a

212    substantial share of local capacity. Plaintiff is therefore reasonably likely to return to Defendants'

213    EDs in future emergencies. (Title III requires a real and immediate threat of repeated injury;

214    Plaintiff's unpredictable seizures and proximity to Defendants' EDs satisfy this.) The challenged

215    practices (non-clinical flags, disregard of the PAD Set, and EMTALA screening/stabilization

216    failures) are ongoing and capable of repetition yet evading review, establishing standing for

217    prospective relief. See *Chapman v. Pier 1 Imports*, 631 F.3d 939, 946-47 (9th Cir. 2011) (en

218    banc). Any post-filing flag removal does not moot injunctive relief; voluntary cessation requires

219    it be absolutely clear the conduct cannot recur. *Friends of the Earth v. Laidlaw*, 528 U.S. 167,

220    189 (2000).

221    **C. Balance of Equities**

222    This factor strongly favors Plaintiff. Plaintiff faces death or permanent injury; Defendants face

223    only the obligation to follow existing law.

224    The order requires only compliance with existing law and removal of non-clinical flags;

225    Defendants face no cognizable harm from doing what statutes already require. Defendants suffer

226    no harm from compliance because the requested TRO requires only adherence to obligations

227   already imposed by federal law. Defendants may argue administrative inconvenience, but federal

228   law already mandates preservation of records and nondiscrimination in emergency treatment.

229   The TRO imposes no new substantive obligations. Removal of retaliatory or account-level flags

230   imposes no burden on Defendants because such flags are discretionary, non-medical, and serve

231   no legitimate patient care function. By contrast, their continued presence places Plaintiff at risk

232   of immediate death or disability. Compliance with existing statutory obligations is not a

233   cognizable harm to defendants. See *Golden Gate Rest. Ass'n v. City & County of San Francisco*,

234   512 F.3d 1112, 1126 (9th Cir. 2008).

235   **Plaintiff's burden:** risk of death, permanent disability, or discriminatory denial of care.

236   Removing discretionary account flags restores the status quo ante and eliminates non-clinical

237   deterrents; it does not constrain physicians from entering proper clinical orders. The equities are

238   not close; they favor Plaintiff. Retaliation and intimidation for asserting rights are independently

239   unlawful under federal nondiscrimination law; non-clinical account flags function as such.

240   **In plain terms:** My risk is life or death. Their burden is following existing law.

241   **D. Public Interest**

242   The public interest is served when hospitals comply with federal nondiscrimination law.

243   Enjoining discriminatory barriers to emergency stabilization promotes patient safety and

244   consistent compliance with federal law. Compliance with federal statutes serves the public

245   interest. See *Golden Gate Rest. Ass'n v. City & County of San Francisco*, 512 F.3d 1112, 1126

246   (9th Cir. 2008).

247    **In plain terms:** The public loses nothing if hospitals follow the law; patients lose everything

248    when they do not.

## VI. EMERGENCY/EXPEDITED RELIEF JUSTIFICATION

250    Seizures do not wait for briefing schedules. Each one can be fatal.

251    Plaintiff cannot wait for a standard preliminary injunction hearing because the risk of medical

252    emergency is imminent and recurring. Each seizure event carries a risk of sudden death or

253    irreversible injury. This case cannot await a preliminary injunction hearing because seizures are

254    unpredictable and Plaintiff could suffer irreversible harm before a noticed hearing can be held. A

255    TRO is necessary to prevent imminent harm before further court proceedings can be held.

256    Plaintiff therefore requests a TRO under Rule 65, with a show-cause hearing under Rule 65(b)(3)

257    within 14 days.

## VII. PRIOR DENIAL & WHAT HAS CHANGED

259    The first TRO was denied for lack of connection between exhibits and Winter factors.

260    This renewed motion corrects that defect by mapping each exhibit to a specific factor.

261    Plaintiff has also added new exhibits: updated seizure logs (Ex. NNN) and a notarized PAD

262    Addendum (Ex. QQQ), both created after the Court's prior denial, proving ongoing harm.

## VIII. NOTICE AND CERTIFICATION (Rule 65 & LR 7-4)

264    On September 2, 2025, Plaintiff will provide notice to Defendants' counsel by serving this

265    motion and proposed order concurrently with filing. This motion is filed with notice; Plaintiff

266    does not seek ex parte relief.

267    **IX. RELIEF REQUESTED**

268    **Defined terms.** "Psychiatric Advance Directive" or "PAD" means a legal document, recognized

269    under Nevada law, that allows individuals to make decisions in advance about their mental

270    health treatment preferences and appoint someone to make decisions on their behalf during

271    psychiatric emergencies or when they cannot communicate their wishes. "PAD Set" means

272    Plaintiff's PAD (Ex. BB) **plus** the notarized Addendum (Ex. QQQ). "Non-Clinical Flags" means

273    account- or encounter-level administrative notations (including but not limited to "risk

274    management," "behavioral," "security," or "difficult patient") not entered as part of a physician

275    order or clinical treatment plan and not required for allergy, isolation, fall-risk, or seizure

276    precautions.

277    This is a public-interest injunction. The following prohibitory relief preserves the status quo and

278    is narrowly tailored to prevent imminent harm pending hearing:

279    1. **Preserve all evidence** relating to Plaintiff, including electronically stored information

280        (ESI), by issuing and maintaining a litigation hold that suspends routine

281        deletion/overwriting of: complete medical records; restraint/sitter/security logs; EHR

282        audit trails; surveillance video relating to Plaintiff's presentations; clinical

283        messaging/text/page logs (e.g., Vocera/TigerConnect/SMS), EHR access logs (including

284        user access logs and audit metadata), and downtime logs. Within 5 business days,

285    Defendants shall file a certification identifying (i) the EHR systems placed on hold

286    (including audit-trail modules), (ii) video retention settings applied for ED cameras

287    covering triage bays, hallways, and treatment rooms relevant to Plaintiff's encounters,

288    and (iii) the custodian of record. This preservation obligation is subject to proportionality

289    under Fed. R. Civ. P. 26(b)(1) and does not require disclosure of privileged material;

290    *(basic litigation hold, no privilege waiver)*

291    2.  **Good-faith review of PAD Set.** At each emergency presentation, Defendants must

292    review and give due consideration to Plaintiff's PAD Set consistent with EMTALA

293    screening and stabilization duties and subject to medical necessity and clinical judgment.

294    This does not mandate any specific medication, admission, or course of treatment.

295    (ADA/§1557 as to all Defendants; EMTALA duties as to hospital entities.) *(not dictating*

296    *care, only requiring good-faith consideration)*

297    3.  **Non-Clinical Flags.** Defendants shall remove within 24 hours, and shall not re-enter

298    during the TRO period, any Non-Clinical Flags concerning Plaintiff that were created on

299    or after June 1, 2025, unless tied to a contemporaneous physician order or clinical

300    treatment plan. Nothing bars standard clinical safety notations (allergies, fall risk, seizure

301    precautions, isolation) or physician-entered orders supported by medical judgment.

302    (ADA/§1557 as to all Defendants; EMTALA screening/stabilization as to hospital

303    entities.) *(remove Non-Clinical Flags, not medical orders)*

304    4.  **No new Non-Clinical Flags.** Defendants are enjoined from creating new Non-Clinical

305    Flags regarding Plaintiff during the TRO period. *(stop retaliation during litigation)*

306    5.  This TRO shall remain in effect for 14 days pursuant to Rule 65(b)(2) unless extended or

307    replaced by a preliminary injunction; Defendants shall appear and show cause on a date

308  set by the Court, but no later than 14 days from this Order, why a preliminary injunction

309  should not issue.

310  Consistent with Fed. R. Civ. P. 65(b)(3) and LR 7-4, Plaintiff requests the Court set a

311  preliminary-injunction hearing within 14 days and set a briefing schedule.

312  **Leave to substitute exhibits.** Plaintiff respectfully requests leave to file Bates-stamped copies of

313  already-filed exhibits, identical in content, within 7 days to aid citation and review.

314  **Alternative Relief:** If the Court denies a TRO, Plaintiff requests the Court set an expedited

315  preliminary injunction hearing at the earliest possible date. In the alternative, Plaintiff requests

316  the Court set a preliminary injunction hearing within 14 days, as permitted by Rule 65(b)(3).

317  If a TRO issues, Plaintiff requests it remain in effect for 14 days under Rule 65(b)(2), unless

318  extended by the Court, and that Defendants be ordered to show cause why a preliminary

319  injunction should not issue at the earliest available setting.

320  **X. SECURITY (Fed. R. Civ. P. 65(c))**

321  Because I seek only prohibitory relief and Defendants face no monetary harm from following the

322  law, no bond should be required.

323  Plaintiff respectfully requests that the Court waive security. The requested TRO is prohibitory

324  and compels only compliance with existing federal statutes; Defendants face no realistic risk of

325  monetary loss from obeying the law. The Ninth Circuit permits waiver where there is no likely

326  harm to defendants and where public rights are at stake. See *Jorgensen v. Cassiday*, 320 F.3d

327  906, 919 (9th Cir. 2003) ("district court may dispense with the filing of a bond when it concludes

328    there is no realistic likelihood of harm to the defendant"); *Johnson v. Couturier*, 572 F.3d 1067,

329    1086 (9th Cir. 2009) (affirming waiver where record showed no likelihood of harm); *Barahona-*

330    *Gomez v. Reno*, 167 F.3d 1228, 1237 (9th Cir. 1999) (bond properly waived in public-interest

331    case). Plaintiff has limited financial resources and a substantial bond would impose significant

332    hardship. Requiring a bond above a nominal amount would **effectively prevent** Plaintiff from

333    obtaining emergency relief given her limited means, and Defendants face no monetary harm

334    from complying with existing law.

335    **In plain terms:** Normally, someone asking for a TRO must post a bond (like insurance money)

336    in case the court later decides the TRO was wrong and the defendants were harmed. But since

337    I'm only asking the hospitals to follow laws they should already be following, they won't lose

338    money if I'm wrong. I also can't afford to post a bond, and requiring one would effectively deny

339    me access to emergency relief.

340    In the alternative, if security is required, Plaintiff requests that it be set at a nominal amount not

341    to exceed $100.

342    **X-A. REQUEST FOR REMOTE APPEARANCE AND DISABILITY**

343    **ACCOMMODATION**

344    Plaintiff respectfully requests a remote appearance (video or telephone) as a reasonable

345    accommodation pursuant to the Court's ADA/Rehabilitation Act accommodation process,

346    including 29 U.S.C. § 794, in light of her seizure disorder and related anxiety impairments.

347    Plaintiff will separately file the District's ADA accommodation form.

## X-B. REQUEST FOR DECISION WITHOUT ORAL ARGUMENT AND PLAIN-LANGUAGE ACCOMMODATION

348
349

350 Plaintiff respectfully requests that the Court decide this motion on the papers without oral

351 argument, in the Court's discretion and consistent with its local practices, because oral argument

352 is unnecessary and Plaintiff's disability makes live proceedings difficult.

353 If the Court does set a hearing, Plaintiff requests a reasonable accommodation under the ADA

354 and Rehabilitation Act for plain-language communication during proceedings, given her

355 disability-related cognitive processing difficulties. **In plain terms:** I need remote appearance and

356 plain-language communication so I can meaningfully participate despite my disability. If a

357 hearing is held, I request that the Court and counsel avoid Latin or specialized legal terms where

358 possible and speak in plain language, and that I be allowed extra time to process and respond.

359 **XI. CONCLUSION**

360 This motion asks only that hospitals follow the law and treat me without unlawful bias until a

361 full hearing can be held.

362 For the foregoing reasons, Plaintiff respectfully requests that this Court issue the requested TRO.

363 **Plain-English Summary:** I have seizures that can cause death or brain injury within minutes.

364 These hospitals discharged me while I was still seizing, ignored my duly executed, Nevada-

365 recognized PAD Set, and added non-medical "flags" that bias staff against me. I'm not asking the

366 Court to tell doctors how to treat me—only to require that hospitals (1) follow existing federal

367 law, (2) preserve evidence, (3) review and consider my duly executed, Nevada-recognized PAD

368  Set in good faith, and (4) remove non-medical retaliation flags. I'm asking for a short, 14-day

369  order that simply ensures I can get equal, timely emergency care while we set a full hearing.

370  —————————————————————————————————————————————

371  Prepared by Plaintiff with limited AI assistance; Plaintiff reviewed and is responsible for all content.

372  —————————————————————————————————————————————

373  Respectfully submitted,

374  [signature]

375  Jade Riley Burch, Plaintiff Pro Se

376  222 Karen Ave, Unit 1207

377  Las Vegas, NV 89109

378  Tel: (614) 725-9452

379  Email: jaderburch@gmail.com

380  Dated: September 2, 2025

381  —————————————————————————————————————————————

382

383    **CERTIFICATE OF SERVICE**

384    I certify that on September 2, 2025, I served defendants' counsel by hand delivery at Hall Prangle

385    & Schoonveld LLP, 1160 N. Town Center Dr., Ste. 200, Las Vegas, NV 89144, and sent a

386    courtesy copy by email to mprangle@hpslaw.com and zthompson@hallprangle.com.

387

388    Jade Riley Burch, Plaintiff Pro Se

389    _____

390

1    **PROPOSED ORDER**

2    **UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

3    **Jade Riley Burch,**

4    Plaintiff,

5    v.

6    **HCA Healthcare, Inc.; Sunrise Hospital & Medical Center, LLC; MountainView Hospital;**

7    **Southern Hills Hospital;**

8    Defendants.

9    **Case No. 2:25-cv-01408-JAD-MDC**

10    **TEMPORARY RESTRAINING ORDER**

11    Plaintiff's Emergency Motion for Temporary Restraining Order having come before the Court,

12    and good cause appearing,

13    The Court finds Plaintiff has shown a likelihood of irreparable harm and that the balance of

14    equities and public interest favor temporary relief. *See Winter; Alliance for the Wild Rockies.*

15    **Definitions.** "PAD Set" means Plaintiff's Psychiatric Advance Directive (Ex. BB) plus the

16    notarized Addendum (Ex. QQQ). "Non-Clinical Flags" means account- or encounter-level

17    administrative notations (including but not limited to "risk management," "behavioral,"

18    "security," or "difficult patient") not entered as part of a physician order or clinical treatment

19    plan and not required for allergy, isolation, fall-risk, or seizure precautions.

20    IT IS HEREBY ORDERED:

21    1.  **Evidence Preservation.** Defendants shall preserve all evidence relating to Plaintiff by

22        maintaining a litigation hold that suspends routine deletion/overwriting of: complete

23        medical records; restraint/sitter/security logs; EHR audit trails; surveillance video relating

24        to Plaintiff's presentations; clinical messaging/text/page logs; EHR access logs and audit

25        metadata; and downtime logs, including information held by third-party vendors or

26        managed service providers to the extent within Defendants' possession, custody, or

27        control. Within 5 business days, Defendants shall file a certification identifying (i) the

28        EHR systems placed on hold (including audit-trail modules), (ii) video retention settings

29        applied for ED cameras covering areas relevant to Plaintiff's encounters, and (iii) the

30        custodian of record.

31    2.  **PAD Set Review.** At each emergency presentation, Defendants must review and give due

32        consideration to Plaintiff's PAD Set (Ex. BB + Ex. QQQ) consistent with EMTALA

33        screening and stabilization duties and subject to medical necessity and clinical judgment.

34        (ADA/§1557 as to all Defendants; EMTALA duties as to hospital entities.) Nothing in

35        this Order mandates any particular medication, admission, or course of treatment; treating

36        clinicians retain full medical judgment. Defendants shall document in the medical record

37        that the PAD Set was reviewed; if any material PAD instruction is not followed, the

38        clinician shall state the clinical reason in the record, to the extent feasible in emergency

39        conditions.

40    3.  **Non-Clinical Flags Removal.** Defendants shall remove within 24 hours, and shall not re-

41        enter during the TRO period, any Non-Clinical Flags concerning Plaintiff created on or

42        after June 1, 2025, unless tied to a contemporaneous physician order or clinical treatment

43    plan. Standard clinical safety notations and physician orders are not affected.

44    (ADA/§1557 as to all Defendants; EMTALA screening/stabilization as to hospital

45    entities.)

46    4. **No New Non-Clinical Flags.** Defendants are enjoined from creating new Non-Clinical

47    Flags regarding Plaintiff during the TRO period.

48    5. **Duration and Show-Cause.** This TRO remains in effect for 14 days from the date of this

49    Order and is effective immediately upon entry. Defendants shall appear and show cause

50    on _____, 2025, at : a.m./p.m., why a preliminary injunction should not issue.

51    6. **Security.** No security is required.

52    7. **Rule 65(b)(4) Motion to Dissolve.** Defendants may move to dissolve or modify this

53    Order on two days' notice to Plaintiff.

54    8. **Binding Effect.** This Order binds Defendants and their officers, agents, servants,

55    employees, attorneys, and all persons in active concert or participation with them who

56    receive actual notice of it.

57    9. **Service.** Plaintiff shall serve a copy of this Order and the motion papers on Defendants'

58    counsel by hand delivery and email immediately after entry. Email service to

59    mprangle@hpslaw.com and zthompson@hallprangle.com is authorized and deemed

60    sufficient **for purposes of this Order**.

61

62    IT IS SO ORDERED.

63    Dated: _____, 2025

64    _____

65    Hon. Jennifer A. Dorsey

66    United States District Judge

67    _____

68

1    **DECLARATION OF JADE RILEY BURCH (28 U.S.C. § 1746) IN SUPPORT OF**

2    **EMERGENCY TRO (WITH NOTICE)**

3    I, Jade Riley Burch, declare:

4    1.  **Identity.** I am the plaintiff in this case and I am representing myself. I have personal

5        knowledge of the facts stated here unless otherwise indicated.

6    2.  **Emergency & impracticability.** I have a seizure disorder with unpredictable episodes

7        that can cause serious injury or death within minutes if not stabilized. Because seizures

8        can strike without warning, ordinary briefing schedules are not practicable for this

9        motion.

10   3.  **Notice given.** On September 2, 2025, immediately after filing, I will serve Defendants'

11       counsel with this motion and proposed order by hand delivery and by email at

12       **mprangle@hpslaw.com** and **zthompson@hallprangle.com**. I am not seeking ex parte

13       relief, and I understand the motion will be treated as opposed.

14   4.  **Exhibits/authentication.** The exhibits cited in my motion are true and correct copies.

15       Exhibit BB is my duly executed and notarized Psychiatric Advance Directive (PAD).

16       Exhibit QQQ is a notarized Addendum to PAD that clarifies seizure-stabilization

17       preferences and communication instructions. The Addendum does not replace the PAD; it

18       supplements it. Together they constitute my current directive.

19   5.  **Truth of facts.** The facts described in my emergency certification and in the motion are

20       true and correct to the best of my knowledge.

21      6.  **Financial hardship.** I have limited financial resources. Posting a substantial bond would

22          impose a significant hardship and would effectively preclude me from obtaining this

23          emergency relief.

24   I declare under penalty of perjury that the foregoing is true and correct.

25   Executed on September 2, 2025, at Las Vegas, Nevada.

26   /s/ Jade Riley Burch

27   Jade Riley Burch, Plaintiff Pro Se

28

# EXHIBIT SUBMISSION INDEX

*(Temporary Restraining Order Filing – Jade Riley Burch v. HCA Healthcare, Inc., et al.)*

| Exhibit | Title |
|---------|-------|
| A | MountainView Hospital Medical Records (Mar. 22–24, 2025) |
| B | Sunrise Hospital Medical Records – Pulmonary Embolism Workup (Apr. 17–22, 2025) |
| C | Summerlin Hospital Medical Records – PE Confirmation (Apr. 22–24, 2025) |
| D | Southern Hills Hospital Medical Records (Jun. 28–29, 2025) |
| L | Sunrise Hospital Medical Records – B-52 / Seizure Encounter (May 29, 2025) |
| BB | Psychiatric Advance Directive (PAD – Notarized Copy) |
| QQQ | PAD Addendum (Notarized, Sept. 2025) |
| NNN | Seizure Log Table (July–Aug. 2025) |
| Q | HCA Account / Network Non-Clinical Flags |
| H | Plaintiff's Analysis of Medical Care Failures Across HCA Network |
| ZZ | Dangerous-Discharge Analysis (Sunrise 5/29/25) |
| AAA | Deliberate Omission of Seizure Events – MountainView Medical Record Suppression |

# EXHIBIT 0 – LOCATOR TABLE

*(For Paper Filing – HCA TRO)*

**Purpose:** This table ensures every exhibit cited in the TRO can be quickly located in scanned PDFs/ECF by keyword search.

## I. Medical Records (Core Evidence)

| Exhibit | Source & Date Range | Searchable Anchors | Supports |
|---|---|---|---|
| A | MountainView Hospital Records (Mar. 22–24, 2025) | "Nursing Note 03/23/25 01:37 seizure"; "Discharge Summary no seizures"; "ED Course" | Omission: seizure documented vs. discharge denial |
| B | Sunrise Hospital Records – PE Workup (Apr. 17–22, 2025) | "Triage chest pain SOB"; "CTA chest ordered"; "Discharge Dx" | Missed pulmonary embolism |
| C | Summerlin Records – PE Confirmation (Apr. 22–24, 2025) | "CT Angio Chest IMPRESSION PE"; "Heparin infusion"; "Admission H&P PE" | Confirms PE after Sunrise denial |
| D | Southern Hills Hospital Records (Jun. 28–29, 2025) | "RN Note seizure activity 6/28–6/29"; "Ativan/Keppra"; "Discharge Orders 6/29" | Discharge while actively seizing |
| L | Sunrise Hospital – B52 Seizure Encounter (May 29, 2025) | "MAR Haldol/Benadryl/Lorazepam 13:57–15:12"; "RN Note 14:08 seizure continues"; "Discharge 21:00" | Chemical restraint → discharge while unstable |

## II. Directives & Logs

| Exhibit | Source & Date Range | Searchable Anchors | Supports |
|---|---|---|---|
| BB | Psychiatric Advance Directive (PAD, notarized) | "Psychiatric Advance Directive"; "Notary block"; "Seizure plan" | Governing directive for stabilization |
| QQQ | PAD Addendum (Sept. 2025, notarized) | "Addendum to PAD"; "Seizure instructions"; "Notary block" | Clarifies seizure-care instructions |
| NNN | Seizure Log Table (Jul.–Aug. 2025) | "Date / Type / Duration / Hospital Visit"; "Total seizures" | Shows frequency increase post–Southern Hills |

### III. Systemic / Pattern / Analyses

| Exhibit | Source & Date Range | Searchable Anchors | Supports |
|---|---|---|---|
| **Q** | HCA Network Flags | "Risk management / Behavioral / Difficult patient"; "Created by / Modified" | Retaliatory non-clinical flags |
| **H** | HCA Systemic Pattern / Market Share Analysis | "Table 1 Medication Management Failures"; "Table 2 Regulatory Violations by Incident"; "Figure 1 Timeline of Failures"; "Appendix A Summary Tables"; "Clark County ED market share" | Proves systemic pattern across HCA facilities; shows no safe alternative EDs |
| **ZZ** | Sunrise Dangerous Discharge Analysis (May 29, 2025) | "Timeline: MAR 13:57–15:12 / RN 14:08 / Discharge 21:00" | Proof of unstable discharge after B52 |
| **AAA** | MountainView Omission Analysis | "RN Note 03/23/25 01:37 vs. Discharge 'no seizures'" | Confirms deliberate record omission |

**Prepared by Plaintiff Pro Se.**
Anchors designed for PDF search.

# EXHIBITS IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

**Case:** *Jade Riley Burch v. HCA Healthcare, Inc.; Sunrise Hospital & Medical Center, LLC; MountainView Hospital; Southern Hills Hospital*

**Case No.:** 2:25-cv-01408-JAD-MDC

**Court:** United States District Court, District of Nevada

# EXHIBIT A

**MOUNTAINVIEW HOSPITAL MEDICAL RECORDS**
*(Mar. 22–24, 2025)*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

**Jade Riley Burch,**
Plaintiff,

v.

**HCA Healthcare, Inc.; Sunrise Hospital & Medical Center, LLC;
MountainView Hospital; and Southern Hills Hospital & Medical Center,**
Defendants.

**Case No.: 2:25-cv-01408-JAD-MDC**

# EXHIBIT A

## MOUNTAINVIEW HOSPITAL RECORDS (MARCH 22-24TH 2025)

Respectfully Submitted

Jade Riley Burch (Pro Se) | 222 Karen Ave Unit 1207 | Las Vegas, NV 89109

614-725-9452 | jaderburch@gmail.com

Prepared primarily by Plaintiff, with limited assistance from an AI tool, pursuant to Judge Couvillier's Standing Order.

1    **EXHIBIT A**

2    **MountainView Hospital Records (March 22–24, 2025)**

3    This exhibit contains the complete medical records from MountainView Hospital documenting

4    Plaintiff's emergency department presentation and hospitalization from March 22-24, 2025.

5    The records evidence Plaintiff's presentation with active seizure activity, excessive sedation, and

6    dangerous discharge while cognitively impaired without proper capacity assessment or caregiver

7    coordination.

8    These materials support claims of EMTALA violations, medical negligence, and federal civil

9    rights violations.

10   ────────────────────────────────────────────────────────

11   **Submitted by:**

12   Jade Riley Burch

13   Plaintiff, Pro Se

14   222 Karen Ave Unit 1207

15   Las Vegas, NV 89109

16   Email: jaderburch@gmail.com

17   Phone: (614) 725-9452

18

Provider Report

Details for
# Deprecated Plan Of Care Note

Encounter ID: G00027415392

**Patient**
JADE BURCH
**Dictation Date**
3/24/2025 3:25 PM
**Facility**
MOUNTAINVIEW HOSPITAL
3100 N Tenaya Way
Las Vegas NV 89128

()

Summary

MOUNTAINVIEW HOSPITAL AND MEDICAL CENTER
3100 North Tenaya Way
LAS VEGAS, NV 89128

REPORT NAME: ELECTROENCEPHALOGRAM

PATIENT'S NAME: BURCH,JADE RILEY                    UNIT NO: G000977915
DOB: 07/31/78  AGE: 46                        ACCOUNT NO: G00027415392
ATTENDING PHYS: Achin,Rowena E  MD                  PT TYPE: DIS IN
ADMISSION DATE: 03/24/25                          LOCATION: G.5SFW
DISCHARGE DATE: 03/24/25


DATE OF SERVICE:

CLINICAL HISTORY:
46-year-old transgender male to female with psychogenic nonepileptic spells,
seizure-like episode.

MEDICATIONS:
Include Depakote and Ativan.

PROCEDURE:
This EEG is obtained utilizing the 10/20 international system with bipolar and
referential montages.

FINDINGS:
Background:  A generally well-organized and sustained 10 to 11 hertz activity
appeared bilaterally.

Hyperventilation:  Contraindicated.

Intermittent photic stimulation:  Did not significantly alter the tracing.

Sleep:  The patient remained awake throughout the study.

Cardiac monitor:  Normal sinus rhythm at 76 to 80 beats per minute.

IMPRESSION:
This awake EEG is within normal limits.  There are no focal, lateralized, or
epileptiform features.  If clinical suspicion
for seizure remains high, repeat, prolonged, and/or ambulatory EEG is
recommended.

Dictated By:  Azin Azma, MD

AA:MODL
D: 03/24/2025 16:21:49 / T: 03/24/2025 17:51:44
Voice ID: 470437 / Job ID: 1057322368
Authenticated by Azin Azma On 03/30/2025 04:24:49 PM


Report ID: 0324-0200



PATIENT NAME: BURCH,JADE RILEY           ACCOUNT #: G00027415392

Electronically Signed by Azin Azma, MD on 03/30/25 at 0424

PATIENT NAME: BURCH,JADE RILEY          ACCOUNT #: G00027415392

Provider Report

Details for

# Neurology Consult Note

Encounter ID: G00027415392

**Patient**

JADE BURCH

**Dictation Date**

3/24/2025 12:35 PM

**Facility**

MOUNTAINVIEW HOSPITAL
3100 N Tenaya Way
Las Vegas NV 89128

()

Summary

```
Mountainview Hospital (COCMO)
Neurology Consultation Note
REPORT#:0324-1016  REPORT STATUS: Signed
DATE:03/24/25 TIME: 1235


PATIENT: BURCH,JADE RILEY          UNIT #: G000977915
ACCOUNT#: G00027415392             ROOM/BED: G.5007-A
DOB: 07/31/78  AGE: 46    SEX: F   ATTEND: Achin,Rowena E  MD
ADM DT: 03/22/25                   AUTHOR: NADEEM, SAHAR DO R1
REP SRV DT: 03/24/25         REP SRV TM: 1235
* ALL edits or amendments must be made on the electronic/computer document *
```

Nadeem,Sahar 03/24/25 1235:
History of Present Illness

HPI
HPI:
Patient is a 46-year-old male to female transgender patient with a past medical history of previous suicide attempt, diabetes, hypertension, hyperlipidemia, psychogenic seizures, PTSD, bipolar 1, generalized anxiety disorder, major depressive disorder, dissociative identity disorder, OCD, schizoaffective disorder, borderline personality disorder who presented to mountain view Hospital for complaints of shortness of breath.  Patient reportedly had 2 episodes of psychogenic seizures last night which were signed off from night shift nurse to primary attending physician.  She had another similar episode this morning.  Spoke to patient's nurse present at bedside, patient's nurse reported patient has been groggy all morning since handoff.  Unchanged from baseline.  Patient follows a therapist every other week.  She does not remember the name of the psychiatrist, but reportedly saw her a couple of weeks ago to get medications refilled.  Patient reports she recurrently experiences episodes of convulsive activity.  She reports the episodes last anywhere from 20-30 seconds.  She feels as if her body becomes very stiff, she is partially able to register what occurs around her during these episodes.  She reports her baseline typically returns after 10-15 minutes.  During most recent convulsive like episodes, she did not experience any urinary incontinence, fecal incontinence, tongue biting, foaming at mouth, lip laceration.  Patient reports she is compliant on her medications: Wellbutrin 300 mg daily, amlodipine 10 mg, Depakote 500 mg b.i.d., hormone replacement therapy. During previous hospitalization on 08/2024, neurology was consulted for convulsive like episodes.  EEG conducted on 08/2024 showed pattern suggestive of psychogenic nonepileptic seizures.  Epilepsy was effectively ruled out as cause of patient's seizure-like episodes.

On evaluation, vitals:  Temp 36.7 degrees, pulse 89, respiratory rate 16, BP 128 /87.  Labs:  Cholesterol 219, LDL 166, HDL 29.  Urinalysis showed cloudy urine, positive nitrite.  Valproic acid blood level 54.8.  Troponin unremarkable. Chest x-ray completed on admission showed no radiographic evidence of acute cardiopulmonary disease.  Neurology was consulted for further evaluation of psychogenic nonepileptic seizures.

History - Adult longitudinal
Past medical history:
Reports: Diabetes mellitus, Hypertension.
Additional medical history:
Gender dysphoria, psychogenic seizures
Past surgical history:
Denies: Cholecystectomy.
Additional surgical history:
Breast augmentation

Additional family history:
None
Drug use: Denies recreational drugs
Smoking status for patients 13 years old or older: Never Smoker
Allergies:
Coded Allergies:
No Known Allergies (10/22/24)


Review of Systems
Free Text ROS Notes
Patient reported fatigue, generalized weakness.  Denied chest pain, shortness of
breath, nausea, vomiting, constipation, UTI symptoms, vision changes, headache.


Objective

Physical Exam
VS:
Last Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 96 | 03/24 1119 |
| B/P | 128/87 | 03/24 1119 |
| B/P Mean | 100.5 | 03/24 1119 |
| Temp | 36.7 | 03/24 1119 |
| Pulse | 89 | 03/24 1119 |
| Resp | 16 | 03/24 1119 |
| O2 Delivery | Room air | 03/24 0417 |


Medications:
Current Home Medications
AMLODIPINE BESYLATE (NORVASC) 10 MG PO DAILY
INSULIN LISPRO (HUMALOG KWIKPEN 100 UNIT/ML INJ) 10 UNIT SUBQ C MEALS
DIVALPROEX ER (DEPAKOTE ER) 500 MG PO BID
Bupropion HCl (Wellbutrin XL) 300 MG PO DAILY
Methocarbamol (ROBAXIN) 750 MG PO Q8HR PRN muscle pain
DOCUSATE SODIUM (COLACE) 100 MG PO BID
Hydrocodone/Acetaminophen (Norco 10-325 Tablet) 1 EACH PO Q6H PRN PRN pain

Active Meds + DC'd Last 24 Hrs
Regadenoson (REGADENOSON)   0   .STK-MED ONE   IV   (DC)
Divalproex Sodium (DEPAKOTE ER (24 HR Extended-Release))   500 MG   BID   PO

Hydroxyzine HCl (hydrOXYzine HCL)   10 MG   QID PRN PRN   PO   (CKD)
Lorazepam (LORazepam (2 MG/1 ML))   2 MG   Q4H PRN PRN   IV
Amlodipine Besylate (AMLODIPINE 10MG TAB)   10 MG   DAILY   PO
Aspirin (ASPIRIN)   81 MG   DAILY   PO
Divalproex Sodium (DEPAKOTE ER (24 HR Extended-Release))   1,000 MG   DAILY   PO
    (DC)
Electrolyte Protocol (ELECTROLYTE REPLACEMENT (STANDARD))   Reminder
        BID   MISC
Insulin Human Lispro (HumaLOG (100 UNITS/1 ML) (Pyxis))   SLIDING SCALE
        AC HS   SUBQ
Aminophylline (AMINOPHYLLINE (500 MG/20 ML))   100 MG   PROCEDURE PRN   IV
Perflutren Lipid Microsphere (DEFINITY (1.65 MG/1.5 ML))   1.43 MG   ONCALL   IV
    (CKD)
Regadenoson (REGADENOSON)   0.4 MG   PROCEDURE   IV
Morphine Sulfate (morphine SULFATE)   2 MG   Q5M PRN PRN   IV
Nitroglycerin (NITROSTAT 0.4MG TABLET SL)   0.4 MG   Q5M PRN PRN   SL
Dextrose/Water (DEXTROSE 50%-WATER)   0   PRN PRN   IV
Acetaminophen (ACETAMINOPHEN 500MG TAB)   500 MG   Q4H PRN PRN   PO

Acetaminophen (ACETAMINOPHEN 500MG TAB)   500 MG   Q4H PRN PRN   PO
Alprazolam (ALPRAZolam)   0.25 MG   Q6H PRN PRN   PO   (DC)
Bisacodyl (bisacodyL)   5 MG   DAILY PRN PRN   PO
Calcium Carbonate (CALCIUM CARBONATE 500MG CHEWABLE TAB)   1,000 MG   Q6H PRN
PRN   PO
Docusate Sodium (DOCUSATE)   100 MG   BID PRN PRN   PO
Morphine Sulfate (morphine SULFATE)   2 MG   Q4H PRN PRN   IV
Ondansetron HCl (ONDANSETRON (4 MG/2 ML))   4 MG   Q4H PRN PRN   IV
Oxycodone HCl (oxyCODONE)   5 MG   Q4H PRN PRN   PO
Tramadol HCl (TRAMADOL)   25 MG   Q4H PRN PRN   PO   (DC)


General appearance: alert, awake, oriented
Head/Eyes: atraumatic, clear cornea, normal conjunctiva/sclera
ENT: moist mucosal membranes
Cardiovascular: regular rate and rhythm, normal heart sounds, no murmur
Respiratory: aerating well, clear to auscultation, no distress
Abdomen: non-tender, soft, no distention
Extremities: moves all, normal inspection, normal temperature
Musculoskeletal: full range of motion, normal inspection
Neuro/CNS: alert, oriented X 4, normal speech, EOMI, PERRL, CN II-XII intact,
reflexes equal bilat, normal reflexes, no sensory deficits, no cerebellar
deficits, B/L UE: 5+/5 B/L LE: 4+/5


Diagnosis, Assessment   Plan

Free Text DxA P Notes
Free Text DxA P Notes
Patient is a 46-year-old male to female transgender patient, history of suicide
attempt, PTSD, bipolar disorder, diabetes, hypertension, psychogenic seizure,
the associated convulsions who presented to mountain view Hospital for chest
discomfort associated with shortness of breath.  Neurology was consulted for
further evaluation of psychogenic nonepileptic seizures.

A P:

Psychogenic nonepileptic seizure
PTSD
Bipolar disorder
Gender dysmorphia
History of previous suicide attempt
Major depressive disorder
Dissociated identity disorder
OCD
Generalized anxiety disorder
Schizoaffective disorder
Borderline personality disorder
Chest pressure
Asymptomatic bacteriuria
> eeg 5 days induration completed on August 12, 2024 was significant for
diagnosis of psychogenic nonepileptic seizure.
> neurology was consulted for further evaluation of convulsive like episodes
during most recent hospitalization.  Spoke with patient's nurse who was present
at bedside.  Night shift nurse noticed 2 episodes of convulsive like activity
lasting up to 40 seconds.  No documentation within chart present of reported
convulsive episodes.  Patient reports she understands when these episodes happen
as she maintains partial consciousness.  She is able to return back to baseline
within 10-15 minutes.  During these episodes, she did not experience urinary
incontinence, fecal incontinence, foaming at mouth, tongue or lip lacerations.

Recommendations:
eeg pending. If normal, ok for dc per neuro standpoint
Consider behavioral medicine consult
Patient follows LV Neurology and has upcoming EMG study
Remainder of medical management per primary team

Patient seen and examined with attending physician, Dr. Azma

AZMA,AZIN 03/24/25 1520:
Attestations

Teaching Physician Attestation
1st visit w/ resident:
I was present with the resident during the history and exam.  I discussed the
case with the resident and . . .

agree with the findings and plan as documented in the resident's note.

agree with the findings and plan as documented in the resident's note EXCEPT:

46 M to F trans with extensive psychiatric hx including PNES, dep, anx, SA, PTSD
, biploar disorder, schizo, OCD, dissociate state, etc.  Here for CP and sob;
having her typical spells of shaking, no postictal confusion, etc; had 5 day EEG
at Surnise by Dr. Malone, episodes c/w PNES.  Sees neuro at LV Neuro, does not
know name.
On exam, sedated with ativan, but oriented x3; CN PERRL, face sym; motor 4/5 x4,
sens int LT, FTNI but slow, gait UTO.
- Suspected PNES.
- Will check EEG.
- Cont depakote, check level.
- Med team ordered stress test.
- Labs reviewed, abx for UTI.
- Psych recs.
- Cont fu at LV Neuro with her neurologist.
Plan disc with pt, Dr. Achin; dc planning ok after eeg done.


Electronically Signed By NADEEM, SAHAR DO R1 on 03/24/25 at 1456
Electronically Signed by Azma,Azin  MD on 03/24/25 at 1523
RPT #: 0324-1016
***END OF REPORT***

Provider Report

Details for
# Hospital Progress Note

Encounter ID: G00027415392

**Patient**

JADE BURCH

**Dictation Date**

3/24/2025 11:10 AM

**Facility**

MOUNTAINVIEW HOSPITAL

3100 N Tenaya Way

Las Vegas NV 89128

()

Summary
_____

Mountainview Hospital (COCMO)
Hospitalist Progress Note
REPORT#:0324-0876  REPORT STATUS: Signed
DATE:03/24/25 TIME: 1110

PATIENT: BURCH,JADE RILEY            UNIT #: G000977915
ACCOUNT#: G00027415392               ROOM/BED: G.5007-A
DOB: 07/31/78  AGE: 46     SEX: F    ATTEND: Achin,Rowena E  MD
ADM DT: 03/22/25                     AUTHOR: Achin,Rowena E  MD
REP SRV DT: 03/24/25           REP SRV TM: 1110
* ALL edits or amendments must be made on the electronic/computer document *


Review of Systems
Respiratory:
Denies: DOE (dyspnea on exertion).
Cardiovascular:
Reports: chest pain.
GI:
Denies: abdominal pain.
All systems rev  neg: except as noted

Objective

General
VS/I O:
Vital Signs

| Date | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | FiO2 |
|---|---|---|---|---|---|---|---|
| 03/23-03/24 | 98.1-98.4 | 74-114 | 15-18 | 124-189/80-108 | 96.0-135.3 | 94-98 | |

Vital Signs:

| Date | Time | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/24 | 0732 | 98.4 | 80 | 15 | 124/82 | 96.0 | 98 | | | |
| 03/24 | 0417 | 98.2 | 84 | 18 | 140/83 | 102.1 | 95 | Room air | | |
| 03/23 | 2313 | 98.2 | 80 | 18 | 129/80 | 96.7 | 95 | Room air | | |
| 03/23 | 1932 | 98.1 | 84 | 18 | 137/88 | 104.4 | 96 | Room air | | |
| 03/23 | 1701 | | 114 | | 189/108 | 135.3 | 94 | | | |
| 03/23 | 1659 | | | | | | 95 | Room air | | |
| 03/23 | 1655 | | 92 | | 176/99 | 124.5 | 97 | | | |
| 03/23 | 1650 | | 91 | | 144/94 | 110.8 | 96 | | | |
| 03/23 | 1615 | 98.1 | 74 | 17 | 147/98 | 114.4 | 94 | Room air | | |

24 hour I O ending at 0700:

|  | 03/24 0700 | 03/23 1900 |
|---|---|---|
| Intake Total | 250 | |
| Output Total | 200 | |
| Balance | 50 | |
| | | |
| Intake, Oral | 250 | |
| Number | 1 | |
| Incontinent Voids | | |
| Number Voids | 3 | |
| Output, Urine | 200 | |


Physical Exam

General appearance: alert, awake, oriented
Head/Eyes: atraumatic, clear cornea, EOMI, normal conjunctiva/sclera, normal
eyelids/periorb., normocephalic, PERRL
Neck: full range of motion, non-tender, normal thyroid, supple/no meningismus,
no bruit/NL carotids, no JVD, no masses or swelling
Cardiovascular: normal capillary refill, regular rate   rhythm
Respiratory: aerating well, clear to auscultation, symmetric expansion
Abdomen: non-tender, normal bowel sounds, soft, no distention, no guarding, no
hernia, no mass/organomegaly, no rebound
Musculoskeletal: normal inspection
Neuro/CNS: alert, oriented X 3

Diagnosis, Assessment   Plan
Hospital course to date:
ASSESSMENT
CHEST PAIN
BIPOLAR
GENDER DYSPHORIA
H/O PSYCHOGENIC SEIZURES
DMT2
HTN

PLAN
PLACE IN A MONITORED BED
SERIAL CEs
stress testing
DVT PPX
MAINTAIN SBP WNL RANGE
GLYCEMIC CONTROL WITH INSULIN
03/24/25: AFEBRILE, VITALS GOOD, TELE MONITORING DID NOT INDICATE ISCHEMIC
CHANGES OR ARRHYTHMIA. BLOOD SUGARS ARE GOOD. HOWEVER THE NURSING STAFF HAD
CALLED MULITIPLE TIMES ABOUT SHORT SEIZURE ACTIVITIES- PATIENT REMAINED AWAKE
AND OX3. WILL CONSULT NEUROLOGY. STRESS TESTING SCHEDULED TODAY.


Electronically Signed by Achin,Rowena E  MD on 03/24/25 at 1124
RPT #: 0324-0876
***END OF REPORT***

Provider Report

Details for

# Pulmonary Function Study

Encounter ID: G00027415392

**Patient**

JADE BURCH

**Dictation Date**

3/24/2025 12:00 AM

**Facility**

MOUNTAINVIEW HOSPITAL

3100 N Tenaya Way

Las Vegas NV 89128

()

Summary

MOUNTAINVIEW HOSPITAL AND MEDICAL CENTER
3100 North Tenaya Way
LAS VEGAS, NV 89128

REPORT NAME: STRESS TEST

PATIENT'S NAME: BURCH,JADE RILEY                     UNIT NO: G000977915
DOB: 07/31/78           AGE: 46               ACCOUNT NO: G00027415392
ATTENDING PHYS: Achin,Rowena E  MD               PT TYPE: DIS IN
ADMISSION DATE: 03/24/25                         LOCATION: G.5SFW
DISCHARGE DATE: 03/24/25


DATE OF SERVICE: 03/24/2025

INDICATION:
Chest pain.

PROCEDURE IN DETAIL:
A single dose of Lexiscan 0.4 mg IV was administered.  Rubidium PET stress
imaging was performed after Lexiscan injection as per standard protocol.
Baseline heart rate was 90 beats.  Maximum heart rate was 125 beats per minute,
which is 71% of maximal age-predicted heart rate.  Baseline blood pressure was
141/100 mmHg.  The nadir of blood pressure after Lexiscan injection was 119/78
mmHg.  The patient was asymptomatic with baseline ECG shows normal sinus
rhythm, inferior and lateral T-wave abnormalities suggestive of ischemia,
abnormal ECG.  Stress ECG shows no new changes.

CONCLUSION:
The ECG part of this stress is negative for diagnosis of ischemia.

Please refer to a separate report for the imaging part of the study.

Dictated By:  Farzad Majidi, MD

FM:MODL
D: 03/25/2025 08:03:15 / T: 03/25/2025 08:17:30
Voice ID: 471403 / Job ID: 1057359835
Authenticated by Farzad X Majidi, MD On 03/28/2025 12:01:53 PM


Report ID: 0325-0004



Electronically Signed by Farzad X Majidi, MD on 03/28/25 at 1201




PATIENT NAME: BURCH,JADE RILEY          ACCOUNT #: G00027415392

Provider Report

Details for

# History And Physical Note

Encounter ID: G00027415392

**Patient**

JADE BURCH

**Dictation Date**

3/23/2025 9:23 AM

**Facility**

MOUNTAINVIEW HOSPITAL

3100 N Tenaya Way

Las Vegas NV 89128

0

Summary

```
Mountainview Hospital (COCMO)
History  Physical - Adult
REPORT#:0323-0464  REPORT STATUS: Signed
DATE:03/23/25 TIME: 0923


PATIENT: BURCH,JADE RILEY           UNIT #: G000977915
ACCOUNT#: G00027415392              ROOM/BED: G.ED33-B
DOB: 07/31/78  AGE: 46    SEX: F    ATTEND: Achin,Rowena E  MD
ADM DT: 03/22/25                    AUTHOR: Achin,Rowena E  MD
REP SRV DT: 03/23/25           REP SRV TM: 0923
* ALL edits or amendments must be made on the electronic/computer document *



History of Present Illness


HPI
Chief complaint:
CHEST PAIN
PCP:
PCP: Capobianco,Leo J  DO

HPI:
THE PATIENT IS A PLEASANT 48 YR OLD WOMAN WITH MEDICAL HISTORY SIGNIFICANT FOR
DMT2 AND HTN.
SHE ALSO HAS PSYCHIATRIC H/O PTSD,BIPOLAR DISORDER, PSYCHOGENIC SEIZURES,
DISSOCIATIVE CONVULSIONS.
THE PATIENT HAS GENDER DYSPHORIA AND HAD THE FOLLOWING SURGERIES
       breast augmentaion
       glottoplasty
       tracheal shave
       elective facial construction for gender dysphoria
THE PATIENT CAME IN DUE TO CHEST DISCOMFORT DESCRIBED AS A PRESSURE TYPE PAIN,
ASSOCIATED WITH DYSPNEA. STARTED A FEW HOURS PRIOR TO ADMISSION.


History
Past medical history:
Reports: Diabetes mellitus, Hypertension.
Additional medical history:
Gender dysphoria, psychogenic seizures
Past surgical history:
Denies: Cholecystectomy.
Additional surgical history:
Breast augmentation
Additional family history:
None
Drug use: Denies recreational drugs
Smoking status for patients 13 years old or older: Unknown,if ever smoked


Medication/Allergy-Vaccine Hx
Allergies:
Coded Allergies:
No Known Allergies (10/22/24)



Review of Systems
Respiratory:
Denies: DOE (dyspnea on exertion).
Cardiovascular:
Reports: chest pain, DOE (dyspnea on exertion).
GI:
```

Denies: abdominal pain.
All systems rev   neg: except as marked


Physical Exam


Physical Exam
VS/I O
Last Documented:

```
                              Result    Date Time
                 Pulse Ox          97   03/23 0931
                 B/P          163/96   03/23 0931
                 B/P Mean      117.9   03/23 0931
                 Temp          98.2   03/23 0931
                 Pulse           80   03/23 0931
                 Resp            12   03/23 0931
                 O2 Delivery  Room air  03/23 0636
```

24 hour I O ending at 0700:

```
                              03/23 0700  03/22 1900
                 Intake Total
                 Output Total
                 Balance

                 Patient          88.636 kg
                 Weight
                 Weight       Stated/Reported
                 Measurement
                 Method
```

General appearance: alert, awake
Head/Eyes: atraumatic, clear cornea, EOMI, normocephalic, normal conjunctiva/
sclera, normal eyelids/periorb., PERRLA
ENT: normal dentition, normal ear left, normal ear right, normal nose, normal
pharynx, normal sinus
Neck: full range of motion, non-tender, no bruit/NL carotids, no JVD, no
lymphadenopathy, no masses or swelling, normal thyroid, supple/no meningismus
Cardiovascular: normal capillary refill, normal rate   reg rhythm
Respiratory: clear to auscultation, no distress, no tenderness
Abodmen/GI: soft, non-tender, no guarding, no rebound, no distention, no mass/
organomegaly, no pulsatile mass, no hernia, normal abdominal aorta
Extremities: moves all, no edema, normal capillary refill, normal range of
motion, normal motor function, normal sensory
Neuro/CNS: alert, oriented X 3


Diagnosis, Assessment   Plan


Free Text DxA P Notes
Free Text DxA P Notes:
ASSESSMENT
CHEST PAIN
BIPOLAR
GENDER DYSPHORIA
H/O PSYCHOGENIC SEIZURES
DMT2
HTN

PLAN
PLACE IN A MONITORED BED
SERIAL CEs

```
stress testing
DVT PPX
MAINTAIN SBP WNL RANGE
GLYCEMIC CONTROL WITH INSULIN

Electronically Signed by Achin,Rowena E  MD on 03/23/25 at 1207
RPT #: 0323-0464
***END OF REPORT***
```

Provider Report

Details for
# Physician Emergency Department Note

Encounter ID: G00027415392

**Patient**

JADE BURCH

**Dictation Date**

3/23/2025 12:33 AM

**Facility**

MOUNTAINVIEW HOSPITAL
3100 N Tenaya Way
Las Vegas NV 89128

()

Summary

```
MOUNTAINVIEW HOSPITAL (COCMO)
EMERGENCY PROVIDER REPORT
REPORT#:0323-0023  REPORT STATUS: Signed
DATE:03/23/25 TIME: 0033


PATIENT: BURCH,JADE RILEY           UNIT #: G000977915
ACCOUNT#: G00027415392              ROOM/BED: G.5007-A
DOB: 07/31/78  AGE: 46    SEX: F    PCP PHYS: Capobianco,Leo J  DO
SERVICE DT: 03/22/25                AUTHOR: Argyle,Daniel  DO R1
REP SRV DT: 03/23/25          REP SRV TM: 0033
* ALL edits or amendments must be made on the electronic/computer document *



ARGYLE,DANIEL J. 03/23/25 0033:
HPI-General Illness

Free Text HPI Notes
Free Text HPI Notes
Patient is a 46-year-old female with past medical history of hypertension,
diabetes, presents with shortness of breath and chest pain of the last 2 days.
Patient describes the pain as radiating down left arm.  He denies currently
having this pain.  Patient denies any sick feeling, no cough, no fevers.  He
says that 2 weeks ago he had facial reconstruction surgery and had a
pneumothorax and is concerned that that was happening today.  He also has
concerns because he has heart problems that run in his family at a young age in.
 He has not seen a cardiologist before.


General
Initial Greet Date/Time 03/22/25 2152


Presentation
Chief Complaint Shortness of breath


Past Medical History - Adult
Allergies
Coded Allergies:
No Known Allergies (10/22/24)



Physical Exam

Vital Signs
Vital Signs
First Documented:
                              Result   Date Time
                   Pulse Ox        98  03/22 2151
                   B/P        181/110  03/22 2151
                   O2 Delivery Room air  03/22 2151
                   Temp          98.3  03/22 2151
                   Pulse           73  03/22 2151
                   Resp            16  03/22 2151


      Last Documented:
                              Result   Date Time
                   Pulse Ox        98  03/22 2151
                   B/P        181/110  03/22 2151
                   O2 Delivery Room air  03/22 2151
                   Temp          98.3  03/22 2151
                   Pulse           73  03/22 2151
                   Resp            16  03/22 2151
```

Review of Vital Signs Reviewed

Interpretation   Diagnostics

Lab Results Interpretation
Results
Laboratory Tests

03/22/25 2310:
[Embedded Image Not Available]
Laboratory Tests:

|  | 03/23 0110 | 03/23 0110 | 03/22 2310 | 03/22 2310 |
|---|---|---|---|---|
| Chemistry |  |  |  |  |
| Hemoglobin A1c (4.0 - 5.7 %) |  |  |  | 5.9 H |
| Troponin I High Sens (0 - 14 ng/L) | 3 |  | <3 |  |
| Troponin I Hi Sens Del | TNP |  |  |  |
| Serum Appearance (CLEAR) |  |  | CLEAR |  |
| Triglycerides (< or = 200 mg/dL) |  |  | 86 |  |
| Cholesterol (<200 mg/dL) |  |  | 228 H |  |
| LDL Cholesterol, Calc (MG/DL) |  |  | 181 H |  |
| VLDL Cholesterol (7.6 - 34.0 MG/DL) |  |  | 17.2 |  |
| HDL Cholesterol (>40 mg/dL) |  |  | 30 L |  |
| Cholesterol/HDL Ratio (3.5 - 5.0 MG/DL) |  |  | 7.60 H |  |
| Coagulation |  |  |  |  |
| D-Dimer (0.19 - 0.49 MG/L FEU) |  |  |  | 0.20 |

|  | 03/22 2310 |
|---|---|
| Chemistry |  |
| Sodium (135 - 145 mmol/L) | 139 |
| Potassium (3.5 - 5.5 mmol/L) | 4.8 |
| Chloride (93 - 107 mmol/L) | 109 H |
| Carbon Dioxide (21 - 32 mmol/L) | 23 |
| Anion Gap (9 - 18 mmol/L) | 12 |
| BUN (7 - 18 mg/dL) | 10 |
| Creatinine (0.52 - 1.23 mg/dL) | 1.04 |
| Est GFR (CKD-EPI) (>60 ml/min) | 67 |
| Glucose (<100 mg/dL) | 83 |
| Calcium (8.5 - 10.1 mg/dL) | 9.1 |
| Corrected Calcium (8.5 - 10.1 mg/dL) | 9.3 |
| Total Bilirubin (0.1 - 1.0 mg/dL) | 0.5 |
| AST (15 - 37) | 29 |
| ALT (12 - 78) | 49 |
| Total Alk Phosphatase (45 - 117) | 98 |
| NT-Pro-B Natriuret Pep (5 - 125 pg/mL) | 13 |
| Total Protein (6.4 - 8.3 g/dL) | 7.6 |
| Albumin (3.4 - 5.0 g/dL) | 3.8 |
| Albumin/Globulin Ratio (0.9 - 2.0) | 1.0 |
| Lipase (13 - 75 U/L) | 46 |
| Coagulation |  |
| PT (9.6 - 12.3 SECONDS) | 10.5 |
| INR | 0.99 |
| APTT (23.9 - 29.9 SECONDS) | 22.5 L |
| Hematology |  |
| WBC (4.8 - 10.8 x10 3/uL) | 8.9 |
| RBC (4.20 - 5.50 x10 6/uL) | 4.79 |

```
                    Hgb (12.0 - 16.0 gm/dL)                         13.8
                    Hct (37.0 - 47.0 %)                             44.1
                    MCV (80 - 100 FL)                                 92
                    MCH (27.0 - 32.0 PG)                            28.8
                    MCHC (32.0 - 37.0 G/DL)                       31.3  L
                    RDW (11.5 - 14.5 %)                             13.8
                    Plt Count (150 - 450 x10 3/uL)                  351
                    MPV (7.4 - 10.4 FL)                              9.3
                    Neut % (Auto) (%)                              57.8
                    Neut # (Auto) (1.80 - 7.70 x10 3/uL)           5.11
                    Lymph # (Auto) (1.50 - 4.00 x10 3/uL)          2.65
                    Mono # (Auto) (0.20 - 1.00 x10 3/uL)           0.77
                    Eos # (Auto) (0.00 - 0.50 x10 3/uL)            0.22
                    Baso # (Auto) (0.00 - 0.20 x10 3/uL)          <0.10
                    Immature Gran # (Auto) (0.01 - 0.02 x10 3/uL) <0.03  H
                    Absolute Nucleated RBC (0.00 x10 3/uL)        <0.01
                    Immature Gran % (%)                             0.2
                    Lymphocytes % (%)                              29.9
                    Monocytes % (%)                                 8.7
                    Eosinophils % (%)                               2.5
                    Basophils % (%)                                 0.9
                    Nucleated RBCs/100 WBC (0 - 0 /100WBCS)           0
              Urines
                    Urine HCG, Qual (NEGATIVE)                   NEGATIVE
```

Recent Impressions:
RADIOLOGY - XR CHEST AP PORTABLE 03/22 2212
*** Report Impression - Status: SIGNED  Entered: 03/23/2025 1339


IMPRESSION:
No radiographic evidence of acute cardiopulmonary disease.


Interpreted by:  Lucas James MD

I have reviewed the report furnished by the resident, and I
agree with the impression.

Electronically signed by: Asra Nayab MD  03/23/2025 01:37 PM
PDT RP Workstation: RRWRS8377Y
Impression By: LIPNAYAS - NAYAB,ASRA MD



Re-Evaluation   MDM

Free Text MDM Notes
Additional Text
HPI:
Patient is a 46-year-old female with past medical history of hypertension,
diabetes, presents with shortness of breath and chest pain of the last 2 days.
Patient describes the pain as radiating down left arm.  He denies currently
having this pain.  Patient denies any sick feeling, no cough, no fevers.  He
says that 2 weeks ago he had facial reconstruction surgery and had a
pneumothorax and is concerned that that was happening today.  He also has
concerns because he has heart problems that run in his family at a young age in.
 He has not seen a cardiologist before.

PHYSICAL EXAM:
General: awake, alert, no acute distress, nontoxic appearing
Head: atraumatic, normocephalic

Eyes: PERRL, conjunctiva clear
ENT: airway patent, mucous membranes moist
Chest: lungs CTAB, no respiratory distress, no accessory muscle use/retractions
Cardio: RRR, no MRG, no LE edema
Abdomen: soft, no grimacing or wincing to palpation all quadrants, no peritoneal
signs, no guarding/rebound/pulsatile mass
Skin: Color NL, Warm, Dry, Intact, no rashes
MSK: 2+ pulses, no deformity
Neuro: Orientation/speech appropriate for age, no motor/sensory deficits,
cranial nerves 2-12 intact, normal unassisted gait
Psych: N/

Laboratory and imaging tests have been ordered, with independent interpretations
of the results reviewed and considered in the medical decision making process by
the ED physician and by me.

Shared decision making:  All pertinent aspects of the patient's presenting
complaint, evaluation, and treatment plan have been discussed with the patient's
parent and they are in agreement. Decisions were reached mutually through shared
decision making. Patient's parent verbalizes understanding and is in agreement
with the plan.

*Disclaimer*: Portions of this documentation may have been created using voice
recognition software.  Occasional wrong-word or 'sound-a-like' substitutions may
have occurred due to inherent limitations of voice recognition software.  Read
the chart carefully and recognize, using context, where substitutions have
occurred.

Differential Diagnosis:  ACS, pulmonary embolism, aortic dissection, viral
illness, COVID, flu, pneumonia, pneumothorax, costochondritis

MDM Data Cat 1
Tests considered but not ordered:  CT chest with and without contrast, CTA chest
# tests ordered:  3+

MDM Data Cat 2 (Independent Interpretations by ED Physician)
My EKG interpretation:  Normal sinus rhythm, no ST elevation, no T-wave
inversions, no ischemic changes
My X-ray interpretation:  No pneumothorax, no focal consolidations, similar to
previous x-ray

MDM Data Cat 3
Consultations patient discussed with:  Internal medicine, Dr. Schlaack

Treatment and Disposition
Decision rules/scores evaluated:  Heart score 4
Shared decision making:  He shared decision-making about whether patient would
like to be admitted or worked up out pain patient with a cardiologist

RISK moderate:
Prescription drug management considered:  Morphine, Zofran, Toradol

RISK high:
Hospitalization considered:  Hospitalize patient for cardiac workup due to the
moderate risk with heart score as well as concerning reported family history

ED Course:  Patient is a 46-year-old female presenting with chest pain shortness
a breath.  She recently had surgery and had a pneumothorax.  Chest x-ray today
did not show pneumothorax or pneumonia.  Lab work was not actionable.  D-dimer
was negative.  EKG did not show ischemic changes.  Given patient's heart score
is well as concerning family history she elected to be admitted for cardiac

workup inpatient.


Disposition:  Admission to hospital

Re-Evaluation/Progress #1
Text/Dict Note
Upon re-evaluation patient feels better about being admitted to the hospital for
cardiac workup
Time of Re-Eval 0230


ED Course
Medication(s) Ordered
Medication(s) Ordered:
Blood Formation,Coagulation

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Aspirin | 81 MG | DAILY PO | 03/23 0900 05/22 0901 | AC | 03/23 1035 |

Cardiovascular Drugs

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Regadenoson | 0.4 MG | PROCEDURE IV | 03/23 0443 03/26 0443 | AC | |
| Nitroglycerin | 0.4 MG | Q5M PRN PRN SL | 03/23 0439 05/22 0440 | AC | |

Central Nervous System Agents

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Morphine Sulfate | 2 MG | Q5M PRN PRN IV | 03/23 0439 | AC | |
| Acetaminophen | 500 MG | Q4H PRN PRN PO | 03/23 0434 05/22 0435 | AC | |
| Acetaminophen | 500 MG | Q4H PRN PRN PO | 03/23 0434 05/22 0435 | AC | |
| Alprazolam | 0.25 MG | Q6H PRN PRN PO | 03/23 0434 05/22 0435 | DC | |
| Morphine Sulfate | 2 MG | Q4H PRN PRN IV | 03/23 0434 03/28 0435 | AC | 03/23 1035 |
| Oxycodone HCl | 5 MG | Q4H PRN PRN PO | 03/23 0434 05/22 0435 | AC | |
| Tramadol HCl | 25 MG | Q4H PRN PRN PO | 03/23 0434 05/22 0435 | DC | 03/23 1618 |

Diagnostic Agents

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Dextrose/Water | 0 | PRN PRN IV | 03/23 0438 05/22 0439 | AC | |

Electrolytic, Caloric, And Wat

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Calcium Carbonate | 1,000 MG | Q6H PRN PRN PO | 03/23 0434 05/22 0435 | AC | |

Gastrointestinal Drugs

|  |  | Sig/Sch | Start time | | Last |

| Medication | Dose | Route | Stop Time | Status | Admin |
|---|---|---|---|---|---|
| Bisacodyl | 5 MG | DAILY PRN PRN PO | 03/23 0434 05/22 0435 | AC | |
| Docusate Sodium | 100 MG | BID PRN PRN PO | 03/23 0434 05/22 0435 | AC | |
| Ondansetron HCl | 4 MG | Q4H PRN PRN IV | 03/23 0434 05/22 0435 | AC | |

Hormones And Synthetic Substit

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Insulin Human Lispro | See Dose Insts (1) | AC HS SUBQ | 03/23 0731 05/22 0732 | AC | |

Miscellaneous Therapeutic Agen

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Perflutren Lipid Microsphere | 1.43 MG | ONCALL IV | 03/23 0443 05/22 0444 | CKD | |

Smooth Muscle Relaxants

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Aminophylline | 100 MG | PROCEDURE PRN IV | 03/23 0443 03/26 0443 | AC | |

Other

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Electrolyte Protocol | See Dose Insts (2) | BID MISC | 03/23 0900 05/22 0901 | AC | |

Dose Instructions:
(1)Insulin Human Lispro:
        SLIDING SCALE
(2)Electrolyte Protocol:
        Reminder

Patient Discharge    Departure

Vital Signs/Condition
Vital Signs
First Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 03/22 2151 |
| B/P | 181/110 | 03/22 2151 |
| O2 Delivery | Room air | 03/22 2151 |
| Temp | 98.3 | 03/22 2151 |
| Pulse | 73 | 03/22 2151 |
| Resp | 16 | 03/22 2151 |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 03/22 2151 |
| B/P | 181/110 | 03/22 2151 |
| O2 Delivery | Room air | 03/22 2151 |
| Temp | 98.3 | 03/22 2151 |
| Pulse | 73 | 03/22 2151 |
| Resp | 16 | 03/22 2151 |

All vital signs available at the time of this entry have been reviewed.


Clinical Impression
Clinical Impression
Primary Impression: Chest pain

Disposition Decision
Hospitalize
   Hosp Physician Name
 Schlaack,Jeffrey M  DO
   Hosp Physician Hospitalist
   Request Time 0345
   Request Date 03/23/25
   )( Accepts Hospitalization Yes
   )( Reason for Hospitalization
cardiac workup
   )( Accepted Time 0345
   )( Accepted Date 03/23/25
   Call Information will see patient

Echols,Leesa C.Md 03/23/25 2305:
Past Medical History - Adult
Home Medications
Active Scripts
Methocarbamol (ROBAXIN) 750 MG PO Q8HR PRN muscle pain
      Methocarbamol (ROBAXIN) 750 MG PO Q8HR PRN muscle pain #30 TAB
      Prov:     10/27/24
DOCUSATE SODIUM (COLACE) 100 MG PO BID
      DOCUSATE SODIUM (COLACE) 100 MG PO BID  #60 CAP
      Prov:     10/27/24
Hydrocodone/Acetaminophen (Norco 10-325 Tablet) 1 EACH PO Q6H PRN PRN pain
      Hydrocodone/Acetaminophen (Norco 10-325 Tablet) 1 EACH PO Q6H PRN PRN pain
#28 TAB
      Prov:     10/27/24

Reported Medications
AMLODIPINE BESYLATE (NORVASC) 10 MG PO DAILY
INSULIN LISPRO (HUMALOG KWIKPEN 100 UNIT/ML INJ) 10 UNIT SUBQ C MEALS
DIVALPROEX ER (DEPAKOTE ER) 500 MG PO BID
Bupropion HCl (Wellbutrin XL) 300 MG PO DAILY




Patient Discharge    Departure

Discharge/Care Plan
Referrals
Provider Referral: Akhavan,Alexander F  MD
      Address:
      3061 S. Maryland Pkwy. 104
      LAS VEGAS, NV 89109

Provider Referral: Capobianco,Leo J   DO
      Address:
      8413 W Lake Mead Blvd

Las Vegas, NV 89128

Supervising Physician Note
 Resident Saw Pt
This patient was seen by a resident. I have personally seen the patient,
performed the critical or key portions of the service, and participated in the
management of the patient. I have reviewed and agree with the resident's note,
and I have reviewed all labs, ECGs, and imaging studies or reports. I agree with
this resident's findings, exam and plan.
Workup reassuring, however given symptoms and risk factors discussed admission
for further risk stratification. Pt would like admission for further workup/
evaluation.


Electronically Signed by Argyle,Daniel  DO R1 on 03/23/25 at 0655
Electronically Signed by Echols,Leesa C  MD on 03/23/25 at 2306

RPT #: 0323-0023
***END OF REPORT***

Provider Report

Details for

# EKG Study

Encounter ID: G00027415392

**Patient**

JADE BURCH

**Dictation Date**

3/22/2025 10:10 PM

**Facility**

MOUNTAINVIEW HOSPITAL
3100 N Tenaya Way
Las Vegas NV 89128

().

Summary

MOUNTAINVIEW HOSPITAL AND MEDICAL CENTER
3100 North Tenaya Way
LAS VEGAS, NV 89128

REPORT NAME: EKG

PATIENT'S NAME: BURCH,JADE RILEY                UNIT NO: G000977915
DOB: 07/31/78          AGE: 46              ACCOUNT NO: G00027415392
ATTENDING PHYS: Achin,Rowena E  MD            PT TYPE: ADM INo
ADMISSION DATE: 03/22/25                      LOCATION: G.ERH
DISCHARGE DATE:


Service Date: 03/22/25   Service Time: 2210


Test Performed on 03/22/2025  9:48: PM
Test Reason :
Blood Pressure :   */*   mmHG
Vent. Rate :  73 BPM    Atrial Rate :  73 BPM
  P-R Int : 188 ms        QRS Dur :  80 ms
  QT Int : 410 ms      P-R-T Axes :  38  63  56 degrees
  QTc Int : 451 ms

Normal sinus rhythm
Nonspecific T wave abnormality
Abnormal ECG
When compared with ECG of 29-OCT-2024 10:27,
Nonspecific T wave abnormality has replaced inverted T waves in Lateral leads
Confirmed by Daoud, Shadi (1212) on 3/23/2025 7:24:27 AM

Referred By:          Electronically Sign by: Shadi Daoud


PATIENT NAME: BURCH,JADE RILEY          ACCOUNT #: G00027415392

# EXHIBIT B

**SUNRISE HOSPITAL MEDICAL RECORDS – PULMONARY EMBOLISM WORKUP**
*(Apr. 17–22, 2025)*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**


**Jade Riley Burch,**
Plaintiff,

v.

**HCA Healthcare, Inc.; Sunrise Hospital & Medical Center, LLC;**
**MountainView Hospital; and Southern Hills Hospital & Medical Center,**
Defendants.

**Case No.: 2:25-cv-01408-JAD-MDC**


# EXHIBIT B

## SUNRISE HOSPITAL PE RECORDS (APRIL 17-22, 2025)


Respectfully Submitted

Jade Riley Burch (Pro Se) | 222 Karen Ave Unit 1207 | Las Vegas, NV 89109

614-725-9452 | jaderburch@gmail.com


Prepared primarily by Plaintiff, with limited assistance from an AI tool, pursuant to Judge Couvillier's Standing Order.

1    **EXHIBIT B**

2    **Sunrise Hospital PE Records (April 17–22, 2025)**

3    This exhibit contains medical records from Sunrise Hospital & Medical Center documenting

4    Plaintiff's emergency room visit between April 17 and April 22, 2025. These records were

5    obtained directly from Defendant's patient portal and are true and accurate copies of Plaintiff's

6    medical records as maintained by the hospital.

7    The records reflect:

8    • Presentation of chest pain, tachycardia, and respiratory distress • Inadequate screening for

9    pulmonary embolism (PE) • Omission of CT angiogram or D-dimer testing despite clinical

10    indicators • Subsequent misdiagnosis and unsafe discharge without stabilization • Supporting

11    Plaintiff's EMTALA claim and negligence allegations

12    These records are submitted in support of the Complaint as evidence of Defendant's failure to

13    properly screen and stabilize Plaintiff in accordance with 42 U.S.C. § 1395dd.

14    _____

15    **Submitted by:** Jade Riley Burch Plaintiff, Pro Se 222 Karen Ave Unit 1207 Las Vegas, NV

16    89109 jaderburch@gmail.com (614) 725-9452

17

# Provider Report

Details for

# Note

**Encounter ID:** D00134904970

### Patient

JADE BURCH

### Dictation Date

4/22/2025 11:01 AM

### Facility

SUNRISE HOSPITAL AND MEDICAL CENTER
<u>3186 S Maryland Pkwy</u>
<u>Las Vegas NV 89109</u>

().

Summary

Sunrise Hospital and Medical Center (COCSZ)
Clinical Note
REPORT#:0422-1537  REPORT STATUS: Signed
DATE:04/22/25 TIME: 1101

PATIENT: BURCH,JADE RILEY              UNIT #: D002979852
ACCOUNT#: D00134904970                 ROOM/BED: D.3810-0
DOB: 07/31/78  AGE: 46    SEX: F       ATTEND: Akhavan,Alexander F  MD
ADM DT: 04/17/25                       AUTHOR: Tran,Tristan T  APRN
REP SRV DT: 04/22/25            REP SRV TM: 1101
* ALL edits or amendments must be made on the electronic/computer document *


Clinical Note
Note:
PMP Inquiry: Report reviewed and patient is cleared for CII prescribing as
needed as there are no concerns identified.


Auth for Controlled Substances

Opioid Risk Calculator
Opioid Risk

|  | Opioid Risk | Response | Value |
|---|---|---|---|
|  | Age | Age <16 or >45 | 0 |
|  | Total |  | 0 |

ORT Score
Score:  Low = 0 to 3, Moderate = 4 to 7   High = >=8

Informed Consent
Informed Consent:
Like all medications, CS have potential for both benefit and harm.  The purpose
of this document is to outline the potential benefits and harms so you can
determine if the prescribed medication is suitable for you at this time.

Possible benefits:  Minimized pain improved mobility and movement.
Possible Risks/Side Effects:  Addiction, Physical Dependence, Tolerance, and
Overdose
Possible Side Effects:  Constipation (common   persistent), nausea, and vomiting
(usually only in first few days), reduced production of testosterone (may cause
reduced libido and fertility in men), reduced production of estrogen
progesterone (may cause periods to stop, reduced libido   fertility in women),
excessive sweating, weight gain, swollen ankles/legs, sedation, drowsiness,

clouded thinking, sleep apnea, paradoxical worsening of (hypersensitivity) to pain (also known as hyperalgesia).

Addiction: Is a disease that occurs in some individuals. Taking opioids does not necessarily cause addiction, however, if you have risk factors for addiction (such as a strong family history of drug or alcohol abuse) or have had problems with drugs or alcohol in the past you must notify me since using strong painkillers will put you at greater risk. The extent of the risk is uncertain. Physical dependence: Abruptly stopping the CS can create withdraw symptoms. Tolerance: The body becomes used to the CS and maybe less effective.

Do not use any other substances (alcohol, cocaine, marijuana or other illegal substances) while taking the prescribed CS.

Proper use, storage, and disposal of CS: Take only as directed and by the person for whom the prescription is written. Keep all CS in a safe place, with the childproof containers. Controlled substances that are expired or unused, can be taken to Las Vegas Metropolitan Police Department Substation. Disposal is anonymous and drop-off boxes are located inside substations, providing a secure method for disposal. If you are unable to get to one of the drop off locations, or if you have a small amount of medicine to dispose of, placing outdated or unneeded medications in the garbage is the best way to get rid of them.

Treatment plan and alternatives discussed: The CS is prescribed in a limited quantity and has been prescribed following a visit to Sunrise Hospital, has been seen by a Provider and is warranted given the patient condition. There will be no refills for lost or stolen prescriptions. It is imperative that you follow-up with your Provider for continued treatment. Over the counter options, non-opioid analgesics, heat and cold therapy were discussed as options for care.

Risk of CS exposure to fetus of childbearing age women: Newborn abstinence syndrome if the mother took opioids/opiates during pregnancy on a routine basis.

If the patient is an unemancipated minor, the risk that the minor will abuse, misuse or divert the CS and ways to detect those issues. The reversal agent ( naloxone) is available over the counter without a prescription for the overdose of opioids.

Electronically Signed by Tran,Tristan T  APRN on 04/22/25 at 1102
Electronically Signed by Akhavan,Alexander F  MD on 04/22/25 at 1328
RPT #: 0422-1537
***END OF REPORT***

# Provider Report

Details for
# Discharge Summary

**Encounter ID:** D00134904970

**Patient**

JADE BURCH

**Dictation Date**

4/22/2025 10:58 AM

**Facility**

SUNRISE HOSPITAL AND MEDICAL CENTER
3186 S Maryland Pkwy
Las Vegas NV 89109

()

Summary

Sunrise Hospital and Medical Center (COCSZ)
Discharge Summary
REPORT#:0422-1514  REPORT STATUS: Signed
DATE:04/22/25 TIME: 1058

PATIENT: BURCH,JADE RILEY            UNIT #: D002979852
ACCOUNT#: D00134904970              ROOM/BED: D.3810-0
DOB: 07/31/78  AGE: 46    SEX: F    ATTEND: Akhavan,Alexander F  MD
ADM DT: 04/17/25                    AUTHOR: Tran,Tristan T  APRN
REP SRV DT: 04/22/25                REP SRV TM: 1058
* ALL edits or amendments must be made on the electronic/computer document *


Tran,Tristan T.Aprn 04/22/25 1058:
Med Rec

Med Rec
Discharge meds:
Continue taking these medications:
AMLODIPINE BESYLATE (NORVASC) 10 MG TAB
    10 MILLIGRAM ORAL DAILY

DIVALPROEX ER (DEPAKOTE ER 500 MG) 500 MG TAB.ER
    500 MILLIGRAM ORAL TWICE DAILY

INSULIN LISPRO (HumaLOG 100 UNIT/ML KWIKPEN INJ) 100 UNIT/ML INSULN.PEN
     UNIT SUBCUTANEOUS WITH MEALS
    Instructions:
        SLIDING SCALE
        200-2 UNITS

Start taking the following new medications:
AZITHROMYCIN (ZITHROMAX) 500 MG TAB
    500 MILLIGRAM ORAL Every twenty-four hours
    Qty = 4
    No Refills

OXYCODONE HCL/ACETAMINOPHEN (PERCOCET-7.5/325 MG) 1 TAB TAB
    1 TABLET ORAL EVERY 6 HOURS AS NEEDED as needed for pain
    Days = 7 Qty = 28
    No Refills
    Instructions:
        7 day supply

Objective
VS/I O
Last Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 96 | 04/22 0743 |
| B/P | 119/77 | 04/22 0743 |
| B/P Mean | 91.4 | 04/22 0743 |
| Temp | 98.1 | 04/22 0743 |
| Pulse | 71 | 04/22 0743 |
| O2 Delivery | Nasal cannula | 04/22 0157 |
| Resp | 18 | 04/22 0157 |
| O2 Flow Rate | 2 | 04/20 2025 |

24 hour I O ending at 0700:

|  | 04/22 0700 | 04/21 1900 |
|---|---|---|
| Intake Total |  | 240 |
| Output Total |  |  |
| Balance |  | 240 |
| Intake, Oral |  | 240 |

Results
Findings/Data:
Laboratory Tests:

|  | 04/22 0738 | 04/22 0538 | 04/21 2119 | 04/21 1629 | 04/21 1114 |
|---|---|---|---|---|---|
| Chemistry |  |  |  |  |  |
| Sodium (136 - 145 mmol/L) |  | 142 |  |  |  |
| Potassium (3.5 - 5.1 mmol/L) |  | 4.2 |  |  |  |
| Chloride (98 - 107 mmol/L) |  | 107 |  |  |  |
| Carbon Dioxide (20 - 31 mmol/L) |  | 27 |  |  |  |
| Anion Gap (5 - 16 mmol/L) |  | 8 |  |  |  |
| BUN (9 - 23 mg/dL) |  | 15 |  |  |  |
| Creatinine (0.55 - 1.02 mg/dL) |  | 0.85 |  |  |  |
| Est GFR (CKD-EPI) (>60 ml/min) |  | 85 |  |  |  |
| Glucose (74 - 106 mg/dL) |  | 90 |  |  |  |
| POC Glucose (70 - 139 MG/DL) | 92 |  | 157 H | 129 | 95 |
| Calcium (8.3 - 10.6 mg/dL) |  | 9.6 |  |  |  |
| Hematology |  |  |  |  |  |
| WBC (4.8 - 10.8 K/MM3) |  | 7.1 |  |  |  |
| RBC (4.20 - 5.50 M/MM3) |  | 3.90 L |  |  |  |
| Hgb (12.0 - 16.0 G/DL) |  | 11.6 L |  |  |  |
| Hct (37.0 - 47.0 %) |  | 35.2 L |  |  |  |

```
MCV (80 - 100 FL)                              90
MCH (27.0 - 32.0 PG)                          29.7
MCHC (32.0 - 37.0 G/DL)                       33.0
RDW (11.5 - 14.5 %)                           13.0
Plt Count (150 - 450 K/MM3)                    257
MPV (9.6 - 12.0 FL)                           9.3  L
Absolute Nucleated RBC (0 - 0 K/MM3)          0.00
Nucleated RBCs/100 WBC (0 /100WBCS)              0
```

General Information
Date of admission:
Observation Start Date:
Date of admission: 04/17/25

Discharge date: 04/22/25
Discharge diagnosis:
1. Status post elective facial contouring for gender dysphoria
2. Depression
3. Nonepileptic psychogenic seizures
4. Diabetes mellitus, type 2
5. Hypertension
6. Pneumonia
Hospital course:
The patient is a 46 year-old individual with multiple medical problems, who underwent facial contouring by Dr. Joshua Goldman and Dr. John Brosious on April 17, 2025. There were no complications to the procedure. The patient has good pain control at the current time. She will be discharged home with Foley catheter today. The patient will follow up with surgeon in office to remove staples and Foley catheter.
Consultants: plastic surgery
Pt. condition on discharge: stable
Allergies:
Allergies:
levetiracetam (From KEPPRA) (Coded, Severe, LOSS OF VISION, 04/20/25)
guanfacine (Coded, Intermediate, HALLUCINATIONS, 04/20/25)
quetiapine (From SEROQUEL) (Coded, Intermediate, SLEEP WALKING, 04/20/25)

Discharge Instructions
PCP:
PCP: Capobianco,Leo J  DO

)( Discharge to: Home/Self Care
Additional Discharge Routines: Consultant Follow-Up, Wound/Dressing Care
Diet: Diabetic
)( Activity: As Tolerated
)( Wound/dressing care: Keep wound clean and dry
Prescriptions: e-prescribe
Discharge management: greater than 30 mins
Emergency instructions:
The patient was instructed to present to the nearest Emergency Department or
call 911 should their symptoms return or worsen.


Follow-up Appointments
Consulting provider 1:
    Provider 1:
 Goldman,Joshua J  MD
   Specialty: Plastic Surgery
   Phone: (702)727-8500
   Consult follow up timeframe: one week
   Special instructions:
Follow up with your surgeon in one week for wound check and
 to remove Foley catheter


Akhavan,Alexander F. 04/22/25 1331:
Attestations

Physician Attestation
Reviewed findings   plan:
Chart reviewed and discussed with Tristan Tran, APRN

Electronically Signed by Tran,Tristan T  APRN on 04/22/25 at 1101
Electronically Signed by Akhavan,Alexander F  MD on 04/22/25 at 1332
RPT #: 0422-1514
***END OF REPORT***

# Provider Report

Details for
# Hospital Progress Note

Encounter ID: D00134904970

**Patient**

JADE BURCH

**Dictation Date**

4/22/2025 7:11 AM

**Facility**

SUNRISE HOSPITAL AND MEDICAL CENTER
3186 S Maryland Pkwy
Las Vegas NV 89109

()

Summary

```
Sunrise Hospital and Medical Center (COCSZ)
Hospitalist Progress Note
REPORT#:0422-0443  REPORT STATUS: Signed
DATE:04/22/25 TIME: 0711
```

```
PATIENT: BURCH,JADE RILEY          UNIT #: D002979852
ACCOUNT#: D00134904970             ROOM/BED: D.3810-0
DOB: 07/31/78  AGE: 46    SEX: F   ATTEND: Akhavan,Alexander F  MD
ADM DT: 04/17/25                   AUTHOR: Tran,Tristan T  APRN
REP SRV DT: 04/22/25          REP SRV TM: 0711
* ALL edits or amendments must be made on the electronic/computer document *
```

```
Tran,Tristan T.Aprn 04/22/25 0711:
Subjective
Chief complaint:
Pain
Patient reports:
Yes: feeling better, incisional pain, pain controlled.  No: shortness of breath.
```

```
Objective
```

```
General
VS/I O:
Vital Signs
```

| Date | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | FiO2 |
|---|---|---|---|---|---|---|---|
| 04/21-04/22 | 97.9-98.4 | 63-81 | 18 | 119-137/75-85 | 91.4-98.4 | 93-98 | |

Vital Signs:

| Date Time | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|---|
| 04/22 0743 | 98.1 | 71 | | 119/77 | 91.4 | 96 | | | |
| 04/22 0157 | 97.9 | 63 | 18 | 123/85 | 97.8 | 98 | Nasal cannula | | |
| 04/21 1957 | 98.1 | 75 | 18 | 136/80 | 98.4 | 93 | Room air | | |
| 04/21 1349 | 98.4 | 81 | | 137/75 | 95.7 | 93 | | | |

```
24 hour I O ending at 0700:
```

| | 04/22 0700 | 04/21 1900 |
|---|---|---|
| Intake Total | | 240 |
| Output Total | | |
| Balance | | 240 |
| | | |
| Intake, Oral | | 240 |

Medications:
Active Meds + DC'd Last 24 Hrs
Enoxaparin Sodium (LOVENOX (HIGH ALERT))    40 MG    DAILY@0600    SUBQ
Azithromycin (ZITHROMAX TABLET)    500 MG    Q24H    PO
Ceftriaxone Sodium (ROCEPHIN)    2 GM    Q24H    IV
Amlodipine Besylate (NORVASC)    10 MG    DAILY    PO
Bacitracin/Polymyxin B Sulfate (POLYSPORIN EYE OINT 3.5 GM)    1 APPLIC    DAILY
EACH EYE
Valproic Acid (DEPACON INJ)    500 MG    Q12H    IV
        Sodium Chloride (0.9% NACL)    50 ML
Morphine Sulfate (MORPHINE INJ C-II)    2 MG    Q4H PRN PRN    IV
Acetaminophen (TylenoL)    650 MG    Q4H PRN PRN    PO
Hydrocodone Bitart/Acetaminophen (LORTAB/NORCO-5 (VICODIN) (C-II))    1 TAB    Q6H
PRN PRN    PO
Insulin Human Lispro (HumaLOG (Lispro)(PYXIS.BY DOSE)(HA) *D-BLACK*)    SENSITIVE
SLIDING SCALE
        ACHS    SUBQ
Acetaminophen (TYLENOL EX-STR(*))    1,000 MG    TID    PO
Dextrose (GLUTOSE-15 GEL 15GM/37.5GM)    1 TUBE    PRN PRN    PO    (CKD)
Dextrose/Water (DEXTROSE 50%/W SYRINGE (HIGH ALERT))    PER PROTOCOL
        PRN PRN    IV
Hydralazine HCl (APRESOLINE)    10 MG    Q3H PRN PRN    IV
Hydromorphone HCl (DILAUDID (HYDROmorphone) (C-II))    0.5 MG    Q4H PRN PRN    IV

Melatonin (Melatonin)    5 MG    BEDTIME PRN PRN    PO
Ondansetron HCl (ZOFRAN)    4 MG    Q8H PRN PRN    IV
Oxycodone HCl (oxyCODONE HCL (C-II))    5 MG    Q4H PRN PRN    PO
Senna/Docusate Sodium (SENOKOT-S TABLET)    1 TAB    BID PRN PRN    PO
Gabapentin (NEURONTIN)    300 MG    BID    PO


Physical Exam
General appearance: alert, awake, oriented, no acute distress, pleasant,
conversational, mental status normal, no respiratory distress
Head/Eyes: less facial edema
Cardiovascular: normal heart sounds, regular rate    rhythm
Respiratory: decreased breath sounds
Abdomen: non-tender, soft, no distention
Extremities: no edema
Neuro/CNS: alert, oriented X 3, normal speech
Skin: dry, intact
Psychiatry: normal affect, normal judgment/insight, normal mood

Results
Findings/Data:
Laboratory Tests

| | 04/22 | 04/21 | 04/21 | 04/21 | 04/21 |
|---|---|---|---|---|---|
| | 0538 | 2119 | 1629 | 1114 | 0823 |
| Chemistry | | | | | |
| Sodium (136 - 145 mmol/L) | 142 | | | | |
| Potassium (3.5 - 5.1 mmol/L) | 4.2 | | | | |
| Chloride (98 - 107 mmol/L) | 107 | | | | |
| Carbon Dioxide (20 - 31 mmol/L) | 27 | | | | |
| Anion Gap (5 - 16 mmol/L) | 8 | | | | |
| BUN (9 - 23 mg/dL) | 15 | | | | |
| Creatinine (0.55 - 1.02 mg/dL) | 0.85 | | | | |
| Est GFR (CKD-EPI) (>60 ml/min) | 85 | | | | |
| Glucose (74 - 106 mg/dL) | 90 | | | | |
| POC Glucose (70 - 139 MG/DL) | | 157  H | 129 | 95 | 100 |
| Calcium (8.3 - 10.6 mg/dL) | 9.6 | | | | |

Laboratory Tests

| | 04/22 |
|---|---|
| | 0538 |
| Hematology | |
| WBC (4.8 - 10.8 K/MM3) | 7.1 |
| RBC (4.20 - 5.50 M/MM3) | 3.90  L |
| Hgb (12.0 - 16.0 G/DL) | 11.6  L |
| Hct (37.0 - 47.0 %) | 35.2  L |
| MCV (80 - 100 FL) | 90 |
| MCH (27.0 - 32.0 PG) | 29.7 |
| MCHC (32.0 - 37.0 G/DL) | 33.0 |
| RDW (11.5 - 14.5 %) | 13.0 |
| Plt Count (150 - 450 K/MM3) | 257 |
| MPV (9.6 - 12.0 FL) | 9.3  L |
| Absolute Nucleated RBC (0 - 0 K/MM3) | 0.00 |
| Nucleated RBCs/100 WBC (0 /100WBCS) | 0 |

Diagnosis, Assessment   Plan
Free Text A P:
ASSESSMENT:
1.  Status post elective facial contouring for gender dysphoria
2.  Depression
3.  Nonepileptic psychogenic seizures
4.  Diabetes mellitus, type 2
5.  Hypertension

6.  Pneumonia

CONSULTANTS:
John Brosious, MD, plastic surgery
Joshua Goldman, MD, plastic surgery

PLAN:
Soft diet
Analgesics as needed
Sliding scale insulin protocol
Continue home medications
Monitor labs
Physical therapy
Discharge home with Foley catheter today
Plan discussed with: patient, collaborating MD


Akhavan,Alexander F. 04/22/25 1331:
Attestations

Physician Attestation
Reviewed findings    plan:
Chart reviewed and discussed with Tristan Tran, APRN

Electronically Signed by Tran,Tristan T  APRN on 04/22/25 at 1058
Electronically Signed by Akhavan,Alexander F  MD on 04/22/25 at 1331
RPT #: 0422-0443
***END OF REPORT***

## Provider Report

Details for

# Hospital Progress Note

**Encounter ID: D00134904970**

**Patient**

JADE BURCH

**Dictation Date**

4/21/2025 11:36 AM

**Facility**

SUNRISE HOSPITAL AND MEDICAL CENTER

<u>3186 S Maryland Pkwy</u>

<u>Las Vegas NV 89109</u>

().

Summary

```
Sunrise Hospital and Medical Center (COCSZ)
Hospitalist Progress Note
REPORT#:0421-1642  REPORT STATUS: Signed
DATE:04/21/25 TIME: 1136


PATIENT: BURCH,JADE RILEY        UNIT #: D002979852
ACCOUNT#: D00134904970           ROOM/BED: D.3810-0
DOB: 07/31/78  AGE: 46   SEX: F  ATTEND: Akhavan,Alexander F  MD
ADM DT: 04/17/25                 AUTHOR: Akhavan,Alexander F  MD
REP SRV DT: 04/21/25       REP SRV TM: 1136
* ALL edits or amendments must be made on the electronic/computer document *
```

Subjective
Patient reports:
Yes: pain controlled.


Objective

General
VS/I O:
Vital Signs

| Date | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | FiO2 |
|---|---|---|---|---|---|---|---|
| 04/20-04/21 | 36.3-36.8 | 69-103 | 20 | 120-150/76-94 | 92.1-111.5 | 92-97 | |

Vital Signs:

| Date Time | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|---|
| 04/21 0740 | 36.8 | 76 | | 133/82 | 98.8 | 97 | | | |
| 04/21 0325 | | 74 | | 148/82 | 104.0 | 94 | | | |
| 04/21 0029 | 36.7 | 69 | 20 | 129/76 | 93.6 | 93 | Room air | | |
| 04/20 2025 | | | | | | | Nasal cannula | 2 | |
| 04/20 1934 | 36.7 | 74 | 20 | 125/78 | 93.6 | 92 | Room air | | |
| 04/20 1515 | | | | 120/78 | 92.1 | | | | |
| 04/20 1407 | | 88 | | 147/94 | 111.3 | 95 | | | |
| 04/20 1402 | 36.3 | 92 | | 149/92 | 110.7 | 96 | | | |
| 04/20 1353 | 36.8 | 103 | | 150/92 | 111.5 | 93 | | | |

24 hour I O ending at 0700:

| | 04/21 0700 | 04/20 1900 |
|---|---|---|
| Intake Total | | 240 |
| Output Total | 1250 | |
| Balance | -1250 | 240 |

```
          Intake, Oral                        240
          Output, Urine         1250
```

Physical Exam
General appearance: alert, oriented, no acute distress
Head/Eyes: less facial edema
Cardiovascular: normal heart sounds, regular rate   rhythm
Respiratory: decreased breath sounds
Abdomen: non-tender, soft, no distention
Extremities: no edema

Results
Findings/Data:
Laboratory Tests

| | 04/21 1114 | 04/21 0823 | 04/21 0300 | 04/20 2020 | 04/20 1605 |
|---|---|---|---|---|---|
| Chemistry | | | | | |
| Sodium (136 - 145 mmol/L) | | | 142 | | |
| Potassium (3.5 - 5.1 mmol/L) | | | 4.1 | | |
| Chloride (98 - 107 mmol/L) | | | 106 | | |
| Carbon Dioxide (20 - 31 mmol/L) | | | 25 | | |
| Anion Gap (5 - 16 mmol/L) | | | 11 | | |
| BUN (9 - 23 mg/dL) | | | 13 | | |
| Creatinine (0.55 - 1.02 mg/dL) | | | 0.88 | | |
| Est GFR (CKD-EPI) (>60 ml/min) | | | 82 | | |
| Glucose (74 - 106 mg/dL) | | | 93 | | |
| POC Glucose (70 - 139 MG/DL) | 95 | 100 | | 116 | 120 |
| Calcium (8.3 - 10.6 mg/dL) | | | 9.5 | | |

| | 04/20 1407 |
|---|---|
| Chemistry | |
| POC Glucose (70 - 139 MG/DL) | 126 |

Laboratory Tests

| | 04/21 0300 |
|---|---|
| Hematology | |
| WBC (4.8 - 10.8 K/MM3) | 7.4 |
| RBC (4.20 - 5.50 M/MM3) | 3.91  L |
| Hgb (12.0 - 16.0 G/DL) | 11.8  L |
| Hct (37.0 - 47.0 %) | 35.5  L |
| MCV (80 - 100 FL) | 91 |
| MCH (27.0 - 32.0 PG) | 30.2 |

```
MCHC (32.0 - 37.0 G/DL)                        33.2
RDW (11.5 - 14.5 %)                            13.1
Plt Count (150 - 450 K/MM3)                     254
MPV (9.6 - 12.0 FL)                             9.7
Absolute Nucleated RBC (0 - 0 K/MM3)          0.00
Nucleated RBCs/100 WBC (0 /100WBCS)              0
```

Radiology data:
Recent Impressions:
RADIOLOGY - XR CHEST AP PORTABLE          04/19 1105
*** Report Impression - Status: SIGNED  Entered: 04/20/2025 1837
IMPRESSION:
1. Moderate bilateral perihilar and left basilar airspace
disease; correlate for pneumonia.
2. Cardiac silhouette size is within normal limits.
Electronically signed by:  Galen Hewell MD  04/20/2025 06:35 PM
PDT RP Workstation: RRWRS633RR
Impression By: DR.HEWGA - G. Brett Hewell M.D.


Diagnosis, Assessment   Plan
Free Text A P:
ASSESSMENT:
1.  Status post elective facial contouring for gender dysphoria
2.  Depression
3.  Nonepileptic psychogenic seizures
4.  Diabetes mellitus, type 2
5.  Hypertension
6.  Pneumonia
CONSULTANTS:
John Brosious, MD, plastic surgery
Joshua Goldman, MD, plastic surgery

PLAN:
Wean oxygen as tolerated
Soft diet
Analgesics as needed
Sliding scale insulin protocol
Start intravenous antibiotics
Continue home medications
Monitor labs
Physical therapy
Possible discharge home tomorrow


Electronically Signed by Akhavan,Alexander F  MD on 04/21/25 at 1137

RPT #: 0421-1642
***END OF REPORT***

# Provider Report

Details for

# Hospital Progress Note

Encounter ID: D00134904970

**Patient**

JADE BURCH

**Dictation Date**

4/20/2025 8:41 AM

**Facility**

SUNRISE HOSPITAL AND MEDICAL CENTER
3186 S Maryland Pkwy
Las Vegas NV 89109

()

Summary

```
Sunrise Hospital and Medical Center (COCSZ)
Hospitalist Progress Note
REPORT#:0420-0655  REPORT STATUS: Signed
DATE:04/20/25 TIME: 0841
```

```
PATIENT: BURCH,JADE RILEY          UNIT #: D002979852
ACCOUNT#: D00134904970             ROOM/BED: D.3810-0
DOB: 07/31/78  AGE: 46    SEX: F   ATTEND: Akhavan,Alexander F  MD
ADM DT: 04/17/25                   AUTHOR: Akhavan,Alexander F  MD
REP SRV DT: 04/20/25        REP SRV TM: 0841
* ALL edits or amendments must be made on the electronic/computer document *
```

Subjective
Patient reports:
Yes: feeling better, pain controlled.

Objective

General
VS/I O:
Vital Signs

| Date | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | FiO2 |
|---|---|---|---|---|---|---|---|
| 04/19-04/20 | 36.8-37.2 | 74-83 | 16 | 126-151/77-89 | 93.2-109.3 | 92-96 | |

Vital Signs:

| Date Time | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|---|
| 04/20 0744 | 37.2 | 83 | | 129/81 | 96.8 | 96 | | | |
| 04/20 0113 | 36.8 | 74 | | 151/89 | 109.3 | 95 | | | |
| 04/19 2153 | 36.9 | | | | | | | | |
| 04/19 2025 | | | | | | | Nasal cannula | 2 | |
| 04/19 1927 | 36.8 | 76 | 16 | 126/77 | 93.2 | 94 | Nasal cannula | 2 | |
| 04/19 1615 | | | | | | 92 | Room air | | |
| 04/19 0920 | | | | | | | Nasal cannula | 2 | |

24 hour I O ending at 0700:

| | 04/20 0700 | 04/19 1900 |
|---|---|---|
| Intake Total | | |
| Output Total | 550 | 2000 |
| Balance | -550 | -2000 |

Output, Urine        550      2000

## Physical Exam
General appearance: alert, oriented, no acute distress
Head/Eyes: less facial edema
Cardiovascular: normal heart sounds, regular rate   rhythm
Respiratory: clear to auscultation
Abdomen: non-tender, soft, no distention
Extremities: no edema

## Results
Findings/Data:
Laboratory Tests

| | 04/20 0816 | 04/20 0229 | 04/19 2010 | 04/19 1638 | 04/19 1218 |
|---|---|---|---|---|---|
| **Chemistry** | | | | | |
| Sodium (136 - 145 mmol/L) | | 141 | | | |
| Potassium (3.5 - 5.1 mmol/L) | | 4.2 | | | |
| Chloride (98 - 107 mmol/L) | | 106 | | | |
| Carbon Dioxide (20 - 31 mmol/L) | | 28 | | | |
| Anion Gap (5 - 16 mmol/L) | | 7 | | | |
| BUN (9 - 23 mg/dL) | | 10 | | | |
| Creatinine (0.55 - 1.02 mg/dL) | | 1.02 | | | |
| Est GFR (CKD-EPI) (>60 ml/min) | | 68 | | | |
| Glucose (74 - 106 mg/dL) | | 99 | | | |
| POC Glucose (70 - 139 MG/DL) | 104 | | 139 | 110 | 113 |
| Calcium (8.3 - 10.6 mg/dL) | | 9.2 | | | |

Laboratory Tests

| | 04/20 0229 |
|---|---|
| **Hematology** | |
| WBC (4.8 - 10.8 K/MM3) | 10.1 |
| RBC (4.20 - 5.50 M/MM3) | 3.79  L |
| Hgb (12.0 - 16.0 G/DL) | 11.3  L |
| Hct (37.0 - 47.0 %) | 34.4  L |
| MCV (80 - 100 FL) | 91 |
| MCH (27.0 - 32.0 PG) | 29.8 |
| MCHC (32.0 - 37.0 G/DL) | 32.8 |
| RDW (11.5 - 14.5 %) | 13.3 |
| Plt Count (150 - 450 K/MM3) | 233 |
| MPV (9.6 - 12.0 FL) | 9.1  L |
| Absolute Nucleated RBC (0 - 0 K/MM3) | 0.00 |
| Nucleated RBCs/100 WBC (0 /100WBCS) | 0 |

Diagnosis, Assessment    Plan
Free Text A P:
ASSESSMENT:
1.  Status post elective facial contouring for gender dysphoria
2.  Depression
3.  Nonepileptic psychogenic seizures
4.  Diabetes mellitus, type 2
5.  Hypertension

CONSULTANTS:
John Brosious, MD, plastic surgery
Joshua Goldman, MD, plastic surgery

PLAN:
Soft diet
Analgesics as needed
Sliding scale insulin protocol
Continue home medications
Monitor labs
Physical therapy
Possible discharge home later today

Electronically Signed by Akhavan,Alexander F  MD on 04/20/25 at 0842
RPT #: 0420-0655
***END OF REPORT***

# Provider Report

Details for

# Note

Encounter ID: D00134904970

**Patient**

JADE BURCH

**Dictation Date**

4/20/2025 8:04 AM

**Facility**

SUNRISE HOSPITAL AND MEDICAL CENTER

3186 S Maryland Pkwy

Las Vegas NV 89109

()

Summary

Sunrise Hospital and Medical Center (COCSZ)
Clinical Note
REPORT#:0420-0493   REPORT STATUS: Signed
DATE:04/20/25 TIME: 0804

PATIENT: BURCH,JADE RILEY              UNIT #: D002979852
ACCOUNT#: D00134904970                 ROOM/BED: D.3810-0
DOB: 07/31/78  AGE: 46      SEX: F     ATTEND: Akhavan,Alexander F  MD
ADM DT: 04/17/25                       AUTHOR: Akhavan,Alexander F  MD
REP SRV DT: 04/20/25              REP SRV TM: 0804
* ALL edits or amendments must be made on the electronic/computer document *


Clinical Note
Note:
PMP Inquiry: Report reviewed and patient is cleared for CII prescribing as
needed as there are no concerns identified.


Auth for Controlled Substances

Opioid Risk Calculator
Opioid Risk

|  | Opioid Risk Response | Value |
|---|---|---|
| Age | Age <16 or >45 | 0 |
| Total |  | 0 |


ORT Score
Score:  Low = 0 to 3, Moderate = 4 to 7   High = >=8


Informed Consent
Informed Consent:
Like all medications, CS have potential for both benefit and harm.  The purpose
of this document is to outline the potential benefits and harms so you can
determine if the prescribed medication is suitable for you at this time.

Possible benefits:  Minimized pain improved mobility and movement.
Possible Risks/Side Effects:  Addiction, Physical Dependence, Tolerance, and
Overdose
Possible Side Effects:  Constipation (common   persistent), nausea, and vomiting
(usually only in first few days), reduced production of testosterone (may cause
reduced libido and fertility in men), reduced production of estrogen
progesterone (may cause periods to stop, reduced libido   fertility in women),
excessive sweating, weight gain, swollen ankles/legs, sedation, drowsiness,
clouded thinking, sleep apnea, paradoxical worsening of (hypersensitivity) to

pain (also known as hyperalgesia).

Addiction: Is a disease that occurs in some individuals.  Taking opioids does not necessarily cause addiction, however, if you have risk factors for addiction (such as a strong family history of drug or alcohol abuse) or have had problems with drugs or alcohol in the past you must notify me since using strong painkillers will put you at greater risk.  The extent of the risk is uncertain.

Physical dependence:  Abruptly stopping the CS can create withdraw symptoms.

Tolerance:  The body becomes  used to  the CS and maybe less effective.

Do not use any other substances (alcohol, cocaine, marijuana or other illegal substances) while taking the prescribed CS.

Proper use, storage, and disposal of CS:  Take only as directed and by the person for whom the prescription is written.  Keep all CS in a safe place, with the childproof containers.  Controlled substances that are expired or unused, can be taken to Las Vegas Metropolitan Police Department Substation.  Disposal is anonymous and drop-off boxes are located inside substations, providing a secure method for disposal.  If you are unable to get to one of the drop off locations, or if you have a small amount of medicine to dispose of, placing outdated or unneeded medications in the garbage is the best way to get rid of them.

Treatment plan and alternatives discussed: The CS is prescribed in a limited quantity and has been prescribed following a visit to Sunrise Hospital, has been seen by a Provider and is warranted given the patient condition.  There will be no refills for lost or stolen prescriptions.  It is imperative that you follow-up with your Provider for continued treatment.  Over the counter options, non-opioid analgesics, heat and cold therapy were discussed as options for care.

Risk of CS exposure to fetus of childbearing age women:  Newborn abstinence syndrome if the mother took opioids/opiates during pregnancy on a routine basis.

If the patient is an unemancipated minor, the risk that the minor will abuse, misuse or divert the CS and ways to detect those issues.  The reversal agent ( naloxone) is available over the counter without a prescription for the overdose of opioids.

Electronically Signed by Akhavan,Alexander F  MD on 04/20/25 at 0805
RPT #: 0420-0493
***END OF REPORT***

# Provider Report

Details for

# Hospital Progress Note

**Encounter ID:** D00134904970

### Patient

JADE BURCH

### Dictation Date

4/19/2025 9:17 AM

### Facility

SUNRISE HOSPITAL AND MEDICAL CENTER
3186 S Maryland Pkwy
Las Vegas NV 89109

()

Summary

Sunrise Hospital and Medical Center (COCSZ)
Hospitalist Progress Note
REPORT#:0419-0694  REPORT STATUS: Signed
DATE:04/19/25 TIME: 0917

PATIENT: BURCH,JADE RILEY            UNIT #: D002979852
ACCOUNT#: D00134904970              ROOM/BED: D.3810-0
DOB: 07/31/78  AGE: 46    SEX: F    ATTEND: Akhavan,Alexander F  MD
ADM DT: 04/17/25                    AUTHOR: Akhavan,Alexander F  MD
REP SRV DT: 04/19/25            REP SRV TM: 0917
* ALL edits or amendments must be made on the electronic/computer document *


Subjective
Patient reports:
No: pain controlled.


Objective

General
VS/I O:
Vital Signs

| Date | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | FiO2 |
|---|---|---|---|---|---|---|---|
| 04/18-04/19 | 36.7-37.3 | 70-90 | 20 | 120-147/74-86 | 89.6-106.4 | 89-94 | |

Vital Signs:

| Date Time | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|---|
| 04/19 0754 | 36.9 | 84 | | 147/86 | 106.4 | 92 | | | |
| 04/19 0121 | 36.7 | 70 | 20 | 120/74 | 89.6 | 94 | Nasal cannula | | |
| 04/18 2056 | | 81 | | | | 92 | | | |
| 04/18 2054 | 37.3 | 90 | 20 | 132/79 | 96.6 | 89 | Room air | | |
| 04/18 1353 | 36.9 | 85 | | 131/80 | 96.9 | 90 | | | |

24 hour I O ending at 0700:

| | 04/19 0700 | 04/18 1900 |
|---|---|---|
| Intake Total | | |
| Output Total | 1075 | 700 |
| Balance | -1075 | -700 |
| Output, Urine | 1075 | 700 |

Physical Exam
General appearance: alert, oriented, no acute distress
Head/Eyes: less facial edema
Cardiovascular: normal heart sounds, regular rate   rhythm
Respiratory: clear to auscultation
Abdomen: non-tender, soft, no distention
Extremities: no edema


Results
Findings/Data:
Laboratory Tests

| | 04/19 0804 | 04/19 0238 | 04/18 2118 | 04/18 1745 | 04/18 1214 |
|---|---|---|---|---|---|
| **Chemistry** | | | | | |
| Sodium (136 - 145 mmol/L) | | 143 | | | |
| Potassium (3.5 - 5.1 mmol/L) | | 4.3 | | | |
| Chloride (98 - 107 mmol/L) | | 108  H | | | |
| Carbon Dioxide (20 - 31 mmol/L) | | 28 | | | |
| Anion Gap (5 - 16 mmol/L) | | 8 | | | |
| BUN (9 - 23 mg/dL) | | 9 | | | |
| Creatinine (0.55 - 1.02 mg/dL) | | 1.00 | | | |
| Est GFR (CKD-EPI) (>60 ml/min) | | 70 | | | |
| Glucose (74 - 106 mg/dL) | | 92 | | | |
| POC Glucose (70 - 139 MG/DL) | 94 | | 128 | 128 | 123 |
| Calcium (8.3 - 10.6 mg/dL) | | 8.9 | | | |

Laboratory Tests

| | 04/19 0238 |
|---|---|
| **Hematology** | |
| WBC (4.8 - 10.8 K/MM3) | 10.3 |
| RBC (4.20 - 5.50 M/MM3) | 3.66  L |
| Hgb (12.0 - 16.0 G/DL) | 11.1  L |
| Hct (37.0 - 47.0 %) | 33.7  L |
| MCV (80 - 100 FL) | 92 |
| MCH (27.0 - 32.0 PG) | 30.3 |
| MCHC (32.0 - 37.0 G/DL) | 32.9 |
| RDW (11.5 - 14.5 %) | 13.7 |
| Plt Count (150 - 450 K/MM3) | 216 |
| MPV (9.6 - 12.0 FL) | 9.6 |
| Absolute Nucleated RBC (0 - 0 K/MM3) | 0.00 |
| Nucleated RBCs/100 WBC (0 /100WBCS) | 0 |

Diagnosis, Assessment    Plan
Free Text A P:
ASSESSMENT:
1.  Status post elective facial contouring for gender dysphoria
2.  Depression
3.  Nonepileptic psychogenic seizures
4.  Diabetes mellitus, type 2
5.  Hypertension

CONSULTANTS:
John Brosious, MD, plastic surgery
Joshua Goldman, MD, plastic surgery

PLAN:
Monitor Foley catheter
Soft diet
Analgesics as needed
Sliding scale insulin protocol
Continue home medications
Monitor labs
Physical therapy
Possible discharge home tomorrow

Electronically Signed by Akhavan,Alexander F  MD on 04/19/25 at 0918
RPT #: 0419-0694
***END OF REPORT***

```
SUNRISE HOSPITAL/MED CTR          Name: BURCH,JADE RILEY
SUNRISE CHILDRENS HOSPITAL        Phys: Akhavan,Alexander F  MD
3186 S MARYLAND PKWY              DOB: 07/31/1978   Age: 46      Sex: F
LAS VEGAS NV 89109                Acct: D00134904970  Loc: D.3810 0
PHONE #: (702)961-7280            Exam Date: 04/19/2025 Status: ADM IN
  FAX #: (702)961-7289            Radiology No:
                                Unit No: D002979852
```

```
EXAMS:                         REASON FOR EXAM:          CPT CODE:
007765039 XR CHEST AP PORTABLE  3 - Dyspnea, unspecified  71045
```

DATE:    4/20/2025 8:33 PM CDT

PROCEDURE: Chest X-ray 1 view(s).

HISTORY: Shortness of breath.

COMPARISON: 3/22/2025.

FINDINGS AND
  IMPRESSION:
  1. Moderate bilateral perihilar and left basilar airspace
  disease; correlate for pneumonia.
  2. Cardiac silhouette size is within normal limits.

Electronically signed by: Galen Hewell MD  04/20/2025 06:35 PM
PDT RP Workstation: RRWRS633RR


   ** Electronically Signed by G. Brett Hewell M.D. **
   **            on 04/20/2025 at 1835          **
            Reported and signed by: G. Brett Hewell M.D.

CC: Alexander F Akhavan MD; Leo J Capobianco DO

Dictated Date/Time: 04/20/2025 (1835)
Tech: KYLE BLEVINS              Fluoro Time:      DAP (Gy m2):
Air Kerma:              CTDI:              CTDI/DLP:
Trnscrbd Dt/Tm: 04/20/2025 (1835) PWS
Electronic Signature Date/Time: 04/20/2025 (1835)
Orig Print D/T: S: 04/20/2025 (1837)
                          BATCH NO: N/A

PAGE  1                    Signed Report

# EXHIBIT C

**SUMMERLIN HOSPITAL MEDICAL RECORDS – PE CONFIRMATION**
*(Apr. 22–24, 2025)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA


**Jade Riley Burch,**
Plaintiff,

v.

**HCA Healthcare, Inc.; Sunrise Hospital & Medical Center, LLC;
MountainView Hospital; and Southern Hills Hospital & Medical Center,**
Defendants.

**Case No.: 2:25-cv-01408-JAD-MDC**


# EXHIBIT C

### SUMMERLIN HOSPITAL DIAGNOSED SUNRISE PE MEDICAL RECORDS


Respectfully Submitted

Jade Riley Burch (Pro Se) | 222 Karen Ave Unit 1207 | Las Vegas, NV 89109

614-725-9452 | jaderburch@gmail.com

Prepared primarily by Plaintiff, with limited assistance from an AI tool, pursuant to Judge Couvillier's Standing Order.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

**Jade Riley Burch,**
Plaintiff,

v.

**HCA Healthcare, Inc.; Sunrise Hospital & Medical Center, LLC;
MountainView Hospital; and Southern Hills Hospital & Medical Center,**
Defendants.

**Case No.: 2:25-cv-01408-JAD-MDC**

# EXHIBIT C

**Summerlin Hospital Diagnosed Sunrise Missed PE Medical Records**

Respectfully Submitted

Jade Riley Burch (Pro Se) | 222 Karen Ave Unit 1207 | Las Vegas, NV 89109

614-725-9452 | jaderburch@gmail.com

Prepared primarily by Plaintiff, with limited assistance from an AI tool, pursuant to Judge Couvillier's Standing Order.

1  **EXHIBIT C**

2  **Summerlin Hospital PE Confirmation (May 1, 2025)**

3  This exhibit contains medical records from Summerlin Hospital dated May 1, 2025, confirming

4  Plaintiff's diagnosis of an acute pulmonary embolism (PE) in the right lower lobe via CT

5  angiogram. These records were obtained directly from Summerlin Hospital's patient portal and

6  are true and accurate copies of Plaintiff's medical records as maintained by the hospital.

7  The records include:

8  • CT imaging results identifying pulmonary embolism • Elevated D-dimer level (1.32 mcg/mL)

9  consistent with acute clot • Documentation of Plaintiff's ongoing symptoms following unsafe

10  discharge from Sunrise Hospital • Immediate initiation of anticoagulation therapy • Evidence

11  supporting Plaintiff's EMTALA claim and missed diagnosis allegations

12  These records are submitted as material evidence that Sunrise Hospital failed to perform

13  appropriate screening and stabilization, resulting in delayed life-saving treatment.

14  _____

15  **Submitted by:** Jade Riley Burch Plaintiff, Pro Se 222 Karen Ave Unit 1207 Las Vegas, NV

16  89109 jaderburch@gmail.com (614) 725-9452

17

## Document info

| | |
|---|---|
| Result type: | ED Clinical Summary |
| Result date: | May 01, 2025, 05:19 a.m. |
| Result status: | authenticated |
| Performed by: | Elena Rodriguez |
| Verified by: | Elena Rodriguez |
| Modified by: | Elena Rodriguez |

# ED Clinical Summary

| Patient: | **JADE BURCH** | DOB: | **Jul 31, 1978** |
|---|---|---|---|

ED Clinical Summary

**Summerlin Hospital Medical Center**
**657 Town Center Drive**
**Las Vegas, NV 89144-6367**
**http://www.summerlinhospital.com/**
**(702) 233-7000**

### SUMMARY OF CARE

**This document contains CONFIDENTIAL health information that is legally privileged.**
**Please be sure to take this document to your follow-up appointment so that your provider**
**has access to the necessary information about your recent hospitalization.**

**Patient Information:**

Name: BURCH, JADE          Age: 46 Years          DOB: 7/31/1978
Sex: Female               Language: ENG-English    PCP: Capobianco, Leo J DO
MRN: SHM6313302           FIN: SHM0000022420152    FC:
Arrival Date: 4/30/2025 21:19:00  Disposition: Admit to Inpatient  Discharge:
Diagnosis: 1:Pulmonary                             ED Depart Time: 5/1/2025 05:18:59
embolism; Chest pain; Shortness
of breath

**Visit Summary For** JADE BURCH
  **Age:** 46 years  **Sex:** Female  **DOB:** 07/31/1978  **MRN:** 6313302
  **Address:**

222 KAREN AVE UNIT 1207
1207
LAS VEGAS, NV, 891095313

**Home:** 6147259452
**Work:** --
**Mobile:** 6147259452
**Primary Care Provider:** Capobianco, Leo J DO
**Race:** White    **Ethnicity:** Non Hispanic or Latino
**Language:** ENG-English
**Health Plan:** 1°ANTHEM BC QHP INVISION

## Problems
### Active
Pulmonary embolism
Shortness of breath
Chest pain
Seizures
Diabetes mellitus
HTN (hypertension)
Anxiety
PTSD (post-traumatic stress disorder)
Transgender person on hormone therapy


**Follow Up**
**Care Team**
**Attending:** Gibbs DO, Mary-liberty Y
**Admitting:** Ahmed MD, Shamoona A
**Consulting:** Finch MD, Michelle R
**Allergies**
No Known Medication Allergies
No Known Allergies

**Medical Information**

| Medication | Dose | Route |
|---|---|---|
| morphine | 4 mg | IV Push |
| ondansetron (Zofran) | 4 mg | IV Push |
| morphine | 4 mg | IV Push |
| ondansetron (Zofran) | 4 mg | IV Push |
| iopamidol | 75 mL | IV |

*Prescriptions Given to Patient/Caregiver(s):*

No New Prescriptions

**Smoking Status**
**Functional Status**

        **Mode of Discharge:**

        **Home Equipment:**

        **Level of Consciousness:**

        **Affect/Behavior:**

        **Activities of Daily Living:**

**Care Plan**
**<u>Discharge Orders</u>**

**Patient Education Information:**
      *Instructions Provided:*

**Physician Documentation / Notes:**

## Document info

| | |
|---|---|
| Result type: | ED Patient Summary |
| Result date: | May 01, 2025, 05:19 a.m. |
| Result status: | authenticated |
| Performed by: | Elena Rodriguez |
| Verified by: | Elena Rodriguez |
| Modified by: | Elena Rodriguez |

# ED Patient Summary

**Patient:**       **JADE BURCH**          **DOB:**     **Jul 31, 1978**

ED Patient Summary

**Summerlin Hospital Medical Center**
**657 Town Center Drive**
**Las Vegas, NV 89144-6367**
**http://www.summerlinhospital.com/**
**(702) 233-7000**

**Confirmation of Receipt of Instructions**

**Name: BURCH, JADE**
**Age: 46 Years Date of Birth: 7/31/1978**
**MRN: SHM6313302 FIN: SHM0000022420152 Arrival Time: 4/30/2025 21:19:00**
**Diagnosis: 1:Pulmonary embolism; Chest pain; Shortness of breath**
**Patient Visit Summary:**
BURCH, JADE has been provided patient education materials, follow-up instructions and prescriptions.
**My Signature Below Indicates:**
> I have received and understood the oral instructions regarding my current medical problem.
> I will arrange follow-up care as instructed, outlined in this and any following page(s).
> I acknowledge continuing medications prescribed by my regular doctor.
> I acknowledge receipt of the written instructions as outlined in this and any previous page(s).
> I will read and review these instructions.
> I acknowledge that I will contact my Primary Care Physician or return to the Emergency Department immediately if symptoms worsen or persist.

( ) Patient Refuses to Sign
( ) Patient Left Without Signing
( ) Patient was informed of their non-emergent status

_____
Patient Signature

_____
Parent / Guardian (if patient is a minor)

_____
Nurse Signature (if not patient signature)

_____
Hospital Witness Signature (if no patient signature)


DC1000

**Summerlin Hospital Medical Center**
**657 Town Center Drive**
**Las Vegas, NV 89144-6367**
**http://www.summerlinhospital.com/**
**(702) 233-7000**

Name: BURCH, JADE
Age:  46 Years Date of Birth: 7/31/1978
MRN: SHM6313302 FIN: SHM0000022420152 Arrival Time: 4/30/2025 21:19:00
Diagnosis: 1:Pulmonary embolism; Chest pain; Shortness of breath
Emergency Department Care Team:
*Provider:* Gibbs DO, Mary-liberty Y

The Emergency Department physician has reviewed the information that you have provided concerning medications that have been prescribed previously and found there to be no conflict with any therapy recommended by the Emergency Department physicians. Unless instructed by the Emergency Department physician to discontinue specific medications, you should continue medications prescribed by your regular doctor and follow-up with your doctor or with the physician/facility recommended by the ED as appropriate.

If you plan on operating a motor vehicle or using any dangerous equipment within the next several hours, please check with your physician or nurse to make sure that none of the medicines that you received in the Emergency Department could interfere with your performance of these tasks.

The physicians and staff of the SHM Center encourage you to lead a healthy lifestyle. If you smoke, we strongly urge you to quit. Contact your local American Lung Association for additional information.

**Allergies:**
No Known Medication Allergies; No Known Allergies

**Vaccination/Immunologic Information**

**Prescriptions Given to Patient/Caregiver(s):**
No New Prescriptions

*Medication Special Considerations:*

# Care after receiving medication in the ER (Adult)

While in the Emergency Room you may have been given medication that may be new to you and/or could alter your ability to think or act clearly. Most of the effects might have worn off, but you may still have some side effects for the next 6 to 8 hours. Althought your care providers have given you verbal instructions, we want to ensure you read and understand the following:

# Do not drive, operate dangerous machinery, or make important business or personal decisions during the next 24 hours.

**Additional Warning**
Consult your healthcare provider if you plan on taking any medication for pain or sleep in the next 4 hours. These medicines may react with the medicines you were given in the hospital and could cause a much stronger response than usual. Additionally, please refrain from any alcohol or illicit drug use during the next 24 hours.

**Follow-up Care**
Follow up with your healthcare provider if you are not alert and back to your usual level of activity within 12 hours.

**When to seek medical advice**
Call your healthcare provider or 911 right away if any of these occur:

• Unexpected increase in drowsiness

- Weakness or dizziness gets worse
- Repeated vomiting
- You can't be awakened
- Fever
- New onset rash
- Difficulty Breathing or Chest Pain

**Patient Education Materials Provided:**
_**Comment:**_
**Follow-up Instructions:**
**Major Tests and Procedures:**
The following procedures and tests were performed during your ED visit.
**Laboratory or Other Results This Visit** (last charted value for your 05/01/2025 visit)

### Hematology
04/30/2025  10:39 PM
  **Hct:** 38.4 % -- Normal range between ( 33.0 and 50.0 )
  **Hgb:** 12.4 gm/dL -- Normal range between ( 10.7 and 16.7 )
  **MCH:** 30.2 pg -- Normal range between ( 24.8 and 33.8 )
  **MCHC:** 32.3 gm/dL -- Normal range between ( 30.6 and 34.9 )
  **MCV:** 93.4 Femtoliters -- Normal range between ( 79.4 and 99.5 )
  **MPV:** 8.8 Femtoliters -- Normal range between ( 7.2 and 12.6 )
  **RBC:** 4.11 x10e6/mcL -- Normal range between ( 3.62 and 5.76 )
  **WBC:** 6.55 x10e3/mcL -- Normal range between ( 3.74 and 10.90 )
  **Plt:** 441 x10e3/mcL -- Normal range between ( 140 and 400 )
  **Eos # Auto:** 0.10 x10e3/mcL -- Normal range between ( 0.00 and 0.30 )
  **Immature Grans %:** 0.8 % -- Normal range between ( 0.0 and 0.8 )
  **RDW-CV:** 13.3 % -- Normal range between ( 11.0 and 15.1 )
  **Mono % Auto:** 13.3 %
  **Lymph # Auto:** 1.80 x10e3/mcL -- Normal range between ( 0.80 and 3.60 )
  **Immature Grans # Auto:** 0.05 x10e3/mcL -- Normal range
between ( 0.00 and 0.07 )
  **RDW-SD:** 45.1 Femtoliters -- Normal range between ( 37.6 and 47.5 )
  **Neut % Auto:** 56.3 %
  **Lymph % Auto:** 27.5 %
  **Eos % Auto:** 1.5 %
  **Baso % Auto:** 0.6 %
  **Neut # Auto:** 3.69 x10e3/mcL -- Normal range between ( 1.30 and 7.30 )
  **Mono # Auto:** 0.87 x10e3/mcL -- Normal range between ( 0.20 and 0.80 )
  **Baso # Auto:** 0.04 x10e3/mcL -- Normal range between ( 0.00 and 0.10 )

### Coagulation
04/30/2025  10:39 PM
  **D Dimer:** 1.32 mcg/mL FEU

**Urinalysis**
    04/30/2025  10:39 PM
      **Ur Clarity:** Cloudy
      **Ur Bacteria:** None Seen /HPF
      **UR Glucose:** Negative
      **Ur Ketones:** Negative
      **Ur Nitrite:** Negative
      **Ur Protein:** 1+
      **Ur Mucous:** Many /LPF
      **UA Culture?:** No
      **Ur Color:** Yellow
      **Ur Leuk Est:** Negative
      **Ur Bili:** Negative
      **Ur Blood:** Negative
      **Ur Urobilinogen:** 2.0 mg/dL
      **Ur Spec Grav:** 1.031  -- Normal range between ( 1.010 and 1.030 )
      **Ur pH:** 6.0  -- Normal range between ( 5.0 and 8.0 )
      **Signs/Symptoms of UTI?:** Flank pain
      **UA RBC Inst:** 4 /HPF -- Normal range between ( 0 and 2 )
      **UA Squam Epi Inst:** 1 /HPF -- Normal range between ( 0 and 5 )
      **UA WBC Inst:** 1 /HPF -- Normal range between ( 0 and 5 )

**Chemistry**
    05/01/2025  1:34 AM
      **Troponin TNIH:** <2.50 ng/L -- Normal range between ( 0.00 and 34.11 )
    04/30/2025  11:17 PM
      **Estimated Creatinine Clearance:** 78.57 mL/min
    04/30/2025  10:39 PM
      **Creatinine:** 1.00 mg/dL -- Normal range between ( 0.55 and 1.02 )
      **Anion Gap:** 12 mmol/L -- Normal range between ( 5 and 14 )
      **BUN/Creat Ratio:** 13  -- Normal range between ( 6 and 22 )
      **Alk Phos:** 110 units/L -- Normal range between ( 46 and 116 )
      **ALT:** 63 units/L -- Normal range between ( 14 and 56 )
      **AST:** 36 units/L -- Normal range between ( 15 and 37 )
      **T Bili:** 0.3 mg/dL -- Normal range between ( 0.2 and 1.0 )
      **CO2:** 26 mmol/L -- Normal range between ( 20 and 31 )
      **Glucose Level:** 102 mg/dL -- Normal range between ( 74 and 106 )
      **Mg Lvl:** 2.3 mg/dL -- Normal range between ( 1.8 and 2.4 )
      **T4 Free:** 1.48 ng/dL -- Normal range between ( 0.76 and 1.46 )
      **TP:** 8.4 gm/dL -- Normal range between ( 6.4 and 8.2 )
      **BUN:** 13 mg/dL -- Normal range between ( 7 and 18 )
      **Chloride:** 103 mmol/L -- Normal range between ( 98 and 107 )
      **TSH Ultrasensitive:** 1.823 mc Intl units/mL -- Normal range between ( 0.300 and 4.000 )
      **BNP:** <2 pg/mL -- Normal range between ( 2 and 99 )

**Calcium:** 10.0 mg/dL -- Normal range between ( 8.7 and 10.4 )
**Albumin. Level:** 5.4 gm/dL -- Normal range between ( 3.2 and 4.8 )
**HCG QT:** <3.0 milli intl units/mL
**Potassium:** 4.0 mmol/L -- Normal range between ( 3.5 and 5.1 )
**Sodium:** 141 mmol/L -- Normal range between ( 136 and 145 )
**A/G Ratio:** 1.8  -- Normal range between ( 0.8 and 2.0 )
**Calc Osmo:** 282 mOsmol/kg -- Normal range between ( 275 and 295 )
**eGFR Pediatric:** Not Reported
**eGFR Cr:** 70 mL/min/1.73m2

## Computed Tomography

05/01/2025  0:28 AM
**CT Angio Chest w/Contrst Incl w/o Imags:** CT Angio Chest w/Contrst Incl w/o
Imags

## Diagnostic Radiology

04/30/2025  9:49 PM
**XR Chest 1 View Frontal:** XR Chest 1 View Frontal

**Pending Results**
Basic Metabolic Panel ordered on 05/02/2025
C Reactive Protein ordered on 05/01/2025
CBC with Diff ordered on 05/02/2025
Culture Blood ARD ordered on 05/01/2025
EC EKG ordered on 04/30/2025
EC TTE W/doppler Complete ordered on 05/01/2025
Heparin Anti-Xa (UFH) ordered on 05/01/2025
PT INR ordered on 05/01/2025
Procalcitonin ordered on 05/01/2025
US Bilat Lower Ext Venous Duplex ordered on 05/01/2025
aPTT ordered on 05/01/2025



**Common Emergency Awareness Tips**

| | |
|---|---|
| IS IT A STROKE? | Act **FAST** and Check for these signs: |
| **F**ACE | Does the face look uneven? |
| **A**RM | Does one arm drift down? |
| **S**PEECH | Does their speech sound strange? |
| **T**IME | Call 9-1-1 at any sign of stroke |

**Heart Attack Signs**

- **Chest discomfort:** Most heart attacks involve discomfort in the center of the chest and lasts more than a few minutes, or goes away and comes back. It can feel like uncomfortable pressure, squeezing, fullness or pain.
  - **Discomfort in upper body:** Symptoms can include pain or discomfort in one or both arms, back, neck, jaw or stomach.
  - **Shortness of breath:** With or without discomfort.
  - **Other signs:** Breaking out in a cold sweat, nausea, or lightheaded.
  - Remember, **MINUTES DO MATTER** If you experience any of these heart attack warning signs, call **9-1-1** to get immediate medical attention!

**National Suicide Prevention Hotline. Help is Available. Speak with Someone Today.**
**1-800-273-8255**

**If you or someone you know is a victim of human trafficking, call now. Get help.**
**1-888-373-7888**

<u>**WRITTEN NOTICE**</u>

You have received an appropriate medical screening examination that does not reveal an emergency medical condition, or your emergency medical condition has been stabilized to the extent possible within the capabilities of this facility. Under Nevada law, SB348, this notice must

be provided to you.

(a) This facility accepts all patients enrolled in Medicaid and Medicare.

(b) This facility is contracted with most major insurance companies. This can change from time to time. A detailed list can be found on our website at .

(c) In addition to the fees charged by this facility, you will be charged separately by other physician providers who are not employees of this facility. This includes the ER providers and potentially the radiologist or pathologist who interpret imaging and laboratory studies.

(d) The maximum price for emergency medical services that this facility commonly provides is .

(e) If you must be transported to a non-Valley Healthcare System facility, you may be charged separately for an ambulance ride by the ambulance provider.

## Document info

| | |
|---|---|
| Result type: | EKG |
| Result date: | Apr 30, 2025, 09:29 p.m. |
| Result status: | authenticated |

# EKGM

**Patient:** **JADE BURCH** **DOB:** **Jul 31, 1978**

**MUSE_EKG.pdf**

Summerlin Hospital-ED   ROUTINE RECORD

BURCH, JADE

31-Jul-1978 (46 yr)
Female    White
Room:0531
Loc:22

ID:000613302

30-Apr-2025 21:29:37

| Vent. rate | 97 | BPM |
| PR interval | 144 | ms |
| QRS duration | 82 | ms |
| QT/QTcB | 348/441 | ms |
| P-R-T axes | 26  34 | -43 |

Normal sinus rhythm
T wave abnormality, consider inferior ischemia
T wave abnormality, consider anterolateral ischemia
Abnormal ECG
When compared with ECG of 06-Mar-2025 13:49,
No significant change was found
Confirmed by Sheikh, Fareed (1672) on 5/2/2025 7:41:39 AM

Technician: AS
Test ind:

Confirmed By: Fareed Sheikh

Referred by:  NO



Test ind:

25mm/s    10mm/mV    150Hz    10.2.1    12SL 243    CID: 3

SID: 20144845 EID: 1672 EDT: 07:41 02-May-2025 ORDER: 1855413078I

Page 1 of 1

## Document info

| | |
|---|---|
| Result type: | History & Physical |
| Result date: | May 01, 2025, 05:12 a.m. |
| Result status: | authenticated |
| Performed by: | Homer Yung |
| Verified by: | Mary-liberty Gibbs |
| Modified by: | Mary-liberty Gibbs |

# Initial Evaluation Note

| Patient: | **JADE BURCH** | DOB: | **Jul 31, 1978** |
|---|---|---|---|

**Chief Complaint/Reason for Consultation**
POV Pt c/o chest pain, SOB, n/v x 4 day
had surgery on 04/17

**History of Present Illness**
46-year-old transgender male to female, on hormonal therapy, with medical history of HTN, diabetes mellitus, anxiety, depression, migraines, PNES, who presents to the ED for chest pain. States that the symptoms have been intermittent for about 1 week. Complains of chest pain, described as pressure nature. Associated symptoms include shortness of breath and cough. Also mentions that he had recent cosmetic surgery done to his face on the 17th. Due to worsening symptoms, patient presents to the ED for further evaluation. Currently denies any headache, dizziness, vomiting, diarrhea, fever or chills.
While in the ED, patient stable on room air. Lab work returns with elevated D-dimer at 1.32. CTA chest was done which showed small acute pulmonary embolus in the distal aspect of the segmental proximal subsegmental branch in the right lower lobe. Also noted to have small area of consolidative pneumonia. He was started on heparin gtt. and antibiotics.

**Review of Systems**
A 10 point review of systems was performed and was negative with exceptions under HPI and PMH.

**Objective**

**Measurements (most recent)**

| | | | |
|---|---|---|---|
| **Height (cm)** | 180.34 cm | Simpson, Ashli | 04/30 21:22 |
| **Height (inches)** | 71.00 inch | SYSTEM | 04/30 21:22 |
| **Weight** | 85.3 kg | Simpson, Ashli | 04/30 21:22 |

**Histories**
**Allergies**
**Allergies**   (Active and Proposed Allergies Only)
No Known Allergies  (Severity: Unknown severity, Onset: Unknown)
No Known Medication Allergies (Severity: Unknown severity, Onset: Unknown)

**Past Medical History**
**Active Problems**(9)
**Anxiety**
**Chest pain**
**Diabetes mellitus**
**HTN (hypertension)**
**PTSD (post-traumatic stress disorder)**
**Pulmonary embolism**
**Seizures**
**Shortness of breath**
**Transgender person on hormone therapy**

**Past Surgical History**
Robot Xi Assisted Cholecystectomy (Laterality NA): 03/16/24

**Social History**
**Alcohol**
Details: Denies

| Weight (lbs) | 188.05 lb | SYSTEM | 04/30 21:22 |
| Body Mass Index | 26.23 kg/m2 | Simpson, Ashli | 04/30 21:22 |

**Substance Abuse**
Details: Denies
**Tobacco**
Details: Never (less than 100 in lifetime)

**Family History**
No Family History documented.

## Vital Signs Last Charted (24 hrs)

| | Last Charted | Minimum | Maximum |
|---|---|---|---|
| Temp | 36.6 | 04/30/2025 21:25 | 36.6 | 04/30/2025 21:25 | 36.6 | 04/30/2025 21:25 |
| Heart Rate Monitored | 70 | 05/01/2025 05:09 | 62 | 05/01/2025 02:59 | 77 | 04/30/2025 22:56 |
| Resp Rate | 20 | 05/01/2025 02:08 | 18 | 04/30/2025 23:08 | **H** 22 | 04/30/2025 21:23 |
| SBP | **H** 139 | 05/01/2025 05:00 | 131 | 05/01/2025 03:00 | **H** 154 | 04/30/2025 21:23 |
| DBP | **C** 99 | 05/01/2025 05:00 | 79 | 05/01/2025 04:30 | **C** 101 | 04/30/2025 21:23 |
| MAP | 115 | 05/01/2025 05:00 | 100 | 05/01/2025 04:30 | 115 | 05/01/2025 05:00 |
| SpO2 | 96 | 05/01/2025 05:09 | 94 | 05/01/2025 02:59 | 97 | 04/30/2025 21:23 |
| O2 Therapy | | | | Room air | | |

## Intake and Output (current encounter)

No Data Available

## Physical Exam
**General:** Alert, in no acute cardiopulmonary distress.
**Mental Status:** Oriented to person, place and time. Normal affect.
**Head:** Normocephalic.
**Eyes:** Pupils are equal, round and reactive to light. Extraocular muscles intact.
**Ear, Nose and Throat:** Oropharynx clear, mucous membranes moist. Ears and nose without masses, lesions or deformities. Tympanic membranes clear bilaterally. Trachea midline.
**Neck:** Supple, Full range of motion.
**Respiratory:** Clear to auscultation and percussion. No wheezing, rales or rhonchi.
**Cardiovascular:** Heart sounds normal. No thrills. Regular rate and rhythm, no murmurs, rubs or gallops.
**Gastrointestinal:** Abdomen soft, non-tender, non-distended. Normal bowel sounds. No pulsatile mass. No hepatosplenomegaly.

## Medications
**Home Medications**
**amLODIPine (amLODIPine 10 mg oral tablet)** 10 Milligram 1 Tabs By Mouth Daily
**diclofenac topical (Voltaren 1% topical gel)** 1 Application Topical 4 Times a Day as needed for pain for 7 Days
**divalproex sodium (divalproex sodium 250 mg oral delayed release tablet)** 750 Milligram 3 Tabs By Mouth Daily
**divalproex sodium (divalproex sodium 500 mg oral delayed release tablet)** 500 Milligram 1 Tabs By Mouth at Bedtime
**docusate (docusate sodium 100 mg oral tablet)** 100 Milligram 1 Tabs By Mouth 2 Times a Day as needed as needed for constipation
**escitalopram (escitalopram 10 mg oral tablet)** 10 Milligram 1 Tabs By Mouth Daily
**estradiol-progesterone** By Mouth Every PM pt takes estradiol and progesterone  it seperately
**hydrocodone-acetaminophen (hydrocodone-acetaminophen 10 mg-325 mg oral tablet)** 1 Tabs By Mouth Every 4 hours  as needed for pain
**ibuprofen (ibuprofen 600 mg oral tablet)** 600 Milligram 1 Tabs By Mouth 3 Times a Day as needed Pain
**insulin lispro (HumaLOG KwikPen 100 units/mL injectable solution)** See Instructions If 180-200: 2 units, 201-230: 3 units, 231-260: 4 units, 261-290: 5 units, 291-320: 6 units, 321-350: 7 units, greater than 350: 8 units
**ipratropium-albuterol (DuoNeb 0.5 mg-2.5 mg/3 mL inhalation solution)** 3 Milliliter Nebulized inhalation (aerosol) Once Take a 3 mL dose when you are having trouble breathing or an asthma attack

**Genitourinary:** No costovertebral angle tenderness.
**Neurologic:** No focal neurological deficits. Moves all extremities spontaneously. Sensation intact bilaterally.
**Skin:** No rashes or lesions. No petechiae or purpura. No edema.
**Musculoskeletal:** No cyanosis or clubbing. No gross deformities. Normal range of motion.

## Assessment/Plan
### Diagnoses
Chest pain  (R07.9)
Shortness of breath  (R06.02)
1. Pulmonary embolism  (I26.99)


Assessment:

Pulmonary embolism
Pneumonia
Hypertension
Diabetes mellitus
Hx of anxiety, depression
Hx of PNES


Plan:

Pending echo, US LE venous
Pending cultures
Continue heparin gtt.
Continue IV ABX
Supplement O2 as needed
Pain management
BP and glycemic control
Electrolyte replacement
PT/OT
Resume home meds
Routine labs
Supportive care
GI/DVT prophylaxis

**methocarbamol (Robaxin-750 oral tablet)** 1,500 Milligram 2 Tabs By Mouth 3 Times a Day as needed Muscle Spasm
**QUEtiapine (QUEtiapine 100 mg oral tablet)** 400 Milligram 4 Tabs By Mouth at Bedtime
**senna (senna (sennosides) 8.6 mg oral tablet)** 17.2 Milligram 2 Tabs By Mouth at Bedtime as needed for constipation with plenty of water for 30 Days


### 72 hour Antibiotic History
No qualifying data available...


### Results
### Recent Labs
**Cardiac**

| BNP | <2 pg/mL (Normal) | 04/30/2025 22:39 |
|---|---|---|
| Troponin TNIH | <2.50 ng/L (Normal) | 05/01/2025 01:34 |

**General Chemistry**

| Glucose Level | 102 mg/dL (Normal) | 04/30/2025 22:39 |
|---|---|---|
| Sodium | 141 mmol/L (Normal) | 04/30/2025 22:39 |
| Potassium | 4.0 mmol/L (Normal) | 04/30/2025 22:39 |
| Chloride | 103 mmol/L (Normal) | 04/30/2025 22:39 |
| CO2 | 26 mmol/L (Normal) | 04/30/2025 22:39 |
| Anion Gap | 12 mmol/L (Normal) | 04/30/2025 22:39 |
| BUN | 13 mg/dL (Normal) | 04/30/2025 22:39 |

| | | |
|---|---|---|
| **Creatinine** | 1.00 mg/dL (Normal) | 04/30/2025 22:39 |
| **BUN/Creat Ratio** | 13 (Normal) | 04/30/2025 22:39 |
| **Calcium** | 10.0 mg/dL (Normal) | 04/30/2025 22:39 |
| Albumin. Level | 5.4 gm/dL (High) | 04/30/2025 22:39 |
| TP | 8.4 gm/dL (High) | 04/30/2025 22:39 |
| **A/G Ratio** | 1.8 (Normal) | 04/30/2025 22:39 |
| **T Bili** | 0.3 mg/dL (Normal) | 04/30/2025 22:39 |
| **Alk Phos** | 110 units/L (Normal) | 04/30/2025 22:39 |
| **AST** | 36 units/L (Normal) | 04/30/2025 22:39 |
| ALT | 63 units/L (High) | 04/30/2025 22:39 |
| **Mg Lvl** | 2.3 mg/dL (Normal) | 04/30/2025 22:39 |
| **Estimated Creatinine Clearance** | 78.57 mL/min () | 04/30/2025 23:17 |
| **eGFR Cr** | 70 mL/min/1 | 04/30/2025 22:39 |

| | .73m2 (N/A) | |
| **eGFR Pediatric** | Not Reported (N/A) | 04/30/2025 22:39 |
| **Calc Osmo** | 282 mOsmol/kg (Normal) | 04/30/2025 22:39 |

**General Coagulation**

| | | |
|---|---|---|
| D Dimer | 1.32 mcg/mL FEU (High) | 04/30/2025 22:39 |

**General Hematology**

| | | |
|---|---|---|
| **WBC** | 6.55 x10e3/mcL (Normal) | 04/30/2025 22:39 |
| **RBC** | 4.11 x10e6/mcL (Normal) | 04/30/2025 22:39 |
| **Hgb** | 12.4 gm/dL (Normal) | 04/30/2025 22:39 |
| **Hct** | 38.4 % (Normal) | 04/30/2025 22:39 |
| **MCV** | 93.4 Femtoliters (Normal) | 04/30/2025 22:39 |
| **MCH** | 30.2 pg (Normal) | 04/30/2025 22:39 |
| **MCHC** | 32.3 gm/dL (Normal) | 04/30/2025 22:39 |

| | | |
|---|---|---|
| **RDW-SD** | 45.1 Femtolite rs (Normal) | 04/30/2 025 22:39 |
| **RDW-CV** | 13.3 % (Normal) | 04/30/2 025 22:39 |
| Plt | 441 x10e3/m cL (High) | 04/30/2 025 22:39 |
| **MPV** | 8.8 Femtolite rs (Normal) | 04/30/2 025 22:39 |
| **Neut % Auto** | 56.3 % (N/A) | 04/30/2 025 22:39 |
| **Lymph % Auto** | 27.5 % (N/A) | 04/30/2 025 22:39 |
| **Mono % Auto** | 13.3 % (N/A) | 04/30/2 025 22:39 |
| **Eos % Auto** | 1.5 % (N/A) | 04/30/2 025 22:39 |
| **Baso % Auto** | 0.6 % (N/A) | 04/30/2 025 22:39 |
| **Immatur e Grans %** | 0.8 % (Normal) | 04/30/2 025 22:39 |
| **Neut # Auto** | 3.69 x10e3/m cL (Normal) | 04/30/2 025 22:39 |
| **Lymph # Auto** | 1.80 x10e3/m cL (Normal) | 04/30/2 025 22:39 |

| Mono #<br>Auto | 0.87<br>x10e3/m<br>cL (High) | 04/30/2<br>025<br>22:39 |
|---|---|---|
| Eos #<br>Auto | 0.10<br>x10e3/m<br>cL<br>(Normal) | 04/30/2<br>025<br>22:39 |
| Baso #<br>Auto | 0.04<br>x10e3/m<br>cL<br>(Normal) | 04/30/2<br>025<br>22:39 |
| Immatur<br>e Grans<br># Auto | 0.05<br>x10e3/m<br>cL<br>(Normal) | 04/30/2<br>025<br>22:39 |

**Pregnancy**

| HCG QT | <3.0 milli<br>intl<br>units/mL<br>(Normal) | 04/30/2<br>025<br>22:39 |
|---|---|---|

**Thyroid**

| T4 Free | 1.48<br>ng/dL<br>(High) | 04/30/2<br>025<br>22:39 |
|---|---|---|
| TSH<br>Ultrasen<br>sitive | 1.823 mc<br>Intl<br>units/mL<br>(Normal) | 04/30/2<br>025<br>22:39 |

**UA Macroscopic**

| Ur Color | Yellow<br>(Normal) | 04/30/2<br>025<br>22:39 |
|---|---|---|
| Ur<br>Clarity | Cloudy<br>(Abnorm<br>al) | 04/30/2<br>025<br>22:39 |
| UR<br>Glucose | Negative<br>(Normal) | 04/30/2<br>025<br>22:39 |
| Ur Bili | Negative<br>(Normal) | 04/30/2<br>025<br>22:39 |

| | | |
|---|---|---|
| **Ur Ketones** | Negative (Normal) | 04/30/2025 22:39 |
| Ur Spec Grav | 1.031 (High) | 04/30/2025 22:39 |
| **Ur Blood** | Negative (Normal) | 04/30/2025 22:39 |
| **Ur pH** | 6.0 (Normal) | 04/30/2025 22:39 |
| Ur Protein | 1+ (Abnormal) | 04/30/2025 22:39 |
| Ur Urobilinogen | 2.0 mg/dL (Abnormal) | 04/30/2025 22:39 |
| **Ur Nitrite** | Negative (Normal) | 04/30/2025 22:39 |
| **Ur Leuk Est** | Negative (Normal) | 04/30/2025 22:39 |
| **UA Culture?** | No (N/A) | 04/30/2025 22:39 |
| **Signs/Symptoms of UTI?** | Flank pain (Normal) | 04/30/2025 22:39 |

**UA Microscopic**

| | | |
|---|---|---|
| **UA WBC Inst** | 1 /HPF (Normal) | 04/30/2025 22:39 |
| UA RBC Inst | 4 /HPF (High) | 04/30/2025 22:39 |
| **Ur Bacteria** | None Seen /HPF (Normal) | 04/30/2025 22:39 |

| UA Squam Epi Inst | 1 /HPF (Normal) | 04/30/2025 22:39 |
|---|---|---|
| Ur Mucous | Many /LPF (Abnormal) | 04/30/2025 22:39 |

### Abnormal Labs

**Cardiac**
BNP      <2 pg/mL
(Normal)      04/30/2025 22:39

**General Chemistry**
ALT      63 units/L
(High)      04/30/2025 22:39
Albumin. Level      5.4 gm/dL
(High)      04/30/2025 22:39
TP      8.4 gm/dL
(High)      04/30/2025 22:39

**General Coagulation**
D Dimer      1.32 mcg/mL FEU
(High)      04/30/2025 22:39

**General Hematology**
Mono # Auto      0.87 x10e3/mcL
(High)      04/30/2025 22:39
Plt      441 x10e3/mcL
(High)      04/30/2025 22:39

**Thyroid**
T4 Free      1.48 ng/dL
(High)      04/30/2025 22:39

**UA Macroscopic**
Ur Clarity      Cloudy
(Abnormal)      04/30/2025 22:39
Ur Protein      1+
(Abnormal)      04/30/2025 22:39
Ur Spec Grav      1.031
(High)      04/30/2025 22:39
Ur Urobilinogen      2.0 mg/dL
(Abnormal)      04/30/2025 22:39

**UA Microscopic**
UA RBC Inst      4 /HPF
(High)      04/30/2025 22:39
Ur Mucous      Many /LPF
(Abnormal)      04/30/2025 22:39

Note: Critical results are displayed in red.

CBC, BMP, Coagulation Trend (last 4 resulted)

| WBC | 6.55 04/30/2025 22:39 | | | |
|-----|------|---|---|---|
| Hgb | 12.4 04/30/2025 22:39 | | | |
| Hct | 38.4 04/30/2025 22:39 | | | |
| Baso # Auto | 0.04 04/30/2025 22:39 | | | |
| Baso % Auto | 0.6 04/30/2025 22:39 | | | |
| Eos # Auto | 0.10 04/30/2025 22:39 | | | |

| | | | | |
|---|---|---|---|---|
| Eos % Auto | 1.5 04/3 0/20 25 22: 39 | | | |
| Immatur e Grans % | 0.8 04/3 0/20 25 22: 39 | | | |
| Immatur e Grans # Auto | 0.05 04/3 0/20 25 22: 39 | | | |
| Lymph # Auto | 1.80 04/3 0/20 25 22: 39 | | | |
| Lymph % Auto | 27.5 04/3 0/20 25 22: 39 | | | |
| Mono # Auto | 0.87 H 04/3 0/20 25 22: 39 | | | |
| Mono % Auto | 13.3 04/3 | | | |

| | | | |
|---|---|---|---|
| | 0/20 25 22: 39 | | |
| Neut # Auto | **3.69** 04/3 0/20 25 22: 39 | | |
| Neut % Auto | **56.3** 04/3 0/20 25 22: 39 | | |
| Plt | **441 H** 04/3 0/20 25 22: 39 | | |
| Glucose Level | **102** 04/3 0/20 25 22: 39 | | |
| Sodium | **141** 04/3 0/20 25 22: 39 | | |
| Potassi um | **4.0** 04/3 0/20 25 | | |

| | | | | |
|---|---|---|---|---|
| | 22: 39 | | | |
| Chloride | **103** 04/3 0/20 25 22: 39 | | | |
| CO2 | **26** 04/3 0/20 25 22: 39 | | | |
| Creatini ne | **1.00** 04/3 0/20 25 22: 39 | | | |
| BUN | **13** 04/3 0/20 25 22: 39 | | | |
| BUN/Cre at Ratio | **13** 04/3 0/20 25 22: 39 | | | |
| Mg Lvl | **2.3** 04/3 0/20 25 22: 39 | | | |
| Calcium | **10.0** 04/3 | | | |

| | | | |
|---|---|---|---|
| | 0/20 25 22: 39 | | |
| Albumin . Level | 5.4 H 04/3 0/20 25 22: 39 | | |
| Ur Protein | 1+ 04/3 0/20 25 22: 39 | | |
| T Bili | 0.3 04/3 0/20 25 22: 39 | | |
| Alk Phos | 110 04/3 0/20 25 22: 39 | | |
| AST | 36 04/3 0/20 25 22: 39 | | |
| ALT | 63 H 04/3 0/20 25 22: 39 | | |

**Blood Glucose Trend**
Glucose Level: 102 mg/dL (04/30/25 22:39:00)

**CBC (Last Within 24hrs)**
WBC: 6.55 x10e3/mcL (22:39)
Hgb: 12.4 gm/dL (22:39)
Hct: 38.4 % (22:39)
Plt: 441 x10e3/mcL High (22:39)

**Differential (Last Within 24hrs)**
## - Automated -
Neut % Auto: 56.3 % (22:39)

Lymph % Auto: 27.5 % (22:39)

Mono % Auto: 13.3 % (22:39)

Eos % Auto: 1.5 % (22:39)

Baso % Auto: 0.6 % (22:39)

Immature Grans %: 0.8 % (22:39)

Neut # Auto: 3.69 x10e3/mcL (22:39)

Lymph # Auto: 1.8 x10e3/mcL (22:39)

Mono # Auto: 0.87 x10e3/mcL High (22:39)

Baso # Auto: 0.04 x10e3/mcL (22:39)

Immature Grans # Auto: 0.05 x10e3/mcL (22:39)

**BMP, Mg, and Phos (Last Within 24hrs)**
Sodium: 141 mmol/L (22:39)
Potassium: 4 mmol/L (22:39)
Chloride: 103 mmol/L (22:39)
CO2: 26 mmol/L (22:39)
BUN: 13 mg/dL (22:39)
Creatinine: 1 mg/dL (22:39)
Glucose Level: 102 mg/dL (22:39)
Calcium: 10 mg/dL (22:39)
Mg Lvl: 2.3 mg/dL (22:39)

**LFT (Last Within 24hrs)**

AST: 36 units/L (22:39)
ALT: 63 units/L High (22:39)
Alk Phos: 110 units/L (22:39)
T Bili: 0.3 mg/dL (22:39)
TP: 8.4 gm/dL High (22:39)

**Urinalysis (Last Within 24hrs)**
Ur Color: Yellow (22:39)
Ur Clarity: Cloudy UA Abnormal
(22:39)
UR Glucose: NegativeIRIS (22:39)
Ur Bili: NegativeIRIS (22:39)
Ur Ketones: NegativeIRIS (22:39)
Ur Spec Grav: 1.031 High (22:39)
Ur Blood: NegativeIRIS (22:39)
Ur pH: 6 (22:39)
Ur Protein: 1+ Abnormal (22:39)
Ur Urobilinogen: 2.0 Abnormal (22:39)
Ur Nitrite: NegativeIRIS (22:39)
Ur Leuk Est: NegativeIRIS (22:39)
UA Culture?: No (22:39)
Signs/Symptoms of UTI?: Flank pain
(22:39)
UA WBC Inst: 1 /HPF (22:39)
UA RBC Inst: 4 /HPF High (22:39)
Ur Bacteria: None Seen Iris (22:39)
UA Squam Epi Inst: 1 /HPF (22:39)
Ur Mucous: Many IRIS Alpha
Abnormal (22:39)

**Microbiology**

| Culture Blood ARD | | Collected | |
|---|---|---|---|
| Source: | Blood | Body Site: | Peripheral |
| Collected Dt/Tm: | 05/01/2025 05:05 | Last Updated Dt/Tm: | 05/01/2025 04:34 |

| Culture Blood ARD | | Collected | |
|---|---|---|---|
| Source: | Blood | Body Site: | Peripheral |
| Collected Dt/Tm: | 05/01/2025 05:05 | Last Updated Dt/Tm: | 05/01/2025 04:34 |

**Cardiology Labs**
BNP: <2 (04/30/25 22:39:00)
Troponin TNIH: <2.50 (05/01/25 01:34:00)
Troponin TNIH: <2.50 (04/30/25 22:39:00)

**Prenatal Labs_____**
No Data Available

**Transcribed Prenatal Labs_____**
No Data Available

## Document info

| | |
|---|---|
| Result type: | Progress Note-Physician |
| Result date: | May 04, 2025, 09:52 a.m. |
| Result status: | authenticated |
| Performed by: | Jasmine Chopra |
| Verified by: | Jasmine Chopra |
| Modified by: | Jasmine Chopra |

# Neurology

| Patient: | **JADE BURCH** | DOB: | **Jul 31, 1978** |
|---|---|---|---|

**Las Vegas Neurology Center Progress Note**

**SUBJECTIVE:**

Patient seen and examined earlier this morning. No overnight events noted. Patient lying in bed watching TV, family member bedside, results of MRI discussed with patient. Patient tells me that her swallowing issues have improved.

**OBJECTIVE:**

| Vital Signs (last 24 hrs) | | Last Charted | Minimum | Maximum |
|---|---|---|---|---|
| Heart Rate | 88 (MAY 04 09:38) | 75 (MAY 03 20:29) | 91 (MAY 04 02:01) | |
| Resp Rate | 17 (MAY 04 09:38) | 16 (MAY 03 16:30) | 18 (MAY 03 11:53) | |
| SBP | 133 (MAY 04 09:37) | 117 (MAY 03 20:28) | 133 (MAY 04 09:37) | |
| DBP | C 97 (MAY 04 09:37) | 74 (MAY 03 11:52) | C 97 (MAY 04 09:37) | |
| SpO2 | 98 (MAY 04 09:38) | 96 (MAY 03 20:29) | 98 (MAY 03 11:53) | |

**Medications (27) Active**
Scheduled: (12)
amLODIPine 5 mg Tab  10 mg 2 Tabs, Oral, Daily
apixaban 5 mg Tab  10 mg 2 Tabs, Oral, BID
cefpodoxime 200 mg Tab  200 mg 1 Tabs, Oral, BID
Consult to Pharmacy  1 Each, Misc, Daily
doxycycline hyclate 100 mg Tab  100 mg 1 Tabs, Oral, BID
escitalopram 10 mg Tab  10 mg 1 Tabs, Oral, Daily
ethanol topical  1 amp, Topical, BID
Hypoglycemia Protocol Advisor  Protocol, N/A, Daily
insulin lispro HumaLOG 1 unit/0.01 mL syringe  1-8 Units, SubCutaneous, Before Meals and HS
levalbuterol 0.63 mg/3 mL Inh Sol  0.63 mg 3 mL, Inhalation, RT c8H
QUEtiapine 100 mg Tab  300 mg 3 Tabs, Oral, qHS
valproic acid + Sodium Chloride 0.9% 50 mL  500 mg 5 mL, IV Piggyback, q8H
Continuous: (0)
PRN: (15)
acetaminophen 325 mg Tab  650 mg 2 Tabs, Oral, q4H

albuterol-ipratropium Inh Sol 3 mL  3 mL, NEB, RT q4H
benzocaine/menthol lozenge  1 Lozenges, Oral, q2H
benzonatate 100 mg Cap  200 mg 2 Caps, Oral, TID
cloNIDine 0.1 mg Tab  0.1 mg 1 Tabs, Oral, q4H
dextromethorphan-guaiFENesin 20 mg-200 mg/10 mL  10 mL, Oral, q4H
docusate sodium 100 mg Cap  100 mg 1 Caps, Oral, BID
guaiFENesin 100 mg/5 mL Oral Liq 10 mL  400 mg 20 mL, Oral, q4H
hydrALAZINE 20 mg/mL vial  10 mg 0.5 mL, IV Push, q4H
HYDROcodone -acetaminophen 5 mg-325 mg tab  1 Tabs, Oral, q4H
LORazepam 2 mg/mL 1 mL inj  1 mg 0.5 mL, IV Push, Once
morphine 2 mg/mL injection 1 mL PF  2 mg 1 mL, IV Push, q4H
ondansetron 4 mg/2 mL vial  4 mg 2 mL, IV Push, q4H
senna 8.6 mg Tab senna gen  17.2 mg 2 Tabs, Oral, qHS
simethicone 80 mg Chew Tab  80 mg 1 Tabs, Oral, q6H

Labs (Last four charted values)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| WBC | 5.49 | (MAY 04) | 5.02 | (MAY 03) | 4.92 | (MAY 02) | 6.55 | (APR 30) |
| Hgb | 11.7 | (MAY 04) | 12.0 | (MAY 03) | 11.1 | (MAY 02) | 12.4 | (APR 30) |
| Hct | 36.1 | (MAY 04) | 37.7 | (MAY 03) | 34.3 | (MAY 02) | 38.4 | (APR 30) |
| Plt | H 434 | (MAY 04) | H 407 | (MAY 03) | H 417 | (MAY 02) | H 441 | (APR 30) |
| Na | 141 | (MAY 04) | 142 | (MAY 03) | 139 | (MAY 02) | 141 | (APR 30) |
| K | 3.5 | (MAY 04) | 4.0 | (MAY 03) | 4.0 | (MAY 02) | 4.0 | (APR 30) |
| CO2 | 21 | (MAY 04) | 23 | (MAY 03) | 26 | (MAY 02) | 26 | (APR 30) |
| Cl | 103 | (MAY 04) | 106 | (MAY 03) | 102 | (MAY 02) | 103 | (APR 30) |
| Cr | 0.89 | (MAY 04) | 0.99 | (MAY 03) | 0.97 | (MAY 02) | 1.00 | (APR 30) |
| BUN | 11 | (MAY 04) | 14 | (MAY 03) | 11 | (MAY 02) | 13 | (APR 30) |
| Glucose Random | | H 125 | (MAY 04) | 94 | (MAY 03) | 85 | (MAY 02) | 102 | (APR 30) |
| Mg | 2.0 | (MAY 04) | 2.3 | (APR 30) | | | | |
| Phos | 3.6 | (MAY 04) | | | | | | |
| Ca | 9.5 | (MAY 04) | 9.8 | (MAY 03) | 9.5 | (MAY 02) | 10.0 | (APR 30) |
| PT | 10.6 | (MAY 01) | | | | | | |
| INR | 1.0 | (MAY 01) | | | | | | |
| PTT | 26 | (MAY 01) | | | | | | |

PHYSICAL EXAM:

GEN: Alert/ No Acute Distress

HEENT: Atraumatic/Normocephalic

NECK: supple

NEURO:

Mood/Affect: appropriate to situation

Attention/Concentration: intact

Fund of Knowledge: age appropriate

Speech: fluent

CN 2-12: intact/no focal deficits

EOMI/PERRLA

Motor Strength: Moving all four extremities spontaneously and to command

Tone/Bulk: Intact

Sensation: Intact

Reflexes: deferred

FtN, RAM: deferred

Ambulation/Gait: deferred

Imaging:
CT brain 5/1/2025: No acute pathology.
MRI brain with and without contrast 5/3/25: There is no restriction of diffusion to suggest an acute ischemic event. There are a few
scattered T2 hyperintense white matter foci perhaps most notable in the region of the
right frontal opercular region. In a patient this age these findings are nonspecific.

EEG:
EEG 5/2/2025: This electroencephalogram is within normal limits.

ASSESSMENT:
Dysphagia ruled out brainstem pathology
Acute pulmonary embolism in the distal aspect of the segmental–proximal subsegmental branch of the right lower lobe
Dyspnea
Angina
PNES
Functional neurological disorder
Hypertension
Anxiety
Depression
Migraine headaches
Diabetes

PLAN:
Anticoagulation per IM, CBC per IM
Depakote
Seizure precautions
No driving, bathing, swimming alonw x 90 days
Repeat MRI brain with and without contrast in 1 years time out of abundance of precaution to reassess white matter foci
Continued outpatient follow-up with neurology, patient pending evaluation at tertiary center

Thank you very much for allowing us to participate in the care of your patient. Please do not hesitate to contact us for any questions or concerns.

*Jasmine Chopra, D.O.*
*Board Certified Neurologist*
*Las Vegas Neurology Center*

## Document info

| | |
|---|---|
| Result type: | Progress Note-Physician |
| Result date: | May 03, 2025, 10:22 a.m. |
| Result status: | authenticated |
| Performed by: | Jasmine Chopra |
| Verified by: | Jasmine Chopra |
| Modified by: | Jasmine Chopra |

# Neurology

| Patient: | **JADE BURCH** | DOB: | **Jul 31, 1978** |
|---|---|---|---|

### Las Vegas Neurology Center Progress Note

### SUBJECTIVE:

Patient seen and examined earlier this morning. No overnight events noted. Patient sitting up awake in bed, family member at bedside, MRI brain pending.

### OBJECTIVE:

| Vital Signs (last 24 hrs) | | Last Charted | Minimum | Maximum |
|---|---|---|---|---|
| Heart Rate | 73 (MAY 03 09:07) | 67 (MAY 03 04:19) | 92 (MAY 02 20:14) | |
| Resp Rate | 16 (MAY 03 09:07) | 16 (MAY 02 19:24) | 18 (MAY 02 12:53) | |
| SBP | 112 (MAY 03 09:06) | 110 (MAY 03 04:18) | H 152 (MAY 02 21:00) | |
| DBP | 70 (MAY 03 09:06) | 70 (MAY 03 09:06) | C 105 (MAY 02 13:59) | |
| SpO2 | 96 (MAY 03 09:07) | 96 (MAY 02 12:53) | 100 (MAY 03 04:19) | |

### Medications (30) Active

Scheduled: (15)

amLODIPine 5 mg Tab  10 mg 2 Tabs, Oral, Daily
apixaban 5 mg Tab  10 mg 2 Tabs, Oral, BID
cefpodoxime 200 mg Tab  200 mg 1 Tabs, Oral, BID
Consult to Pharmacy  1 Each, Misc, Daily
doxycycline hyclate 100 mg Tab  100 mg 1 Tabs, Oral, BID
escitalopram 10 mg Tab  10 mg 1 Tabs, Oral, Daily
ethanol topical  1 amp, Topical, BID
Hypoglycemia Protocol Advisor  Protocol, N/A, Daily
insulin lispro HumaLOG 1 unit/0.01 mL syringe  1-6 Units, SubCutaneous, Before Meals and HS
levalbuterol 0.63 mg/3 mL Inh Sol  0.63 mg 3 mL, Inhalation, RT q6H
Protocol  Protocol, N/A, q72H Interval
Protocol  Protocol, N/A, q72H Interval
Protocol  Protocol, N/A, q72H Interval
QUEtiapine 100 mg Tab  300 mg 3 Tabs, Oral, qHS
valproic acid + Sodium Chloride 0.9% 50 mL  500 mg 5 mL, IV Piggyback, q8H
Continuous: (0)

PRN: (15)

acetaminophen 325 mg Tab  650 mg 2 Tabs. Oral, q4H
albuterol-ipratropium inh Sol 3 mL  3 mL, NEB, RT q4H
benzocaine/menthol lozenge  1 Lozenges, Oral, q2H
benzonatate 100 mg Cap  200 mg 2 Caps, Oral, TID
cloNIDine 0.1 mg Tab  0.1 mg 1 Tabs. Oral, q4H
dextromethorphan-guaiFENesin 20 mg-200 mg/10 mL  10 mL, Oral. q4H
docusate sodium 100 mg Cap  100 mg 1 Caps, Oral, BID
guaiFENesin 100 mg/5 mL Oral Liq 10 mL  400 mg 20 mL, Oral, q4H
hydrALAZINE 20 mg/mL vial  10 mg 0.5 mL, IV Push, q4H
HYDROcodone -acetaminophen 5 mg-325 mg tab  1 Tabs, Oral. q4H
LORazepam 2 mg/mL 1 mL inj  1 mg 0.5 mL, IV Push. Once
morphine 2 mg/mL injection 1 mL PF  2 mg 1 mL. IV Push, q4H
ondansetron 4 mg/2 mL vial  4 mg 2 mL, IV Push. q4H
senna 8.6 mg Tab senna gen  17.2 mg 2 Tabs, Oral. qHS
simethicone 80 mg Chew Tab  80 mg 1 Tabs, Oral, q6H

Labs (Last four charted values)
WBC    5.02  (MAY 03)  4.92  (MAY 02)  6.55   (APR 30)
Hgb    12.0  (MAY 03)  11.1  (MAY 02)  12.4   (APR 30)
Hct    37.7  (MAY 03)  34.3  (MAY 02)  38.4   (APR 30)
Plt    H 407  (MAY 03)  H 417  (MAY 02)  H 441  (APR 30)
Na     142  (MAY 03)  139  (MAY 02)  141   (APR 30)
K      4.0  (MAY 03)  4.0  (MAY 02)  4.0  (APR 30)
CO2    23  (MAY 03)  26  (MAY 02)  26   (APR 30)
Cl     106  (MAY 03)  102  (MAY 02)  103   (APR 30)
Cr     0.99  (MAY 03)  0.97  (MAY 02)  1.00  (APR 30)
BUN    14  (MAY 03)  11  (MAY 02)  13   (APR 30)
Glucose Random     94  (MAY 03)  95  (MAY 02)  102  (APR 30)
Mg     2.3  (APR 30)
Ca     9.8  (MAY 03)  9.5  (MAY 02)  10.0   (APR 30)
PT     10.6  (MAY 01)
INR    1.0  (MAY 01)
PTT    26  (MAY 01)


PHYSICAL EXAM:

GEN: Awake/ No Acute Distress

HEENT: Atraumatic/Normocephalic

NECK: supple

NEURO:

Mood/Affect: appropriate

Attention/Concentration: intact

Fund of Knowledge: age appropriate

Speech: fluent

CN 2-12: intact/no focal deficits

EOMI/PERRLA

Motor Strength: Moving all extremities spontaneously and to command

Tone/Bulk: intact

Sensation: intact

Reflexes: deferred

FtN, RAM: deferred

Ambulation/Gait: deferred

Imaging:
CT brain 5/1/2025: No acute pathology.

EEG:
EEG 5/2/2025: This electroencephalogram is within normal limits.

ASSESSMENT:
Dysphagia rule out structural pathology as etiology
Acute pulmonary embolism in the distal aspect of the segmental–proximal subsegmental branch of the right
lower lobe
Dyspnea
Angina
PNES
Functional neurological disorder
Hypertension
Anxiety
Depression
Migraine headaches
Diabetes

PLAN:
MRI brain with and without contrast
Depakote monitor levels
Home Seroquel
Seizure precautions
No driving, bathing, swimming alonw x 90 days
Continued outpatient follow-up with neurology, patient pending evaluation at tertiary center

Thank you very much for allowing us to participate in the care of your patient. Please do not hesitate to
contact us for any questions or concerns.

Jasmine Chopra, D.O.
Board Certified Neurologist
Las Vegas Neurology Center

## Document info

| | |
|---|---|
| Result type: | Progress Note-Physician |
| Result date: | May 03, 2025, 09:09 a.m. |
| Result status: | authenticated |
| Performed by: | Marcella Pomeranz |
| Verified by: | Eladio Carrera |
| Modified by: | Eladio Carrera |

# Progress/SOAP Note

| Patient: | JADE BURCH | DOB: | Jul 31, 1978 |
|---|---|---|---|

**Subjective**
Dysphagia stable
No GI bleeding
Reports had seizure last night, pain all over
**Review of Systems**
**Constitutional:** No weight loss, fever, chills, weakness or fatigue.
**HEENT:** No visual loss, blurred vision, double vision or yellow sclera. No hearing loss, sneezing, congestion, runny nose or sore throat.
**Skin:** No rash or itching
**Cardiovascular:** No chest pain, chest pressure or chest discomfort. No palpitations or pedal edema.
**Respiratory:** No shortness of breath, cough or sputum production.
**Gastrointestinal:** Negative other than findings above.
**Genitourinary:** No burning micturition. No urinary frequency or incontinence.
**Neurologic:** No headache, dizziness, syncope, unilateral weakness, ataxia, numbness or tingling in the extremities. No change in bowel or bladder control.
**Musculoskeletal:** No muscle pain, back pain, joint pain or stiffness.
**Hematologic:** No bleeding or bruising.
**Psychiatric:** No depression or anxiety.
**Endocrine:** No reports of sweating. No cold or heat intolerance. No polyuria or polydipsia.

**Allergies**
**Allergies**   (Active and Proposed Allergies Only)
No Known Allergies   (Severity: Unknown severity, Onset: Unknown)
No Known Medication Allergies   (Severity: Unknown severity, Onset: Unknown)

**Past Medical History**
**Active Problems**(9)
Anxiety
Chest pain
Diabetes mellitus
HTN (hypertension)
PTSD (post-traumatic stress disorder)
Pulmonary embolism
Seizures

Shortness of breath
Transgender person on hormone therapy

**Past Surgical History**
Robot XI Assisted Cholecystectomy (Laterality NA): 03/16/24

**Social History**
Alcohol
Details: Denies
Substance Abuse
Details: Denies
Tobacco
Details: Never (less than 100 in lifetime)

**Objective**

**Measurements (most recent)**

| | | | |
|---|---|---|---|
| **Height (cm)** | 180.34 cm | Simpson, Ashli | 04/30 21:22 |
| **Height (inches)** | 71.00 inch | SYSTEM | 04/30 21:22 |
| **Weight** | 85.3 kg | Simpson, Ashli | 04/30 21:22 |
| **Weight (lbs)** | 188.05 lb | SYSTEM | 04/30 21:22 |
| **Body Mass Index** | 26.23 kg/m2 | Simpson, Ashli | 04/30 21:22 |

| Vital Signs (24 hrs) | Last Charted | | Minimum | | Maximum | |
|---|---|---|---|---|---|---|
| Temp | 36.8 | 05/03/2025 09:07 | 36.8 | 05/02/2025 12:52 | 36.8 | 05/02/2025 12:52 |
| Heart Rate Monitored | 72 | 05/03/2025 01:20 | 72 | 05/03/2025 01:20 | 92 | 05/02/2025 20:07 |
| Resp Rate | 16 | 05/03/2025 09:07 | 16 | 05/02/2025 19:24 | 18 | 05/02/2025 12:53 |
| SBP | 112 | 05/03/2025 09:06 | 110 | 05/03/2025 04:18 | H 152 | 05/02/2025 21:00 |
| DBP | 70 | 05/03/2025 09:06 | 70 | 05/03/2025 09:06 | C 105 | 05/02/2025 13:59 |
| MAP | 84 | 05/03/2025 09:06 | 80 | 05/03/2025 04:18 | 112 | 05/02/2025 13:59 |

| SpO2 | 96 | 05/03/2025 09:07 | 96 | 05/02/2025 12:53 | 100 | 05/03/2025 04:19 |

O2 Therapy                                                          Nasal cannula

**Pain Scores (Last Within 24hrs)**
Numeric Pain Scale: 3 (22:50)

**Physical Exam**
Physical Exam
General: Alert. In no acute cardiopulmonary distress.
Mental Status: Oriented to person, place and time. Normal affect.
Head: Normocephalic.
Eyes: Pupils are equal, round and reactive to light. Extraocular muscles intact.
Ear, Nose and Throat: Oropharynx clear, mucous membranes moist. Ears and nose without masses, lesions or deformities. Tympanic membranes clear bilaterally. Trachea midline.
Neck: Supple. Full range of motion.
Respiratory: Clear to auscultation and percussion. No wheezing, rales or rhonchi.
Cardiovascular: Heart sounds normal. No thrills. Regular rate and rhythm, no murmurs, rubs or gallops.
Gastrointestinal: Abdomen soft, non-tender, non-distended. Normal bowel sounds. No pulsatile mass. No hepatosplenomegaly.
Genitourinary: No costovertebral angle tenderness.
Neurologic: No focal neurological deficits. Moves all extremities spontaneously.
Skin: No rashes or lesions. No petechiae or purpura. No edema.
Musculoskeletal: No cyanosis or clubbing. No gross deformities.
Lymphatics: Palpation of neck reveals no swelling or tenderness of neck nodes.

**Inpatient Medications**
Medications (31) Active
Scheduled: (16)
amLODIPine 5 mg Tab (amLODIPine) 10 mg 2 Tabs, Oral, Daily
apixaban 5 mg Tab (Eliquis) 10 mg 2 Tabs, Oral, BID
cefpodoxime 200 mg Tab (Vantin 200 mg oral tablet) 200 mg 1 Tabs, Oral, BID
Consult to Pharmacy (Pharmacy Consult) 1 Each. Misc, Daily
doxycycline hyclate 100 mg Tab (doxycycline) 100 mg 1 Tabs, Oral. BID
escitalopram 10 mg Tab (escitalopram) 10 mg 1 Tabs, Oral, Daily
ethanol topical (Nozin POPswab 62% topical swab) 1 amp, Topical, BID
Hypoglycemia Protocol Advisor Protocol, N/A, Daily
insulin lispro HumaLOG 1 unit/0.01 mL syringe (insulin lispro (HumaLOG) Correctional Scale Low) 1-6 Units, SubCutaneous, Before Meals and HS
levalbuterol 0.63 mg/3 mL Inh Sol (Xopenex 0.63 mg/3 mL inhalation solution) 0.63 mg 3 mL, Inhalation, RT q6H
LORazepam 2 mg/mL 1 mL inj (Ativan) 1 mg 0.5 mL, IV Push, Once
Protocol (Magnesium Sulfate - IV.) Protocol, N/A, q72H Interval
Protocol (Magnesium Oxide - OraL) Protocol, N/A, q72H Interval
Protocol (Potassium Chloride - Oral & IV.) Protocol, N/A, q72H Interval
QUEtiapine 100 mg Tab (QUEtiapine) 300 mg 3 Tabs, Oral, qHS
valproic acid + Sodium Chloride 0.9% 50 mL (Depacon + Sodium Chloride 0.9% intravenous solution 50 mL) 500 mg 5 mL, IV Piggyback, q8H
Continuous: (0)
PRN: (15)
acetaminophen 325 mg Tab (Tylenol) 650 mg 2 Tabs, Oral, q4H
albuterol-ipratropium Inh Sol 3 mL (ipratropium-albuterol) 3 mL, NEB, RT q4H
benzocaine/menthol lozenge (Chloraseptic) 1 Lozenge, Oral, q2H
benzonatate 100 mg Cap (Tessalon Perles) 200 mg 2 Caps, Oral, TID
cloNIDine 0.1 mg Tab (cloNIDine) 0.1 mg 1 Tabs, Oral, q4H
dextromethorphan-guaiFENesin 20 mg-200 mg/10 mL (guaifenesin-dextromethorphan 100 mg-10 mg/5 mL

oral liquid) 10 mL, Oral, q4H
docusate sodium 100 mg Cap (docusate sodium) 100 mg 1 Caps, Oral, BID
guaiFENesin 100 mg/5 mL Oral Liq 10 mL (guaiFENesin) 400 mg 20 mL, Oral, q4H
hydrALAZINE 20 mg/mL vial (hydrALAZINE) 10 mg 0.5 mL, IV Push, q4H
HYDROcodone -acetaminophen 5 mg-325 mg tab (Norco 5 mg-325 mg oral tablet) 1 Tabs, Oral, q4H
LORazepam 2 mg/mL 1 mL Inj (Ativan) 1 mg 0.5 mL, IV Push, Once
morphine 2 mg/mL injection 1 mL PF (morphine) 2 mg 1 mL, IV Push, q4H
ondansetron 4 mg/2 mL vial (Zofran) 4 mg 2 mL, IV Push, q4H
senna 8.6 mg Tab senna gen (senna) 17.2 mg 2 Tabs, Oral, qHS
simethicone 80 mg Chew Tab (Mylicon) 80 mg 1 Tabs, Oral, q6H

Results
Recent Labs
General Chemistry

| Glucose Level | 94 mg/dL (Normal) | 05/03/2025 02:12 |
|---|---|---|
| POC Glucose | 88 mg/dL (Normal) | 05/03/2025 06:09 |
| Sodium | 142 mmol/L (Normal) | 05/03/2025 02:12 |
| Potassium | 4.0 mmol/L (Normal) | 05/03/2025 02:12 |
| Chloride | 106 mmol/L (Normal) | 05/03/2025 02:12 |
| CO2 | 23 mmol/L (Normal) | 05/03/2025 02:12 |
| Anion Gap | 13 mmol/L (Normal) | 05/03/2025 02:12 |
| BUN | 14 mg/dL (Normal) | 05/03/2025 02:12 |
| Creatinine | 0.99 mg/dL (Normal) | 05/03/2025 02:12 |
| BUN/Creat Ratio | 14 (Normal) | 05/03/2025 02:12 |
| Calcium | 9.8 mg/dL (Normal) | 05/03/2025 02:12 |
| Estimated Creatinine Clearance | 79.36 mL/min () | 05/03/2025 03:49 |
| eGFR Cr | 71 mL/min/1.73m2 (N/A) | 05/03/2025 02:12 |

| aGFR Pediatric | Not Reported (N/A) | 05/03/2025 02:12 |
|---|---|---|
| Calc Osmo | 283 mOsmol/kg (Normal) | 05/03/2025 02:12 |
| MAR Glucose | 88 () | 05/03/2025 06:09 |
| Result | | |
| General Coagulation | | |
| Heparin Anti-Xa (UFH) | 0.10 Intl_units/mL (Low) | 05/02/2025 15:30 |

General Hematology

| WBC | 5.02 x10e3/mcL (Normal) | 05/03/2025 02:12 |
|---|---|---|
| RBC | 4.04 x10e6/mcL (Normal) | 05/03/2025 02:12 |
| Hgb | 12.0 gm/dL (Normal) | 05/03/2025 02:12 |
| Hct | 37.7 % (Normal) | 05/03/2025 02:12 |
| MCV | 93.3 Femtoliters (Normal) | 05/03/2025 02:12 |
| MCH | 29.7 pg (Normal) | 05/03/2025 02:12 |
| MCHC | 31.8 gm/dL (Normal) | 05/03/2025 02:12 |
| RDW-SD | 45.2 Femtoliters (Normal) | 05/03/2025 02:12 |
| RDW-CV | 13.2 % (Normal) | 05/03/2025 02:12 |
| Plt | 407 x10e3/mcL (High) | 05/03/2025 02:12 |
| MPV | 9.5 Femtoliters (Normal) | 05/03/2025 02:12 |
| Neut % Auto | 55.7 % (N/A) | 05/03/2025 02:12 |
| Lymph % Auto | 28.9 % (N/A) | 05/03/2025 02:12 |
| Mono % Auto | 11.2 % (N/A) | 05/03/2025 02:12 |
| Eos % Auto | 3.2 % (N/A) | 05/03/2025 02:12 |

| Baso % Auto | 0.6 % (N/A) | 05/03/2025 02:12 |
|---|---|---|
| Immature Grans % | 0.4 % (Normal) | 05/03/2025 02:12 |
| Neut # Auto | 2.80 x10e3/mcL (Normal) | 05/03/2025 02:12 |
| Lymph # Auto | 1.45 x10e3/mcL (Normal) | 05/03/2025 02:12 |
| Mono # Auto | 0.56 x10e3/mcL (Normal) | 05/03/2025 02:12 |
| Eos # Auto | 0.16 x10e3/mcL (Normal) | 05/03/2025 02:12 |
| Baso # Auto | 0.03 x10e3/mcL (Normal) | 05/03/2025 02:12 |
| Immature Grans # Auto | 0.02 x10e3/mcL (Normal) | 05/03/2025 02:12 |

### Abnormal Labs

**General Coagulation**
Heparin Anti-Xa (UFH)        0.10 Inhl_units/mL (Low)        05/02/2025 15:30

**General Hematology**
Plt        407 x10e3/mcL (High)        05/03/2025 02:12

Note: Critical results are displayed in red.

**BMP, Mg, and Phos (Last Within 24hrs)**
Sodium: 142 mmol/L (02:12)
Potassium: 4 mmol/L (02:12)
Chloride: 106 mmol/L (02:12)
CO2: 23 mmol/L (02:12)
BUN: 14 mg/dL (02:12)
Creatinine: 0.89 mg/dL (02:12)
Glucose Level: 94 mg/dL (02:12)
Calcium: 9.8 mg/dL (02:12)

### Assessment/Plan
**Diagnoses**
Chest pain  (R07.9)
Shortness of breath  (R06.02)
1. Pulmonary embolism  (I26.99)

**Assessment:**

46-year-old transgender female On hormonal therapy and with recent head/neck plastic surgery found to have acute pulmonary embolus and distal aspect of signal proximal stump segmental branch of the right lower lobe. GI consulted as patient was having difficulty swallowing following procedure. Patient states that with noted swelling in their neck they feel that food and pills are difficult to swallow with sensation at the upper neck. Patient denies any prior episodes.

**Assessment:**
? Dysphagia
PE
Recent facial cosmetic surgery

**Plan:**
As symptoms appear to be related to superior neck with possible association with surgical swelling, recommend speech therapy eval at this time
Patient states they are currently tolerating most foods and liquids
Further recommendations pending speech therapy evaluation. risks of endoscopic evaluation outweigh benefits at this time given PE
Consider CT neck soft tissue for nursing symptoms
Consider ENT evaluation if concern for upper airway/esophagus abnormalities


Thank you for this consultation.
Other management per primary and other consultants
Imaging reports and labs were reviewed. This case was discussed with the attending physician.
Please contact the GI service directly or via the answering service at 702-633-0207 with any questions or concerns
No urgent plan for endoscopic evaluation. Please recall pm.

**Discharge Planning:**

## Document Info

| | |
|---|---|
| Result type: | History & Physical |
| Result date: | May 01, 2025, 05:12 a.m. |
| Result status: | authenticated |
| Performed by: | Homer Yung |
| Verified by: | Mary-liberty Gibbs |
| Modified by: | Mary-liberty Gibbs |

# Initial Evaluation Note

| Patient: | **JADE BURCH** | DOB: | **Jul 31, 1978** |
|---|---|---|---|

### Chief Complaint/Reason for Consultation
POV Pt c/o chest pain, SOB, n/v x 4 day
had surgery on 04/17

### History of Present Illness
48-year-old transgender male to female, on hormonal therapy, with medical history of HTN, diabetes mellitus, anxiety, depression, migraines, PNES, who presents to the ED for chest pain. States that the symptoms have been intermittent for about 1 week. Complains of chest pain, described as pressure nature. Associated symptoms include shortness of breath and cough. Also mentions that he had recent cosmetic surgery done to his face on the 17th. Due to worsening symptoms, patient presents to the ED for further evaluation. Currently denies any headache, dizziness, vomiting, diarrhea, fever or chills.
While in the ED, patient stable on room air. Lab work returns with elevated D-dimer at 1.32. CTA chest was done which showed small acute pulmonary embolus in the distal aspect of the segmental proximal subsegmental branch in the right lower lobe. Also noted to have small area of consolidative pneumonia. He was started on heparin gtt. and antibiotics.

### Review of Systems
A 10 point review of systems was performed and was negative with exceptions under HPI and PMH.

### Objective

### Measurements (most recent)

| Height (cm) | 180.34 cm | Simpson, Ashli | 04/30 21:22 |
|---|---|---|---|
| **Height (inches)** | 71.00 inch | SYSTEM | 04/30 21:22 |
| **Weight** | 85.3 kg | Simpson, Ashli | 04/30 21:22 |

### Histories
### Allergies
**Allergies** (Active and Proposed Allergies Only)
No Known Allergies (Severity: Unknown severity, Onset: Unknown)
(Severity: Unknown severity, Onset: Unknown)

### Past Medical History
**Active Problems**(9)
Anxiety
Chest pain
Diabetes mellitus
HTN (hypertension)
PTSD (post-traumatic stress disorder)
Pulmonary embolism
Seizures
Shortness of breath
Transgender person on hormone therapy

### Past Surgical History
Robot Xi Assisted Cholecystectomy (Laterality NA): 03/16/24

### Social History
Alcohol
**Details:** Denies

| | | | | |
|---|---|---|---|---|
| Weight (lbs) | 188.05 lb | SYSTEM | 04/30 21:22 | **Substance Abuse** <br> Details: Denies Tobacco |
| Body Mass Index | 26.23 kg/m2 | Simpson, Ashli | 04/30 21:22 | Details: Never (less than 100 in lifetime) |

**Vital Signs Last Charted  Minimum      Maximum**
**(24 hrs)**

**Family History**
No Family History documented.

| | | | | | |
|---|---|---|---|---|---|
| Temp | 36. 6 | 04/30/202 5 21:25 | 36. 6 | 04/30/202 5 21:25 | 36. 6  04/30/202 5 21:25 |
| Heart Rate Monitored | 70 | 05/01/202 5 05:09 | 62 | 05/01/202 5 02:59 | 77  04/30/202 5 22:56 |
| Resp Rate | 20 | 05/01/202 5 02:08 | 18 | 04/30/202 5 23:08 | H 22  04/30/202 5 21:23 |
| SBP | H 139 | 05/01/202 5 05:00 | 131 | 05/01/202 5 03:00 | H 154  04/30/202 5 21:23 |
| DBP | C 99 | 05/01/202 5 05:00 | 79 | 05/01/202 5 04:30 | C 101  04/30/202 5 21:23 |
| MAP | 115 | 05/01/202 5 05:00 | 100 | 05/01/202 5 04:30 | 115 05/01/202 5 05:00 |
| SpO2 | 96 | 05/01/202 5 05:09 | 94 | 05/01/202 5 02:59 | 97  04/30/202 5 21:23 |
| O2 Therapy | | | | | Room air |

**Intake and Output (current encounter)**

No Data Available

**Physical Exam**
General: Alert, in no acute cardiopulmonary distress.
Mental Status: Oriented to person, place and time. Normal affect.
Head: Normocephalic.
Eyes: Pupils are equal, round and reactive to light. Extraocular muscles intact.
Ear, Nose and Throat: Oropharynx clear, mucous membranes moist. Ears and nose without masses, lesions or deformities. Tympanic membranes clear bilaterally. Trachea midline.
Neck: Supple, Full range of motion.
Respiratory: Clear to auscultation and percussion. No wheezing, rales or rhonchi.
Cardiovascular: Heart sounds normal. No thrills. Regular rate and rhythm, no murmurs, rubs or gallops.
Gastrointestinal: Abdomen soft, non-tender, non-distended. Normal bowel sounds. No pulsatile mass. No hepatosplenomegaly.

**Medications**
**Home Medications**
amLODIPine (amLODIPine 10 mg oral tablet) 10 Milligram 1 Tabs By Mouth Daily
diclofenac topical (Voltaren 1% topical gel) 1 Application Topical 4 Times a Day as needed for pain for 7 Days
divalproex sodium (divalproex sodium 250 mg oral delayed release tablet) 750 Milligram 3 Tabs By Mouth Daily
divalproex sodium (divalproex sodium 500 mg oral delayed release tablet) 500 Milligram 1 Tabs By Mouth at Bedtime
docusate (docusate sodium 100 mg oral tablet) 100 Milligram 1 Tabs By Mouth 2 Times a Day as needed as needed for constipation
escitalopram (escitalopram 10 mg oral tablet) 10 Milligram 1 Tabs By Mouth Daily
estradiol-progesterone By Mouth Every PM pt takes estradiol and progesterone  it seperately
hydrocodone-acetaminophen (hydrocodone-acetaminophen 10 mg-325 mg oral tablet) 1 Tabs By Mouth Every 4 hours  as needed for pain
ibuprofen (ibuprofen 600 mg oral tablet) 600 Milligram 1 Tabs By Mouth 3 Times a Day as needed Pain
insulin lispro (HumaLOG KwikPen 100 units/mL Injectable solution) See instructions If 180-200: 2 units, 201-230: 3 units, 231-260: 4 units, 261-290: 5 units, 291-320: 6 units, 321-350: 7 units, greater than 350: 8 units
ipratropium-albuterol (DuoNeb 0.5 mg-2.5 mg/3 mL Inhalation solution) 3 Milliliter Nebulized inhalation (aerosol) Once Take a 3 mL dose when you are having trouble breathing or an asthma attack

Genitourinary: No costovertebral angle tenderness.
Neurologic: No focal neurological deficits. Moves all extremities
spontaneously. Sensation intact bilaterally.
Skin: No rashes or lesions. No petechiae or purpura. No edema.
Musculoskeletal: No cyanosis or clubbing. No gross deformities. Normal
range of motion.

## Assessment/Plan
### Diagnoses
Chest pain  (R07.9)
Shortness of breath  (R06.02)
1.  Pulmonary embolism  (I26.99)

Assessment:

Pulmonary embolism
Pneumonia
Hypertension
Diabetes mellitus
Hx of anxiety, depression
Hx of PNES

Plan:

Pending echo, US LE venous
Pending cultures
Continue heparin gtt.
Continue IV ABX
Supplement O2 as needed
Pain management
BP and glycemic control
Electrolyte replacement
PT/OT
Resume home meds
Routine labs
Supportive care
GI/DVT prophylaxis

methocarbamol (Robaxin-750 oral
tablet) 1,500 Milligram 2 Tabs By
Mouth 3 Times a Day as needed
Muscle Spasm
QUEtiapine (QUEtiapine 100 mg oral
tablet) 400 Milligram 4 Tabs By Mouth
at Bedtime
senna (senna (sennosides) 8.6 mg
oral tablet) 17.2 Milligram 2 Tabs By
Mouth at Bedtime as needed for
constipation with plenty of water for 30
Days

### 72 hour Antibiotic History
No qualifying data available...

### Results
#### Recent Labs
**Cardiac**

| | | |
|---|---|---|
| BNP | <2 pg/mL (Normal) | 04/30/2025 22:39 |
| Troponin TNIH | <2.50 ng/L (Normal) | 05/01/2025 01:34 |

**General Chemistry**

| | | |
|---|---|---|
| Glucose Level | 102 mg/dL (Normal) | 04/30/2025 22:39 |
| Sodium | 141 mmol/L (Normal) | 04/30/2025 22:39 |
| Potassium | 4.0 mmol/L (Normal) | 04/30/2025 22:39 |
| Chloride | 103 mmol/L (Normal) | 04/30/2025 22:39 |
| CO2 | 26 mmol/L (Normal) | 04/30/2025 22:39 |
| Anion Gap | 12 mmol/L (Normal) | 04/30/2025 22:39 |
| BUN | 13 mg/dL (Normal) | 04/30/2025 22:39 |

| | | |
|---|---|---|
| Creatinine | 1.00 mg/dL (Normal) | 04/30/2025 22:39 |
| BUN/Creat Ratio | 13 (Normal) | 04/30/2025 22:39 |
| Calcium | 10.0 mg/dL (Normal) | 04/30/2025 22:39 |
| Albumin Level | 5.4 gm/dL (High) | 04/30/2025 22:39 |
| TP | 8.4 gm/dL (High) | 04/30/2025 22:39 |
| A/G Ratio | 1.8 (Normal) | 04/30/2025 22:39 |
| T Bili | 0.3 mg/dL (Normal) | 04/30/2025 22:39 |
| Alk Phos | 110 units/L (Normal) | 04/30/2025 22:39 |
| AST | 36 units/L (Normal) | 04/30/2025 22:39 |
| ALT | 63 units/L (High) | 04/30/2025 22:39 |
| Mg Lvl | 2.3 mg/dL (Normal) | 04/30/2025 22:39 |
| Estimated Creatinine Clearance | 78.57 mL/min () | 04/30/2025 23:17 |
| eGFR Cr | 70 mL/min/1 | 04/30/2025 22:39 |

| | | |
|---|---|---|
| | .73m2 (N/A) | |
| eGFR Pediatric | Not Reported (N/A) | 04/30/2025 22:39 |
| Calc Osmo | 282 mOsmol/ kg (Normal) | 04/30/2025 22:39 |

**General Coagulation**

| | | |
|---|---|---|
| D Dimer | 1.32 mcg/mL FEU (High) | 04/30/2025 22:39 |

**General Hematology**

| | | |
|---|---|---|
| WBC | 6.55 x10e3/m cL (Normal) | 04/30/2025 22:39 |
| RBC | 4.11 x10e6/m cL (Normal) | 04/30/2025 22:39 |
| Hgb | 12.4 gm/dL (Normal) | 04/30/2025 22:39 |
| Hct | 38.4 % (Normal) | 04/30/2025 22:39 |
| MCV | 93.4 Femtolite rs (Normal) | 04/30/2025 22:39 |
| MCH | 30.2 pg (Normal) | 04/30/2025 22:39 |
| MCHC | 32.3 gm/dL (Normal) | 04/30/2025 22:39 |

| | | |
|---|---|---|
| RDW-SD | 45.1 Femtoliters (Normal) | 04/30/2025 22:39 |
| RDW-CV | 13.3 % (Normal) | 04/30/2025 22:39 |
| Plt | 441 x10e3/mcL (High) | 04/30/2025 22:39 |
| MPV | 8.8 Femtoliters (Normal) | 04/30/2025 22:39 |
| Neut % Auto | 56.3 % (N/A) | 04/30/2025 22:39 |
| Lymph % Auto | 27.5 % (N/A) | 04/30/2025 22:39 |
| Mono % Auto | 13.3 % (N/A) | 04/30/2025 22:39 |
| Eos % Auto | 1.5 % (N/A) | 04/30/2025 22:39 |
| Baso % Auto | 0.6 % (N/A) | 04/30/2025 22:39 |
| Immature Grans % | 0.8 % (Normal) | 04/30/2025 22:39 |
| Neut # Auto | 3.69 x10e3/mcL (Normal) | 04/30/2025 22:39 |
| Lymph # Auto | 1.80 x10e3/mcL (Normal) | 04/30/2025 22:39 |

| Mono # Auto | 0.87 x10e3/m cL (High) | 04/30/2 025 22:39 |
|---|---|---|
| Eos # Auto | 0.10 x10e3/m cL (Normal) | 04/30/2 025 22:39 |
| Baso # Auto | 0.04 x10e3/m cL (Normal) | 04/30/2 025 22:39 |
| Immatur e Grans # Auto | 0.05 x10e3/m cL (Normal) | 04/30/2 025 22:39 |

Pregnancy

| HCG QT | <3.0 milli intl units/mL (Normal) | 04/30/2 025 22:39 |
|---|---|---|

Thyroid

| T4 Free | 1.48 ng/dL (High) | 04/30/2 025 22:39 |
|---|---|---|
| TSH Ultrasen sitive | 1.823 mc Intl units/mL (Normal) | 04/30/2 025 22:39 |

UA Macroscopic

| Ur Color | Yellow (Normal) | 04/30/2 025 22:39 |
|---|---|---|
| Ur Clarity | Cloudy (Abnorm al) | 04/30/2 025 22:39 |
| UR Glucose | Negative (Normal) | 04/30/2 025 22:39 |
| Ur Bili | Negative (Normal) | 04/30/2 025 22:39 |

| | | |
|---|---|---|
| Ur Ketones | Negative (Normal) | 04/30/2025 22:39 |
| Ur Spec Grav | 1.031 (High) | 04/30/2025 22:39 |
| Ur Blood | Negative (Normal) | 04/30/2025 22:39 |
| Ur pH | 6.0 (Normal) | 04/30/2025 22:39 |
| Ur Protein | 1+ (Abnormal) | 04/30/2025 22:39 |
| Ur Urobilinogen | 2.0 mg/dL (Abnormal) | 04/30/2025 22:39 |
| Ur Nitrite | Negative (Normal) | 04/30/2025 22:39 |
| Ur Leuk Est | Negative (Normal) | 04/30/2025 22:39 |
| UA Culture? | No (N/A) | 04/30/2025 22:39 |
| Signs/Symptoms of UTI? | Flank pain (Normal) | 04/30/2025 22:39 |

UA Microscopic

| | | |
|---|---|---|
| UA WBC Inst | 1 /HPF (Normal) | 04/30/2025 22:39 |
| UA RBC Inst | 4 /HPF (High) | 04/30/2025 22:39 |
| Ur Bacteria | None Seen /HPF (Normal) | 04/30/2025 22:39 |

| UA Squam Epi Inst | 1 /HPF (Normal) | 04/30/2025 22:39 |
|---|---|---|
| Ur Mucous | Many /LPF (Abnormal) | 04/30/2025 22:39 |

### Abnormal Labs

**Cardiac**
BNP     <2 pg/mL
(Normal)     04/30/2025 22:39

**General Chemistry**
ALT     63 units/L
(High)     04/30/2025 22:39
Albumin. Level     5.4 gm/dL
(High)     04/30/2025 22:39
TP     8.4 gm/dL
(High)     04/30/2025 22:39

**General Coagulation**
D Dimer     1.32 mcg/mL FEU
(High)     04/30/2025 22:39

**General Hematology**
Mono # Auto     0.87 x10e3/mcL
(High)     04/30/2025 22:39
Plt     441 x10e3/mcL
(High)     04/30/2025 22:39

**Thyroid**
T4 Free     1.48 ng/dL
(High)     04/30/2025 22:39

**UA Macroscopic**
Ur Clarity     Cloudy
(Abnormal)     04/30/2025 22:39
Ur Protein     1+
(Abnormal)     04/30/2025 22:39
Ur Spec Grav     1.031
(High)     04/30/2025 22:39
Ur Urobilinogen     2.0 mg/dL
(Abnormal)     04/30/2025 22:39

**UA Microscopic**
UA RBC Inst     4 /HPF
(High)     04/30/2025 22:39
Ur Mucous     Many /LPF
(Abnormal)     04/30/2025 22:39

Note: Critical results are displayed in red.

CBC, BMP, Coagulation Trend (last 4 resulted)

| WBC | 6.55 04/30/2025 22:39 | | |
|---|---|---|---|
| Hgb | 12.4 04/30/2025 22:39 | | |
| Hct | 38.4 04/30/2025 22:39 | | |
| Baso # Auto | 0.04 04/30/2025 22:39 | | |
| Baso % Auto | 0.6 04/30/2025 22:39 | | |
| Eos # Auto | 0.10 04/30/2025 22:39 | | |

| | | | |
|---|---|---|---|
| Eos % Auto | 1.5 04/3 0/20 25 22: 39 | | |
| Immatur e Grans % | 0.8 04/3 0/20 25 22: 39 | | |
| Immatur e Grans # Auto | 0.05 04/3 0/20 25 22: 39 | | |
| Lymph # Auto | 1.80 04/3 0/20 25 22: 39 | | |
| Lymph % Auto | 27.5 04/3 0/20 25 22: 39 | | |
| Mono # Auto | 0.87 H 04/3 0/20 25 22: 39 | | |
| Mono % Auto | 13.3 04/3 | | |

| | | | |
|---|---|---|---|
| | 0/20 25 22: 39 | | |
| Neut # Auto | 3.69 04/3 0/20 25 22: 39 | | |
| Neut % Auto | 56.3 04/3 0/20 25 22: 39 | | |
| Plt | 441 H 04/3 0/20 25 22: 39 | | |
| Glucose Level | 102 04/3 0/20 25 22: 39 | | |
| Sodium | 141 04/3 0/20 25 22: 39 | | |
| Potassi um | 4.0 04/3 0/20 25 | | |

| | | | | |
|---|---|---|---|---|
| | 22: 39 | | | |
| Chloride | 103 04/3 0/20 25 22: 39 | | | |
| CO2 | 26 04/3 0/20 25 22: 39 | | | |
| Creatini ne | 1.00 04/3 0/20 25 22: 39 | | | |
| BUN | 13 04/3 0/20 25 22: 39 | | | |
| BUN/Cre at Ratio | 13 04/3 0/20 25 22: 39 | | | |
| Mg Lvl | 2.3 04/3 0/20 25 22: 39 | | | |
| Calcium | 10.0 04/3 | | | |

| | | | |
|---|---|---|---|
| | 0/20 25 22: 39 | | |
| Albumin . Level | 5.4 H 04/3 0/20 25 22: 39 | | |
| Ur Protein | 1+ 04/3 0/20 25 22: 39 | | |
| T Bili | 0.3 04/3 0/20 25 22: 39 | | |
| Alk Phos | 110 04/3 0/20 25 22: 39 | | |
| AST | 36 04/3 0/20 25 22: 39 | | |
| ALT | 63 H 04/3 0/20 25 22: 39 | | |

**Blood Glucose Trend**
Glucose Level: 102 mg/dL (04/30/25
22:39:00)

**CBC (Last Within 24hrs)**
WBC: 6.55 x10e3/mcL (22:39)
Hgb: 12.4 gm/dL (22:39)
Hct: 38.4 % (22:39)
Plt: 441 x10e3/mcL High (22:39)

**Differential (Last Within 24hrs)**
**- Automated -**
Neut % Auto: 56.3 % (22:39)
Lymph % Auto: 27.5 %
(22:39)
Mono % Auto: 13.3 %
(22:39)
Eos % Auto: 1.5 % (22:39)
Baso % Auto: 0.6 % (22:39)
Immature Grans %: 0.8 %
(22:39)
Neut # Auto: 3.69
x10e3/mcL (22:39)
Lymph # Auto: 1.8
x10e3/mcL (22:39)
Mono # Auto: 0.87
x10e3/mcL High (22:39)
Baso # Auto: 0.04
x10e3/mcL (22:39)
Immature Grans # Auto:
0.05 x10e3/mcL (22:39)

**BMP, Mg, and Phos (Last Within
24hrs)**
Sodium: 141 mmol/L (22:39)
Potassium: 4 mmol/L (22:39)
Chloride: 103 mmol/L (22:39)
CO2: 28 mmol/L (22:39)
BUN: 13 mg/dL (22:39)
Creatinine: 1 mg/dL (22:39)
Glucose Level: 102 mg/dL (22:39)
Calcium: 10 mg/dL (22:39)
Mg Lvl: 2.3 mg/dL (22:39)

**LFT (Last Within 24hrs)**

AST: 38 units/L (22:39)
ALT: 83 units/L High (22:39)
Alk Phos: 110 units/L (22:39)
T B4: 0.3 mg/dL (22:39)
TP 8.4 gm/dL High (22:39)

Urinalysis (Last Within 24hrs)
Ur Color: Yellow (22:39)
Ur Clarity: Cloudy UA Abnormal
(22:39)
UR Glucose: NegativeIRIS (22:39)
Ur Bil: NegativeIRIS (22:39)
Ur Ketones: NegativeIRIS (22:39)
Ur Spec Grav: 1.031 High (22:39)
Ur Blood NegativeIRIS (22:39)
Ur pH: 6 (22:39)
Ur Protein: 1+ Abnormal (22:39)
Ur Urobilinogen: 2.0 Abnormal (22:39)
Ur Nitrite NegativeIRIS (22:39)
Ur Leuk Est NegativeIRIS (22:39)
UA Culture?: No (22:39)
Signs/Symptoms of UTI?: Flank pain
(22:39)
UA WBC Inst: 1 /HPF (22:39)
UA RBC Inst: 4 /HPF High (22:39)
Ur Bacteria: None Seen Iris (22:39)
UA Squam Epi Inst: 1 /HPF (22:39)
Ur Mucous: Many IRIS Alpha
Abnormal (22:39)

Microbiology

| Culture Blood ARD | | Collected | |
|---|---|---|---|
| Source: | Blood | Body Site: | Peripheral |
| Collected Dt/Tm: | 05/01/2025 05:05 | Last Updated Dt/Tm: | 05/01/2025 04:34 |

| Culture Blood ARD | | Collected | |
|---|---|---|---|
| Source: | Blood | Body Site: | Peripheral |
| Collected Dt/Tm: | 05/01/2025 05:05 | Last Updated Dt/Tm: | 05/01/2025 04:34 |

**Cardiology Labs**
BNP: <2 (04/30/25 22:39.00)
Troponin TNIH: <2.50 (05/01/25
01:34:00)
Troponin TNIH: <2.50 (04/30/25
22:39:00)

**Prenatal Labs**
No Data Available

**Transcribed Prenatal Labs**
No Data Available

**Document info**

| | |
|---|---|
| Result type: | EKG |
| Result date: | Apr 30, 2025, 09:29 p.m. |
| Result status: | authenticated |

# EKGM

| | | | |
|---|---|---|---|
| Patient: | JADE BURCH | DOB: | Jul 31, 1978 |

MUSK_EKG.pdf



Summerlin Hospital-ED  ROUTINE RECORD

BIRCH, JADU

ID:006313302    30-Apr-2025 21:29:37

31-Jul-1978 (46 yr)  Female  White

Room:05511
Loc:22

| | | BPM |
|---|---|---|
| Vent rate | 97 | BPM |
| PR interval | 144 | ms |
| QRS duration | 82 | ms |
| QT/QTcB | 348/441 | ms |
| P-R-T axes | 26  34 | -43 |

Normal sinus rhythm
T wave abnormality, consider inferior ischemia
T wave abnormality, consider anterolateral ischemia
Abnormal ECG
When compared with ECG of 06-Mar-2025 13:49.
No significant change was found
Confirmed by Sheikh, Fareed (1672) on 5/27/2025 7:41:39 AM

Confirmed By: Fareed Sheikh

Referral by:  NO

Technician: AS
Test ind:

SID: 20148345 EID: 1672 EDT: 07:41 03-May-2025 ORDER: 1855413078J
Page 1 of

25mm/s    10mm/mV    150Hz    10.2.1    1251.243    CID: 3



Summerlin Hospital-ED  ROUTINE RECORD

BURCH, JADE

31-Jul-1978 (46 yr)
Female    White
Room:0531
Loc:22

ID:006313302                30-Apr-2025 21:29:37

| | | |
|---|---|---|
| Vent. rate | 97 | BPM |
| PR interval | 144 | ms |
| QRS duration | 82 | ms |
| QT/QTcB | 348/441 | ms |
| P-R-T axes | 26  34 | -43 |

Normal sinus rhythm
T wave abnormality, consider inferior ischemia
T wave abnormality, consider anterolateral ischemia
Abnormal ECG
When compared with ECG of 06-Mar-2025 13:49.
No significant change was found
Confirmed by Sheikh, Fareed (1672) on 5/2/2025 7:41:39 AM

Technician: AS
Test Ind:

Confirmed By: Fareed Sheikh

Referred by:  NO

25mm/s    10mm/mV    150Hz    10.2.1    12SL 243    CID: 3    SID: 20144845 EID: 1672 FDT: 07:41 02-May-2025 ORDER: 18354139781

Page 1 of 1

## Document info

| | |
|---|---|
| Result type: | Progress Note - Care Manage/Social Work |
| Result date: | May 04, 2025, 02:27 p.m. |
| Result status: | authenticated |
| Performed by: | Lisa Cubit |
| Verified by: | Lisa Cubit |
| Modified by: | Lisa Cubit |

# HHC Start of Service.

**Patient:**       **JADE BURCH**         **DOB:**       **Jul 31, 1978**

I called and spoke to Guardian Angels HHC. This patient was on service with them previously. Guardian Angels accepted the patient in Care Port and the anticipated start of service is 5/5/25. Guardian Angels HHC was accepted and booked in Care Port. I called and spoke to the patients nurse Melina and advised her that the HHC had been arranged.

## Document info

| | |
|---|---|
| Result type: | Progress Note-Nurse |
| Result date: | May 04, 2025, 01:38 a.m. |
| Result status: | authenticated |
| Performed by: | Jenny Ann Valdez |
| Verified by: | Jenny Ann Valdez |
| Modified by: | Jenny Ann Valdez |

| Patient: | **JADE BURCH** | **DOB:** | **Jul 31, 1978** |
|---|---|---|---|

pt was having seizure twice @0122 and @0125 both for less than a minute. self resolve. vitals stable. MD notified, covering Byron Ricana N.P.

## Document info

| | |
|---|---|
| Result type: | Progress Note-Nurse |
| Result date: | May 04, 2025, 06:48 a.m. |
| Result status: | authenticated |
| Performed by: | Jenny Ann Valdez |
| Verified by: | Jenny Ann Valdez |
| Modified by: | Jenny Ann Valdez |

**Patient:**        **JADE BURCH**              **DOB:**        **Jul 31, 1978**

Paged MD, covering Byron Ricana N.P.

RN: hi pt refused her seroquel last night. pt stated she no longer taking it. thank you

Response: Noted. Thank you.

## Document info

| | |
|---|---|
| Result type: | Progress Note-Nurse |
| Result date: | May 04, 2025, 07:00 a.m. |
| Result status: | authenticated |
| Performed by: | Malena Rubio |
| Verified by: | Malena Rubio |
| Modified by: | Malena Rubio |

**Patient:**     **JADE BURCH**          **DOB:**     **Jul 31, 1978**

Bedside shift report from Jenny RN. Patient is A+Ox4 in semi-fowlers position. Patient showing no signs of distress as evidenced by equal and unlabored breathing. Bed in low locked position, call light in reach, bed alarm on and functioning. Seizure precautions in place. Plan of care is seizure precautions, monitor seizures, depacon, safety. Whiteboard updated. Patient agreeable with plan of care.

## Document info

| | |
|---|---|
| Result type: | Progress Note-Nurse |
| Result date: | May 04, 2025, 03:20 p.m. |
| Result status: | authenticated |
| Performed by: | Malena Rubio |
| Verified by: | Malena Rubio |
| Modified by: | Malena Rubio |

| **Patient:** | **JADE BURCH** | **DOB:** | **Jul 31, 1978** |
|---|---|---|---|

Patient discharged home with home health. Patient's guardian angel home health agency will resume care 5/5/25. Patient provided discharge education, verbalizes understanding. IVs removed. Telemetry removed. Patient's belongings with patient. Wheeled down by CNA Lorena.

## Document info

| | |
|---|---|
| Result type: | Progress Note-Physician |
| Result date: | May 03, 2025, 10:22 a.m. |
| Result status: | authenticated |
| Performed by: | Jasmine Chopra |
| Verified by: | Jasmine Chopra |
| Modified by: | Jasmine Chopra |

# Neurology

| Patient: | **JADE BURCH** | DOB: | **Jul 31, 1978** |
|---|---|---|---|

**Las Vegas Neurology Center Progress Note**

**SUBJECTIVE:**

Patient seen and examined earlier this morning. No overnight events noted. Patient sitting up awake in bed, family member at bedside, MRI brain pending.

**OBJECTIVE:**

| Vital Signs (last 24 hrs) | Last Charted | Minimum | Maximum |
|---|---|---|---|
| **Heart Rate** | 73 (MAY 03 09:07) | 67 (MAY 03 04:19) | 92 (MAY 02 20:14) |
| **Resp Rate** | 16 (MAY 03 09:07) | 16 (MAY 03 09:07) | 18 (MAY 02 12:53) |
| **SBP** | 112 (MAY 03 09:06) | 110 (MAY 03 04:18) | H 152 (MAY 02 21:00) |
| **DBP** | 70 (MAY 03 09:06) | 70 (MAY 03 09:06) | C 105 (MAY 02 13:59) |
| **SpO2** | 96 (MAY 03 09:07) | 96 (MAY 02 12:53) | 100 (MAY 03 04:19) |

**Medications (30) Active**
Scheduled: (15)
**amLODIPine 5 mg Tab**  10 mg 2 Tabs, Oral, Daily
**apixaban 5 mg Tab**  10 mg 2 Tabs, Oral, BID
**cefpodoxime 200 mg Tab**  200 mg 1 Tabs, Oral, BID
**Consult to Pharmacy**  1 Each, Misc, Daily
**doxycycline hyclate 100 mg Tab**  100 mg 1 Tabs, Oral, BID
**escitalopram 10 mg Tab**  10 mg 1 Tabs, Oral, Daily
**ethanol topical**  1 amp, Topical, BID
**Hypoglycemia Protocol Advisor**  Protocol, N/A, Daily
**insulin lispro HumaLOG 1 unit/0.01 mL syringe**  1-6 Units, SubCutaneous, Before Meals and HS
**levalbuterol 0.63 mg/3 mL Inh Sol**  0.63 mg 3 mL, Inhalation, RT q6H
**Protocol**  Protocol, N/A, q72H Interval
**Protocol**  Protocol, N/A, q72H Interval
**Protocol**  Protocol, N/A, q72H Interval
**QUEtiapine 100 mg Tab**  300 mg 3 Tabs, Oral, qHS
**valproic acid + Sodium Chloride 0.9% 50 mL**  500 mg 5 mL, IV Piggyback, q8H
Continuous: (0)

PRN: (15)
**acetaminophen 325 mg Tab** 650 mg 2 Tabs, Oral, q4H
**albuterol-ipratropium Inh Sol 3 mL** 3 mL, NEB, RT q4H
**benzocaine/menthol lozenge** 1 Lozenges, Oral, q2H
**benzonatate 100 mg Cap** 200 mg 2 Caps, Oral, TID
**cloNIDine 0.1 mg Tab** 0.1 mg 1 Tabs, Oral, q4H
**dextromethorphan-guaiFENesin 20 mg-200 mg/10 mL** 10 mL, Oral, q4H
**docusate sodium 100 mg Cap** 100 mg 1 Caps, Oral, BID
**guaiFENesin 100 mg/5 mL Oral Liq 10 mL** 400 mg 20 mL, Oral, q4H
**hydrALAZINE 20 mg/mL vial** 10 mg 0.5 mL, IV Push, q4H
**HYDROcodone -acetaminophen 5 mg-325 mg tab** 1 Tabs, Oral, q4H
**LORazepam 2 mg/mL 1 mL inj** 1 mg 0.5 mL, IV Push, Once
**morphine 2 mg/mL injection 1 mL PF** 2 mg 1 mL, IV Push, q4H
**ondansetron 4 mg/2 mL vial** 4 mg 2 mL, IV Push, q4H
**senna 8.6 mg Tab senna gen** 17.2 mg 2 Tabs, Oral, qHS
**simethicone 80 mg Chew Tab** 80 mg 1 Tabs, Oral, q6H

**Labs** (Last four charted values)
**WBC**    5.02  (MAY 03)  4.92  (MAY 02)  6.55   (APR 30)
**Hgb**    12.0  (MAY 03)  11.1  (MAY 02)  12.4   (APR 30)
**Hct**    37.7  (MAY 03)  34.3  (MAY 02)  38.4   (APR 30)
**Plt**    H **407**  (MAY 03)  H **417**  (MAY 02)  H **441**  (APR 30)
**Na**    142  (MAY 03)  139  (MAY 02)  141   (APR 30)
**K**    4.0  (MAY 03)  4.0  (MAY 02)  4.0   (APR 30)
**$CO_2$**   23  (MAY 03)  26  (MAY 02)  26   (APR 30)
**Cl**    106  (MAY 03)  102  (MAY 02)  103   (APR 30)
**Cr**    0.99  (MAY 03)  0.97  (MAY 02)  1.00   (APR 30)
**BUN**    14  (MAY 03)  11  (MAY 02)  13   (APR 30)
**Glucose Random**    94  (MAY 03)  95  (MAY 02)  102  (APR 30)
**Mg**    2.3  (APR 30)
**Ca**    9.8  (MAY 03)  9.5  (MAY 02)  10.0   (APR 30)
**PT**    10.6  (MAY 01)
**INR**    1.0  (MAY 01)
**PTT**    26  (MAY 01)


**PHYSICAL EXAM:**

**GEN: Awake/ No Acute Distress**

**HEENT: Atraumatic/Normocephalic**

**NECK: supple**

**NEURO:**

**Mood/Affect: appropriate**

**Attention/Concentration: intact**

**Fund of Knowledge: age appropriate**

**Speech: fluent**

**CN 2-12: intact/no focal deficits**

**EOMI/PERRLA**

**Motor Strength: Moving all extremities spontaneously and to command**

Tone/Bulk: intact

Sensation: intact

Reflexes: deferred

FtN, RAM: deferred

Ambulation/Gait: deferred


Imaging:
CT brain 5/1/2025: No acute pathology.


EEG:
EEG 5/2/2025: This electroencephalogram is within normal limits.


ASSESSMENT:
Dysphagia rule out structural pathology as etiology
Acute pulmonary embolism in the distal aspect of the segmental–proximal subsegmental branch of the right lower lobe
Dyspnea
Angina
PNES
Functional neurological disorder
Hypertension
Anxiety
Depression
Migraine headaches
Diabetes


PLAN:
MRI brain with and without contrast
Depakote monitor levels
Home Seroquel
Seizure precautions
No driving, bathing, swimming alonw x 90 days
Continued outpatient follow-up with neurology, patient pending evaluation at tertiary center


Thank you very much for allowing us to participate in the care of your patient. Please do not hesitate to contact us for any questions or concerns.

*Jasmine Chopra, D.O.*
*Board Certified Neurologist*
*Las Vegas Neurology Center*

## Document info

| | |
|---|---|
| Result type: | Progress Note-Physician |
| Result date: | May 03, 2025, 09:09 a.m. |
| Result status: | authenticated |
| Performed by: | Marcella Pomeranz |
| Verified by: | Eladio Carrera |
| Modified by: | Eladio Carrera |

# Progress/SOAP Note

| Patient: | JADE BURCH | DOB: | Jul 31, 1978 |
|---|---|---|---|

**Subjective**
Dysphagia stable
No GI bleeding
Reports had seizure last night, pain all over
**Review of Systems**
**Constitutional:** No weight loss, fever, chills, weakness or fatigue.
**HEENT:** No visual loss, blurred vision, double vision or yellow sclera. No hearing loss, sneezing, congestion, runny nose or sore throat.
**Skin:** No rash or itching
**Cardiovascular:** No chest pain, chest pressure or chest discomfort. No palpitations or pedal edema.
**Respiratory:** No shortness of breath, cough or sputum production.
**Gastrointestinal:** Negative other than findings above.
**Genitourinary:** No burning micturition. No urinary frequency or incontinence.
**Neurologic:** No headache, dizziness, syncope, unilateral weakness, ataxia, numbness or tingling in the extremities. No change in bowel or bladder control.
**Musculoskeletal:** No muscle pain, back pain, joint pain or stiffness.
**Hematologic:** No bleeding or bruising.
**Psychiatric:** No depression or anxiety.
**Endocrine:** No reports of sweating. No cold or heat intolerance. No polyuria or polydipsia.

**Allergies**
**Allergies**    (Active and Proposed Allergies Only)
No Known Allergies   (Severity: Unknown severity, Onset: Unknown)
No Known Medication Allergies   (Severity: Unknown severity, Onset: Unknown)

**Past Medical History**
**Active Problems**(9)
**Anxiety**
**Chest pain**
**Diabetes mellitus**
**HTN (hypertension)**
**PTSD (post-traumatic stress disorder)**
**Pulmonary embolism**
**Seizures**

**Shortness of breath**
**Transgender person on hormone therapy**

**Past Surgical History**
Robot Xi Assisted Cholecystectomy (Laterality NA): 03/16/24

**Social History**
**Alcohol**
Details: Denies
**Substance Abuse**
Details: Denies
**Tobacco**
Details: Never (less than 100 in lifetime)

**Objective**
**Measurements (most recent)**

| | | | |
|---|---|---|---|
| **Height (cm)** | 180.34 cm | Simpson, Ashli | 04/30 21:22 |
| **Height (inches)** | 71.00 inch | SYSTEM | 04/30 21:22 |
| **Weight** | 85.3 kg | Simpson, Ashli | 04/30 21:22 |
| **Weight (lbs)** | 188.05 lb | SYSTEM | 04/30 21:22 |
| **Body Mass Index** | 26.23 kg/m2 | Simpson, Ashli | 04/30 21:22 |

| **Vital Signs (24 hrs)** | **Last Charted** | | **Minimum** | | **Maximum** | |
|---|---|---|---|---|---|---|
| Temp | 36.8 | 05/03/2025 09:07 | 36.8 | 05/02/2025 12:52 | 36.8 | 05/02/2025 12:52 |
| Heart Rate Monitored | 72 | 05/03/2025 01:20 | 72 | 05/03/2025 01:20 | 92 | 05/02/2025 20:07 |
| Resp Rate | 16 | 05/03/2025 09:07 | 16 | 05/02/2025 19:24 | 18 | 05/02/2025 12:53 |
| SBP | 112 | 05/03/2025 09:06 | 110 | 05/03/2025 04:18 | **H** 152 | 05/02/2025 21:00 |
| DBP | 70 | 05/03/2025 09:06 | 70 | 05/03/2025 09:06 | **C** 105 | 05/02/2025 13:59 |
| MAP | 84 | 05/03/2025 09:06 | 80 | 05/03/2025 04:18 | 112 | 05/02/2025 13:59 |

| SpO2 | 96 | 05/03/2025 09:07 | 96 | 05/02/2025 12:53 | 100 | 05/03/2025 04:19 |
|------|----|------|----|------|-----|------|
| O2 Therapy | | | | | | Nasal cannula |

**Pain Scores (Last Within 24hrs)**
Numeric Pain Scale: 3 (22:50)

**Physical Exam**
**Physical Exam**
**General:** Alert, in no acute cardiopulmonary distress.
**Mental Status:** Oriented to person, place and time. Normal affect.
**Head:** Normocephalic.
**Eyes:** Pupils are equal, round and reactive to light. Extraocular muscles intact.
**Ear, Nose and Throat:** Oropharynx clear, mucous membranes moist. Ears and nose without masses, lesions or deformities. Tympanic membranes clear bilaterally. Trachea midline.
**Neck:** Supple, Full range of motion.
**Respiratory:** Clear to auscultation and percussion. No wheezing, rales or rhonchi.
**Cardiovascular:** Heart sounds normal. No thrills. Regular rate and rhythm, no murmurs, rubs or gallops.
**Gastrointestinal:** Abdomen soft, non-tender, non-distended. Normal bowel sounds. No pulsatile mass. No hepatosplenomegaly.
**Genitourinary:** No costovertebral angle tenderness.
**Neurologic:** No focal neurological deficits. Moves all extremities spontaneously.
**Skin:** No rashes or lesions. No petechiae or purpura. No edema.
**Musculoskeletal:** No cyanosis or clubbing. No gross deformities.
**Lymphatics:** Palpation of neck reveals no swelling or tenderness of neck nodes.

**Inpatient Medications**
**Medications (31) Active**
**Scheduled: (16)**
**amLODIPine 5 mg Tab (amLODIPine)** 10 mg 2 Tabs, Oral, Daily
**apixaban 5 mg Tab (Eliquis)** 10 mg 2 Tabs, Oral, BID
**cefpodoxime 200 mg Tab (Vantin 200 mg oral tablet)** 200 mg 1 Tabs, Oral, BID
**Consult to Pharmacy (Pharmacy Consult)** 1 Each, Misc, Daily
**doxycycline hyclate 100 mg Tab (doxycycline)** 100 mg 1 Tabs, Oral, BID
**escitalopram 10 mg Tab (escitalopram)** 10 mg 1 Tabs, Oral, Daily
**ethanol topical (Nozin POPswab 62% topical swab)** 1 amp, Topical, BID
**Hypoglycemia Protocol Advisor** Protocol, N/A, Daily
**insulin lispro HumaLOG 1 unit/0.01 mL syringe (insulin lispro (HumaLOG) Correctional Scale Low)** 1-6 Units, SubCutaneous, Before Meals and HS
**levalbuterol 0.63 mg/3 mL Inh Sol (Xopenex 0.63 mg/3 mL inhalation solution)** 0.63 mg 3 mL, Inhalation, RT q6H
**LORazepam 2 mg/mL 1 mL Inj (Ativan)** 1 mg 0.5 mL, IV Push, Once
**Protocol (Magnesium Sulfate - IV.)** Protocol, N/A, q72H Interval
**Protocol (Magnesium Oxide - Oral.)** Protocol, N/A, q72H Interval
**Protocol (Potassium Chloride - Oral & IV.)** Protocol, N/A, q72H Interval
**QUEtiapine 100 mg Tab (QUEtiapine)** 300 mg 3 Tabs, Oral, qHS
**valproic acid + Sodium Chloride 0.9% 50 mL (Depacon + Sodium Chloride 0.9% intravenous solution 50 mL)** 500 mg 5 mL, IV Piggyback, q8H
**Continuous: (0)**
**PRN: (15)**
**acetaminophen 325 mg Tab (Tylenol)** 650 mg 2 Tabs, Oral, q4H
**albuterol-ipratropium Inh Sol 3 mL (ipratropium-albuterol)** 3 mL, NEB, RT q4H
**benzocaine/menthol lozenge (Chloraseptic)** 1 Lozenges, Oral, q2H
**benzonatate 100 mg Cap (Tessalon Perles)** 200 mg 2 Caps, Oral, TID
**cloNIDine 0.1 mg Tab (cloNIDine)** 0.1 mg 1 Tabs, Oral, q4H
**dextromethorphan-guaiFENesin 20 mg-200 mg/10 mL (guaifenesin-dextromethorphan 100 mg-10 mg/5 mL**

oral liquid) 10 mL, Oral, q4H
**docusate sodium 100 mg Cap (docusate sodium)** 100 mg 1 Caps, Oral, BID
**guaiFENesin 100 mg/5 mL Oral Liq 10 mL (guaiFENesin)** 400 mg 20 mL, Oral, q4H
**hydrALAZINE 20 mg/mL vial (hydrALAZINE)** 10 mg 0.5 mL, IV Push, q4H
**HYDROcodone -acetaminophen 5 mg-325 mg tab (Norco 5 mg-325 mg oral tablet)** 1 Tabs, Oral, q4H
**LORazepam 2 mg/mL 1 mL inj (Ativan)** 1 mg 0.5 mL, IV Push, Once
**morphine 2 mg/mL injection 1 mL PF (morphine)** 2 mg 1 mL, IV Push, q4H
**ondansetron 4 mg/2 mL vial (Zofran)** 4 mg 2 mL, IV Push, q4H
**senna 8.6 mg Tab senna gen (senna)** 17.2 mg 2 Tabs, Oral, qHS
**simethicone 80 mg Chew Tab (Mylicon)** 80 mg 1 Tabs, Oral, q6H

<u>Results</u>
<u>Recent Labs</u>
General Chemistry

| | | |
|---|---|---|
| **Glucose Level** | 94 mg/dL (Normal) | 05/03/2025 02:12 |
| **POC Glucose** | 88 mg/dL (Normal) | 05/03/2025 06:09 |
| **Sodium** | 142 mmol/L (Normal) | 05/03/2025 02:12 |
| **Potassium** | 4.0 mmol/L (Normal) | 05/03/2025 02:12 |
| **Chloride** | 106 mmol/L (Normal) | 05/03/2025 02:12 |
| **CO2** | 23 mmol/L (Normal) | 05/03/2025 02:12 |
| **Anion Gap** | 13 mmol/L (Normal) | 05/03/2025 02:12 |
| **BUN** | 14 mg/dL (Normal) | 05/03/2025 02:12 |
| **Creatinine** | 0.99 mg/dL (Normal) | 05/03/2025 02:12 |
| **BUN/Creat Ratio** | 14 (Normal) | 05/03/2025 02:12 |
| **Calcium** | 9.8 mg/dL (Normal) | 05/03/2025 02:12 |
| **Estimated Creatinine Clearance** | 79.36 mL/min () | 05/03/2025 03:49 |
| **eGFR Cr** | 71 mL/min/1.73m2 (N/A) | 05/03/2025 02:12 |

| eGFR Pediatric | Not Reported (N/A) | 05/03/2025 02:12 |
| **Calc Osmo** | 283 mOsmol/kg (Normal) | 05/03/2025 02:12 |
| **MAR Glucose Result** | 88 () | 05/03/2025 06:09 |

**General Coagulation**

| Heparin Anti-Xa (UFH) | 0.10 Intl_units/mL (Low) | 05/02/2025 15:30 |

**General Hematology**

| **WBC** | 5.02 x10e3/mcL (Normal) | 05/03/2025 02:12 |
| **RBC** | 4.04 x10e6/mcL (Normal) | 05/03/2025 02:12 |
| **Hgb** | 12.0 gm/dL (Normal) | 05/03/2025 02:12 |
| **Hct** | 37.7 % (Normal) | 05/03/2025 02:12 |
| **MCV** | 93.3 Femtoliters (Normal) | 05/03/2025 02:12 |
| **MCH** | 29.7 pg (Normal) | 05/03/2025 02:12 |
| **MCHC** | 31.8 gm/dL (Normal) | 05/03/2025 02:12 |
| **RDW-SD** | 45.2 Femtoliters (Normal) | 05/03/2025 02:12 |
| **RDW-CV** | 13.2 % (Normal) | 05/03/2025 02:12 |
| Plt | 407 x10e3/mcL (High) | 05/03/2025 02:12 |
| **MPV** | 9.5 Femtoliters (Normal) | 05/03/2025 02:12 |
| **Neut % Auto** | 55.7 % (N/A) | 05/03/2025 02:12 |
| **Lymph % Auto** | 28.9 % (N/A) | 05/03/2025 02:12 |
| **Mono % Auto** | 11.2 % (N/A) | 05/03/2025 02:12 |
| **Eos % Auto** | 3.2 % (N/A) | 05/03/2025 02:12 |

| Baso % Auto | 0.6 % (N/A) | 05/03/2025 02:12 |
|---|---|---|
| Immature Grans % | 0.4 % (Normal) | 05/03/2025 02:12 |
| Neut # Auto | 2.80 x10e3/mcL (Normal) | 05/03/2025 02:12 |
| Lymph # Auto | 1.45 x10e3/mcL (Normal) | 05/03/2025 02:12 |
| Mono # Auto | 0.56 x10e3/mcL (Normal) | 05/03/2025 02:12 |
| Eos # Auto | 0.16 x10e3/mcL (Normal) | 05/03/2025 02:12 |
| Baso # Auto | 0.03 x10e3/mcL (Normal) | 05/03/2025 02:12 |
| Immature Grans # Auto | 0.02 x10e3/mcL (Normal) | 05/03/2025 02:12 |

**Abnormal Labs**

**General Coagulation**
Heparin Anti-Xa (UFH)     0.10 Intl_units/mL (Low)     05/02/2025 15:30

**General Hematology**
Plt     407 x10e3/mcL (High)     05/03/2025 02:12

Note: Critical results are displayed in red.

**BMP, Mg, and Phos (Last Within 24hrs)**
Sodium: 142 mmol/L (02:12)
Potassium: 4 mmol/L (02:12)
Chloride: 106 mmol/L (02:12)
$CO_2$: 23 mmol/L (02:12)
BUN: 14 mg/dL (02:12)
Creatinine: 0.99 mg/dL (02:12)
Glucose Level: 94 mg/dL (02:12)
Calcium: 9.8 mg/dL (02:12)

**Assessment/Plan**
**Diagnoses**
Chest pain  (R07.9)
Shortness of breath  (R06.02)
1. Pulmonary embolism  (I26.99)

**Assessment:**

46-year-old transgender female On hormonal therapy and with recent head/neck plastic surgery found to have acute pulmonary embolus and distal aspect of signal proximal stump segmental branch of the right lower lobe.  GI consulted as patient was having difficulty swallowing following procedure. Patient states that with noted swelling in their neck they feel that food and pills are difficult to swallow with sensation at the upper neck. Patient denies any prior episodes.

Assessment:
? Dysphagia
PE
Recent facial cosmetic surgery

Plan:
As symptoms appear to be related to superior neck with possible association with surgical swelling, recommend speech therapy eval at this time
Patient states they are currently tolerating most foods and liquids
Further recommendations pending speech therapy evaluation, risks of endoscopic evaluation outweigh benefits at this time given PE
Consider CT neck soft tissue for nursing symptoms
Consider ENT evaluation if concern for upper airway/esophagus abnormalities


Thank you for this consultation.
Other management per primary and other consultants
Imaging reports and labs were reviewed. This case was discussed with the attending physician.
Please contact the GI service directly or via the answering service at 702-633-0207 with any questions or concerns
 No urgent plan for endoscopic evaluation. Please recall prn.

**Discharge Planning:**

## Document info

| | |
|---|---|
| Result type: | Progress Note-Physician |
| Result date: | May 04, 2025, 09:52 a.m. |
| Result status: | authenticated |
| Performed by: | Jasmine Chopra |
| Verified by: | Jasmine Chopra |
| Modified by: | Jasmine Chopra |

# Neurology

| Patient: | **JADE BURCH** | DOB: | **Jul 31, 1978** |
|---|---|---|---|

**Las Vegas Neurology Center Progress Note**

**SUBJECTIVE:**

Patient seen and examined earlier this morning. No overnight events noted. Patient lying in bed watching TV, family member bedside, results of MRI discussed with patient. Patient tells me that her swallowing issues have improved.

**OBJECTIVE:**

| Vital Signs (last 24 hrs) | Last Charted | Minimum | Maximum |
|---|---|---|---|
| Heart Rate | 89 (MAY 04 09:38) | 75 (MAY 03 20:29) | 91 (MAY 04 02:01) |
| Resp Rate | 17 (MAY 04 09:38) | 16 (MAY 03 16:30) | 18 (MAY 03 11:53) |
| SBP | 133 (MAY 04 09:37) | 117 (MAY 03 20:28) | 133 (MAY 04 09:37) |
| DBP | C 97 (MAY 04 09:37) | 74 (MAY 03 11:52) | C 97 (MAY 04 09:37) |
| SpO2 | 98 (MAY 04 09:38) | 96 (MAY 03 20:29) | 98 (MAY 03 11:53) |

**Medications (27) Active**
Scheduled: (12)
**amLODIPine 5 mg Tab** 10 mg 2 Tabs, Oral, Daily
**apixaban 5 mg Tab** 10 mg 2 Tabs, Oral, BID
**cefpodoxime 200 mg Tab** 200 mg 1 Tabs, Oral, BID
**Consult to Pharmacy** 1 Each, Misc, Daily
**doxycycline hyclate 100 mg Tab** 100 mg 1 Tabs, Oral, BID
**escitalopram 10 mg Tab** 10 mg 1 Tabs, Oral, Daily
**ethanol topical** 1 amp, Topical, BID
**Hypoglycemia Protocol Advisor** Protocol, N/A, Daily
**insulin lispro HumaLOG 1 unit/0.01 mL syringe** 1-6 Units, SubCutaneous, Before Meals and HS
**levalbuterol 0.63 mg/3 mL Inh Sol** 0.63 mg 3 mL, Inhalation, RT q6H
**QUEtiapine 100 mg Tab** 300 mg 3 Tabs, Oral, qHS
**valproic acid + Sodium Chloride 0.9% 50 mL** 500 mg 5 mL, IV Piggyback, q8H
Continuous: (0)
PRN: (15)
**acetaminophen 325 mg Tab** 650 mg 2 Tabs, Oral, q4H

**albuterol-ipratropium Inh Sol 3 mL** 3 mL, NEB, RT q4H
**benzocaine/menthol lozenge** 1 Lozenges, Oral, q2H
**benzonatate 100 mg Cap** 200 mg 2 Caps, Oral, TID
**cloNIDine 0.1 mg Tab** 0.1 mg 1 Tabs, Oral, q4H
**dextromethorphan-guaiFENesin 20 mg-200 mg/10 mL** 10 mL, Oral, q4H
**docusate sodium 100 mg Cap** 100 mg 1 Caps, Oral, BID
**guaiFENesin 100 mg/5 mL Oral Liq 10 mL** 400 mg 20 mL, Oral, q4H
**hydrALAZINE 20 mg/mL vial** 10 mg 0.5 mL, IV Push, q4H
**HYDROcodone -acetaminophen 5 mg-325 mg tab** 1 Tabs, Oral, q4H
**LORazepam 2 mg/mL 1 mL Inj** 1 mg 0.5 mL, IV Push, Once
**morphine 2 mg/mL injection 1 mL PF** 2 mg 1 mL, IV Push, q4H
**ondansetron 4 mg/2 mL vial** 4 mg 2 mL, IV Push, q4H
**senna 8.6 mg Tab senna gen** 17.2 mg 2 Tabs, Oral, qHS
**simethicone 80 mg Chew Tab** 80 mg 1 Tabs, Oral, q6H

<u>Labs</u> (Last four charted values)
**WBC**   5.49  (MAY 04)  5.02  (MAY 03)  4.92   (MAY 02)  6.55   (APR 30)
**Hgb**   11.7  (MAY 04)  12.0  (MAY 03)  11.1   (MAY 02)  12.4  (APR 30)
**Hct**   36.1  (MAY 04)  37.7  (MAY 03)  34.3   (MAY 02)  38.4  (APR 30)
**Plt**   H **434**  (MAY 04)  H **407**  (MAY 03)  H **417**  (MAY 02)  H **441**  (APR 30)
**Na**   141  (MAY 04)  142  (MAY 03)  139  (MAY 02)  141  (APR 30)
**K**   3.5  (MAY 04)  4.0  (MAY 03)  4.0  (MAY 02)  4.0  (APR 30)
**CO2**   21  (MAY 04)  23  (MAY 03)  26  (MAY 02)  26  (APR 30)
**Cl**   103  (MAY 04)  106  (MAY 03)  102  (MAY 02)  103  (APR 30)
**Cr**   0.89  (MAY 04)  0.99  (MAY 03)  0.97  (MAY 02)  1.00  (APR 30)
**BUN**   11  (MAY 04)  14  (MAY 03)  11  (MAY 02)  13  (APR 30)
**Glucose Random**   H **128**  (MAY 04)  94  (MAY 03)  95  (MAY 02)  102  (APR 30)
**Mg**   2.0  (MAY 04)  2.3  (APR 30)
**Phos**   3.6  (MAY 04)
**Ca**   9.5  (MAY 04)  9.8  (MAY 03)  9.5   (MAY 02)  10.0  (APR 30)
**PT**   10.6  (MAY 01)
**INR**   1.0  (MAY 01)
**PTT**   26  (MAY 01)

<u>PHYSICAL EXAM:</u>

**GEN: Alert/ No Acute Distress**

**HEENT: Atraumatic/Normocephalic**

**NECK: supple**

**NEURO:**

**Mood/Affect: appropriate to situation**

**Attention/Concentration: intact**

**Fund of Knowledge: age appropriate**

**Speech: fluent**

**CN 2-12: intact/no focal deficits**

**EOMI/PERRLA**

**Motor Strength: Moving all four extremities spontaneously and to command**

Tone/Bulk: intact

Sensation: intact

Reflexes: deferred

FtN, RAM: deferred

Ambulation/Gait: deferred


Imaging:
CT brain 5/1/2025: No acute pathology.
MRI brain with and without contrast 5/3/25:  There is no restriction of diffusion to suggest an acute ischemic event. There are a few
scattered T2 hyperintense white matter foci perhaps most notable in the region of the
right frontal opercular region. In a patient this age these findings are nonspecific.

EEG:
EEG 5/2/2025: This electroencephalogram is within normal limits.


ASSESSMENT:
Dysphagia ruled out brainstem pathology
Acute pulmonary embolism in the distal aspect of the segmental–proximal subsegmental branch of the right lower lobe
Dyspnea
Angina
PNES
Functional neurological disorder
Hypertension
Anxiety
Depression
Migraine headaches
Diabetes


PLAN:
Anticoagulation per IM, CBC per IM
Depakote
Seizure precautions
No driving, bathing, swimming alonw x 90 days
Repeat MRI brain with and without contrast in 1 years time out of abundance of precaution to reassess white matter foci
Continued outpatient follow-up with neurology, patient pending evaluation at tertiary center


Thank you very much for allowing us to participate in the care of your patient. Please do not hesitate to contact us for any questions or concerns.

*Jasmine Chopra, D.O.*
*Board Certified Neurologist*
*Las Vegas Neurology Center*

## Document info

Result type:            Respiratory Notes
Result date:            May 03, 2025, 07:41 a.m.
Result status:          authenticated
Performed by:           Desalegne Alene
Verified by:            Desalegne Alene
Modified by:            Desalegne Alene

| Patient: | JADE BURCH | DOB: | Jul 31, 1978 |
| --- | --- | --- | --- |

I have assessed and evaluated the patient for the efficacy of the inhalation therapy prescribed.
The medication and frequency is appropriate.

## Document info

| | |
|---|---|
| Result type: | Triage Note |
| Result date: | Apr 30, 2025, 09:25 p.m. |
| Result status: | authenticated |
| Performed by: | Ashli Simpson |
| Verified by: | Ashli Simpson |
| Modified by: | Ashli Simpson |

# ED Triage Vitals

**Patient:**    **JADE BURCH**    **DOB:**    **Jul 31, 1978**

**ED Triage Vitals Entered On:  4/30/2025 21:25 PDT**
**Performed On:  4/30/2025 21:25 PDT by Simpson, Ashli**

**ED Vitals**
*Temperature :*  36.6 DegC
*Temperature Convert C to F :*  97.9 DegF
*Temperature Method :*  Temporal Artery

Simpson, Ashli - 4/30/2025 21:25 PDT