MICHAEL E. PRANGLE, ESQ.
Nevada Bar No. 8619
ZACHARY J. THOMPSON, ESQ.
Nevada Bar No. 11001
HALL PRANGLE LLC
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV  89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
Email: efile@hallprangle.com
*Attorneys for Defendants*
*HCA Healthcare, Inc.; Sunrise Hospital &Medical Center, LLC;*
*MountainView Hospital; and Southern Hills Hospital & Medical Center*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JADE RILEY BURCH,<br><br>Plaintiff,<br><br>vs.<br><br>HCA HEALTHCARE, INC.; SUNRISE HOSPITAL & MEDICAL CENTER, LLC; MOUNTAINVIEW HOSPITAL; and SOUTHERN HILLS HOSPITAL & MEDICAL CENTER,<br><br>Defendants. | CASE NO.:  2:25-cv-01408-JAD-MDC<br><br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES PURSUANT TO RULE 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Defendants HCA HEALTHCARE, INC.; SUNRISE HOSPITAL & MEDICAL CENTER, LLC; MOUNTAINVIEW HOSPITAL; and SOUTHERN HILLS HOSPITAL & MEDICAL CENTER (collectively "Defendants") hereby submit this Certificate of Interested Parties.  The undersigned, attorney of record for Defendants, certifies that the following may have a direct, pecuniary interest in the outcome of this case:

**A.  HCA Healthcare, Inc.**

HCA Healthcare, Inc. is a publicly-traded (NYSE) parent company and indirectly owns at least 10% of the Co-Defendants in this case.  No corporation owns 10% or more of the stock of HCA Healthcare, Inc.

. . .

. . .

**HALL PRANGLE LLC**
1140 NORTH TOWN CENTER DRIVE, STE. 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025

**B. Sunrise Hospital & Medical Center, LLC**

Sunrise Hospital and Medical Center, LLC owns/operates Sunrise Hospital & Medical Center. Defendant Sunrise Hospital & Medical Center, LLC is a Delaware limited liability company. The sole member of Sunrise Hospital & Medical Center, LLC, is AC Med, LLC ("AC Med"), a Delaware limited liability company. The sole member of AC Med is Healthtrust, Inc. – The Hospital Company ("HIHC"), a Delaware corporation. HIHC's sole shareholder is HCA Inc. ("HCA"), a Delaware corporation. HCA's sole shareholder is HCA Healthcare, Inc. ("HCA Healthcare"), a Delaware corporation. HCA Healthcare is a publicly traded company that indirectly holds a greater than 10% interest in Sunrise Hospital and Medical Center, LLC.

**C. MountainView Hospital**

Sunrise Mountainview Hospital, Inc. owns/operates MountainView Hospital ("MountainView Hospital"). MountainView Hospital is owned 100% by Galen Holdco, LLC. Galen Holdco, LLC is owned 100% by HIHC. HIHC's sole shareholder is HCA. HCA's sole shareholder is HCA Healthcare. HCA Healthcare is a publicly traded company that indirectly holds a greater than 10% interest in MountainView Hospital.

**D. Southern Hills Hospital & Medical Center**

Southern Hills Medical Center, LLC, owns/operates Southern Hills Hospital & Medical Center ("Southern Hills Hospital"). Healthtrust, Inc. – The Hospital Company owns 100% of the interest of Southern Hills Medical Center, LLC. HCA Inc. owns 100% of common stock of Healthtrust, Inc. – The Hospital Company. HCA Healthcare, Inc., a publicly traded company, owns 100% of common stock of HCA Inc.

. . .

. . .

. . .

. . .

HALL PRANGLE LLC
1140 NORTH TOWN CENTER DRIVE, STE. 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025

The undersigned certifies that there are no other known interested parties other than those participating in the case. These representations are made to enable judges of the court to evaluate possible recusal.

DATED this 17th day of September, 2025.

HALL PRANGLE LLC

By:    */s/ Michael Prangle*
MICHAEL E. PRANGLE, ESQ.
Nevada Bar No. 8619
ZACHARY J. THOMPSON, ESQ.
Nevada Bar No. 11001
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV  89144
*Attorneys for Defendants*
*HCA Healthcare, Inc.; Sunrise Hospital &Medical Center, LLC; MountainView Hospital; and Southern Hills Hospital & Medical Center*

**HALL PRANGLE LLC**
1140 NORTH TOWN CENTER DRIVE, STE. 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025

**HALL PRANGLE LLC**
1140 NORTH TOWN CENTER DRIVE, STE. 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025

**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to FRCP 5(b), I certify that I am an employee of HALL PRANGLE LLC; that on the 17th day of September, 2025, I served a true and correct copy of the foregoing **DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES PURSUANT TO RULE 7.1** as follows:

   X   United States District Court CM/ECF System;

_____ U.S. Mail, first class postage pre-paid to the following parties at their last known address;

_____ Receipt of Copy at their last known address:

JADE RILEY BURCH
222 Karen Ave., Unit 1207
Las Vegas, NV 89109
*Pro Per Plaintiff*

/s/ *Reina Claus*
An employee of HALL PRANGLE LLC