MICHAEL E. PRANGLE, ESQ.
Nevada Bar No. 8619
ZACHARY J. THOMPSON, ESQ.
Nevada Bar No. 11001
HALL PRANGLE LLC
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV 89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
Email: efile@hallprangle.com
*Attorneys for Defendants*
*HCA Healthcare, Inc.; Sunrise Hospital & Medical Center, LLC;*
*MountainView Hospital; and Southern Hills Hospital & Medical Center*

<div align="center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

</div>

| | |
|---|---|
| JADE RILEY BURCH,<br><br>Plaintiff,<br><br>vs.<br><br>HCA HEALTHCARE, INC.; SUNRISE HOSPITAL & MEDICAL CENTER, LLC; MOUNTAINVIEW HOSPITAL; and SOUTHERN HILLS HOSPITAL & MEDICAL CENTER,<br><br>Defendants. | CASE NO.: 2:25-cv-01408-JAD-MDC<br><br>**AFFIDAVIT OF EDWARD CURVIN** |

STATE OF TENNESSEE )

               ) ss:

COUNTY OF DAVIDSON )

    Edward Curvin, being first duly sworn, deposes and states:

    1.    My name is Edward Curvin. I am over the age of 18, am competent to testify, and serve as a Managing Director – Tax Research and Consulting for HCA Healthcare, Inc. ("**HCA Healthcare**"), through an affiliate, and for its subsidiaries and other affiliates and am an authorized representative of HCA Healthcare. My duties require me to be familiar with the status and operations of, and relationship among, HCA Healthcare and its subsidiaries and affiliates. I have reviewed appropriate records, including relevant corporate documents, pertaining to these entities.

*Left margin:* HALL PRANGLE LLC · 1140 NORTH TOWN CENTER DRIVE, STE. 350 · LAS VEGAS, NEVADA 89144 · TELEPHONE: 702-889-6400 · FACSIMILE: 702-384-6025

2.   As a result of this review and based on my position as a Managing Director – Tax Research and Consulting with an affiliate of HCA Healthcare, I have personal knowledge of the information set forth herein and this information is true and correct to the best of my knowledge and belief.

3. I have reviewed the First Amended Civil Rights Complaint for Damages, Injunctive Relief, and RICO Treble Damages (the **"FAC"**) filed in this matter and have knowledge of the allegations made by Plaintiff against HCA Healthcare by Jade Burch (**"Plaintiff"**).

4. At all times relevant to Plaintiff's assertions as to or against HCA Healthcare as set out in the FAC:

a.   HCA Healthcare was a non-operating holding company without employees.  As a non-operating holding company, HCA Healthcare did not conduct business in the State of Nevada. These facts remain the same today.

b.   HCA Healthcare was a corporation that had been incorporated in and under the laws of the State of Delaware. These facts remain the same today.

c.   HCA Healthcare's principal place of business was in Nashville, Tennessee. These facts remain the same today.

d.   HCA Healthcare did not participate in, direct, or control the care and treatment provided to Plaintiff or the other actions as described in the FAC, either itself or through Sunrise Hospital & Medical Center, MountainView Hospital, and Southern Hills Hospital & Medical Center.

e.   HCA Healthcare did not otherwise perform or participate in any of the conduct ascribed to it in the FAC which forms the bases of Plaintiff's causes of action.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_Edward Curvin III_
EDWARD CURVIN

Subscribed and sworn before me
This 17th day of September, 2025.

_____
Notary Public, in and for said County and State



<div style="margin-left:2em; writing-mode: vertical;">

**HALL PRANGLE LLC**
1140 NORTH TOWN CENTER DRIVE, STE. 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025

</div>