Jade Riley Burch
Plaintiff, Pro Se
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Tel: (614) 725-9452
Email: jaderburch@gmail.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jade Riley Burch,<br><br>    Plaintiff.<br><br>vs.<br><br>HCA Healthcare, Inc., et al.,<br><br>    Defendants. | Case No.: 2:25-cv-01408-JAD-MDC<br><br>**NOTICE OF PRESERVATION / SUPPLEMENTAL EXHIBIT**<br>**(Southern Hills Hospital – Nov. 30–Dec. 4, 2023)** |

Plaintiff Jade Riley Burch hereby provides notice that she intends to introduce a supplemental exhibit in this action regarding an incident at Southern Hills Hospital & Medical Center occurring November 30–December 4, 2023 (the "Southern Hills Incident"). The Southern Hills Incident involves an involuntary Legal 2000 hold, administration of a chemical restraint (B52), and related over-detention that are relevant to the pattern and practices alleged in the operative complaint.

This filing is intended solely to preserve Plaintiff's right to include the Southern Hills Incident in the operative record and to avoid any statute-of-limitations defense. The underlying certified medical records and a full exhibit packet will be produced or filed at the appropriate stage in proceedings or as required by the Court's scheduling or discovery orders. No medical records are attached to this

Notice. Plaintiff reserves all rights to supplement, amend, or otherwise present the records and related evidentiary materials in a manner consistent with the Federal Rules of Civil Procedure and any applicable protective orders.

Dated: October 17, 2025

/s/ Jade Riley Burch
Jade Riley Burch, Plaintiff Pro Se
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
jaderburch@gmail.com

## CERTIFICATE OF SERVICE

I certify that on October 17, 2025, a true and correct copy of the foregoing was served via CM/ECF and by electronic mail on counsel for Defendants at the addresses reflected on the docket.

/s/ Jade Riley Burch