Jade Riley Burch
Plaintiff, Pro Se
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Tel: (614) 725-9452
Email: jaderburch@gmail.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Jade Riley Burch,<br><br>        Plaintiff.<br><br>vs.<br><br>HCA Healthcare, Inc., et al.,<br><br>        Defendants. | Case No.: 2:25-cv-01408-JAD-MDC<br><br><br>**EMERGENCY MOTION FOR ORDER TO SHOW CAUSE  RE: FAILURE TO PRESERVE EVIDENCE** |

**I. INTRODUCTION**

Plaintiff moves for an Order directing Defendants HCA Healthcare, Inc. and their counsel, Hall Prangle LLC, to show cause why they have failed to comply with preservation obligations and why sanctions or further orders should not issue.

Despite repeated written warnings, clear notice of duty, and multiple opportunities for voluntary compliance, Defendants and counsel have refused to acknowledge or certify that preservation measures are in place. Their continued silence creates an unacceptable risk of evidentiary loss and threatens the integrity of these proceedings.

## II. EMERGENCY BASIS

Plaintiff files this emergency motion with great reluctance, only after all other avenues to secure preservation of evidence have been exhausted. The situation is now urgent.

On October 28, 2025, defense counsel responded to Plaintiff's preservation requests by stating they saw "no meaningful path toward resolution" and ignored the duty to preserve (Exhibit A). Following this refusal, and with no other mechanism available to ensure preservation, Plaintiff felt compelled to initiate proceedings with regulatory and oversight bodies to protect the evidentiary record. Plaintiff notified defense counsel of this on November 1, 2025 (Exhibit A-1). As a final, direct measure, Plaintiff issued a Formal Litigation Hold and Preservation Notice on November 2, 2025, requiring written certification within two business days (Exhibit B).

As of this filing, Defendants have provided no response. Their silence, particularly in light of the now-active external proceedings, creates imminent and demonstrable risk that critical evidence will be permanently lost, causing severe prejudice to this case.

## III. BACKGROUND

**A. Early Notices and Opportunity for Voluntary Compliance**

Between September and October 2025, Plaintiff sent several written notices to Defendants and counsel identifying custodians, preservation categories, and ESI requirements. These communications sought cooperation without court involvement.

**B. Defense Counsel's Written Refusal**

On October 28, 2025, Michael Prangle of Hall Prangle LLC responded in writing that Defendants had reviewed Plaintiff's correspondence but "do not believe there is any meaningful path toward resolution" and intended to move forward with their motion to dismiss. The letter omitted any acknowledgment of preservation obligations or confirmation of compliance.

**C. Formal Preservation Notice**

Following that refusal, Plaintiff issued a Formal Litigation Hold and Preservation Notice on November 2, 2025. The notice identified categories of information to be preserved, including emails, internal communications, electronic health records, and backups, and required written certification within two business days. No confirmation has been received.

**D. Notice of Escalation and Regulatory Oversight**

On October 29, 2025, Plaintiff submitted a detailed whistleblower complaint to the U.S. Securities and Exchange Commission concerning contradictory sworn statements in SEC filings versus court affidavits.

On November 1, 2025, Plaintiff personally hand-delivered a formal complaint to the State Bar of Nevada offices concerning professional-conduct violations by defense counsel Hall Prangle LLC.

That same day, November 1, 2025, Plaintiff notified defense counsel in writing that all settlement deadlines had expired and that escalation proceedings were active, including the SEC whistleblower submission and State Bar complaint. Plaintiff also referenced a national class action framework that had been prepared and shared with other plaintiff attorneys for evaluation. Plaintiff explicitly stated: "No further warnings will be issued" and recommended defendants "begin internal review immediately to assess the exposure this will create once the filings and exhibits become public record."

Despite this unequivocal notice that preservation had become critical across multiple proceedings and forums, Defendants and counsel have maintained complete silence. The following day, November 2, 2025, Plaintiff issued a formal Litigation Hold and Preservation Notice requiring written certification within two business days. As of this filing, eight (8) days

Burch v. HCA Healthcare, Inc., et al.
EMERGENCY MOTION FOR ORDER TO SHOW CAUSE
RE: FAILURE TO PRESERVE EVIDENCE

later, they have provided no preservation certification, no acknowledgment of duty, and no engagement whatsoever.

This chronology demonstrates Plaintiff exhausted all informal remedies, provided explicit escalation warnings, and gave Defendants every opportunity to comply voluntarily before seeking judicial enforcement.

### IV. LEGAL GROUNDS FOR COURT INTERVENTION

1. **Judicial Authority and Duty to Preserve** The obligation to preserve evidence attaches when litigation is reasonably anticipated. See *Silvestri v. General Motors Corp.*, 271 F.3d 583 (4th Cir. 2001). Defendants were expressly notified of that duty and had ample time to comply.

2. **Willful Non-Compliance** Refusal to confirm or implement preservation measures after formal notice warrants relief under Fed. R. Civ. P. 26, 34, and 37(e), as well as the Court's inherent authority recognized in *Chambers v. NASCO, Inc.*, 501 U.S. 32 (1991).

3. **Prejudice and Obstruction** Without assurance that data is preserved, Plaintiff cannot conduct discovery or verify authenticity of records. This prejudices the case and interferes with the Court's ability to manage proceedings.

4. **Pattern of Disregard** Defendants' conduct, including ignoring written preservation requests and omitting any meaningful certification or engagement, demonstrates a continuing disregard for their preservation obligations and for the orderly conduct of discovery.

## V. NOTICE TO THE COURT

Out of respect for the Court and its duty to manage this proceeding, Plaintiff provides this notice to ensure the Court is fully informed of relevant developments.

A detailed certification is provided in Exhibit D, which confirms that parallel proceedings are now active, including:

1. A whistleblower submission to the U.S. Securities and Exchange Commission regarding material contradictions in Defendants' sworn statements; and

2. Formal complaints with the State Bar of Nevada concerning counsel's ongoing conduct, including the failure to meet preservation obligations.

Plaintiff provides this information to illustrate the heightened materiality of the evidence at risk and the willful nature of Defendants' continued non-compliance. Plaintiff respectfully submits that this context underscores the emergency presented by their failure to preserve evidence in this case.

**Plaintiff acknowledges that this Court's authority remains paramount within this action.**

## VI. REQUESTED RELIEF

Plaintiff respectfully asks that the Court:

1. Issue an Order to Show Cause directing Defendants and Hall Prangle LLC to appear and explain their failure to confirm or implement preservation measures and why sanctions should not be imposed;

2. Require immediate filing of sworn Preservation and Litigation Hold Certifications from Defendants, through one or more knowledgeable corporate representatives and IT personnel, including but not limited to: (a) confirmation that litigation holds have been issued to all relevant personnel; (b) confirmation that automatic deletion and data recycling processes have been suspended; (c) identification of all systems, servers, and databases subject to preservation; and (d) confirmation of the date preservation measures were implemented;

3. Impose any additional sanctions or remedial orders deemed just under Rule 37 and the Court's inherent powers; and

4. Grant such further relief as justice requires.

## VII. CERTIFICATION

Plaintiff certifies under penalty of perjury that all statements herein are true and correct to the best of her knowledge, that the referenced communications and notices were served as stated, and that Defendants have provided no acknowledgment or certification of preservation compliance as of this filing.

Dated: November 10, 2025

Respectfully submitted,
/s/ Jade Riley Burch
Plaintiff Pro Se

**CERTIFICATE OF SERVICE**

I certify that on November 10, 2025, I filed the foregoing via CM/ECF, which will serve all registered counsel, and separately emailed a copy to Hall Prangle LLC at mprangle@hpslaw.com.

/s/ Jade Riley Burch

**Exhibit Index**

| Exhibit | Description | Date |
|---|---|---|
| A | Email from Michael Prangle ("no meaningful path toward resolution") | Oct 28, 2025 |
| A-1 | Email to Michael Prangle re: Escalation Initiated | Nov 1, 2025 |
| B | Formal Litigation Hold and Preservation Notice | Nov 2, 2025 |
| C | Certification of Regulatory Filings (SEC and State Bar) | Nov 10, 2025 |

**Note:** Service to mprangle@hpslaw.com per counsel's email of record in ECF system.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

---

**Jade Riley Burch,**

Plaintiff,

v.

**HCA Healthcare, Inc., et al.,**

Defendants.

Case No.: 2:25-cv-01408-JAD-MDC

---

**EXHIBIT A**

**Title:** Email from Michael Prangle ("No Meaningful Path Toward Resolution")
and Proof of Delivery

**Filed in Support of:**

*Emergency Motion for Order to Show Cause re: Failure to Preserve Evidence*

**Submitted by:**

**Jade Riley Burch**
Plaintiff, Pro Se
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Email: jaderburch@gmail.com
Phone: (614) 725-9452

**Date Filed:** November 10, 2025

Page 1 of 1

11/10/25, 12:09 AM                    Gmail - Re: Updated Settlement Proposal – Opportunity for Resolution - 2:25-cv-01408-JAD-MDC Burch v. HCA Healthcare, Inc. …

Case 2:25-cv-01408-JAD-MDC    Document 62    Filed 11/10/25    Page 10 of 36

 Gmail                                                              Jade Burch <jaderburch@gmail.com>

## Re: Updated Settlement Proposal – Opportunity for Resolution - 2:25-cv-01408-JAD-MDC Burch v. HCA Healthcare, Inc. et al

1 message

**Jade Burch** <jaderburch@gmail.com>                                 Tue, Oct 28, 2025 at 8:09 AM
To: Mike Prangle <mprangle@hallprangle.com>
Cc: Zachary Thompson <zthompson@hallprangle.com>, Reina Claus <rclaus@hallprangle.com>, "Matthew J. Kaminski"
<mkaminski@hallprangle.com>, Eulora Thompson <ethompson@hallprangle.com>, Jennifer Winter
<jwinter@hallprangle.com>

Mr. Prangle,

Thank you for your note. I've received your message and will ensure all future communications are directed to your office
as requested.

For clarity, all prior correspondence was made under Federal Rule of Evidence 408, in a good-faith effort to resolve
matters efficiently and without unnecessary litigation. My intention has always been to keep this process professional,
factual, and well-documented.

I understand your position and appreciate that you've taken the time to review my materials personally. I'll continue
moving forward accordingly, confident that the record will speak for itself. In the meantime, I will maintain preservation of
all supporting materials and correspondence relevant to this matter.

This process has been a genuine learning experience, and I've grown to enjoy the precision and complexity of federal
litigation. Managing three active federal cases simultaneously has only sharpened my focus and appreciation for the
process—it's become something of a game I intend to play well. Along the way, I even built my own case-management
software to keep every deadline, exhibit, and filing perfectly tracked.

Since your client has declined resolution, I'll proceed as previously outlined once the stated deadline has expired, with
any additional steps taken as appropriate based on the full record.

Respectfully,
**Jade Riley Burch**
Plaintiff, *Burch v. HCA Healthcare, Inc. et al.*

On Tue, Oct 28, 2025 at 5:24 AM Mike Prangle <mprangle@hallprangle.com> wrote:

> Ms. Burch,
>
> I have personally reviewed the multitude of threatening settlement demands that you have made
> over the course of the past few months.  You are clearly a very intelligent person, and your ability
> to generate significant volumes is quite impressive.  That said, we respectfully disagree with your
> description of reality and what you consider to be "fact".  We have considered your demand but
> do not believe there is any meaningful path toward resolution.  As a result, we believe the best
> course is to move forward with our motion to dismiss.
>
> As you know, my firm and I represent the defendants in this case and all of your communications
> should be directed to me or my firm.  You should not be communicating in any way with my
> clients.  You may believe that doing so in some way puts you in a better position.  I can assure
> you it has the opposite effect.  Consider this my demand that you do not communicate with my
> clients.
>
> Mike Prangle
>
> Get Outlook for iOS

# HALL PRANGLE LLC

**Mike Prangle | *Partner***
200 South Wacker Drive, Suite 3300, Chicago, IL 60606
**O:** 312.267.6202 | **F:** 312.345.9608
mprangle@hallprangle.com | hallprangle.com

**Legal Assistant**
Jennifer Winter | **O:** 312.267.6215 | **Email:** jwinter@hallprangle.com

NOTICE: The information contained in this electronic message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or return e-mail and permanently destroy all original messages. Thank you.

**From:** Jade Burch <jaderburch@gmail.com>
**Sent:** Monday, October 27, 2025 3:29 PM
**To:** Mike Prangle <mprangle@hallprangle.com>
**Subject:** Updated Settlement Proposal – Opportunity for Resolution - 2:25-cv-01408-JAD-MDC Burch v. HCA Healthcare, Inc. et al

[External Email] CAUTION!.

Michael and the HCA Executive Team,

I am sending the attached Updated Final Settlement Demand to make sure everyone has the most current version. I understand that internal coordination takes time, and I respect that. My goal is simple. Let us see if we can resolve this efficiently and privately.

I am fully open to conferring at any time. A call, a brief email, even a short message confirming that you are reviewing the proposal all help keep the door open. If HCA needs more time to involve the right decision-makers or complete an internal review, please tell me. I will gladly grant a reasonable extension if active settlement discussions are underway.

Silence puts me in a position where I must move forward with my next steps after the deadline in the proposal. I believe closure is better for everyone involved.

We have a clear path to resolve this. I am ready to work with you to finalize an agreement that allows all parties to move on.

Looking forward to your reply.

Warm regards,
**Jade Riley Burch**

```
MIME-Version: 1.0
Date: Tue, 28 Oct 2025 08:09:59 -0700
References:
<ee029faa-a042-4818-a51f-2c21f2b1c64e.da2902ae-efa7-457a-a130-7af01c666904.15c3f9b2-d7
0c-44b3-b04c-d11b3e702747@emailsignatures365.codetwo.com>
    <CAFXJup6=aK8A4eH9+xxhmXfrXrnWp1y-vswsUiiCxBJBCOuuag@mail.gmail.com>
    <BN3PR12MB9595B012D3F85957D3E429BDD1FDA@BN3PR12MB9595.namprd12.prod.outlook.com>
In-Reply-To:
<BN3PR12MB9595B012D3F85957D3E429BDD1FDA@BN3PR12MB9595.namprd12.prod.outlook.com>
Message-ID: <CAFXJup4MQoS8+iKKvvsJ5aTdO021Oz5XHOMTcztq_6E6dUoKxg@mail.gmail.com>
Subject: =?UTF-8?Q?Re=3A_Updated_Settlement_Proposal_=E2=80=93_Opportunity_for_?=

    =?UTF-8?Q?Resolution_=2D_2=3A25=2Dcv=2D01408=2DJAD=2DMDC_Burch_v=2E_HCA_Healthcare
    =2C_?=
    =?UTF-8?Q?Inc=2E_et_al?=
From: Jade Burch <jaderburch@gmail.com>
To: Mike Prangle <mprangle@hallprangle.com>
Cc: Zachary Thompson <zthompson@hallprangle.com>, Reina Claus
<rclaus@hallprangle.com>,
    "Matthew J. Kaminski" <mkaminski@hallprangle.com>, Eulora Thompson
    <ethompson@hallprangle.com>,
    Jennifer Winter <jwinter@hallprangle.com>
Content-Type: multipart/related; boundary="000000000000d43c470642396854"

--000000000000d43c470642396854
Content-Type: multipart/alternative; boundary="000000000000d43c450642396853"

--000000000000d43c450642396853
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable
```

Mr. Prangle,

Thank you for your note. I've received your message and will ensure all future communications are directed to your office as requested.

For clarity, all prior correspondence was made under Federal Rule of Evidence 408, in a good-faith effort to resolve matters efficiently and without unnecessary litigation. My intention has always been to keep this process professional, factual, and well-documented.

I understand your position and appreciate that you've taken the time to review my materials personally. I'll continue moving forward accordingly, confident that the record will speak for itself. In the meantime, I will maintain preservation of all supporting materials and correspondence relevant to this matter.

This process has been a genuine learning experience, and I've grown to enjoy the precision and complexity of federal litigation. Managing three active federal cases simultaneously has only sharpened my focus and appreciation for the process=E2=80=94it's become something of a game I inte=
nd to
play well. Along the way, I even built my own case-management software to keep every deadline, exhibit, and filing perfectly tracked.

Since your client has declined resolution, I'll proceed as previously outlined once the stated deadline has expired, with any additional steps taken as appropriate based on the full record.

Respectfully,
*Jade Riley Burch*
Plaintiff, *Burch v. HCA Healthcare, Inc. et al.*

On Tue, Oct 28, 2025 at 5:24=E2=80=AFAM Mike Prangle <mprangle@hallprangle.=
com>
wrote:

> Ms. Burch,
>
> I have personally reviewed the multitude of threatening settlement demand=
s
> that you have made over the course of the past few months.  You are clear=
ly
> a very intelligent person, and your ability to generate significant volum=
es
> is quite impressive.  That said, we respectfully disagree with your
> description of reality and what you consider to be =E2=80=9Cfact=E2=80=9D=
.  We have
> considered your demand but do not believe there is any meaningful path
> toward resolution.  As a result, we believe the best course is to move
> forward with our motion to dismiss.
>
> As you know, my firm and I represent the defendants in this case and all
> of your communications should be directed to me or my firm.  You should n=
ot
> be communicating in any way with my clients.  You may believe that doing =
so
> in some way puts you in a better position.  I can assure you it has the
> opposite effect.  Consider this my demand that you do not communicate wit=
h
> my clients.
>
> Mike Prangle
>
> Get Outlook for iOS <https://aka.ms/o0ukef>
>
> [image: HP_Text (8).jpg]
> *Mike* *Prangle* | *Partner*
> *200 South Wacker Drive
> <https://www.google.com/maps/search/200+South+Wacker+Drive+,++Suite+3300+=
,++Chicago+,++IL+60606?entry=3Dgmail&source=3Dg>*,
> *Suite 3300
> <https://www.google.com/maps/search/200+South+Wacker+Drive+,++Suite+3300+=
,++Chicago+,++IL+60606?entry=3Dgmail&source=3Dg>*,
> *Chicago
> <https://www.google.com/maps/search/200+South+Wacker+Drive+,++Suite+3300+=
,++Chicago+,++IL+60606?entry=3Dgmail&source=3Dg>*,
> *IL 60606
> <https://www.google.com/maps/search/200+South+Wacker+Drive+,++Suite+3300+=
,++Chicago+,++IL+60606?entry=3Dgmail&source=3Dg>*
> *O:* 312.267.6202 | * F:* 312.345.9608
> mprangle@hallprangle.com | hallprangle.com
>
> * Legal Assistant*
> Jennifer Winter | *O:* 312.267.6215 | *Email: *jwinter@hallprangle.com
>
>
> *NOTICE: *The information contained in this electronic message is
> intended only for the personal and confidential use of the designated
> recipient(s) named above. This message may be attorney-client
> communication, and as such, is privileged and confidential. If the reader
> of this message is not the intended recipient or an agent responsible for
> delivering it to the intended recipient, you are hereby notified that you
> have received this document in error, and that any review,
> <https://www.google.com/maps/search/200+South+Wacker+Drive+,++Suite+3300+=
,++Chicago+,++IL+60606?entry=3Dgmail&source=3Dg>

> dissemination,
> <https://www.google.com/maps/search/200+South+Wacker+Drive+,++Suite+3300+=
,++Chicago+,++IL+60606?entry=3Dgmail&source=3Dg>
> distribution,
> <https://www.google.com/maps/search/200+South+Wacker+Drive+,++Suite+3300+=
,++Chicago+,++IL+60606?entry=3Dgmail&source=3Dg>or
> copying of this message is strictly prohibited. If you have received this
> communication in error, please notify us immediately by telephone or retu=
rn
> e-mail and permanently destroy all original messages. Thank you.
>
> ----------------------------
> *From:* Jade Burch <jaderburch@gmail.com>
> *Sent:* Monday, October 27, 2025 3:29 PM
> *To:* Mike Prangle <mprangle@hallprangle.com>
> *Subject:* Updated Settlement Proposal =E2=80=93 Opportunity for Resoluti=
on -
> 2:25-cv-01408-JAD-MDC Burch v. HCA Healthcare, Inc. et al
>
> *[External Email]* CAUTION!.
>
> Michael and the HCA Executive Team,
>
> I am sending the attached Updated Final Settlement Demand to make sure
> everyone has the most current version. I understand that internal
> coordination takes time, and I respect that. My goal is simple. Let us se=
e
> if we can resolve this efficiently and privately.
>
> I am fully open to conferring at any time. A call, a brief email, even a
> short message confirming that you are reviewing the proposal all help kee=
p
> the door open. If HCA needs more time to involve the right decision-maker=
s
> or complete an internal review, please tell me. I will gladly grant a
> reasonable extension if active settlement discussions are underway.
>
> Silence puts me in a position where I must move forward with my next step=
s
> after the deadline in the proposal. I believe closure is better for
> everyone involved.
>
> We have a clear path to resolve this. I am ready to work with you to
> finalize an agreement that allows all parties to move on.
>
> Looking forward to your reply.
>
> Warm regards,
> *Jade Riley Burch*
>

--000000000000d43c450642396853
Content-Type: text/html; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

<div dir=3D"ltr">
<div>
<p>Mr. Prangle,</p><p>Thank you for your note. I&#39;ve received your messa=
ge and will ensure all future communications are directed to your office as=
 requested.</p><p>For clarity, all prior correspondence was made under Fede=
ral Rule of Evidence 408, in a good-faith effort to resolve matters efficie=
ntly and without unnecessary litigation. My intention has always been to ke=
ep this process professional, factual, and well-documented.</p><p>I underst=

and your position and appreciate that you&#39;ve taken the time to review an
y materials personally. I&#39;ll continue moving forward accordingly, confi=
dent that the record will speak for itself. In the meantime, I will maintai=
n preservation of all supporting materials and correspondence relevant to t=
his matter.</p><p>This process has been a genuine learning experience, and =
I&#39;ve grown to enjoy the precision and complexity of federal litigation.=
 Managing three active federal cases simultaneously has only sharpened my f=
ocus and appreciation for the process=E2=80=94it&#39;s become something of =
a game I intend to play well. Along the way, I even built my own case-manag=
ement software to keep every deadline, exhibit, and filing perfectly tracke=
d.</p><p>Since your client has declined resolution, I&#39;ll proceed as pre=
viously outlined once the stated deadline has expired, with any additional =
steps taken as appropriate based on the full record.</p><p>

</p><p>Respectfully,<br>
<strong>Jade Riley Burch</strong><br>
Plaintiff, <em>Burch v. HCA Healthcare, Inc. et al.</em></p></div></div><di=
v><br><div class=3D"gmail_quote"><div dir=3D"ltr" class=3D"gmail_attr">On T=
ue, Oct 28, 2025 at 5:24=E2=80=AFAM Mike Prangle &lt;<a href=3D"mailto:mpra=
ngle@hallprangle.com" target=3D"_blank">mprangle@hallprangle.com</a>&gt; wr=
ote:<br></div><blockquote class=3D"gmail_quote" style=3D"margin:0px 0px 0px=
 0.8ex;border-left:1px solid rgb(204,204,204);padding-left:1ex">


<div>
<div dir=3D"ltr" style=3D"font-family:Aptos,Aptos_MSFontService,-apple-syst=
em,Roboto,Arial,Helvetica,sans-serif;font-size:12pt">
Ms. Burch,</div>
<div dir=3D"ltr" style=3D"font-family:Aptos,Aptos_MSFontService,-apple-syst=
em,Roboto,Arial,Helvetica,sans-serif;font-size:12pt">
<br>
</div>
<div dir=3D"ltr" style=3D"font-family:Aptos,Aptos_MSFontService,-apple-syst=
em,Roboto,Arial,Helvetica,sans-serif;font-size:12pt">
I have personally reviewed the multitude of threatening settlement demands =
that you have made over the course of the past few months.=C2=A0 You are cl=
early a very intelligent person, and your ability to generate significant v=
olumes is quite impressive.=C2=A0 That said,
 we respectfully disagree with your description of reality and what you con=
sider to be =E2=80=9Cfact=E2=80=9D.=C2=A0 We have considered your demand bu=
t do not believe there is any meaningful path toward resolution.=C2=A0 As a=
 result, we believe the best course is to move forward with
 our motion to dismiss. =C2=A0</div>
<div dir=3D"ltr" style=3D"font-family:Aptos,Aptos_MSFontService,-apple-syst=
em,Roboto,Arial,Helvetica,sans-serif;font-size:12pt">
<br>
</div>
<div dir=3D"ltr" style=3D"font-family:Aptos,Aptos_MSFontService,-apple-syst=
em,Roboto,Arial,Helvetica,sans-serif;font-size:12pt">
As you know, my firm and I represent the defendants in this case and all of=
 your communications should be directed to me or my firm.=C2=A0 You should =
not be communicating in any way with my clients.=C2=A0 You may believe that=
 doing so in some way puts you in a better
 position.=C2=A0 I can assure you it has the opposite effect.=C2=A0 Conside=
r this my demand that you do not communicate with my clients.</div>
<div dir=3D"ltr" style=3D"font-family:Aptos,Aptos_MSFontService,-apple-syst=
em,Roboto,Arial,Helvetica,sans-serif;font-size:12pt">
<br>

```
</div>
<div dir=3D"ltr" style=3D"font-family:Aptos,Aptos_MSFontService,-apple-syst=
em,Roboto,Arial,Helvetica,sans-serif;font-size:12pt">
Mike Prangle</div>
<div id=3D"m_-7985057557183567661m_1121071558911365935m_3740926608422617698=
ms-outlook-mobile-body-separator-line" style=3D"font-family:Aptos,Aptos_MSF=
ontService,-apple-system,Roboto,Arial,Helvetica,sans-serif;font-size:12pt" =
dir=3D"ltr">
<div dir=3D"ltr" style=3D"font-family:Aptos,Aptos_MSFontService,-apple-syst=
em,Roboto,Arial,Helvetica,sans-serif;font-size:12pt">
<br>
</div>
</div>
<div style=3D"font-family:Aptos,Aptos_MSFontService,-apple-system,Roboto,Ar=
ial,Helvetica,sans-serif;font-size:12pt" id=3D"m_-7985057557183567661m_1121=
071558911365935m_3740926608422617698ms-outlook-mobile-signature">
<span style=3D"font-family:Aptos,Aptos_MSFontService,-apple-system,Roboto,A=
rial,Helvetica,sans-serif;font-size:12pt">Get
<a href=3D"https://aka.ms/o0ukef" style=3D"font-family:Aptos,Aptos_MSFontSe=
rvice,-apple-system,Roboto,Arial,Helvetica,sans-serif" target=3D"_blank">Ou=
tlook for iOS</a></span></div>
<div id=3D"m_-7985057557183567661m_1121071558911365935m_3740926608422617698=
mail-editor-reference-message-container">
<div id=3D"m_-7985057557183567661m_1121071558911365935m_3740926608422617698=
mail-editor-reference-message-container">
<br><table id=3D"m_-7985057557183567661m_1121071558911365935m_3740926608422=
6176980.9xui9hnadl4" style=3D"width:660px" cellspacing=3D"0" cellpadding=3D=
"0"><tbody><tr><td valign=3D"top" style=3D"width:660px;font-family:Arial;fo=
nt-size:10pt"><img src=3D"cid:ii_19a2b3d35a6b9d176da1" border=3D"0" alt=3D"=
HP_Text (8).jpg" style=3D"width: 203px; max-width: 100%;"></td></tr><tr><td=
 valign=3D"top" style=3D"width:660px;font-family:Arial;font-size:10pt"><b s=
tyle=3D"font-family:Arial">Mike</b> <b style=3D"font-family:Arial">Prangle<=
/b> | <b style=3D"font-family:Arial"><i style=3D"font-family:Arial">Partner=
</i></b></td></tr><tr><td valign=3D"top" style=3D"width:660px;font-family:A=
rial;font-size:8pt"><b style=3D"font-size:8pt;font-family:Arial"><a href=3D=
"https://www.google.com/maps/search/200+South+Wacker+Drive+,++Suite+3300+,+=
+Chicago+,++IL+60606?entry=3Dgmail&amp;source=3Dg" style=3D"font-family:Ari=
al" target=3D"_blank">200 South Wacker Drive</a></b>, <b style=3D"font-size=
:8pt;font-family:Arial"><a href=3D"https://www.google.com/maps/search/200+S=
outh+Wacker+Drive+,++Suite+3300+,++Chicago+,++IL+60606?entry=3Dgmail&amp;so=
urce=3Dg" style=3D"font-family:Arial" target=3D"_blank">Suite 3300</a></b>,=
 <b style=3D"font-size:8pt;font-family:Arial"><a href=3D"https://www.google=
.com/maps/search/200+South+Wacker+Drive+,++Suite+3300+,++Chicago+,++IL+6060=
6?entry=3Dgmail&amp;source=3Dg" style=3D"font-family:Arial" target=3D"_blan=
k">Chicago</a></b>, <b style=3D"font-size:8pt;font-family:Arial"><a href=3D=
"https://www.google.com/maps/search/200+South+Wacker+Drive+,++Suite+3300+,+=
+Chicago+,++IL+60606?entry=3Dgmail&amp;source=3Dg" style=3D"font-family:Ari=
al" target=3D"_blank">IL 60606</a></b></td></tr><tr><td valign=3D"top" styl=
e=3D"width:660px;font-family:Arial;font-size:8pt"><b style=3D"font-size:8pt=
;font-family:Arial"><span style=3D"font-size:8pt;font-family:Arial">O:</spa=
n></b><span style=3D"font-size:8pt;font-family:Arial"> 312.267.6202 |=C2=A0=
</span><b style=3D"font-size:8pt;font-family:Arial"> F:</b><span style=3D"f=
ont-size:8pt;font-family:Arial"> 312.345.9608</span></td></tr><tr><td valig=
n=3D"top" style=3D"width:660px;font-family:Arial;font-size:8pt"><span style=
=3D"font-size:8pt;font-family:Arial"><a href=3D"mailto:mprangle@hallprangle=
.com" style=3D"font-family:Arial" target=3D"_blank">mprangle@hallprangle.co=
m</a> | <a href=3D"http://hallprangle.com" style=3D"font-family:Arial" targ=
et=3D"_blank">hallprangle.com</a></span></td></tr><tr><td valign=3D"top" co=
lspan=3D"1" style=3D"width:660px;font-family:Arial"></td></tr><tr><td valig=
n=3D"top" colspan=3D"1" style=3D"width:660px;font-family:Arial"><b style=3D=
"font-family:Arial">=C2=A0<br><span style=3D"font-size:9pt;font-family:Aria=
l">Legal Assistant</span></b></td></tr><tr><td valign=3D"top" colspan=3D"1"=
 style=3D"width:660px;font-family:Arial"><span style=3D"font-size:8pt;font-=
```

```
family:Arial"><span style=3D"font-size:9pt;font-family:Arial">Jennifer Wint=
er |=C2=A0</span></span><b style=3D"font-size:9pt;font-family:Arial">O:</b>=
<span style=3D"font-size:9pt;font-family:Arial"> 312.267.6215 | </span><b s=
tyle=3D"font-size:9pt;font-family:Arial">Email: </b><span style=3D"font-siz=
e:8pt;font-family:Arial"><span style=3D"font-size:9pt;font-family:Arial"><a=
 href=3D"mailto:jwinter@hallprangle.com" style=3D"font-family:Arial" target=
=3D"_blank">jwinter@hallprangle.com</a></span></span><br></td></tr></tbody>=
</table><p style=3D"font-size:8pt"><strong style=3D"font-family:Arial;font-=
size:8pt;color:rgb(104,164,68)"><span style=3D"font-size:8pt;font-family:Ar=
ial"><span style=3D"font-size:8pt;font-family:Arial;color:rgb(68,164,156)">=
<span style=3D"font-size:8pt;font-family:Arial;color:rgb(63,154,215)"><br>N=
OTICE</span>:</span> </span></strong><font style=3D"font-family:Arial;font-=
size:8pt;color:rgb(0,0,0)"><span style=3D"font-size:8pt;font-family:Arial">=
The information contained in this electronic message is=20
intended only for the personal and confidential use of the designated=20
recipient(s) named above. This message may be attorney-client communication=
, and=20
as such, is privileged and confidential. If the reader of this message is n=
ot=20
the intended recipient or an agent responsible for delivering it to the int=
ended=20
recipient, you are hereby notified that you have received this document in=
=20
error, and that any review<a href=3D"https://www.google.com/maps/search/200=
+South+Wacker+Drive+,++Suite+3300+,++Chicago+,++IL+60606?entry=3Dgmail&amp;=
source=3Dg" style=3D"font-family:Arial" target=3D"_blank">, </a>disseminati=
on<a href=3D"https://www.google.com/maps/search/200+South+Wacker+Drive+,++S=
uite+3300+,++Chicago+,++IL+60606?entry=3Dgmail&amp;source=3Dg" style=3D"fon=
t-family:Arial" target=3D"_blank">, </a>distribution<a href=3D"https://www.=
google.com/maps/search/200+South+Wacker+Drive+,++Suite+3300+,++Chicago+,++I=
L+60606?entry=3Dgmail&amp;source=3Dg" style=3D"font-family:Arial" target=3D=
"_blank">, </a>or copying of this=20
message is strictly prohibited. If you have received this communication in=
=20
error, please notify us immediately by telephone or return e-mail and=20
permanently destroy all original messages. Thank=20
you.</span></font></p><p></p><p></p><hr style=3D"display:inline-block;width=
:98%">
<div id=3D"m_-7985057557183567661m_1121071558911365935m_3740926608422617698=
divRplyFwdMsg" dir=3D"ltr"><span style=3D"font-family:Calibri,sans-serif"><=
b style=3D"font-family:Calibri,sans-serif">From:</b>=C2=A0Jade Burch &lt;<a=
 href=3D"mailto:jaderburch@gmail.com" style=3D"font-family:Calibri,sans-ser=
if" target=3D"_blank">jaderburch@gmail.com</a>&gt;<br>
<b style=3D"font-family:Calibri,sans-serif">Sent:</b>=C2=A0Monday, October =
27, 2025 3:29 PM<br>
<b style=3D"font-family:Calibri,sans-serif">To:</b>=C2=A0Mike Prangle &lt;<=
a href=3D"mailto:mprangle@hallprangle.com" style=3D"font-family:Calibri,san=
s-serif" target=3D"_blank">mprangle@hallprangle.com</a>&gt;<br>
<b style=3D"font-family:Calibri,sans-serif">Subject:</b>=C2=A0Updated Settl=
ement Proposal =E2=80=93 Opportunity for Resolution - 2:25-cv-01408-JAD-MDC=
 Burch v. HCA Healthcare, Inc. et al</span>
<div style=3D"font-family:Calibri,sans-serif">=C2=A0</div>
</div>
<div style=3D"text-align:left;line-height:12pt;padding:2pt;border-width:1pt=
;border-style:solid;width:100%;font-family:Calibri;font-size:10pt;backgroun=
d-color:rgb(255,235,156);border-color:rgb(156,101,0)">
<span style=3D"font-family:Calibri;color:rgb(156,101,0)"><b style=3D"font-f=
amily:Calibri">[External Email]</b></span><span style=3D"font-family:Calibr=
i;color:black">=C2=A0CAUTION!.</span></div></div></div></div><div><div id=
=3D"m_-7985057557183567661m_1121071558911365935m_3740926608422617698mail-ed=
itor-reference-message-container"><div id=3D"m_-7985057557183567661m_112107=
1558911365935m_3740926608422617698mail-editor-reference-message-container">
<br>
```

```
<p dir=3D"ltr">Michael and the HCA Executive Team;</p>
<p dir=3D"ltr">I am sending the attached Updated Final Settlement Demand to=
 make sure everyone has the most current version. I understand that interna=
l coordination takes time, and I respect that. My goal is simple. Let us se=
e if we can resolve this efficiently
 and privately.</p>
<p dir=3D"ltr">I am fully open to conferring at any time. A call, a brief e=
mail, even a short message confirming that you are reviewing the proposal a=
ll help keep the door open. If HCA needs more time to involve the right dec=
ision-makers or complete an internal
 review, please tell me. I will gladly grant a reasonable extension if acti=
ve settlement discussions are underway.</p>
<p dir=3D"ltr">Silence puts me in a position where I must move forward with=
 my next steps after the deadline in the proposal. I believe closure is bet=
ter for everyone involved.</p>
<p dir=3D"ltr">We have a clear path to resolve this. I am ready to work wit=
h you to finalize an agreement that allows all parties to move on.</p>
<p dir=3D"ltr">Looking forward to your reply.</p>
<p dir=3D"ltr">Warm regards,<br>
<b>Jade Riley Burch</b></p>
</div>
</div>
</div>

</blockquote></div></div>

--000000000000d43c450642396853--
--000000000000d43c470642396854
Content-Type: image/jpeg;
    name="hp_text(8)_6d001c02-1fcf-4041-a660-b5b4fdd2471a.jpg"
Content-Disposition: attachment;
    filename="hp_text(8)_6d001c02-1fcf-4041-a660-b5b4fdd2471a.jpg"
Content-Transfer-Encoding: base64
X-Attachment-Id: ii_19a2b3d35a6b9d176da1
Content-ID: <ii_19a2b3d35a6b9d176da1>
```

```
/9j/4AAQSkZJRgABAQEBLAEsAAD/4gHYSUNDX1BST0ZJTEUAAQEAAAHIAAAAAQwAABtbnRyUkdC
IFhZWiAH4AABAAEAAAAAAABhY3NwAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQAA9tYAAQAA
AADTLQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAlk
ZXNjAAAA8AAAACRyWFlaAAABFAAAABRnWFlaAAABKAAAABRiWFlaAAABPAAAABR3dHB0AAABUAAA
ABRyVFJDAAABZAAAAChnVFJDAAABZAAAAChiVFJDAAABZAAAAChjcHJ0AAABjAAAADxtbHVjAAAA
AAAAAAAEAAAAMZW5VUwAAAAgAAAAcAHMAUgBHAEJYWVogAAAAAAAAb6IAADj1AAADkFhZWiAAAAAA
AABimQAAt4UAABjaWFaIAAAAAAAACSgAAAPhAAAts9YWVogAAAAAAA9tYAAQAAAADTLXBhcmEA
AAAAAQAAACZmYAAPKnAAANWQAAE9AAAApbAAAAAAAAABtbHVjAAAAAAAAAAEAAAAMZW5VUwAA
ACAAAAAcAEcAbwBvAGcAbABlACAASQBuAGMALgAgADIAMAAxADb/2wBDAAMCAgMCAgMDAwMEAwME
BQgFBQQEBQoHBwYIDAoMDAsKCwsNDhIQDQ4RDgsLEBYQERUFRUVDA8XGBYUGBIUFRT/2wBDAQME
BAUEBQkFBQkUDQsNFBQUFBQUFBQUFBQUFBQUFBQUFBQUFBQUFBQUFBQUFBQUFBQUFBQUFBT/wAARCAAVAMsDASIAAhEBAxEB/8QAHAAAAgMBAQEBAAAAAAAAAAAAAAAAgFBgcJAgME/8QA
OhAAAQMDAwMCBAQEAwkAAAAAAQIDBAUGEQAHEggTIRQxFSJBUQkWMmEjJDhCM3a0NFJTYnFydbGz
/8QAGgEAAgMBAQAAAAAAAAAAAAAAwQBAgUABv/EADMRAAEDAgUCBAQEBwAAAAAAAAECAxEAIQQS
MVFhQXETIpGxBRSBoRXB0eEyM3JyssLw/9oADAMBAAIRAxEAPwBpPwzKvOXfTGxJqM2RPkfF5ae9
KdU4vA4YGVEnGjrUq86m7q9NzUSbIitSb2jtPoYdUhLqO8x8qgD8w8nwfvpfeh3oysHfPYxq57jk
15qpKqMiMU06olhrgjjj5eJ8+T51L729LNm9PW9XT3Mtd+sPPVO9YbL4qc4yEhKH2COI4jByTr06
m8P+ILhRmVWy20PWfyrHCnflkyLQLz24p/L8vWmbc2XW7orL3YpdJiOS5CvqUoSTxT91E4AH1JA0
k/Q51FXlV93a1Q9xUSIiNxGl3XbQkrJQEhS0KZa7ZILbWUjx4Zz/AH5Mt+IRd1xbk1u2dibEpj1w
1mpYrVagRZCGSqI0cttKcWQlAUPKVknl7FDeM8gDmnUSd965QbQulOxTViubbLFRhVSBWo8r08RpA
KmSO1XJTYDaCQM4CSMYJ0HC4VJYyriXNyAQBoQCZudeKI88Q88SMYJ0HC4VJYyriXNyAQBoQCZudeKI
BLfgyUzIQS9GdU2sAyEA4UCDrRd3Jb8fpVvSU0843JRZc11LyFkLSsQVkKCvcHPnOsF61tx6Zu70
ArvGkKzBq6qdISjOS0v1CA42T/vIWFIP7pOt13h/pLvf/JE7/QL0olGVpoKF86h/hRyqVrINso/2
qN6J50mp9LG3cqZIdlyXICit59ZWtR7znkk+TrbtYV0Nf0m7b/8Aj1f/AGGcluuksTZ9fc+9MM/y0
9hXPbb3YaH1IdSHUCzcN33fSWrfrTcJuhVXXsJSHVP8AIEKQseO0nGMY8++pzbq6Lu2v3G3w2RqF
4VG9aFRrQk1ql1WpOlybCPZR/BW5nPs+PrgcAUhPIjVY2w2Nq28vUz1F/Ddybp2/bp9faDyLalqj
+s7ipGO5hQzx4HHv+tWmKonTJaPT3s7uW9RHKhV67VqNNXUa7WZHfmzSkSiGSiGHCAVYACcknAHknySQNb
```

eIdbQPDUqZSmBGhhJmfXTWazmkKUcwEXMmdbm0UvfS/0hx94uni2r8VudftvXZUUSlpkwqx/LsLb
kutIV2ykKIw2kkdwHOfI1vvQVu7cu7uykt665gq1VodYkUX4skf7e22htSXSR+o4c48vrxBOSTpA
rNsm6rY2Z2xui6L5vNvYq4VyIdYh29UnG00hfq3mvmZPJBaWU8yePkqWMcuPLq1tPZtnba7a0elW
W3Fi2mxGD8Z9l4OIdQocy8pwn5+WeRUT9ftjU/FIQFBRzSoxb+GCZE76W+u1Rg/NlIEQL31mIP71
iHXvupWbesGk7dWWXXb8v2UKZBajOcHW2MjvLCsjjnKUZOAAtZyOOrh0ab2O73bH0ubU1qF0UdRp
FbZd8OCS0AOagfOVp4rP/MVD6aUu17/3R3e6l6/vjY+16tw7cpvet63VyamzCajNowFOoDigpSlp
Ws+2B3lDOR4ldor0vrYvq8dq1/2IdubZ3WkemXDTPalx01FPEoeC2yeJU4sghWP8dR8hPiq8IBh/
BtnAzaiZ6piZsONQd6lL5LviXym2hiOhnTX7GrD1QdR139P/AFmU6dSI8yuWsbTjP12iskqSYyZM
gKkJT7JWjIPL7ZBOMkOlYd90Pcy0aZc1tz26nRqi0HmJDZ9x7FJHulQIIKT5BBB9tK/dEZqZ+Jrb
zD7SH2HbAcQ404kKStJekAgg+CCPpqv1+kVb8PvcV65qHHk1PYO4pYNWpTILi7ekrIAebH/DPgfu
MIPzBskDjTb6G20CHMoI/q477b6bUVC1NqUpRlM+nPbfbWvfTTvAztpanUteFzTZU2m0C8Jy0NOP
FaiAspbZb5EhPJZSkD2yoa/Nt5sBfXWPSWNwN5rurFHtqrJ9TR7KoD5jMNxleW1ukg55J8jIKiCC
VDPEYhHpj243St1SzLdd+IRvzsqroVH+YPxUvpcUsfdIb/if9E66K7BXvR9xNmbOrtCdbcp79MYQ
G2j/AIC0ICFtH7FCklJH7aNiicMFONiFExO0JBttMm/FDZAdIQs2Anvc+350vtY/DspNpMmp7QX1
c231zsDkw569T0R5Q/tdRgKwT4PkjBOUq9teOqGobkUXoAuGRfsyHFvpn0SZEqguqbSR69hIVkYw
sp/VxwnJOPHjWmbx07qLkXk47tpV7EhWsI6OLdwJkGSHfPMkobUOPtjzpRL53wv/AHw6LN9pd6P0
efDo9XptLgT6JHU3HkLROaLykKV5UkgslJIBwryPOuw3jYhbS3FBQCk/3XMR+1c74bSVpQCJB7aU
+dOkuq2DiyC6svm2UrLpUeXL0oOc++c/XSV9InSLRN+Nh6Fedw31fkeqznpLbrdPrYbZAbfW2nCV
NqPskZ8++nQpv9PcX/K6P9INJN0ZdGlt7v8AT5QLpqN53xR5ct6UhUSi1dEeKgIkLQOKC0ogkJyf
Pkk6Xwqg2w4rPl8ybxPRVqK8MziBlmx6xtT77bWFD2wselWvAnVCpRKc2ptuVVXw9JcBWpWVrAGT
lRHsPAGrNqs7bWHE2xselWvBn1GqRKc2ptuXVnw9JcBWpWVrAGTlWPYeANRSb+mfkGzq6Y7Hqa05
TW3m8K4I9SpsL4+c+OZxkn6ZzrLKFOEqF7+800XEtwlVrT6RPvV70apcy4q/XLqqNGt5MCFHpXbT
NqNSZcfCnVoDiWm2kLRnCFIJUVj9YAB868Ird+Q09l+16ZUXUEgyotULLbn2IQttSk+MZBJ858n3
1BbIGorg6CTAMbxWR/h+2V+Quntml+s9diqSne72u378fGMn7ffR1ZWV+a9x9hZnrPS/CbuYl8O1
z7uHWTxzyHH9Pv599GjTXir+ZU5NyT95qmRPhBEWtUf0g2J8SvvdHdatTvilzV+qqgIWWuCYURtK
FJYR8xJGC2nz9GU/vpn5EdqXHdYfbQ8w6kocbcSFJWkjBBB9wR9NGjQH1qW4SrgegojaQlMCuct0
7OuW5sfvbtPErqzbMG4Yk6lB2PyXCQ5IypnPP5xhCPPjzyOPm1YNqrx3Mv8AtTci1rtvxuuUNVi1
NliMiix4xZc7SW00c28KVxSpQ4k+c/to0a1A+4pBKoN50GpAk6cUn4aQoR21Ol6i+kq6tzLVu6xb
GF+tybLiumP8J+CR0KU1hauPe8rHzHOc510S0aNJY1RW5mMTwAPamMOkJRApa+mOyvyzvv1B1P1n
qfi9ZjPdrtcO1gyfGeR5fq+w9tbhuXB+J7cXXD59r1FJls88Z48mVDOPr76NGgOrUtwKOsD7AURC
QlMDn3rIek/bKljpDtuyq20zXqS9Hmx5Lb7XFD6HJb6iCnJx+r3BzkZGDpba/Tro2SsfdPZOi3a9
JtlzDdKlTI5VJpkZ5SC8wlQWAtKkOFP9ucVKAHLANGnW3ll5cmZM9NZ1/wC7UuptIQmOgj6RTvbL
bbUvaLau2bRo4/kqZDQ33Snip5w/M46ofQrWpSj/AN2qR1jbT07d3YWvwJjyoUumpFVgT20clxpD
OSFJGR7pK0Hz7Kz7gaNGkUOrDodB80zPNMKQkoyRaKyTbGj1C7Oqbbi+qtVEyaodv0xJSUx+IfcD
jwU9nkePI5PHBxn303daosC46RMpVUhs1CmzWVMSIshAW262oYUlQPuCDo0au+tSlCegqG0gA81h
fS/0/UXYWZuZbNJkLn0KZVW5LMaW2FFlpyOk9lRJPcAyRkgZHvn3OF75bQ1rovYqV9bPXvMtuh1C
QVyrQlxEzIPcIyVN81fIMAD2KgPHLGBo0aaw+IcXiBnM5iJm89/11oLrSEteURlmOKzTabezd7rj
rLli1i/GrMoUhtSZwoFLS12S0AeTZcK+SQoZBwcefII8aZzqL2Dt2zeimubdWun4PSWfR8Xlo7zi
1iYytbjnlPJaiPJ8e/gAADRo1ofEFnD4wNM+VKSCAANd+frSuFSHWCtdyQR9Kyrp5v7dOv3Ai1bh
v9qr2ymiS4wp6aJHYICIyktnuI+b5cA+/nHnWPbY3hu7s7ZsO1bT3LaptDiKcWzHVb0Z4pKllavm
WSo5UonydGjVEunMpMCDFsojr0jmrFAgGTN+p45rozsDWq5cWz9tVK5Kmms1uQwtUmcmMiOHVdxY
B7aPlT4AHj7ajo9j1n8gUuiOVuApdEegrhSE01aRiOUlIdR3zy5cBkpKfr40aNYxdUhRy7zoOmlO
KZQ4AVbEanQxPtX3rlNrdpmTdFOqkMS57bKalFegrXHfdSAhLzae8FNq4gJI5KBCU/UZ1MRrZueY
wiRIveUy66OZbhU6MhlGfICQ4hxWAMDysn/1o0aqXFEXj0FcGkg2n1P61//Z

--000000000000d43c470642396854--

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**Jade Riley Burch,**

Plaintiff,

v.

**HCA Healthcare, Inc., et al.,**

Defendants.

Case No.: 2:25-cv-01408-JAD-MDC

**EXHIBIT A-1**

**Title:** Email to Michael Prangle re: Escalation Initiated and Proof of Delivery

**Filed in Support of:**

*Emergency Motion for Order to Show Cause re: Failure to Preserve Evidence*

**Submitted by:**

**Jade Riley Burch**
Plaintiff, Pro Se
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Email: jaderburch@gmail.com
Phone: (614) 725-9452

**Date Filed:** November 10, 2025

Page 1 of 1

 **Gmail**

Jade Burch <jaderburch@gmail.com>

## Notice: Deadlines Expired – Escalation Initiated

1 message

**Jade Burch** <jaderburch@gmail.com>                                      Sat, Nov 1, 2025 at 2:55 PM
To: mprangle@hpslaw.com

Mr. Prangle,

The window for voluntary resolution has now closed. All outstanding deadlines previously set for HCA and its counsel have expired without compliance or engagement.

As of today, the following actions are complete and verifiable:

- **SEC Whistleblower Complaint** – filed and acknowledged.

- **Nevada State Bar Complaint** – formally submitted and under review.

- **National Class Action Blueprint** – fully activated and in distribution.

At this stage, the matter is proceeding exactly as outlined. The record is complete, the timeline is locked, and all escalation phases are live.

No further warnings will be issued. I recommend your team begin internal review immediately to assess the exposure this will create once the filings and exhibits become public record.

Regards,
**Jade Riley Burch**
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Email: jaderburch@gmail.com
Phone: (614) 725-9452

**Jade Riley Burch**

**LitigatorOS | Founder & Lead Litigator**
614.725.9452 | LitigatorOs.com | jaderburch@gmail.com



MIME-Version: 1.0
Date: Sat, 1 Nov 2025 14:55:12 -0700
Message-ID: <CAFXJup6+Zk-OEGOx+QX1ZnRWJ0JFEuDkmm8wXU7_Mf4fvwZ3OQ@mail.gmail.com>
Subject: =?UTF-8?Q?Notice=3A_Deadlines_Expired_=E2=80=93_Escalation_Initiated?=
From: Jade Burch <jaderburch@gmail.com>
To: mprangle@hpslaw.com
Content-Type: multipart/alternative; boundary="000000000000527c0506428f893a"

--000000000000527c0506428f893a
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

Mr. Prangle,

The window for voluntary resolution has now closed. All outstanding
deadlines previously set for HCA and its counsel have expired without
compliance or engagement.

As of today, the following actions are complete and verifiable:

   -

   *SEC Whistleblower Complaint* =E2=80=93 filed and acknowledged.
   -

   *Nevada State Bar Complaint* =E2=80=93 formally submitted and under revi=
ew.
   -

   *National Class Action Blueprint* =E2=80=93 fully activated and in distr=
ibution.

At this stage, the matter is proceeding exactly as outlined. The record is
complete, the timeline is locked, and all escalation phases are live.

No further warnings will be issued. I recommend your team begin internal
review immediately to assess the exposure this will create once the filings
and exhibits become public record.

Regards,
*Jade Riley Burch*
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Email: jaderburch@gmail.com
Phone: (614) 725-9452


[image: photo]
Jade Riley Burch

LitigatorOS | Founder & Lead Litigator

614.725.9452  |  LitigatorOs.com  |  jaderburch@gmail.com
[image: linkedin] <https://www.linkedin.com/in/jade-riley-burch/>

--000000000000527c0506428f893a
Content-Type: text/html; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

<div dir=3D"ltr"><div><p>Mr. Prangle,</p>
<p>The window for voluntary resolution has now closed. All outstanding dead=
lines previously set for HCA and its counsel have expired without complianc=
e or engagement.</p>

<p>As of today, the following actions are complete and verifiable:</p>
<ul>
<li>
<p><strong>SEC Whistleblower Complaint</strong> =E2=80=93 filed and acknowl=
edged.</p>
</li>
<li>
<p><strong>Nevada State Bar Complaint</strong> =E2=80=93 formally submitted=
 and under review.</p>
</li>
<li>
<p><strong>National Class Action Blueprint</strong> =E2=80=93 fully activat=
ed and in distribution.</p>
</li>
</ul>
<p>At this stage, the matter is proceeding exactly as outlined. The record =
is complete, the timeline is locked, and all escalation phases are live.</p=
>
<p>No further warnings will be issued. I recommend your team begin internal=
 review immediately to assess the exposure this will create once the filing=
s and exhibits become public record.</p>
<p>Regards,<br>
<strong>Jade Riley Burch</strong><br>
222 Karen Avenue, Unit 1207<br>
Las Vegas, NV 89109<br>
Email: <a class=3D"gmail-decorated-link gmail-cursor-pointer" rel=3D"noopen=
er">jaderburch@gmail.com<span aria-hidden=3D"true" class=3D"gmail-ms-0.5 gm=
ail-inline-block gmail-align-middle gmail-leading-none"></span></a><br>
Phone: (614) 725-9452</p></div><div><div dir=3D"ltr" class=3D"gmail_signatu=
re" data-smartmail=3D"gmail_signature"><div dir=3D"ltr"><br><div><table sty=
le=3D"direction:ltr;border-collapse:collapse"><tbody><tr><td><table cellpad=
ding=3D"0" cellspacing=3D"0" style=3D"border-collapse:collapse;font-family:=
Arial;line-height:1.15;color:rgb(0,0,0);width:438.011px"><tbody><tr><td sty=
le=3D"height:1px;width:137px;vertical-align:top;padding:0.01px 1px"><table =
cellpadding=3D"0" cellspacing=3D"0" style=3D"border-collapse:collapse"><tbo=
dy><tr><td style=3D"vertical-align:top;padding:0.01px 1px 14px 0.01px;width=
:103px;text-align:center"><br></td></tr><tr><td style=3D"vertical-align:top=
;padding:0.01px;width:137px;text-align:center"><img src=3D"https://d36urhup=
7zbd7q.cloudfront.net/u/QMPJpQJQ0kG/1678218196115.png" height=3D"auto" widt=
h=3D"137" alt=3D"photo" style=3D"width:137px;vertical-align:middle;border-r=
adius:0px;height:auto"></td></tr></tbody></table></td><td valign=3D"top" st=
yle=3D"padding:0.01px 0.01px 0.01px 14px;vertical-align:top"><table cellpad=
ding=3D"0" cellspacing=3D"0" style=3D"border-collapse:collapse;width:285.04=
3px"><tbody><tr><td nowrap style=3D"text-align:left;line-height:1.2;padding=
:0.01px 0.01px 14px;border-bottom:2px solid rgb(189,189,189)"><span style=
=3D"text-transform:initial;font-weight:bold;color:rgb(255,84,185);letter-sp=
acing:0px;line-height:1.2"><span style=3D"font-size:16px"><font face=3D"ari=
al, sans-serif">Jade Riley Burch</font></span></span><br></td></tr><tr><td =
nowrap width=3D"405" style=3D"padding-top:14px;width:405px"><p style=3D"tex=
t-align:left;margin:0.1px;line-height:1"><span style=3D"color:rgb(255,84,18=
5);font-weight:700">LitigatorOS | Founder &amp; Lead Litigator</span></p><p=
 style=3D"text-align:center;margin:0.1px;line-height:1"><span style=3D"font=
-size:11px;color:rgb(33,33,33)">614.725.9452=C2=A0 |=C2=A0 <a href=3D"http:=
//LitigatorOs.com" target=3D"_blank">LitigatorOs.com</a>=C2=A0 |=C2=A0<a hr=
ef=3D"mailto:jaderburch@gmail.com" target=3D"_blank"> jaderburch@gmail.com<=
/a></span></p></td></tr><tr><td style=3D"padding:14px 0.01px 0.01px"><table=
 border=3D"0" cellpadding=3D"0" cellspacing=3D"0"><tbody><tr><td align=3D"l=
eft" style=3D"padding-right:6px;text-align:center;padding-top:0px"></td><td=
 algn=3D"left" style=3D"padding-right:6px;text-align:center;padding-top:0p=
x"><a href=3D"https://www.linkedin.com/in/jade-riley-burch/" rel=3D"nofollo=
w noreferrer" target=3D"_blank"><img width=3D"24" height=3D"24" src=3D"http=
s://cdn.gifo.wisestamp.com/s/ld/FF54B9/48/0/background.png" border=3D"0" al=
t=3D"linkedin" style=3D"float:left;border:none"></a></td></tr></tbody></tab=

```
le><br></td></tr></tbody></table></td></tr></tbody></table><table cellpaddi=
ng=3D"0" cellspacing=3D"0" border=3D"0" style=3D"max-width:600px;width:438.=
011px"><tbody><tr><td style=3D"line-height:0"></td></tr></tbody></table></t=
d></tr></tbody></table><table><tbody><tr><td style=3D"font-family:&quot;ws-=
id xOaKyv4bVMa&quot;;;font-size:0.01px;line-height:0">=C2=A0<br><br></td></t=
r></tbody></table></div></div></div></div>


--000000000000527c0506428f893a--
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**Jade Riley Burch,**

Plaintiff,

v.

**HCA Healthcare, Inc., et al.,**

Defendants.

Case No.: 2:25-cv-01408-JAD-MDC

**EXHIBIT B**

**Title:** Formal Litigation Hold and Preservation Notice and Proof of Delivery

**Filed in Support of:**

*Emergency Motion for Order to Show Cause re: Failure to Preserve Evidence*

**Submitted by:**

**Jade Riley Burch**
Plaintiff, Pro Se
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Email: jaderburch@gmail.com
Phone: (614) 725-9452

**Date Filed:** November 10, 2025

Page 1 of 1

11/9/25, 11:57 PM
Gmail - Litigation Hold and Preservation Notice. — Burch v. HCA Healthcare, Inc., No. 2:25-cv-01408-JAD-MDC

Case 2:25-cv-01408-JAD-MDC     Document 62     Filed 11/10/25     Page 26 of 36

 **Gmail**

Jade Burch <jaderburch@gmail.com>

## Litigation Hold and Preservation Notice — Burch v. HCA Healthcare, Inc., No. 2:25-cv-01408-JAD-MDC

1 message

**Jade Burch** <jaderburch@gmail.com>                                     Sun, Nov 2, 2025 at 9:32 AM
To: mprangle@hpslaw.com, Zachary Thompson <zthompson@hallprangle.com>, Reina Claus <rclaus@hallprangle.com>
Cc: Jade Burch <jaderburch@gmail.com>

Counsel,

This correspondence constitutes a **formal preservation notice** pursuant to the Federal Rules of Civil Procedure and applicable common-law duties. Effective immediately, you are required to **preserve all documents, communications, and electronically stored information (ESI)** related to HCA Healthcare, Inc. and its affiliates that concern the matters at issue in *Burch v. HCA Healthcare, Inc.*, Case No. 2:25-cv-01408-JAD-MDC (D. Nev.).

**Scope of Preservation**

This notice applies to all forms of data and materials, including but not limited to:

- Emails, text messages, chat logs, and attachments
- Draft and final versions of court filings and affidavits - including the **Curvin Affidavit** and any related communications
- SEC filings, board and committee materials, and internal memoranda addressing corporate structure, operations, or disclosures
- Litigation-hold notices, preservation instructions, and communications with outside counsel or experts
- Electronic health records (EHR), incident logs, compliance reports, and regulatory materials concerning EMTALA, ADA, and ACA §1557 matters
- Notes, calendars, tasking systems, and messaging on any personal or firm-issued devices used for work purposes
- Backups, archives, and cloud repositories (email servers, shared drives, Teams/Slack channels, etc.)

**Custodians**

This hold applies to all **Hall Prangle LLC personnel** and any other individuals who participated in, advised on, or handled filings or communications related to this matter. At a minimum, custodians include: **Michael Prangle**, **Zachary Thompson**, **Reina Claus**, **Edward Curvin**, and any attorney, staff member, consultant, or expert involved in drafting, reviewing, filing, serving, or discussing the referenced materials.

**Time period**

**November 30, 2023 to present**, encompassing:

1. the **Southern Hills Hospital** incident (Nov. 30–Dec. 4, 2023) referenced in Plaintiff's Notice of Preservation filed Oct. 17, 2025, and

2. **all HCA-affiliated hospital encounters through 2025 and beyond**, as well as all subsequent filings, statements, and correspondence tied to the current action and related investigations.

**Preservation measures**

Immediately suspend any automatic deletion, auto-purge, overwriting, or recycling of data. IT must implement a **comprehensive litigation hold** across all systems, devices, and backups within your possession, custody, or control.

**Acknowledgment**

Please acknowledge receipt in **writing** and confirm that a litigation hold **has been issued** to all relevant custodians and IT personnel **within two business days**.

11/9/25, 11:57 PM
Gmail - Litigation Hold and Preservation Notice — Burch v. HCA Healthcare, Inc., No. 2:25-cv-01408-JAD-MDC

Case 2:25-cv-01408-JAD-MDC    Document 62    Filed 11/10/25    Page 27 of 36

Dated: November 2, 2025

Respectfully,
**Jade Riley Burch**

**Jade Riley Burch**

**LitigatorOS | Founder & Lead Litigator**
614.725.9452 | LitigatorOs.com | jaderburch@gmail.com

in

MIME-Version: 1.0
Date: Sun, 2 Nov 2025 09:32:58 -0800
Message-ID: <CAFXJup5X9f8yb2ATN-yVQHRSq67soe2N5udvUxFP27bPhHcN-A@mail.gmail.com>
Subject: =?UTF-8?Q?Litigation_Hold_and_Preservation_Notice_=E2=80=94_Burch_v=2E?=
    =?UTF-8?Q?_HCA_Healthcare=2C_Inc=2E=2C_No=2E_2=3A25=2Dcv=2D01408=2DJAD=2DMDC?=
From: Jade Burch <jaderburch@gmail.com>
To: mprangle@hpslaw.com, Zachary Thompson <zthompson@hallprangle.com>,
    Reina Claus <rclaus@hallprangle.com>
Cc: Jade Burch <jaderburch@gmail.com>
Content-Type: multipart/alternative; boundary="000000000000724bb506429ffd8a"

--000000000000724bb506429ffd8a
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

Counsel,

This correspondence constitutes a *formal preservation notice* pursuant to
the Federal Rules of Civil Procedure and applicable common-law duties.
Effective immediately, you are required to *preserve all documents,
communications, and electronically stored information (ESI)* related to HCA
Healthcare, Inc. and its affiliates that concern the matters at issue in *B=
urch
v. HCA Healthcare, Inc.*, Case No. 2:25-cv-01408-JAD-MDC (D. Nev.).
Scope of Preservation

This notice applies to all forms of data and materials, including but not
limited to:

=E2=80=A2 Emails, text messages, chat logs, and attachments
=E2=80=A2 Draft and final versions of court filings and affidavits - includ=
ing
the *Curvin
Affidavit* and any related communications
=E2=80=A2 SEC filings, board and committee materials, and internal memorand=
a
addressing corporate structure, operations, or disclosures
=E2=80=A2 Litigation-hold notices, preservation instructions, and communica=
tions
with outside counsel or experts
=E2=80=A2 Electronic health records (EHR), incident logs, compliance report=
s, and
regulatory materials concerning EMTALA, ADA, and ACA =C2=A71557 matters
=E2=80=A2 Notes, calendars, tasking systems, and messaging on any personal =
or
firm-issued devices used for work purposes
=E2=80=A2 Backups, archives, and cloud repositories (email servers, shared =
drives,
Teams/Slack channels, etc.)
Custodians

This hold applies to all Hall Prangle LLC personnel and any other
individuals who participated in, advised on, or handled filings or
communications related to this matter. At a minimum, custodians
include: Michael
Prangle, Zachary Thompson, Reina Claus, Edward Curvin, and any attorney,
staff member, consultant, or expert involved in drafting, reviewing,
filing, serving, or discussing the referenced materials.
Time period

November 30, 2023 to present, encompassing:

   1.

the Southern Hills Hospital incident (Nov. 30=E2=80=93Dec. 4, 2023) refe=
renced
in Plaintiff=E2=80=99s Notice of Preservation filed Oct. 17, 2025, and
2.

all HCA-affiliated hospital encounters through 2025 and beyond, as well
as all subsequent filings, statements, and correspondence tied to the
current action and related investigations.

Preservation measures

Immediately suspend any automatic deletion, auto-purge, overwriting, or
recycling of data. IT must implement a comprehensive litigation hold across
all systems, devices, and backups within your possession, custody, or
control.
Acknowledgment

Please acknowledge receipt in writing and confirm that a litigation hold ha=
s
been issued to all relevant custodians and IT personnel within two business
days.

Dated: November 2, 2025

Respectfully,
*Jade Riley Burch*


[image: photo]
Jade Riley Burch

LitigatorOS | Founder & Lead Litigator

614.725.9452  |  LitigatorOs.com  |  jaderburch@gmail.com
[image: linkedin] <https://www.linkedin.com/in/jade-riley-burch/>

--000000000000724bb506429ffd8a
Content-Type: text/html; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

<div dir=3D"ltr"><div><p>Counsel,</p>
<p>This correspondence constitutes a <strong>formal preservation notice</st=
rong> pursuant to the Federal Rules of Civil Procedure and applicable commo=
n-law duties. Effective immediately, you are required to <strong>preserve a=
ll documents, communications, and electronically stored information (ESI)</=
strong> related to HCA Healthcare, Inc. and its affiliates that concern the=
 matters at issue in <em>Burch v. HCA Healthcare, Inc.</em>, Case No. 2:25-=
cv-01408-JAD-MDC (D. Nev.).</p>
<h3><font size=3D"2">Scope of Preservation</font></h3>
<p>This notice applies to all forms of data and materials, including but no=
t limited to:</p>
<p>=E2=80=A2 Emails, text messages, chat logs, and attachments<br>
=E2=80=A2 Draft and final versions of court filings and affidavits - includ=
ing the <strong>Curvin Affidavit</strong> and any related communications<br=
>
=E2=80=A2 SEC filings, board and committee materials, and internal memorand=
a addressing corporate structure, operations, or disclosures<br>
=E2=80=A2 Litigation-hold notices, preservation instructions, and communica=
tions with outside counsel or experts<br>
=E2=80=A2 Electronic health records (EHR), incident logs, compliance report=
s, and regulatory materials concerning EMTALA, ADA, and ACA =C2=A71557 matt=

ers<br>
=E2=80=A2 Notes, calendars, tasking systems, and messaging on any personal =
or firm-issued devices used for work purposes<br>
=E2=80=A2 Backups, archives, and cloud repositories (email servers, shared =
drives, Teams/Slack channels, etc.)</p>
<h3><font size=3D"2" style=3D"">Custodians</font></h3><h3>
<p><font size=3D"2" style=3D""><span style=3D"font-weight:normal">This hold=
 applies to all </span>Hall Prangle LLC personnel<span style=3D"font-weight=
:normal"> and any other individuals who participated in, advised on, or han=
dled filings or communications related to this matter. At a minimum, custod=
ians include: </span>Michael Prangle<span style=3D"font-weight:normal">, </=
span>Zachary Thompson<span style=3D"font-weight:normal">, </span>Reina Clau=
s<span style=3D"font-weight:normal">, </span>Edward Curvin<span style=3D"fo=
nt-weight:normal">, and any attorney, staff member, consultant, or expert i=
nvolved in drafting, reviewing, filing, serving, or discussing the referenc=
ed materials.</span></font></p>
</h3><h3><font size=3D"2" style=3D"">Time period</font></h3><h3>
<p><font size=3D"2" style=3D"">November 30, 2023 to present<span style=3D"f=
ont-weight:normal">, encompassing:</span></font></p>
<ol>
<li>
<p><font size=3D"2" style=3D""><span style=3D"font-weight:normal">the </spa=
n>Southern Hills Hospital<span style=3D"font-weight:normal"> incident (Nov.=
 30=E2=80=93Dec. 4, 2023) referenced in Plaintiff=E2=80=99s Notice of Prese=
rvation filed Oct. 17, 2025, and</span></font></p>
</li>
<li>
<p><font size=3D"2" style=3D"">all HCA-affiliated hospital encounters throu=
gh 2025 and beyond<span style=3D"font-weight:normal">, as well as all subse=
quent filings, statements, and correspondence tied to the current action an=
d related investigations.</span></font></p>
</li>
</ol>
</h3><h3><font size=3D"2" style=3D"">Preservation measures</font></h3><h3>
<p><font size=3D"2" style=3D""><span style=3D"font-weight:normal">Immediate=
ly suspend any automatic deletion, auto-purge, overwriting, or recycling of=
 data. IT must implement a </span>comprehensive litigation hold<span style=
=3D"font-weight:normal"> across all systems, devices, and backups within yo=
ur possession, custody, or control.</span></font></p>
</h3><h3><font size=3D"2" style=3D"">Acknowledgment</font></h3><h3>
<p><font size=3D"2" style=3D""><span style=3D"font-weight:normal">Please ac=
knowledge receipt in </span>writing<span style=3D"font-weight:normal"> and =
confirm that a litigation hold </span>has been issued<span style=3D"font-we=
ight:normal"> to all relevant custodians and IT personnel </span>within two=
 business days<span style=3D"font-weight:normal">.</span></font></p>
<p><span style=3D"font-weight:normal"><font size=3D"2">Dated: November 2, 2=
025</font></span></p></h3>
<p>Respectfully,<br>
<strong>Jade Riley Burch</strong><br><br></p></div><div><div dir=3D"ltr" cl=
ass=3D"gmail_signature" data-smartmail=3D"gmail_signature"><div dir=3D"ltr"=
><br><div><table style=3D"direction:ltr;border-collapse:collapse"><tbody><t=
r><td><table cellpadding=3D"0" cellspacing=3D"0" style=3D"border-collapse:c=
ollapse;font-family:Arial;line-height:1.15;color:rgb(0,0,0);width:438.011px=
"><tbody><tr><td style=3D"height:1px;width:137px;vertical-align:top;padding=
:0.01px 1px"><table cellpadding=3D"0" cellspacing=3D"0" style=3D"border-col=
lapse:collapse"><tbody><tr><td style=3D"vertical-align:top;padding:0.01px 1=
px 14px 0.01px;width:103px;text-align:center"><br></td></tr><tr><td style=
=3D"vertical-align:top;padding:0.01px;width:137px;text-align:center"><img s=
rc=3D"https://d36urhup7zbd7q.cloudfront.net/u/QMPJpQJQ0kG/1678218196115.png=
" height=3D"auto" width=3D"137" alt=3D"photo" style=3D"width:137px;vertical=
-align:middle;border-radius:0px;height:auto"></td></tr></tbody></table></td=
><td valign=3D"top" style=3D"padding:0.01px 0.01px 0.01px 14px;vertical-ali=
gn:top"><table cellpadding=3D"0" cellspacing=3D"0" style=3D"border-collapse=

```
:collapse;width:265.015px"><tbody><tr><td nowrap style=3D"text-align:left;=
ine-height:1.2;padding:0.01px 0.01px 14px;border-bottom:2px solid rgb(189,1=
89,189)"><span style=3D"text-transform:initial;font-weight:bold;color:rgb(2=
55,84,185);letter-spacing:0px;line-height:1.2"><span style=3D"font-size:16p=
x"><font face=3D"arial, sans-serif">Jade Riley Burch</font></span></span><b=
r></td></tr><tr><td nowrap width=3D"405" style=3D"padding-top:14px;width:40=
5px"><p style=3D"text-align:left;margin:0.1px;line-height:1"><span style=3D=
"color:rgb(255,84,185);font-weight:700">LitigatorOS | Founder &amp; Lead Li=
tigator</span></p><p style=3D"text-align:center;margin:0.1px;line-height:1"=
><span style=3D"font-size:11px;color:rgb(33,33,33)">614.725.9452=C2=A0 |=C2=
=A0 <a href=3D"http://LitigatorOs.com" target=3D"_blank">LitigatorOs.com</a=
>=C2=A0 |=C2=A0<a href=3D"mailto:jaderburch@gmail.com" target=3D"_blank"> j=
aderburch@gmail.com</a></span></p></td></tr><tr><td style=3D"padding:14px 0=
.01px 0.01px"><table border=3D"0" cellpadding=3D"0" cellspacing=3D"0"><tbod=
y><tr><td align=3D"left" style=3D"padding-right:6px;text-align:center;paddi=
ng-top:0px"></td><td align=3D"left" style=3D"padding-right:6px;text-align:c=
enter;padding-top:0px"><a href=3D"https://www.linkedin.com/in/jade-riley-bu=
rch/" rel=3D"nofollow noreferrer" target=3D"_blank"><img width=3D"24" heigh=
t=3D"24" src=3D"https://cdn.gifo.wisestamp.com/s/ld/FF54B9/48/0/background.=
png" border=3D"0" alt=3D"linkedin" style=3D"float:left;border:none"></a></t=
d></tr></tbody></table><br></td></tr></tbody></table></td></tr></tbody></ta=
ble><table cellpadding=3D"0" cellspacing=3D"0" border=3D"0" style=3D"max-wi=
dth:600px;width:438.011px"><tbody><tr><td style=3D"line-height:0"></td></tr=
></tbody></table></td></tr></tbody></table><table><tbody><tr><td style=3D"f=
ont-family:&quot;ws-id xOaKyv4bVMa&quot;;font-size:0.01px;line-height:0">=
=C2=A0<br><br></td></tr></tbody></table></div></div></div></div></div>

--000000000000724bb506429ffd8a--
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**Jade Riley Burch,**

Plaintiff,

v.

**HCA Healthcare, Inc., et al.,**

Defendants.

Case No.: 2:25-cv-01408-JAD-MDC

**EXHIBIT C**

**Title:** Certification of Regulatory Filings (SEC and State BAR)

**Filed in Support of:**

*Emergency Motion for Order to Show Cause re: Failure to Preserve Evidence*

**Submitted by:**

**Jade Riley Burch**
Plaintiff, Pro Se
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Email: jaderburch@gmail.com
Phone: (614) 725-9452

**Date Filed:** November 10, 2025

## EXHIBIT C - CERTIFICATION OF REGULATORY FILINGS

I, Jade Riley Burch, certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct:

## I. U.S. SECURITIES AND EXCHANGE COMMISSION WHISTLEBLOWER COMPLAINT

1. On October 29, 2025, I submitted a whistleblower complaint to the U.S. Securities and Exchange Commission via the agency's official TCR (Tips, Complaints, and Referrals) portal at https://www.sec.gov/tcr.

2. The complaint concerns material contradictory sworn statements HCA Healthcare, Inc. made in its Form 10-K filed with the SEC for fiscal year ending December 31, 2024, where HCA says "we operated 190 hospitals" and describes direct operational activities throughout, versus the Affidavit of Edward Curvin filed in this case on September 30, 2025 (ECF 51-1), where HCA's representative swears under oath that "HCA Healthcare was a non-operating holding company without employees" that "did not conduct business" and "did not participate in, direct, or control" operations.

3. The complaint alleges violations of Securities Exchange Act Section 10(b) and SEC Rule 10b-5 (false or misleading statements), Sarbanes-Oxley Act Section 302 (false executive certifications), and SEC Regulation S-K Items 103 and 303 (failure to disclose material litigation).

4. I provided the SEC with documentary evidence, including HCA's Form 10-K (December 31, 2024), the Curvin Affidavit (ECF 51-1, filed September 30, 2025), the Class Action Blueprint (ECF 21-11, filed August 12, 2025), and comparative analysis demonstrating the contradictions.

5. I received electronic confirmation of receipt from the SEC confirming my submission was successfully filed.

6. I requested consideration for a whistleblower award under 15 U.S.C. § 78u-6(b), which provides for awards of 10-30% of monetary sanctions exceeding $1 million.

7. I did not file anonymously. The SEC has my complete contact information and can reach me directly regarding the submission.

## II. STATE BAR OF NEVADA COMPLAINTS

8. On November 1, 2025, I hand-delivered my first formal complaint to the State Bar of Nevada offices concerning professional conduct violations by defense counsel Hall Prangle LLC.

9. The first complaint addressed violations of the Nevada Rules of Professional Conduct, specifically filing potentially false or contradictory statements with the Court, failure to correct known false statements, and conduct involving dishonesty, fraud, deceit, or misrepresentation.

10. The complaint was filed at 3100 W. Charleston Blvd., Suite 100, Las Vegas, NV 89102, and I received confirmation that it was accepted for review.

11. On November 10, 2025, I filed a second complaint addressing violations that have occurred since the first complaint, specifically failure to respond to preservation obligations despite formal written notice, continued contradictory positions without correction or clarification, and obstruction of federal court proceedings through non-engagement.

12. Both complaints are under review by the State Bar's disciplinary procedures.

### III. NATIONAL CLASS ACTION FRAMEWORK

13. On August 12, 2025, I filed a 52-page document titled "National Class Action Blueprint Against HCA Healthcare, Inc." as Exhibit FFF (ECF 21-11) in this litigation.

14. The Blueprint documents systematic violations across HCA's 191-hospital network and provides a framework for coordinated nationwide class action litigation, including identification of 50 major plaintiff law firms, damages estimates ranging from $6 billion to $40 billion, MDL (Multi-District Litigation) strategy, discovery protocols and expert witness frameworks, and legal theories including RICO, civil rights violations, EMTALA violations, and healthcare fraud.

15. Following the Blueprint's public filing, I circulated it to plaintiff attorneys for evaluation and potential use in related matters.

16. The Blueprint has been publicly available on the federal court docket (PACER) since August 12, 2025.

### IV. PURPOSE AND TIMING

17. These regulatory filings were initiated to protect the evidentiary record and preserve material evidence after voluntary cooperation with Defendants failed.

18. On October 27, 2025, I sent Defendants a settlement demand letter explicitly warning of impending SEC whistleblower complaints and State Bar complaints if settlement was not reached by October 30, 2025.

19. Defendants declined to engage in settlement discussions or respond substantively to the preservation concerns outlined in my correspondence.

20. On November 1, 2025, I notified defense counsel in writing that all settlement deadlines had expired and that escalation proceedings were active, including the SEC whistleblower submission and State Bar complaint.

21. On November 2, 2025, I issued a formal Litigation Hold and Preservation Notice to Defendants requiring written certification of preservation measures within two business days.

22. As of this certification, Defendants have provided no response, no acknowledgment, and no certification regarding evidence preservation despite the heightened obligations created by active regulatory oversight across multiple forums.

23. The continued silence necessitated the filing of a second State Bar complaint on November 10, 2025, addressing the ongoing failure to meet preservation obligations.

## V. DECLARATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of November, 2025, in Las Vegas, Nevada.

/s/ Jade Riley Burch
**Jade Riley Burch**
Plaintiff, Pro Se
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Email: jaderburch@gmail.com
Phone: (614) 725-9452

Burch v. HCA Healthcare Inc., et al.
EXHIBIT C - CERTIFICATION OF REGULATORY FILINGS