Jade Riley Burch
Plaintiff, Pro Se
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Tel: (614) 725-9452
Email: jaderburch@gmail.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Jade Riley Burch,<br><br>Plaintiff.<br><br>vs.<br><br>HCA Healthcare, Inc., et al.,<br><br>Defendants. | Case No.: 2:25-cv-01408-JAD-MDC<br><br>**NOTICE OF COMPLETION OF RULE 26(f) CONFERENCE** |

**STATUS STATEMENT**

The Rule 26(f) conference was completed on December 18, 2025. Plaintiff has served Rule 26(a)(1) Initial Disclosures, first-phase discovery requests, and a global HIPAA release to facilitate record production. Plaintiff is awaiting Defendants' corresponding disclosures and responses.

DATED: December 27, 2025

Respectfully submitted,

/s/ **Jade Riley Burch**
**Plaintiff, Pro Se**

**Certificate of Service**

I certify that on 12/27/2025, I served this Notice by email to:

Michael E. Prangle, Esq. – *mprangle@hallprangle.com*

Zach Thompson, Esq. – *zthompson@hallprangle.com*

Hall Prangle LLP, 1140 N. Town Center Drive, Suite 350, Las Vegas, NV 89144

/s/ **Jade Riley Burch**