MICHAEL E. PRANGLE, ESQ.
Nevada Bar No. 8619
ZACHARY J. THOMPSON, ESQ.
Nevada Bar No. 11001
HALL PRANGLE LLC
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV  89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
Email: efile@hallprangle.com
*Attorneys for Defendants*
*HCA HEALTHCARE, INC.;*
*SUNRISE HOSPITAL & MEDICAL CENTER, LLC;*
*MOUNTAINVIEW HOSPITAL; and*
*SOUTHERN HILLS HOSPITAL & MEDICAL CENTER*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JADE RILEY BURCH,<br><br>Plaintiff,<br><br>vs.<br><br>HCA HEALTHCARE, INC.; SUNRISE HOSPITAL & MEDICAL CENTER, LLC; MOUNTAINVIEW HOSPITAL; and SOUTHERN HILLS HOSPITAL & MEDICAL CENTER,<br><br>Defendants. | CASE NO.:  2:25-cv-01408-JAD-MDC<br><br>**JOINT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

Pro Per Plaintiff, JADE RILEY BURCH, and Defendants, HCA HEALTHCARE, INC., SUNRISE HOSPITAL & MEDICAL CENTER, LLC, MOUNTAINVIEW HOSPITAL, and SOUTHERN HILLS HOSPITAL & MEDICAL CENTER ("Defendants"), by and through their counsel of record, hereby submit this Joint Discovery Plan and Scheduling Order pursuant to Fed. R. Civ. P. 26(a) and Local Rule 26-1.

As provided by Local Rule 26-1, the Parties met and conferred on December 18,2025, for the purpose of conferring about the above-entitled action.  Specifically, Jade Burch attended on behalf of herself *pro se* and Zachary Thompson, Esq. attended as counsel for Defendants (collectively, the "Parties").

///

///

HALL PRANGLE LLC
1140 NORTH TOWN CENTER DRIVE, STE. 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025

It is hereby requested that the Court enter the following discovery plan and scheduling order:

**I.     DISCOVERY PLAN:**

**1.        Discovery Cut-Off Date**: **December 18, 2026**, which is 1 year from December 18, 2025, the date the parties held the Rule 26(f) conference. Counsel for Defendant HCA Healthcare Inc. explained during the Rule 26(f) conference that it would be moving this Honorable Court for a stay of discovery as to it only in light of its fully briefed motion for lack of personal jurisdiction as to it and in addition to the motion to dismiss pursuant to Rule 12(b)(6). Plaintiff represented that she opposed the motion. The other three Defendants, which are Las Vegas-based hospitals, will not be filing a motion to stay discovery.

Plaintiff does not stipulate to a stay as to HCA Healthcare, Inc. Plaintiff preserves all discovery rights. Participation in this joint plan does not waive opposition to any stay request and does not constitute consent to limit, delay, or suspend discovery unless ordered by the Court.  Discovery proceeds as to all defendants unless the Court orders otherwise. Plaintiff does not agree to any delay, limitation, or suspension of discovery based on the anticipated motion to stay or the jurisdiction arguments.

**2.        Deadline to Amend Pleadings and/or Add Parties**: **September 18, 2026**, which is 90 days prior to the close of discovery.

**3.        Deadline to Disclose Initial Expert Disclosures**: **October 19, 2026**, which is 60 days before the close of discovery.

**4.        Deadline to Disclose Rebuttal Expert Disclosures**: **November 18, 2026**, which is 30 days before the close of discovery.

**5.        Deadline to File Dispositive Motions: January 15, 2027**, which is 30 days after the close of discovery.

**II.        PRETRIAL ORDER**: In accordance with Local Rule 26-1(b)(5), the parties shall file a joint pretrial order no later than **February 12, 2027**, or thirty (30) days after the date set for filing dispositive motions. In the event that the Parties file dispositive motions, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision on

HALL PRANGLE LLC
1140 NORTH TOWN CENTER DRIVE, STE. 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025

HALL PRANGLE LLC
1140 NORTH TOWN CENTER DRIVE, STE. 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025

the dispositive motions or further order of the Court. The disclosure required by Federal Rule of Civil Procedure 26(a)(3) and objections thereto shall be made in the joint pretrial order.

**III.    INITIAL DISCLOSURES**: No changes shall be made to the form or requirement of disclosures under Fed. R. Civ. P. 26(a)(1)(A).  The Parties shall exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1)(C) on or before **January 9, 2026**.

**IV.    EXTENSION OF DISCOVERY PLAN**: Requests to extend discovery shall comply fully with Local Rule 26-3. Applications to extend any date set by the discovery plan, scheduling order, or other order, must, in addition to satisfying the requirements of LR IA 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend a deadline set forth in the discovery plan shall be received by the Court no later than twenty-one (21) days before the expiration of the subject deadline. A request made after the expiration of the subject deadline shall not be granted unless the movant demonstrates that the failure to file the motion before the deadline expired was the result of excusable neglect. The motion or stipulation shall include:

1.    A statement specifying the discovery completed by the parties as of the date of the motion or stipulation;

2.    A specific description of the discovery which remains to be completed;

3.    The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and

4.    A proposed schedule for the completion of all remaining discovery. It is not good cause for a later request to extend discovery that the parties informally postponed. Any stipulation that would interfere with any time set for the completion of discovery, for hearing of a motion or for trial, may be made only with approval of the Court.

**V.    LR 26-1 CERTIFICATIONS:** The Parties certify that they considered consenting to trial by magistrate judge under 28 U.S.C. §636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program. The Parties further certify that they met and conferred about the possibility of using alternative dispute resolution. The Parties agree that no alternative dispute resolution should be ordered at this time.

**VI.    ELECTRONIC SERVICE**: The Parties agree to electronic service of discovery.

**VII.    PROTECTIVE ORDER:** The Parties agree to meet and confer regarding the submission of a stipulation and proposed protective order governing the handling of confidential information and, upon stipulation, the Parties will submit a proposed protective order to the Court for approval. If any party refuses to enter into such a stipulation, the other parties reserve the right to move the Court for an order governing the handling of such confidential information.

Respectfully submitted,                    Respectfully submitted,

*/s/ Jade Riley Burch*                       */s/ Zachary Thompson*
JADE RILEY BURCH                        MICHAEL E. PRANGLE, ESQ.
222 Karen Ave., Unit 1207               Nevada Bar No. 8619
Las Vegas, NV 89109                     ZACHARY J. THOMPSON, ESQ.
jaderburch@gmail.com                    Nevada Bar No. 11001
*Pro Per Plaintiff*                           HALL PRANGLE LLC
                                          1140 N. Town Center Dr., Ste. 350
                                          Las Vegas, NV  89144
                                          *Attorneys for Defendants*
                                          *HCA HEALTHCARE, INC.; SUNRISE*
                                          *HOSPITAL & MEDICAL CENTER, LLC;*
                                          *MOUNTAINVIEW HOSPITAL; and*
                                          *SOUTHERN HILLS HOSPITAL & MEDICAL*
                                          *CENTER*

**ORDER**

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED:_____

**HALL PRANGLE LLC**
1140 NORTH TOWN CENTER DRIVE, STE. 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025