Jade Riley Burch
Plaintiff, Pro Se
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Tel: (614) 725-9452
Email: jaderburch@gmail.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jade Riley Burch,<br><br>    Plaintiff.<br><br>vs.<br><br>HCA Healthcare, Inc., et al.,<br><br>    Defendants. | Case No.: 2:25-cv-01408-JAD-MDC<br><br>**PLAINTIFF'S NOTICE OF INTENT TO FILE SECOND AMENDED COMPLAINT** |

Plaintiff Jade Riley Burch, proceeding pro se, hereby provides notice to the Court and all parties of her intent to seek leave to file a Second Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2).

1. Plaintiff has prepared a Second Amended Complaint that addresses the matters raised in Defendants' pending Motions to Dismiss (ECF 51, ECF 52) and incorporates additional factual development arising from discovery produced after the filing of the operative complaint. The Second Amended Complaint is not a recycled pleading; it has been drafted anew from the ground up to reflect the current evidentiary record and will introduce additional defendants supported by that record.

2. Plaintiff intends to file a Motion for Leave to File Second Amended Complaint on or before **February 21, 2026**.

3. Plaintiff respectfully requests that the Court defer ruling on the pending Motions to Dismiss, as the forthcoming Second Amended Complaint will supersede the operative pleading and moot the pending motions.

4. Plaintiff remains engaged in settlement discussions with Defendants. Should resolution occur prior to the above date, Plaintiff will promptly notify the Court.

**DATED:** February 3rd , 2026

Respectfully submitted,

/s/ Jade Riley Burch
**Jade Riley Burch**
Plaintiff, Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3rd, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Jade Riley Burch
Jade Riley Burch