**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**JADE RILEY BURCH, Plaintiff**

**v.**

**HCA HEALTHCARE, INC., et al., Defendants**
**Case No. 2:25-cv-01408-JAD-MDC**

---

### EXHIBIT 22-B

**Submitted in support of:**
**PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE AND FRAUD ON THE COURT**

---

**Description:**
Coding Summary Analysis -- SHH-M000213 Technical Notation Review

---

**Submitted by:**
Jade Riley Burch
Plaintiff, Pro Se
222 Karen Ave, Unit 1207
Las Vegas, NV 89109
Tel: 614-725-9452
Email: jaderburch@gmail.com

```
RUN DATE: 12/04/23                      Southern Hills Hospital ABS *LIVE*                                PAGE 1
RUN TIME: 0015                                   CODING SUMMARY
RUN USER: HPF.FEED

 NAME: BURCH,JADE RILEY                      ACCT#:      H89681403926
                                            FORM:
    ADM DATE: 11/30/23  1542
 ATTEND PHYS: Rey Rueda,Juan E   MD         UNIT#:      H000529958
   DIS DT/TM: 12/01/23  0017                SEX:        F
    DIS DISP: SO HILLS BEHAVIORAL HEALTH    AGE:        45
         LOS: :           1                DOB:        07/31/78
    PT CLASS: INO.OTH                       FIN CLASS:  14
                                            ABS STATUS: FINAL

 DIAGNOSES                                                           POA INDICATOR  CODESET

 REASON FOR VISIT DX
           R45.851     SUICIDAL IDEATIONS                                           ICD10

 PRIMARY CODESET
 PRINC DX    R45.851    SUICIDAL IDEATIONS                                          ICD10
 OTHER DX    F25.9      SCHIZOAFFECTIVE DISORDER, UNSPECIFIED                       ICD10
             E87.6      HYPOKALEMIA                                                 ICD10
             F32.A      DEPRESSION, UNSPECIFIED                                     ICD10
             F64.0      TRANSSEXUALISM                                              ICD10
             I10        ESSENTIAL (PRIMARY) HYPERTENSION                            ICD10
             I16.0      HYPERTENSIVE URGENCY                                        ICD10
             F41.9      ANXIETY DISORDER, UNSPECIFIED                               ICD10

 OTHER CODESET
 PRINC DX
 OTHER DX

 PROCEDURE
 PRIMARY CODESET
 DATE        PROC CODE & NAME                    SURGEON        ANESTHESIOLOGIST
 OTHER CODESET

 PRIMARY CODESET
 DRG I-10
 OTHER CODESET
 DRG I-9


 STATUS        $REIMB    MIN-LOS   STD-LOS    COST WT    GRP VERS    GRP FC
                                                         41          14



 DRG STATUS DATE:                            ABS STATUS DATE: 12/03/23
 CODER: INTERFACE                            ABSTRACTOR: CACUSER


   **This form will be maintained as a permanent part of the medical record**
```

SHH - M000213