# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Case No.: 2:25-cv-01408-JAD-MDC

### *Burch v. HCA Healthcare, Inc., et al.*

## FORENSIC EXHIBITS 23-G THROUGH 23-L

---

*In Support of Plaintiff's Motion for Sanctions and to Compel*
*Production of Native EHR Audit Logs*

**Southern Hills Hospital**
**June 28 to 30, 2025**

---

**Jade Riley Burch**
*Plaintiff Pro Se*

## EXHIBIT 23-G
## Forensic Metadata Analysis: SHH-SECLOG00001
### *Post-Litigation Manual Construction in Lieu of Native Security System Export*

### Document Identification

| | |
|---|---|
| **Bates Designation** | SHH-SECLOG00001 |
| **File Name as Produced** | 32. Burch - SHH Security Log for 06.28.25-06.29.25 (SHH-SECLOG000001).xlsx |
| **Checksum (MD5)** | 136f1f7fab030bb1cf2a41d55b11e1c9 |
| **File Type** | Microsoft Excel Spreadsheet (.xlsx) |
| **Application Version** | Microsoft Excel 16.03 |
| **File Size** | **12 kilobytes** |
| **Worksheet Count** | 1 |

### Document Property Fields

| | |
|---|---|
| **Internal Document Title** | Patrol Reports |
| **Worksheet Name** | SHH-AT000008 |
| **Document Security** | **None — fully editable, no integrity protection** |
| **Creator Field** | Christopher Tuttle |
| **Last Modified By** | Diana J. Samora |
| **Create Date (Embedded)** | **January 9, 2026 at 7:23 PM UTC** |
| **Modify Date (Embedded)** | **February 3, 2026 at 9:42 PM UTC** |
| **ZIP Modification Timestamp** | **January 1, 1980 at 00:00:00** |

### Events Purportedly Documented

| | |
|---|---|
| **Stated Coverage Period** | June 28 to 29, 2025 |
| **Days Between Events and File Creation** | **194 days** |
| **Days Between File Creation and Final Modification** | **25 days** |

## Forensic Findings

**Finding 1: The file was created 194 days after the events it purports to document.**

The Create Date embedded in the document properties is January 9, 2026. The events this document purports to record occurred June 28 to 29, 2025. The file did not exist until 194 days after the encounter ended.

**Finding 2: The file was modified again 25 days after creation, during active litigation.**

The Modify Date embedded in the document properties is February 3, 2026. The file was altered by Diana J. Samora after its initial creation by Christopher Tuttle.

**Finding 3: The ZIP modification timestamp of January 1, 1980 is inconsistent with native system export.**

A ZIP modification timestamp of January 1, 1980 is the default value assigned when a file is manually constructed or when metadata has been stripped. It is not produced by a native security system export. Security systems, access control platforms, badge reader systems, and surveillance management software generate exports with system timestamps reflecting the actual date and time of export. This file does not contain such a timestamp.

**Finding 4: The file size of 12 kilobytes cannot represent a complete two-day hospital security log.**

A genuine system-generated access log covering 48 hours of security events, including badge access events, patrol timestamps, camera triggers, and access control entries, produces a file measured in hundreds of kilobytes to multiple megabytes depending on event volume. A 12-kilobyte Excel file covering two days of hospital security activity contains, at most, a manually entered summary of selected events.

**Finding 5: The document is fully editable with no integrity protection.**

A contemporaneous security system export is read-only by design. This file bears no read-only designation, no document security restriction, and no audit trail governing modifications made after creation.

**Finding 6: The internal document title does not match the Bates designation.**

The embedded document title is Patrol Reports. The Bates designation SHH-SECLOG000001 appears as the worksheet name. These fields were manually assigned. They are not system-generated identifiers.

**Finding 7: Two named individuals authored and edited this file.**

Christopher Tuttle is identified as the creator. Diana J. Samora is identified as the last modifier. Neither individual is identified as a treating clinician, nursing staff member, or administrative personnel in the certified 201-page medical record production.

## Conclusion

SHH-SECLOG00001 is not a system-generated security log. It is a manually created Microsoft Excel file, constructed 194 days after the events it purports to document, authored by Christopher Tuttle, subsequently modified by Diana J. Samora during active litigation, internally titled Patrol Reports, unprotected and fully editable, and bearing a ZIP timestamp consistent with manual construction rather than native system export.

**What Was Not Produced:** The native security system export, access control records, badge reader transaction data, and surveillance management logs for the June 28 to 30, 2025 encounter.

## EXHIBIT 23-H
### Forensic Metadata Analysis: SHH-RESRPT000001
*Manual Print-to-PDF During Active Litigation in Lieu of Native Meditech Restraint Report Export*

### Document Identification

| | |
|---|---|
| **Bates Designation** | SHH-RESRPT000001 |
| **File Name as Produced** | 17. Burch - SHH Restraints Report 06.28.25-06.30.25 (SHH-RESRPT000001).pdf |
| **Checksum (MD5)** | e184b4e39d39e0eddf09e4fab794ced9 |
| **File Type** | PDF, Version 1.7 |
| **Page Dimensions** | 792 x 612 points (standard letter size) |
| **Page Count** | **1** |

### Document Property Fields

| | |
|---|---|
| **Internal Document Title** | MEDITECH Document Manager |
| **Author Field** | Warren Jennifer - Las Vegas |
| **Creator Field** | Warren Jennifer - Las Vegas |
| **Producer Field** | **Microsoft: Print To PDF** |
| **Create Date (Embedded)** | **February 2, 2026 at 3:53 PM Pacific Time** |
| **Modify Date (Embedded)** | **February 3, 2026 at 1:24 PM Pacific Time** |

### Events Purportedly Documented

| | |
|---|---|
| **Stated Coverage Period** | June 28 to 30, 2025 |
| **Days Between Events and File Creation** | **217 days** |
| **Days Between File Creation and Final Modification** | 1 day |

### Forensic Findings

**Finding 1:** **The Producer field identifies Microsoft: Print To PDF, establishing manual human intervention.**

Microsoft Print To PDF is the Windows operating system's built-in print-to-file function. It is invoked when a user opens a document on a Windows computer and selects Print, then designates

the output as a PDF file rather than a physical printer. A genuine Meditech EHR system export generates a PDF through Meditech's native document export engine, which identifies Meditech or its underlying PDF generation library as the producer. A producer field reading Microsoft: Print To PDF establishes that a human being opened a Meditech screen on a Windows computer and manually printed it to a PDF file. It is not a system-generated export.

**Finding 2: The file was created 217 days after the restraint events it purports to document.**

The Create Date embedded in the document properties is February 2, 2026. The restraint events this document purports to record occurred June 28 to 30, 2025.

**Finding 3: The identified creator is not a treating clinician, nurse, or administrative staff member in the certified production.**

Warren Jennifer, located in Las Vegas, is identified in both the Author and Creator fields. Warren Jennifer does not appear in the certified 201-page medical record production as a treating clinician, nursing staff member, or administrative personnel for this encounter.

**Finding 4: A one-page document cannot constitute a complete restraint report for a 71.5-hour restraint episode.**

Defendants' own restraint log data establishes that 4,293 minutes, approximately 71.5 hours, of non-violent restraint occurred during this encounter. The regulatory minimum documentation for a 71.5-hour non-violent restraint episode under 42 CFR Section 482.13 and HCA Policy COG.COG.001 includes restraint orders, monitoring flowsheets with entries at minimum 2-hour intervals (36 minimum entries), physician renewal orders at 24 and 48 hours, and discontinuation documentation. That documentation cannot be captured on a single page.

**Finding 5: The document title confirms the source application was Meditech.**

The embedded document title reads MEDITECH Document Manager, confirming the source was the Meditech EHR system. The producer field confirms the export method was not Meditech's native export function.

**Finding 6: The metadata pattern is consistent with SHH-SECLOG00001.**

Both SHH-SECLOG00001 and SHH-RESRPT000001 purport to be original records of events occurring June 28 to 30, 2025. Both were created in early 2026 during active litigation. Both were created and modified by identified individuals. Neither bears the metadata signature of a genuine system-generated export. Both were produced under Bates designations implying authenticity as original records.

## Conclusion

SHH-RESRPT000001 is not a native system-generated restraint report. It is a manual screen capture converted to PDF by Warren Jennifer on February 2, 2026, during active litigation, 217 days after the restraint events occurred, using the Windows Print To PDF function rather than Meditech's native export engine.

**What Was Not Produced:** The native Meditech restraint report export, the underlying restraint flowsheets, the physician restraint orders, the nursing monitoring logs, and the renewal documentation for the 4,293-minute restraint episode.

## EXHIBIT 23-I
### Forensic Analysis of SHH-AT000011
*Six Independent Grounds for Sanctions Established by the Native Audit Log Itself*

### Document Identification

| | |
|---|---|
| **Bates Designation** | SHH-AT000011 |
| **File Name as Produced** | 24. Burch - SHH BURJA Acct # H896832667699 6-28-25 - 6-29-25 (SHH-AT000011).txt |
| **File Type** | Plain text (.txt) |
| **Line Count** | 6,709 lines |
| **Word Count** | 21,058 words |
| **Database Identifier** | MRI.COCNVA |
| **Log Fields** | Date, Time, Database Module, User ID, Action Type, Description, Device Identifier, Confidential Flag, Emulating User, Output Device, User Identity Identifiers |
| **Stated Date Range** | **June 28, 2025 to June 29, 2025** |

### Ground 1: The Log Ends on June 29, 2025. The Encounter Did Not.

**Fact:** A search of all 6,709 lines returns zero entries dated June 30, 2025.

**Significance:** As established in Sections III.D and III.E of the motion, and confirmed by at least seven entries in HCA's own certified production (Exhibit 23-K), Plaintiff remained hospitalized through June 30, 2025. A complete native audit log for an encounter extending through June 30 does not contain zero June 30 entries unless the export was deliberately date-restricted to exclude that day. The missing day is absent from the certified medical production, absent from the portal version, and absent from the native audit log. The export cutoff at June 29 is a selection, not a system limitation.

### Ground 2: Users PIWJ3240 and IWJ3240 Do Not Appear Anywhere in the 6,709-Line Log.

**Fact:** A search of all 6,709 lines returns zero results for either PIWJ3240 or IWJ3240.

**Significance:** The December 23, 2025 audit print event documented in Section III.L of the motion was executed by user PIWJ3240. The audit trail produced at SHH-AT000001-6 was created by user IWJ3240 on December 22, 2025. Both users are documented in this very litigation. Their absence from the native audit log establishes that at least one additional audit system or audit module exists that was not produced. Defendants cannot certify production as complete while the native log itself confirms the existence of audit activity not present within it.

### Ground 3: 345 INTERFACE Entries Identify External Systems With Independent Audit Logs, None of Which Were Produced.

**Fact:** A search of SHH-AT000011 returns 345 entries in the INTERFACE category, reflecting real-time data exports from the Southern Hills Meditech system to named external network connections during Plaintiff's encounter.

**Significance:** Each external system identified in these 345 INTERFACE entries maintains its own audit logs. The SZ-prefix connections indicate that Plaintiff's Southern Hills encounter data was transmitted to Summerlin Hospital systems in real time. None of these external system logs were produced. The native log itself identifies the existence of additional audit repositories that Defendants did not disclose.

| Identified External Connections (Ground 3) | |
|---|---|
| **Connection ID** | **System Description** |
| SNVGTPACS | Radiology PACS imaging system |
| SNVDPTO | Discharge and transfer order system |
| SNVPHAORD | Pharmacy order system |
| SNVCLRES | Clinical results system |
| SNVGTRADO | Radiology order gateway |
| SZITI08, SZGTADM, SZCLRES, SZPHELR | SZ-prefix connectors associated with Summerlin Hospital |

## Ground 4: Two ADM Patient File Modifications on June 28 Bear No Workstation and No User Session.

**Fact:** At 19:59 and 20:55 on June 28, 2025, the INTERFACE system executed two modification events to Plaintiff's ADM Patient File with the Confidential field set to Y. Both entries contain no device identifier and no user session.

**Significance:** A modification event with no workstation identifier and no user session is a system-level write executed outside of any authenticated user session. It is not attributable to any clinician, nurse, or administrator documented in the certified production. These two entries correspond to the CONF VIP flag identified in Plaintiff's meet and confer letter of March 8, 2026. The mechanism, timing, and absence of any device or user attribution are consistent with an automated or remotely executed modification to Plaintiff's demographic and confidentiality designation during the encounter.

## Ground 5: The ED Physician Record Batch Replacement Does Not Appear Anywhere in the 6,709-Line Log.

**Fact:** A search of all 6,709 lines of SHH-AT000011 returns zero results for Batch ID 10878075 or Batch ID 10950345.

**Significance:** As documented in Section III.A of the motion, the ED Physician Record was replaced on June 29, 2025 at 10:18 AM, with Batch ID 10878075 replaced by Batch ID 10950345. A document substitution of this nature generates an audit entry in the Meditech document management module. The audit module responsible for document lineage, version history, and batch substitution events was not captured in this export. That module and its contents have not been produced.

**Ground 6: User LIPWRIBR Edited Plaintiff's Record in the Six Minutes Immediately Preceding Dr. Wright's Electronic Signature on the Critical Care Addendum.**

**Fact:** The native log reflects that user LIPWRIBR accessed and edited Plaintiff's record between 08:08 and 08:14 on June 29, 2025, viewing clinical modules, filing a Section Addendum, and printing reports. At 08:14 on June 29, 2025, Dr. Brent Wright electronically signed the Critical Care Addendum.

**Significance:** The Section Addendum filed by LIPWRIBR and the Critical Care Addendum signed by Dr. Wright share the same minute timestamp. The identity of user LIPWRIBR, their role, their relationship to Dr. Wright, and the contents of the Section Addendum filed between 08:08 and 08:14 have not been disclosed. Native audit logs would identify LIPWRIBR's credentials, role assignment, and workstation. Defendants have not produced them.

**Summary Table — Six Grounds**

| Ground | Log Finding | Implication |
|---|---|---|
| 1 | Zero June 30 entries in 6,709 lines | Export was date-restricted to suppress discharge day audit data |
| 2 | PIWJ3240 and IWJ3240 absent from entire log | Additional audit module exists and was not produced |
| 3 | 345 INTERFACE entries to named external systems | Multiple external audit repositories exist and were not disclosed |
| 4 | Two ADM modifications with no workstation or user session | System-level writes outside authenticated session, no attribution possible |
| 5 | Batch IDs 10878075 and 10950345 absent from entire log | Document management audit module was not produced |
| 6 | LIPWRIBR active at exact minute of Critical Care Addendum signature | Unidentified user's role in critical billing document not disclosed |

## EXHIBIT 23-J
### Automated Discharge Sequence Analysis
*SNVDPTO Transmission Preceding Human Discharge Action by 33 Minutes*

### Source and Context

| | |
|---|---|
| **Source Document** | SHH-AT000011 (6,709-line native audit log, MRI.COCNVA database) |
| **Encounter Account** | H896832667699 |
| **Date of Sequence** | June 29, 2025 |

### The Automated Sequence: 17:10 to 17:25

Between 17:10 and 17:25, the system account INTERFACE executed eight consecutive modifications to the OE Reports File and transmitted each modification outbound via SNVDPTO, the discharge and transfer orders network connection.

| | |
|---|---|
| **Device Identifier** | **None recorded for any of the eight entries** |
| **User Account** | **None — no human user account is associated with any of the eight entries** |
| **Duration** | **15 minutes of continuous automated transmission with no human actor initiating or authorizing any activity** |

### The Human Discharge Action: 17:43

User HNURJD5 on workstation SHLVANO5EC01.2 viewed the Discharge OBS Patient screen, modified the ADM Patient File, and modified the Demo Recall Patient File with the Confidential field set to Y.

Immediate System Response: INTERFACE transmitted an export via SNVGTADM at 17:43. At 17:44, INTERFACE transmitted 23 consecutive exports via SNVPHAORD (pharmacy orders), followed by one export via SNVITI08.

### The Certified Discharge Time

The certified medical record reflects a discharge date and time of June 29, 2025 at 17:43, documented at lines 612, 627, 684, and 747 of the production, and confirmed by the pharmacy medication discontinuation cascade appearing at lines 4216, 4286, 4308, and 4478.

### Timeline Gap

| Event | Time | Human Actor | Device |
|---|---|---|---|
| First SNVDPTO automated transmission | 17:10 | None | None recorded |
| Last SNVDPTO automated transmission | 17:25 | None | None recorded |

| Event | Time | Human Actor | Device |
|---|---|---|---|
| Human discharge action by HNURJD5 | 17:43 | HNURJD5 | SHLVANO5EC01.2 |

The automated system transmitted discharge and transfer orders via SNVDPTO **33 minutes** before the human discharge action was recorded in the ADM module.

## The Missing Discharge Documentation

The native audit log contains no entry recording a formal discharge order, discharge summary, or discharge disposition code at any point in the produced date range.

## The June 30 Confirmation

At 09:13:33 on June 30, 2025, Dr. Salman Akhtar confirmed clinical findings on Plaintiff's EKG in the certified medical record. The native audit log produced at SHH-AT000011 contains zero entries dated June 30, 2025. The log's own filename reflects a date range of June 28, 2025 to June 29, 2025.

Clinical activity confirmed in HCA's own certified production on June 30, 2025 has no corresponding audit log entries in the produced file.

## Significance

An automated system initiated the discharge transmission sequence 33 minutes before the human clinical act was recorded. No formal discharge order appears in the audit record. The audit log for the day Dr. Akhtar confirmed the EKG — the day eyewitness Porscha Ryan places the actual discharge — was not produced.

## EXHIBIT 23-K
## Active Clinical Activity: June 30, 2025
*Seven Entries in HCA's Own Certified Production While Patient Status Reflected Discharge Not Yet Completed*

### Source and Context

| | |
|---|---|
| **Source** | Certified 201-page production, Bates SHH-M000001 through SHH-M000201 |
| **Certified Discharge Time (Per Production)** | June 29, 2025 at 17:43 |
| **Note** | **The native audit log SHH-AT000011 contains zero entries dated June 30, 2025** |

### Entry 1 — Medication Discharge Summary

| | |
|---|---|
| **Time** | June 30, 2025 at 12:49 AM |
| **Document** | Medication Discharge Summary, 14 pages |
| **Critical Field** | **Patient status at time of printing: DIS INo (Discharge Not Yet Completed)** |
| **Significance** | **Plaintiff's discharge was not yet completed in the Meditech system at 12:49 AM on June 30 — seven hours and six minutes after the 17:43 discharge timestamp HCA certified as the official discharge time.** |

### Entry 2 — Lab Discharge Summary

| | |
|---|---|
| **Time** | June 30, 2025 at 2:01 AM |
| **Document** | Lab Discharge Summary Report |
| **Generated By** | System account LABBKGJOB |
| **Significance** | Laboratory discharge processing occurred more than eight hours after the certified discharge time. |

### Entry 3 — Case Management Worklist Update

| | |
|---|---|
| **Time** | June 30, 2025 at 4:17 AM |
| **Action** | INTERFACE,HIS updated Plaintiff's Case Management worklist entry |
| **Significance** | System-level record activity continued through early morning on June 30. |

### Entry 4 — Encounter Summary Printed

| | |
|---|---|
| **Time** | June 30, 2025 at 4:58 AM |
| **Action** | User HHIMEPL printed Plaintiff's encounter summary |
| **Document Content** | Encounter summary reflects DISCH DATE 06/29/25 TIME 1743 |
| **Significance** | **A user printed the encounter summary at 4:58 AM on June 30, for a patient whose official discharge time is certified as 17:43 on June 29. A patient discharged 11 hours earlier does not have their encounter summary printed at 4:58 AM the next morning under routine post-discharge workflow.** |

### Entry 5 — EKG Confirmed by Dr. Salman Akhtar

| | |
|---|---|
| **Time** | June 30, 2025 at 9:13 AM |
| **Action** | Dr. Salman Akhtar electronically confirmed Plaintiff's EKG findings |
| **Significance** | **A physician confirmed clinical findings on June 30, 2025. This is not an administrative system event. It is a clinical act. Its timestamp is embedded in the certified production by HCA.** |

### Entry 6 — Second INTERFACE,HIS Record Update

| | |
|---|---|
| **Time** | June 30, 2025 at 4:17 PM |
| **Action** | INTERFACE,HIS updated Plaintiff's record a second time |
| **Significance** | System-level record activity continued through the afternoon of June 30. |

### Entry 7 — Case Management Note (Sandra Marsh)

| | |
|---|---|
| **Document** | Case Management note authored by Sandra Marsh, timestamped 1:28 PM on June 29, 2025 |
| **Content** | Bedside conversation with Plaintiff regarding hospital bed referral. No accepting DME company identified. |
| **Worklist Follow-Up Date** | **June 30, 2025** |
| **Significance** | **Case management was actively working Plaintiff's discharge needs on June 30, 2025. A worklist follow-up date set to June 30 reflects that the discharge planning process was not complete on June 29.** |

## Summary Table

| Time | Entry Type | Source |
|---|---|---|
| June 30, 12:49 AM | Medication Discharge Summary, status DIS INo | HCA certified production |
| June 30, 2:01 AM | Lab Discharge Summary | HCA certified production |
| June 30, 4:17 AM | Case Management worklist update | HCA certified production |
| June 30, 4:58 AM | Encounter summary printed by HHIMEPL | HCA certified production |
| June 30, 9:13 AM | EKG confirmed by Dr. Akhtar | HCA certified production |
| June 30, 4:17 PM | Second INTERFACE,HIS record update | HCA certified production |
| June 30 (follow-up) | Case Management worklist date, Sandra Marsh | HCA certified production |

## Corroborating Evidence

**Eyewitness Testimony:** Porscha Ryan, Plaintiff's full-time caretaker and Medical Power of Attorney, was physically present and places Plaintiff's actual discharge between 11:00 AM and noon on June 30, 2025.

**Consistency:** Ms. Ryan's account is consistent with the DIS INo discharge status at 12:49 AM on June 30, the EKG confirmation at 9:13 AM on June 30, the Case Management worklist date of June 30, and the complete absence of June 30 entries in the produced audit log.

Irreconcilable Conflict: The certified medical record contains at minimum seven entries dated June 30, 2025. The native audit log produced for this encounter contains zero entries dated June 30, 2025. The audit trail for the day Plaintiff was actually discharged has not been produced.

**EXHIBIT 23-L**

**Metadata Analysis: Four Named Individuals, Seven Modified Documents, Active Litigation**

*Complete File-Level Forensic Record of Post-Litigation Document Construction and Modification*

## Methodology and Key Finding

Embedded metadata extracted from each produced file using a metadata extraction tool. Each file verified by individual MD5 checksum. Findings are based on data embedded within the files themselves, not on external assertions.

**Key Finding:** Every non-native document in this production was created or modified by one of six identified individuals during active litigation. Not one of them is identified as a treating clinician, nursing staff member, or administrative personnel in the certified 201-page medical record.

## Part A: Diana J. Samora — Seven Documents Modified on February 3, 2026

On a single day during active litigation, Diana J. Samora modified seven documents produced to Plaintiff as original records of the June 2025 Southern Hills encounter.

| Bates Designation | Checksum (MD5) | Document Type | Modify Date and Time |
|---|---|---|---|
| SHH-SECLOG00001 | 136f1f7fab030bb1cf2a41d55b11e1c9 | Security log (Excel) | February 3, 2026, 9:42 PM UTC |
| SHH-AT000007 | 1fa02dcb257c2f982eba3c3453d4d834 | Audit trail summary (Excel) | February 3, 2026, 9:27 PM UTC |
| SHH-AT000008 | 3b0f4aa388afd9379b19894c451efd9b | Audit trail w/ User Cross Reference (Excel) | February 3, 2026, 9:27 PM UTC |
| SHH-PYXIS000001 | cc01b22a64d8f3b9dfb0eedb64b7df97 | Pyxis transaction data (Excel) | February 3, 2026, 1:25 PM Pacific |
| SHH-AT000001-6 | uuid:a86b169f-4f84-40e8-b75d-e188a0b98ebe | Encounter audit summary | February 3, 2026, 1:26 PM Pacific |
| SHH-ERSTAFF000001-8 | uuid:c96add19-907c-42c7-9d12-0fec3353e712 | Staffing assignment sheets | February 3, 2026, 1:37 PM Pacific |
| SHH-CM000001 | 52e6ab681e42ba7e497ca40be77333fb | Chargemaster (Excel) | February 3, 2026, 9:40 PM UTC |

**Part B: MURAINE KAREN — Two Audit Files Created December 23, 2025**

| Bates Designation | Checksum (MD5) | Create Date | Creator Field |
|---|---|---|---|
| SHH-AT000007 | 1fa02dcb257c2f982eba3c3453d4d834 | December 23, 2025, 10:34 PM UTC | MURAINE KAREN |
| SHH-AT000008 | 3b0f4aa388afd9379b19894c451efd9b | December 23, 2025, 10:34 PM UTC | MURAINE KAREN |

**Critical Detail:** SHH-AT000007 and SHH-AT000008 were created on the same date as the Print Patient Audit Log command executed by user PIWJ3240, documented in Section III.L of the motion. SHH-AT000008 contains two worksheets: one named SHH-AT000008 and one named User Cross Reference. The User Cross Reference worksheet reflects a manually compiled mapping of user IDs to staff identities that does not exist in the native system export produced at SHH-AT000011. The staff identification component of the audit production was manually created by MURAINE KAREN on December 23, 2025, during active litigation, not generated by the Meditech audit system.

**Part C: Christopher Tuttle — Security Log Created January 9, 2026**

| Bates Designation | Checksum (MD5) | Create Date | Creator Field |
|---|---|---|---|
| SHH-SECLOG00001 | 136f1f7fab030bb1cf2a41d55b11e1c9 | January 9, 2026, 7:23 PM UTC | Christopher Tuttle |

Additional Properties: File size 12 kilobytes. ZIP timestamp January 1, 1980. Internal title Patrol Reports. No document security. Fully editable. Created 194 days after the events it purports to document. Full analysis at Exhibit 23-G.

**Part D: Demilta Monica — Chargemaster Created January 29, 2026**

| Bates Designation | Checksum (MD5) | Create Date | Creator Field | Modify Date | Modified By |
|---|---|---|---|---|---|
| SHH-CM000001 | 52e6ab681e42ba7e497ca40be77333fb | January 29, 2026, 6:43 PM UTC | Demilta Monica | February 3, 2026, 9:40 PM UTC | Diana J. Samora |

**Critical Detail:** SHH-CM000001 contains three worksheets: SHH-CM000001, Southern Hills NV, and sql. The presence of a worksheet named sql indicates the chargemaster data was generated by running a database query and importing or pasting the results into a Microsoft Excel workbook.

> The June 2025 chargemaster was not produced as a native billing system export. It was manually constructed from a database query by an identified individual during active litigation.

## Part E: IWJ3240 — Encounter Audit Summary Created December 22, 2025

| Bates Designation | Document UUID | Create Date | Creator / Application |
|---|---|---|---|
| SHH-AT000001-6 | uuid:a86b169f-4f84-40e8-b75d-e188a0b98ebe | December 22, 2025, 1:26 PM Pacific | IWJ3240, Crystal Reports via PScript5.dll |

Note: IWJ3240 shares the base identifier with user PIWJ3240, who executed the Print Patient Audit Log command on December 23, 2025. The encounter audit summary for this litigation was created the day before that audit print command.

## Part F: Warren Jennifer — Restraint Report Created February 2, 2026

| Bates Designation | Checksum (MD5) | Create Date | Creator Field | Producer Field |
|---|---|---|---|---|
| SHH-RESRPT000001 | e184b4e39d39e0eddf09e4fab794ced9 | February 2, 2026, 3:53 PM Pacific | Warren Jennifer - Las Vegas | Microsoft: Print To PDF |

Full analysis at Exhibit 23-H.

## Part G: Comparison to 2023 Native Audit Productions

HCA produced native audit logs for Plaintiff's 2023 Southern Hills encounters that bear none of the authorship signatures present in the 2025 production.

| Bates Designation | Checksum (MD5) | Line Count | Creator Field | Author Field | Application Field | Create Date |
|---|---|---|---|---|---|---|
| SHH-AT000009 | 89bda8d470b4d7330448c8a74fa51b1e | 5,127 | None | None | None | None |
| SHH-AT000010 | ef2daee4123d43198e328942977b8c95 | 4,138 | None | None | None | None |

> Both 2023 files carry the same Meditech database header, MRI.COCNVA, as the June 2025 native log produced at SHH-AT000011. Both are consistent with genuine native Meditech system exports: no embedded creator, no author field, no application field, no create or modify date in the document metadata. HCA produced genuine native audit logs for Plaintiff's 2023 encounters. HCA produced manually constructed Excel summaries for Plaintiff's 2025 encounter. The 2023 productions demonstrate that HCA possesses the capability to produce native audit logs and made a deliberate choice not to do so for the encounter at issue in this litigation.

| Summary: Six Identified Individuals, Full Document Map | | | |
|---|---|---|---|
| **Individual** | **Document(s)** | **Date of Activity** | **Days After Encounter** |
| MURAINE KAREN | SHH-AT000007, SHH-AT000008 (created) | December 23, 2025 | 177 days |
| IWJ3240 | SHH-AT000001-6 (created) | December 22, 2025 | 176 days |
| Christopher Tuttle | SHH-SECLOG00001 (created) | January 9, 2026 | 194 days |
| Demilta Monica | SHH-CM000001 (created) | January 29, 2026 | 214 days |
| Warren Jennifer | SHH-RESRPT000001 (created) | February 2, 2026 | 217 days |
| Diana J. Samora | SHH-SECLOG00001, SHH-AT000007, SHH-AT000008, SHH-PYXIS000001, SHH-AT000001-6, SHH-ERSTAFF000001-8, SHH-CM000001 (modified) | February 3, 2026 | 218 days |

*Exhibits 23-G through 23-L prepared by Jade Riley Burch, Plaintiff Pro Se*
*in support of Plaintiff's Motion for Sanctions and to Compel Production of Native EHR Audit Logs*
**Case No. 2:25-cv-01408-JAD-MDC**