# EXHIBIT C

Summerlin Hospital Records -- Pulmonary Embolism Diagnosis, May 1, 2025, at 5:19 AM; D-Dimer result 1.32 mcg/mL FEU; CT Angiogram confirming acute PE, right lower lobe; authenticated by Elena Rodriguez

## Document info

| | |
|---|---|
| Result type: | ED Clinical Summary |
| Result date: | May 01, 2025, 05:19 a.m. |
| Result status: | authenticated |
| Performed by: | Elena Rodriguez |
| Verified by: | Elena Rodriguez |
| Modified by: | Elena Rodriguez |

# ED Clinical Summary

| | | | |
|---|---|---|---|
| **Patient:** | **JADE BURCH** | **DOB:** | **Jul 31, 1978** |

**ED Clinical Summary**

**Summerlin Hospital Medical Center**
**657 Town Center Drive**
**Las Vegas, NV 89144-6367**
**http://www.summerlinhospital.com/**
**(702) 233-7000**

**SUMMARY OF CARE**

**This document contains CONFIDENTIAL health information that is legally privileged. Please be sure to take this document to your follow-up appointment so that your provider has access to the necessary information about your recent hospitalization.**

**Patient Information:**

| | | |
|---|---|---|
| Name: BURCH, JADE | Age: 46 Years | DOB: 7/31/1978 |
| Sex: Female | Language: ENG-English | PCP: Capobianco, Leo J DO |
| MRN: SHM6313302 | FIN: SHM0000022420152 | FC: |
| Arrival Date: 4/30/2025 21:19:00 | Disposition: Admit to Inpatient | Discharge: |
| Diagnosis: 1:Pulmonary embolism; Chest pain; Shortness of breath | | ED Depart Time: 5/1/2025 05:18:59 |

**Visit Summary For** JADE BURCH
**Age:** 46 years **Sex:** Female **DOB:** 07/31/1978 **MRN:** 6313302
**Address:**

222 KAREN AVE UNIT 1207
1207
LAS VEGAS, NV, 891095313

**Home:** 6147259452
**Work:** --
**Mobile:** 6147259452
**Primary Care Provider:** Capobianco, Leo J DO
**Race:** White **Ethnicity:** Non Hispanic or Latino
**Language:** ENG-English
**Health Plan:** 1°ANTHEM BC QHP INVISION

## Problems

### Active

- Pulmonary embolism
- Shortness of breath
- Chest pain
- Seizures
- Diabetes mellitus
- HTN (hypertension)
- Anxiety
- PTSD (post-traumatic stress disorder)
- Transgender person on hormone therapy

## Follow Up

## Care Team

**Attending:** Gibbs DO, Mary-liberty Y
**Admitting:** Ahmed MD, Shamoona A
**Consulting:** Finch MD, Michelle R

## Allergies

No Known Medication Allergies
No Known Allergies

## Medical Information

| Medication | Dose | Route |
|---|---|---|
| morphine | 4 mg | IV Push |
| ondansetron (Zofran) | 4 mg | IV Push |
| morphine | 4 mg | IV Push |
| ondansetron (Zofran) | 4 mg | IV Push |
| iopamidol | 75 mL | IV |

***Prescriptions Given to Patient/Caregiver(s):***

No New Prescriptions

**Smoking Status**

**Functional Status**

**Mode of Discharge:**

**Home Equipment:**

**Level of Consciousness:**

**Affect/Behavior:**

**Activities of Daily Living:**

**Care Plan**

**Discharge Orders**

**Patient Education Information:**

***Instructions Provided:***

**Physician Documentation / Notes:**

## Document info

| | |
|---|---|
| Result type: | ED Patient Summary |
| Result date: | May 01, 2025, 05:19 a.m. |
| Result status: | authenticated |
| Performed by: | Elena Rodriguez |
| Verified by: | Elena Rodriguez |
| Modified by: | Elena Rodriguez |

# ED Patient Summary

| | | | |
|---|---|---|---|
| **Patient:** | **JADE BURCH** | **DOB:** | **Jul 31, 1978** |

**ED Patient Summary**

**Summerlin Hospital Medical Center**
**657 Town Center Drive**
**Las Vegas, NV 89144-6367**
**http://www.summerlinhospital.com/**
**(702) 233-7000**

**Confirmation of Receipt of Instructions**

**Name: BURCH, JADE**
**Age: 46 Years Date of Birth: 7/31/1978**
**MRN: SHM6313302 FIN: SHM0000022420152 Arrival Time: 4/30/2025 21:19:00**
**Diagnosis: 1:Pulmonary embolism; Chest pain; Shortness of breath**
**Patient Visit Summary:**
**BURCH, JADE** has been provided patient education materials, follow-up instructions and prescriptions.
**My Signature Below Indicates:**
> I have received and understood the oral instructions regarding my current medical problem.
> I will arrange follow-up care as instructed, outlined in this and any following page(s).
> I acknowledge continuing medications prescribed by my regular doctor.
> I acknowledge receipt of the written instructions as outlined in this and any previous page(s).
> I will read and review these instructions.
> I acknowledge that I will contact my Primary Care Physician or return to the Emergency Department immediately if symptoms worsen or persist.

( ) Patient Refuses to Sign
( ) Patient Left Without Signing
( ) Patient was informed of their non-emergent status

______________________________
Patient Signature

______________________________
Parent / Guardian (if patient is a minor)

______________________________
Nurse Signature (if not patient signature)

______________________________
Hospital Witness Signature (if no patient signature)

DC1000

**Summerlin Hospital Medical Center**
**657 Town Center Drive**
**Las Vegas, NV 89144-6367**
**http://www.summerlinhospital.com/**
**(702) 233-7000**

**Name: BURCH, JADE**
**Age: 46 Years Date of Birth: 7/31/1978**
**MRN: SHM6313302 FIN: SHM0000022420152 Arrival Time: 4/30/2025 21:19:00**
**Diagnosis: 1:Pulmonary embolism; Chest pain; Shortness of breath**
**Emergency Department Care Team:**
***Provider:*** Gibbs DO, Mary-liberty Y

The Emergency Department physician has reviewed the information that you have provided concerning medications that have been prescribed previously and found there to be no conflict with any therapy recommended by the Emergency Department physicians. Unless instructed by the Emergency Department physician to discontinue specific medications, you should continue medications prescribed by your regular doctor and follow-up with your doctor or with the physician/facility recommended by the ED as appropriate.

If you plan on operating a motor vehicle or using any dangerous equipment within the next several hours, please check with your physician or nurse to make sure that none of the medicines that you received in the Emergency Department could interfere with your performance of these tasks.

The physicians and staff of the SHM Center encourage you to lead a healthy lifestyle. If you smoke, we strongly urge you to quit. Contact your local American Lung Association for additional information.

**Allergies:**
No Known Medication Allergies; No Known Allergies

**Vaccination/Immunologic Information**

**Prescriptions Given to Patient/Caregiver(s):**
No New Prescriptions

***Medication Special Considerations:***

# Care after receiving medication in the ER (Adult)

While in the Emergency Room you may have been given medication that may be new to you and/or could alter your ability to think or act clearly. Most of the effects might have worn off, but you may still have some side effects for the next 6 to 8 hours. Althought your care providers have given you verbal instructions, we want to ensure you read and understand the following:

# Do not drive, operate dangerous machinery, or make important business or personal decisions during the next 24 hours.

### Additional Warning

Consult your healthcare provider if you plan on taking any medication for pain or sleep in the next 4 hours. These medicines may react with the medicines you were given in the hospital and could cause a much stronger response than usual. Additionally, please refrain from any alcohol or illicit drug use during the next 24 hours.

### Follow-up Care

Follow up with your healthcare provider if you are not alert and back to your usual level of activity within 12 hours.

### When to seek medical advice

Call your healthcare provider or 911 right away if any of these occur:

- Unexpected increase in drowsiness

- Weakness or dizziness gets worse
- Repeated vomiting
- You can't be awakened
- Fever
- New onset rash
- Difficulty Breathing or Chest Pain

**Patient Education Materials Provided:**

***Comment:***

**Follow-up Instructions:**

**Major Tests and Procedures:**

The following procedures and tests were performed during your ED visit.

**Laboratory or Other Results This Visit** (last charted value for your 05/01/2025 visit)

**Hematology**

04/30/2025 10:39 PM

**Hct:** 38.4 % -- Normal range between ( 33.0 and 50.0 )
**Hgb:** 12.4 gm/dL -- Normal range between ( 10.7 and 16.7 )
**MCH:** 30.2 pg -- Normal range between ( 24.8 and 33.8 )
**MCHC:** 32.3 gm/dL -- Normal range between ( 30.6 and 34.9 )
**MCV:** 93.4 Femtoliters -- Normal range between ( 79.4 and 99.5 )
**MPV:** 8.8 Femtoliters -- Normal range between ( 7.2 and 12.6 )
**RBC:** 4.11 x10e6/mcL -- Normal range between ( 3.62 and 5.76 )
**WBC:** 6.55 x10e3/mcL -- Normal range between ( 3.74 and 10.90 )
**Plt:** 441 x10e3/mcL -- Normal range between ( 140 and 400 )
**Eos # Auto:** 0.10 x10e3/mcL -- Normal range between ( 0.00 and 0.30 )
**Immature Grans %:** 0.8 % -- Normal range between ( 0.0 and 0.8 )
**RDW-CV:** 13.3 % -- Normal range between ( 11.0 and 15.1 )
**Mono % Auto:** 13.3 %
**Lymph # Auto:** 1.80 x10e3/mcL -- Normal range between ( 0.80 and 3.60 )
**Immature Grans # Auto:** 0.05 x10e3/mcL -- Normal range between ( 0.00 and 0.07 )
**RDW-SD:** 45.1 Femtoliters -- Normal range between ( 37.6 and 47.5 )
**Neut % Auto:** 56.3 %
**Lymph % Auto:** 27.5 %
**Eos % Auto:** 1.5 %
**Baso % Auto:** 0.6 %
**Neut # Auto:** 3.69 x10e3/mcL -- Normal range between ( 1.30 and 7.30 )
**Mono # Auto:** 0.87 x10e3/mcL -- Normal range between ( 0.20 and 0.80 )
**Baso # Auto:** 0.04 x10e3/mcL -- Normal range between ( 0.00 and 0.10 )

**Coagulation**

04/30/2025 10:39 PM

**D Dimer:** 1.32 mcg/mL FEU

**Urinalysis**

04/30/2025 10:39 PM

**Ur Clarity:** Cloudy
**Ur Bacteria:** None Seen /HPF
**UR Glucose:** Negative
**Ur Ketones:** Negative
**Ur Nitrite:** Negative
**Ur Protein:** 1+
**Ur Mucous:** Many /LPF
**UA Culture?:** No
**Ur Color:** Yellow
**Ur Leuk Est:** Negative
**Ur Bili:** Negative
**Ur Blood:** Negative
**Ur Urobilinogen:** 2.0 mg/dL
**Ur Spec Grav:** 1.031 -- Normal range between ( 1.010 and 1.030 )
**Ur pH:** 6.0 -- Normal range between ( 5.0 and 8.0 )
**Signs/Symptoms of UTI?:** Flank pain
**UA RBC Inst:** 4 /HPF -- Normal range between ( 0 and 2 )
**UA Squam Epi Inst:** 1 /HPF -- Normal range between ( 0 and 5 )
**UA WBC Inst:** 1 /HPF -- Normal range between ( 0 and 5 )

**Chemistry**

05/01/2025 1:34 AM

**Troponin TNIH:** <2.50 ng/L -- Normal range between ( 0.00 and 34.11 )

04/30/2025 11:17 PM

**Estimated Creatinine Clearance:** 78.57 mL/min

04/30/2025 10:39 PM

**Creatinine:** 1.00 mg/dL -- Normal range between ( 0.55 and 1.02 )
**Anion Gap:** 12 mmol/L -- Normal range between ( 5 and 14 )
**BUN/Creat Ratio:** 13 -- Normal range between ( 6 and 22 )
**Alk Phos:** 110 units/L -- Normal range between ( 46 and 116 )
**ALT:** 63 units/L -- Normal range between ( 14 and 56 )
**AST:** 36 units/L -- Normal range between ( 15 and 37 )
**T Bili:** 0.3 mg/dL -- Normal range between ( 0.2 and 1.0 )
**CO2:** 26 mmol/L -- Normal range between ( 20 and 31 )
**Glucose Level:** 102 mg/dL -- Normal range between ( 74 and 106 )
**Mg Lvl:** 2.3 mg/dL -- Normal range between ( 1.8 and 2.4 )
**T4 Free:** 1.48 ng/dL -- Normal range between ( 0.76 and 1.46 )
**TP:** 8.4 gm/dL -- Normal range between ( 6.4 and 8.2 )
**BUN:** 13 mg/dL -- Normal range between ( 7 and 18 )
**Chloride:** 103 mmol/L -- Normal range between ( 98 and 107 )
**TSH Ultrasensitive:** 1.823 mc Intl units/mL -- Normal range between ( 0.300 and 4.000 )
**BNP:** <2 pg/mL -- Normal range between ( 2 and 99 )

**Calcium:** 10.0 mg/dL -- Normal range between ( 8.7 and 10.4 )
**Albumin. Level:** 5.4 gm/dL -- Normal range between ( 3.2 and 4.8 )
**HCG QT:** <3.0 milli intl units/mL
**Potassium:** 4.0 mmol/L -- Normal range between ( 3.5 and 5.1 )
**Sodium:** 141 mmol/L -- Normal range between ( 136 and 145 )
**A/G Ratio:** 1.8 -- Normal range between ( 0.8 and 2.0 )
**Calc Osmo:** 282 mOsmol/kg -- Normal range between ( 275 and 295 )
**eGFR Pediatric:** Not Reported
**eGFR Cr:** 70 mL/min/1.73m2

**Computed Tomography**
05/01/2025 0:28 AM
**CT Angio Chest w/Contrst Incl w/o Imags:** CT Angio Chest w/Contrst Incl w/o Imags

**Diagnostic Radiology**
04/30/2025 9:49 PM
**XR Chest 1 View Frontal:** XR Chest 1 View Frontal

**Pending Results**
Basic Metabolic Panel ordered on 05/02/2025
C Reactive Protein ordered on 05/01/2025
CBC with Diff ordered on 05/02/2025
Culture Blood ARD ordered on 05/01/2025
EC EKG ordered on 04/30/2025
EC TTE W/doppler Complete ordered on 05/01/2025
Heparin Anti-Xa (UFH) ordered on 05/01/2025
PT INR ordered on 05/01/2025
Procalcitonin ordered on 05/01/2025
US Bilat Lower Ext Venous Duplex ordered on 05/01/2025
aPTT ordered on 05/01/2025




**Common Emergency Awareness Tips**

| IS IT A STROKE? | Act **FAST** and Check for these signs: |
|---|---|
| **F**ACE | Does the face look uneven? |
| **A**RM | Does one arm drift down? |
| **S**PEECH | Does their speech sound strange? |
| **T**IME | Call 9-1-1 at any sign of stroke |

**Heart Attack Signs**

- **Chest discomfort:**Most heart attacks involve discomfort in the center of the chest and lasts more than a few minutes, or goes away and comes back. It can feel like uncomfortable pressure, squeezing, fullness or pain.
  - **Discomfort in upper body:**Symptoms can include pain or discomfort in one or both arms, back, neck, jaw or stomach.
  - **Shortness of breath:**With or without discomfort.
  - **Other signs:**Breaking out in a cold sweat, nausea, or lightheaded.
  - Remember, **MINUTES DO MATTER** If you experience any of these heart attack warning signs, call **9-1-1** to get immediate medical attention!

**National Suicide Prevention Hotline. Help is Available. Speak with Someone Today.**
**1-800-273-8255**

**If you or someone you know is a victim of human trafficking, call now. Get help.**
**1-888-373-7888**

**<u>WRITTEN NOTICE</u>**

You have received an appropriate medical screening examination that does not reveal an emergency medical condition, or your emergency medical condition has been stabilized to the extent possible within the capabilities of this facility. Under Nevada law, SB348, this notice must

be provided to you.

(a) This facility accepts all patients enrolled in Medicaid and Medicare.

(b) This facility is contracted with most major insurance companies. This can change from time to time. A detailed list can be found on our website at .

(c) In addition to the fees charged by this facility, you will be charged separately by other physician providers who are not employees of this facility. This includes the ER providers and potentially the radiologist or pathologist who interpret imaging and laboratory studies.

(d) The maximum price for emergency medical services that this facility commonly provides is .

(e) If you must be transported to a non-Valley Healthcare System facility, you may be charged separately for an ambulance ride by the ambulance provider.

## Document info

| | |
|---|---|
| Result type: | EKG |
| Result date: | Apr 30, 2025, 09:29 p.m. |
| Result status: | authenticated |

# EKGM

| **Patient:** | **JADE BURCH** | **DOB:** | **Jul 31, 1978** |
|---|---|---|---|

**MUSE_EKG.pdf**

BURCH, JADE ID:006313302 30-Apr-2025 21:29:37 Summerlin Hospital-ED ROUTINE RECORD

31-Jul-1978 (46 yr)
Female White

Room:0531
Loc:22

| | | |
|---|---|---|
| Vent. rate | 97 | BPM |
| PR interval | 144 | ms |
| QRS duration | 82 | ms |
| QT/QTcB | 348/441 | ms |
| P-R-T axes | 26 34 | -43 |

Normal sinus rhythm
T wave abnormality, consider inferior ischemia
T wave abnormality, consider anterolateral ischemia
Abnormal ECG
When compared with ECG of 06-Mar-2025 13:49,
No significant change was found
Confirmed by Sheikh, Fareed (1672) on 5/2/2025 7:41:39 AM

Technician: AS
Test ind:

Referred by: NO

Confirmed By: Fareed Sheikh




25mm/s 10mm/mV 150Hz 10.2.1 12SL 243 CID: 3

SID: 20144845 EID: 1672 EDT: 07:41 02-May-2025 ORDER: 18554130781

## Document info

| | |
|---|---|
| Result type: | History & Physical |
| Result date: | May 01, 2025, 05:12 a.m. |
| Result status: | authenticated |
| Performed by: | Homer Yung |
| Verified by: | Mary-liberty Gibbs |
| Modified by: | Mary-liberty Gibbs |

# Initial Evaluation Note

| | | | |
|---|---|---|---|
| **Patient:** | **JADE BURCH** | **DOB:** | **Jul 31, 1978** |

**Chief Complaint/Reason for Consultation**
POV Pt c/o chest pain, SOB, n/v x 4 day
had surgery on 04/17

**History of Present Illness**
46-year-old transgender male to female, on hormonal therapy, with medical history of HTN, diabetes mellitus, anxiety, depression, migraines, PNES, who presents to the ED for chest pain. States that the symptoms have been intermittent for about 1 week. Complains of chest pain, described as pressure nature. Associated symptoms include shortness of breath and cough. Also mentions that he had recent cosmetic surgery done to his face on the 17th. Due to worsening symptoms, patient presents to the ED for further evaluation. Currently denies any headache, dizziness, vomiting, diarrhea, fever or chills.
While in the ED, patient stable on room air. Lab work returns with elevated D-dimer at 1.32. CTA chest was done which showed small acute pulmonary embolus in the distal aspect of the segmental proximal subsegmental branch in the right lower lobe. Also noted to have small area of consolidative pneumonia. He was started on heparin gtt. and antibiotics.

**Review of Systems**
A 10 point review of systems was performed and was negative with exceptions under HPI and PMH.

**Objective**

**Measurements (most recent)**

| | | | |
|---|---|---|---|
| **Height (cm)** | 180.34 cm | Simpson, Ashli | 04/30 21:22 |
| **Height (inches)** | 71.00 inch | SYSTEM | 04/30 21:22 |
| **Weight** | 85.3 kg | Simpson, Ashli | 04/30 21:22 |

**Histories**
**Allergies**
Allergies (Active and Proposed Allergies Only)
No Known Allergies (Severity: Unknown severity, Onset: Unknown)
No Known Medication Allergies (Severity: Unknown severity, Onset: Unknown)

**Past Medical History**
**Active Problems**(9)
**Anxiety**
**Chest pain**
**Diabetes mellitus**
**HTN (hypertension)**
**PTSD (post-traumatic stress disorder)**
**Pulmonary embolism**
**Seizures**
**Shortness of breath**
**Transgender person on hormone therapy**

**Past Surgical History**
Robot Xi Assisted Cholecystectomy (Laterality NA): 03/16/24

**Social History**
**Alcohol**
Details: Denies

| | | | |
|---|---|---|---|
| **Weight (lbs)** | 188.05 lb | SYSTEM | 04/30 21:22 |
| **Body Mass Index** | 26.23 kg/m2 | Simpson, Ashli | 04/30 21:22 |

| Vital Signs (24 hrs) | Last Charted | | Minimum | | Maximum | |
|---|---|---|---|---|---|---|
| Temp | 36.6 | 04/30/2025 21:25 | 36.6 | 04/30/2025 21:25 | 36.6 | 04/30/2025 21:25 |
| Heart Rate Monitored | 70 | 05/01/2025 05:09 | 62 | 05/01/2025 02:59 | 77 | 04/30/2025 22:56 |
| Resp Rate | 20 | 05/01/2025 02:08 | 18 | 04/30/2025 23:08 | **H** 22 | 04/30/2025 21:23 |
| SBP | **H** 139 | 05/01/2025 05:00 | 131 | 05/01/2025 03:00 | **H** 154 | 04/30/2025 21:23 |
| DBP | **C** 99 | 05/01/2025 05:00 | 79 | 05/01/2025 04:30 | **C** 101 | 04/30/2025 21:23 |
| MAP | 115 | 05/01/2025 05:00 | 100 | 05/01/2025 04:30 | 115 | 05/01/2025 05:00 |
| SpO2 | 96 | 05/01/2025 05:09 | 94 | 05/01/2025 02:59 | 97 | 04/30/2025 21:23 |
| O2 Therapy | | | | | Room air | |

**Intake and Output (current encounter)**

No Data Available

**Physical Exam**

**General:** Alert, in no acute cardiopulmonary distress.
**Mental Status:** Oriented to person, place and time. Normal affect.
**Head:** Normocephalic.
**Eyes:** Pupils are equal, round and reactive to light. Extraocular muscles intact.
**Ear, Nose and Throat:** Oropharynx clear, mucous membranes moist. Ears and nose without masses, lesions or deformities. Tympanic membranes clear bilaterally. Trachea midline.
**Neck:** Supple, Full range of motion.
**Respiratory:** Clear to auscultation and percussion. No wheezing, rales or rhonchi.
**Cardiovascular:** Heart sounds normal. No thrills. Regular rate and rhythm, no murmurs, rubs or gallops.
**Gastrointestinal:** Abdomen soft, non-tender, non-distended. Normal bowel sounds. No pulsatile mass. No hepatosplenomegaly.

**Substance Abuse**
Details: Denies
**Tobacco**
Details: Never (less than 100 in lifetime)

**Family History**
No Family History documented.

**Medications**
**Home Medications**
**amLODIPine (amLODIPine 10 mg oral tablet)** 10 Milligram 1 Tabs By Mouth Daily
**diclofenac topical (Voltaren 1% topical gel)** 1 Application Topical 4 Times a Day as needed for pain for 7 Days
**divalproex sodium (divalproex sodium 250 mg oral delayed release tablet)** 750 Milligram 3 Tabs By Mouth Daily
**divalproex sodium (divalproex sodium 500 mg oral delayed release tablet)** 500 Milligram 1 Tabs By Mouth at Bedtime
**docusate (docusate sodium 100 mg oral tablet)** 100 Milligram 1 Tabs By Mouth 2 Times a Day as needed as needed for constipation
**escitalopram (escitalopram 10 mg oral tablet)** 10 Milligram 1 Tabs By Mouth Daily
**estradiol-progesterone** By Mouth Every PM pt takes estradiol and progesterone it seperately
**hydrocodone-acetaminophen (hydrocodone-acetaminophen 10 mg-325 mg oral tablet)** 1 Tabs By Mouth Every 4 hours as needed for pain
**ibuprofen (ibuprofen 600 mg oral tablet)** 600 Milligram 1 Tabs By Mouth 3 Times a Day as needed Pain
**insulin lispro (HumaLOG KwikPen 100 units/mL injectable solution)** See Instructions If 180-200: 2 units, 201-230: 3 units, 231-260: 4 units, 261-290: 5 units, 291-320: 6 units, 321-350: 7 units, greater than 350: 8 units
**ipratropium-albuterol (DuoNeb 0.5 mg-2.5 mg/3 mL inhalation solution)** 3 Milliliter Nebulized inhalation (aerosol) Once Take a 3 mL dose when you are having trouble breathing or an asthma attack

**Genitourinary:** No costovertebral angle tenderness.
**Neurologic:** No focal neurological deficits. Moves all extremities spontaneously. Sensation intact bilaterally.
**Skin:** No rashes or lesions. No petechiae or purpura. No edema.
**Musculoskeletal:** No cyanosis or clubbing. No gross deformities. Normal range of motion.

**Assessment/Plan**
**Diagnoses**
Chest pain (R07.9)
Shortness of breath (R06.02)
1. Pulmonary embolism (I26.99)

Assessment:

Pulmonary embolism
Pneumonia
Hypertension
Diabetes mellitus
Hx of anxiety, depression
Hx of PNES

Plan:

Pending echo, US LE venous
Pending cultures
Continue heparin gtt.
Continue IV ABX
Supplement O2 as needed
Pain management
BP and glycemic control
Electrolyte replacement
PT/OT
Resume home meds
Routine labs
Supportive care
GI/DVT prophylaxis

**methocarbamol (Robaxin-750 oral tablet)** 1,500 Milligram 2 Tabs By Mouth 3 Times a Day as needed Muscle Spasm
**QUEtiapine (QUEtiapine 100 mg oral tablet)** 400 Milligram 4 Tabs By Mouth at Bedtime
**senna (senna (sennosides) 8.6 mg oral tablet)** 17.2 Milligram 2 Tabs By Mouth at Bedtime as needed for constipation with plenty of water for 30 Days

**72 hour Antibiotic History**
No qualifying data available...

**Results**
**Recent Labs**
**Cardiac**

| | | |
|---|---|---|
| **BNP** | <2 pg/mL (Normal) | 04/30/2025 22:39 |
| **Troponin TNIH** | <2.50 ng/L (Normal) | 05/01/2025 01:34 |

**General Chemistry**

| | | |
|---|---|---|
| **Glucose Level** | 102 mg/dL (Normal) | 04/30/2025 22:39 |
| **Sodium** | 141 mmol/L (Normal) | 04/30/2025 22:39 |
| **Potassium** | 4.0 mmol/L (Normal) | 04/30/2025 22:39 |
| **Chloride** | 103 mmol/L (Normal) | 04/30/2025 22:39 |
| **CO2** | 26 mmol/L (Normal) | 04/30/2025 22:39 |
| **Anion Gap** | 12 mmol/L (Normal) | 04/30/2025 22:39 |
| **BUN** | 13 mg/dL (Normal) | 04/30/2025 22:39 |

| | | |
|---|---|---|
| **Creatinine** | 1.00 mg/dL (Normal) | 04/30/2025 22:39 |
| **BUN/Creat Ratio** | 13 (Normal) | 04/30/2025 22:39 |
| **Calcium** | 10.0 mg/dL (Normal) | 04/30/2025 22:39 |
| **Albumin. Level** | 5.4 gm/dL (High) | 04/30/2025 22:39 |
| **TP** | 8.4 gm/dL (High) | 04/30/2025 22:39 |
| **A/G Ratio** | 1.8 (Normal) | 04/30/2025 22:39 |
| **T Bili** | 0.3 mg/dL (Normal) | 04/30/2025 22:39 |
| **Alk Phos** | 110 units/L (Normal) | 04/30/2025 22:39 |
| **AST** | 36 units/L (Normal) | 04/30/2025 22:39 |
| **ALT** | 63 units/L (High) | 04/30/2025 22:39 |
| **Mg Lvl** | 2.3 mg/dL (Normal) | 04/30/2025 22:39 |
| **Estimated Creatinine Clearance** | 78.57 mL/min () | 04/30/2025 23:17 |
| **eGFR Cr** | 70 mL/min/1 | 04/30/2025 22:39 |

| | | |
|---|---|---|
| | .73m2 (N/A) | |
| **eGFR Pediatric** | Not Reported (N/A) | 04/30/2025 22:39 |
| **Calc Osmo** | 282 mOsmol/kg (Normal) | 04/30/2025 22:39 |

**General Coagulation**

| | | |
|---|---|---|
| **D Dimer** | 1.32 mcg/mL FEU (High) | 04/30/2025 22:39 |

**General Hematology**

| | | |
|---|---|---|
| **WBC** | 6.55 x10e3/mcL (Normal) | 04/30/2025 22:39 |
| **RBC** | 4.11 x10e6/mcL (Normal) | 04/30/2025 22:39 |
| **Hgb** | 12.4 gm/dL (Normal) | 04/30/2025 22:39 |
| **Hct** | 38.4 % (Normal) | 04/30/2025 22:39 |
| **MCV** | 93.4 Femtoliters (Normal) | 04/30/2025 22:39 |
| **MCH** | 30.2 pg (Normal) | 04/30/2025 22:39 |
| **MCHC** | 32.3 gm/dL (Normal) | 04/30/2025 22:39 |

| | | |
|---|---|---|
| **RDW-SD** | 45.1 Femtoliters (Normal) | 04/30/2025 22:39 |
| **RDW-CV** | 13.3 % (Normal) | 04/30/2025 22:39 |
| **Plt** | 441 x10e3/mcL (High) | 04/30/2025 22:39 |
| **MPV** | 8.8 Femtoliters (Normal) | 04/30/2025 22:39 |
| **Neut % Auto** | 56.3 % (N/A) | 04/30/2025 22:39 |
| **Lymph % Auto** | 27.5 % (N/A) | 04/30/2025 22:39 |
| **Mono % Auto** | 13.3 % (N/A) | 04/30/2025 22:39 |
| **Eos % Auto** | 1.5 % (N/A) | 04/30/2025 22:39 |
| **Baso % Auto** | 0.6 % (N/A) | 04/30/2025 22:39 |
| **Immature Grans %** | 0.8 % (Normal) | 04/30/2025 22:39 |
| **Neut # Auto** | 3.69 x10e3/mcL (Normal) | 04/30/2025 22:39 |
| **Lymph # Auto** | 1.80 x10e3/mcL (Normal) | 04/30/2025 22:39 |

| | | |
|---|---|---|
| **Mono # Auto** | 0.87 x10e3/mcL (High) | 04/30/2025 22:39 |
| **Eos # Auto** | 0.10 x10e3/mcL (Normal) | 04/30/2025 22:39 |
| **Baso # Auto** | 0.04 x10e3/mcL (Normal) | 04/30/2025 22:39 |
| **Immature Grans # Auto** | 0.05 x10e3/mcL (Normal) | 04/30/2025 22:39 |

**Pregnancy**

| | | |
|---|---|---|
| **HCG QT** | <3.0 milli intl units/mL (Normal) | 04/30/2025 22:39 |

**Thyroid**

| | | |
|---|---|---|
| **T4 Free** | 1.48 ng/dL (High) | 04/30/2025 22:39 |
| **TSH Ultrasensitive** | 1.823 mc Intl units/mL (Normal) | 04/30/2025 22:39 |

**UA Macroscopic**

| | | |
|---|---|---|
| **Ur Color** | Yellow (Normal) | 04/30/2025 22:39 |
| **Ur Clarity** | Cloudy (Abnormal) | 04/30/2025 22:39 |
| **UR Glucose** | Negative (Normal) | 04/30/2025 22:39 |
| **Ur Bili** | Negative (Normal) | 04/30/2025 22:39 |

| | | |
|---|---|---|
| **Ur Ketones** | Negative (Normal) | 04/30/2025 22:39 |
| **Ur Spec Grav** | 1.031 (High) | 04/30/2025 22:39 |
| **Ur Blood** | Negative (Normal) | 04/30/2025 22:39 |
| **Ur pH** | 6.0 (Normal) | 04/30/2025 22:39 |
| **Ur Protein** | 1+ (Abnormal) | 04/30/2025 22:39 |
| **Ur Urobilinogen** | 2.0 mg/dL (Abnormal) | 04/30/2025 22:39 |
| **Ur Nitrite** | Negative (Normal) | 04/30/2025 22:39 |
| **Ur Leuk Est** | Negative (Normal) | 04/30/2025 22:39 |
| **UA Culture?** | No (N/A) | 04/30/2025 22:39 |
| **Signs/Symptoms of UTI?** | Flank pain (Normal) | 04/30/2025 22:39 |

**UA Microscopic**

| | | |
|---|---|---|
| **UA WBC Inst** | 1 /HPF (Normal) | 04/30/2025 22:39 |
| **UA RBC Inst** | 4 /HPF (High) | 04/30/2025 22:39 |
| **Ur Bacteria** | None Seen /HPF (Normal) | 04/30/2025 22:39 |

| | | |
|---|---|---|
| **UA Squam Epi Inst** | 1 /HPF (Normal) | 04/30/2025 22:39 |
| **Ur Mucous** | Many /LPF (Abnormal) | 04/30/2025 22:39 |

**Abnormal Labs**

**Cardiac**
BNP <2 pg/mL
(Normal) 04/30/2025 22:39

**General Chemistry**
ALT 63 units/L
(High) 04/30/2025 22:39
Albumin. Level 5.4 gm/dL
(High) 04/30/2025 22:39
TP 8.4 gm/dL
(High) 04/30/2025 22:39

**General Coagulation**
D Dimer 1.32 mcg/mL FEU
(High) 04/30/2025 22:39

**General Hematology**
Mono # Auto 0.87 x10e3/mcL
(High) 04/30/2025 22:39
Plt 441 x10e3/mcL
(High) 04/30/2025 22:39

**Thyroid**
T4 Free 1.48 ng/dL
(High) 04/30/2025 22:39

**UA Macroscopic**
Ur Clarity Cloudy
(Abnormal) 04/30/2025 22:39
Ur Protein 1+
(Abnormal) 04/30/2025 22:39
Ur Spec Grav 1.031
(High) 04/30/2025 22:39
Ur Urobilinogen 2.0 mg/dL
(Abnormal) 04/30/2025 22:39

**UA Microscopic**
UA RBC Inst 4 /HPF
(High) 04/30/2025 22:39
Ur Mucous Many /LPF
(Abnormal) 04/30/2025 22:39

Note: Critical results are displayed in red.

**CBC, BMP, Coagulation Trend (last 4 resulted)**

| | | | | |
|---|---|---|---|---|
| **WBC** | **6.55** 04/30/2025 22:39 | | | |
| **Hgb** | **12.4** 04/30/2025 22:39 | | | |
| **Hct** | **38.4** 04/30/2025 22:39 | | | |
| **Baso # Auto** | **0.04** 04/30/2025 22:39 | | | |
| **Baso % Auto** | **0.6** 04/30/2025 22:39 | | | |
| **Eos # Auto** | **0.10** 04/30/2025 22:39 | | | |

| | | | | |
|---|---|---|---|---|
| **Eos % Auto** | **1.5** 04/30/2025 22:39 | | | |
| **Immature Grans %** | **0.8** 04/30/2025 22:39 | | | |
| **Immature Grans # Auto** | **0.05** 04/30/2025 22:39 | | | |
| **Lymph # Auto** | **1.80** 04/30/2025 22:39 | | | |
| **Lymph % Auto** | **27.5** 04/30/2025 22:39 | | | |
| **Mono # Auto** | **0.87 H** 04/30/2025 22:39 | | | |
| **Mono % Auto** | **13.3** 04/3 | | | |

| | | | | |
|---|---|---|---|---|
| | 0/20 25 22: 39 | | | |
| **Neut # Auto** | **3.69** 04/30/2025 22:39 | | | |
| **Neut % Auto** | **56.3** 04/30/2025 22:39 | | | |
| **Plt** | **441 H** 04/30/2025 22:39 | | | |
| **Glucose Level** | **102** 04/30/2025 22:39 | | | |
| **Sodium** | **141** 04/30/2025 22:39 | | | |
| **Potassium** | **4.0** 04/30/2025 | | | |

| | | | | |
|---|---|---|---|---|
| | 22:<br>39 | | | |
| **Chloride** | **103**<br><br>04/3<br>0/20<br>25<br>22:<br>39 | | | |
| **CO2** | **26**<br>04/3<br>0/20<br>25<br>22:<br>39 | | | |
| **Creatinine** | **1.00**<br><br>04/3<br>0/20<br>25<br>22:<br>39 | | | |
| **BUN** | **13**<br>04/3<br>0/20<br>25<br>22:<br>39 | | | |
| **BUN/Creat Ratio** | **13**<br>04/3<br>0/20<br>25<br>22:<br>39 | | | |
| **Mg Lvl** | **2.3**<br>04/3<br>0/20<br>25<br>22:<br>39 | | | |
| **Calcium** | **10.0**<br><br>04/3 | | | |

| | | | | |
|---|---|---|---|---|
| | 0/2025 22:39 | | | |
| **Albumin . Level** | **5.4 H** 04/30/2025 22:39 | | | |
| **Ur Protein** | **1+** 04/30/2025 22:39 | | | |
| **T Bili** | **0.3** 04/30/2025 22:39 | | | |
| **Alk Phos** | **110** 04/30/2025 22:39 | | | |
| **AST** | **36** 04/30/2025 22:39 | | | |
| **ALT** | **63 H** 04/30/2025 22:39 | | | |

**Blood Glucose Trend**
Glucose Level: 102 mg/dL (04/30/25 22:39:00)

**CBC (Last Within 24hrs)**
WBC: 6.55 x10e3/mcL (22:39)
Hgb: 12.4 gm/dL (22:39)
Hct: 38.4 % (22:39)
Plt: 441 x10e3/mcL High (22:39)

**Differential (Last Within 24hrs)**
**- Automated -**
Neut % Auto: 56.3 % (22:39)
Lymph % Auto: 27.5 % (22:39)
Mono % Auto: 13.3 % (22:39)
Eos % Auto: 1.5 % (22:39)
Baso % Auto: 0.6 % (22:39)
Immature Grans %: 0.8 % (22:39)
Neut # Auto: 3.69 x10e3/mcL (22:39)
Lymph # Auto: 1.8 x10e3/mcL (22:39)
Mono # Auto: 0.87 x10e3/mcL High (22:39)
Baso # Auto: 0.04 x10e3/mcL (22:39)
Immature Grans # Auto: 0.05 x10e3/mcL (22:39)

**BMP, Mg, and Phos (Last Within 24hrs)**
Sodium: 141 mmol/L (22:39)
Potassium: 4 mmol/L (22:39)
Chloride: 103 mmol/L (22:39)
CO2: 26 mmol/L (22:39)
BUN: 13 mg/dL (22:39)
Creatinine: 1 mg/dL (22:39)
Glucose Level: 102 mg/dL (22:39)
Calcium: 10 mg/dL (22:39)
Mg Lvl: 2.3 mg/dL (22:39)

**LFT (Last Within 24hrs)**

AST: 36 units/L (22:39)
ALT: 63 units/L High (22:39)
Alk Phos: 110 units/L (22:39)
T Bili: 0.3 mg/dL (22:39)
TP: 8.4 gm/dL High (22:39)

**Urinalysis (Last Within 24hrs)**
Ur Color: Yellow (22:39)
Ur Clarity: Cloudy UA Abnormal (22:39)
UR Glucose: NegativeIRIS (22:39)
Ur Bili: NegativeIRIS (22:39)
Ur Ketones: NegativeIRIS (22:39)
Ur Spec Grav: 1.031 High (22:39)
Ur Blood: NegativeIRIS (22:39)
Ur pH: 6 (22:39)
Ur Protein: 1+ Abnormal (22:39)
Ur Urobilinogen: 2.0 Abnormal (22:39)
Ur Nitrite: NegativeIRIS (22:39)
Ur Leuk Est: NegativeIRIS (22:39)
UA Culture?: No (22:39)
Signs/Symptoms of UTI?: Flank pain (22:39)
UA WBC Inst: 1 /HPF (22:39)
UA RBC Inst: 4 /HPF High (22:39)
Ur Bacteria: None Seen Iris (22:39)
UA Squam Epi Inst: 1 /HPF (22:39)
Ur Mucous: Many IRIS Alpha Abnormal (22:39)

**Microbiology**

| **Culture Blood ARD** | | **Collected** | |
|---|---|---|---|
| Source: | Blood | Body Site: | Peripheral |
| Collected Dt/Tm: | 05/01/2025 05:05 | Last Updated Dt/Tm: | 05/01/2025 04:34 |

| **Culture Blood ARD** | | **Collected** | |
|---|---|---|---|
| Source: | Blood | Body Site: | Peripheral |
| Collected Dt/Tm: | 05/01/2025 05:05 | Last Updated Dt/Tm: | 05/01/2025 04:34 |

**Cardiology Labs**
BNP: <2 (04/30/25 22:39:00)
Troponin TNIH: <2.50 (05/01/25 01:34:00)
Troponin TNIH: <2.50 (04/30/25 22:39:00)

**Prenatal Labs**
No Data Available

**Transcribed Prenatal Labs**
No Data Available

## Document info

| | |
|---|---|
| Result type: | Progress Note-Physician |
| Result date: | May 04, 2025, 09:52 a.m. |
| Result status: | authenticated |
| Performed by: | Jasmine Chopra |
| Verified by: | Jasmine Chopra |
| Modified by: | Jasmine Chopra |

# Neurology

**Patient:** **JADE BURCH** **DOB:** **Jul 31, 1978**

**Las Vegas Neurology Center Progress Note**

**SUBJECTIVE:**

**Patient seen and examined earlier this morning. No overnight events noted. Patient lying in bed watching TV, family member bedside, results of MRI discussed with patient. Patient tells me that her swallowing issues have improved.**

**OBJECTIVE:**

| Vital Signs (last 24 hrs) | Last Charted | Minimum | Maximum |
|---|---|---|---|
| Heart Rate | 89 (MAY 04 09:38) | 75 (MAY 03 20:29) | 91 (MAY 04 02:01) |
| Resp Rate | 17 (MAY 04 09:38) | 16 (MAY 03 16:30) | 18 (MAY 03 11:53) |
| SBP | 133 (MAY 04 09:37) | 117 (MAY 03 20:28) | 133 (MAY 04 09:37) |
| DBP | C 97 (MAY 04 09:37) | 74 (MAY 03 11:52) | C 97 (MAY 04 09:37) |
| SpO2 | 98 (MAY 04 09:38) | 96 (MAY 03 20:29) | 98 (MAY 03 11:53) |

**Medications (27) Active**
Scheduled: (12)
**amLODIPine 5 mg Tab** 10 mg 2 Tabs, Oral, Daily
**apixaban 5 mg Tab** 10 mg 2 Tabs, Oral, BID
**cefpodoxime 200 mg Tab** 200 mg 1 Tabs, Oral, BID
**Consult to Pharmacy** 1 Each, Misc, Daily
**doxycycline hyclate 100 mg Tab** 100 mg 1 Tabs, Oral, BID
**escitalopram 10 mg Tab** 10 mg 1 Tabs, Oral, Daily
**ethanol topical** 1 amp, Topical, BID
**Hypoglycemia Protocol Advisor** Protocol, N/A, Daily
**insulin lispro HumaLOG 1 unit/0.01 mL syringe** 1-6 Units, SubCutaneous, Before Meals and HS
**levalbuterol 0.63 mg/3 mL Inh Sol** 0.63 mg 3 mL, Inhalation, RT q6H
**QUEtiapine 100 mg Tab** 300 mg 3 Tabs, Oral, qHS
**valproic acid + Sodium Chloride 0.9% 50 mL** 500 mg 5 mL, IV Piggyback, q8H
Continuous: (0)
PRN: (15)
**acetaminophen 325 mg Tab** 650 mg 2 Tabs, Oral, q4H

**albuterol-ipratropium Inh Sol 3 mL** 3 mL, NEB, RT q4H
**benzocaine/menthol lozenge** 1 Lozenges, Oral, q2H
**benzonatate 100 mg Cap** 200 mg 2 Caps, Oral, TID
**cloNIDine 0.1 mg Tab** 0.1 mg 1 Tabs, Oral, q4H
**dextromethorphan-guaiFENesin 20 mg-200 mg/10 mL** 10 mL, Oral, q4H
**docusate sodium 100 mg Cap** 100 mg 1 Caps, Oral, BID
**guaiFENesin 100 mg/5 mL Oral Liq 10 mL** 400 mg 20 mL, Oral, q4H
**hydrALAZINE 20 mg/mL vial** 10 mg 0.5 mL, IV Push, q4H
**HYDROcodone -acetaminophen 5 mg-325 mg tab** 1 Tabs, Oral, q4H
**LORazepam 2 mg/mL 1 mL Inj** 1 mg 0.5 mL, IV Push, Once
**morphine 2 mg/mL injection 1 mL PF** 2 mg 1 mL, IV Push, q4H
**ondansetron 4 mg/2 mL vial** 4 mg 2 mL, IV Push, q4H
**senna 8.6 mg Tab senna gen** 17.2 mg 2 Tabs, Oral, qHS
**simethicone 80 mg Chew Tab** 80 mg 1 Tabs, Oral, q6H

Labs (Last four charted values)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **WBC** | 5.49 | (MAY 04) | 5.02 | (MAY 03) | 4.92 | (MAY 02) | 6.55 | (APR 30) |
| **Hgb** | 11.7 | (MAY 04) | 12.0 | (MAY 03) | 11.1 | (MAY 02) | 12.4 | (APR 30) |
| **Hct** | 36.1 | (MAY 04) | 37.7 | (MAY 03) | 34.3 | (MAY 02) | 38.4 | (APR 30) |
| **Plt** | H **434** | (MAY 04) | H **407** | (MAY 03) | H **417** | (MAY 02) | H **441** | (APR 30) |
| **Na** | 141 | (MAY 04) | 142 | (MAY 03) | 139 | (MAY 02) | 141 | (APR 30) |
| **K** | 3.5 | (MAY 04) | 4.0 | (MAY 03) | 4.0 | (MAY 02) | 4.0 | (APR 30) |
| **CO2** | 21 | (MAY 04) | 23 | (MAY 03) | 26 | (MAY 02) | 26 | (APR 30) |
| **Cl** | 103 | (MAY 04) | 106 | (MAY 03) | 102 | (MAY 02) | 103 | (APR 30) |
| **Cr** | 0.89 | (MAY 04) | 0.99 | (MAY 03) | 0.97 | (MAY 02) | 1.00 | (APR 30) |
| **BUN** | 11 | (MAY 04) | 14 | (MAY 03) | 11 | (MAY 02) | 13 | (APR 30) |
| **Glucose Random** | H **128** | (MAY 04) | 94 | (MAY 03) | 85 | (MAY 02) | 102 | (APR 30) |
| **Mg** | 2.0 | (MAY 04) | 2.3 | (APR 30) | | | | |
| **Phos** | 3.6 | (MAY 04) | | | | | | |
| **Ca** | 9.5 | (MAY 04) | 9.8 | (MAY 03) | 9.5 | (MAY 02) | 10.0 | (APR 30) |
| **PT** | 10.6 | (MAY 01) | | | | | | |
| **INR** | 1.0 | (MAY 01) | | | | | | |
| **PTT** | 26 | (MAY 01) | | | | | | |

**PHYSICAL EXAM:**

**GEN: Alert/ No Acute Distress**

**HEENT: Atraumatic/Normocephalic**

**NECK: supple**

**NEURO:**

**Mood/Affect: appropriate to situation**

**Attention/Concentration: intact**

**Fund of Knowledge: age appropriate**

**Speech: fluent**

**CN 2-12: Intact/no focal deficits**

**EOMI/PERRLA**

**Motor Strength: Moving all four extremities spontaneously and to command**

Tone/Bulk: intact

Sensation: intact

Reflexes: deferred

FtN, RAM: deferred

Ambulation/Gait: deferred

Imaging:
CT brain 5/1/2025: No acute pathology.
MRI brain with and without contrast 5/3/25: There is no restriction of diffusion to suggest an acute ischemic event. There are a few
scattered T2 hyperintense white matter foci perhaps most notable in the region of the
right frontal opercular region. In a patient this age these findings are nonspecific.

EEG:
EEG 5/2/2025: This electroencephalogram is within normal limits.

ASSESSMENT:
Dysphagia ruled out brainstem pathology
Acute pulmonary embolism in the distal aspect of the segmental–proximal subsegmental branch of the right lower lobe
Dyspnea
Angina
PNES
Functional neurological disorder
Hypertension
Anxiety
Depression
Migraine headaches
Diabetes

PLAN:
Anticoagulation per IM, CBC per IM
Depakote
Seizure precautions
No driving, bathing, swimming alonw x 90 days
Repeat MRI brain with and without contrast in 1 years time out of abundance of precaution to reassess white matter foci
Continued outpatient follow-up with neurology, patient pending evaluation at tertiary center

Thank you very much for allowing us to participate in the care of your patient. Please do not hesitate to contact us for any questions or concerns.

*Jasmine Chopra, D.O.*
*Board Certified Neurologist*
*Las Vegas Neurology Center*

## Document info

| | |
|---|---|
| Result type: | Progress Note-Physician |
| Result date: | May 03, 2025, 10:22 a.m. |
| Result status: | authenticated |
| Performed by: | Jasmine Chopra |
| Verified by: | Jasmine Chopra |
| Modified by: | Jasmine Chopra |

# Neurology

| | | | |
|---|---|---|---|
| **Patient:** | **JADE BURCH** | **DOB:** | **Jul 31, 1978** |

**Las Vegas Neurology Center Progress Note**

**SUBJECTIVE**:

**Patient seen and examined earlier this morning. No overnight events noted. Patient sitting up awake in bed, family member at bedside, MRI brain pending.**

**OBJECTIVE:**

| Vital Signs (last 24 hrs) | Last Charted | Minimum | Maximum |
|---|---|---|---|
| **Heart Rate** | 73 (MAY 03 09:07) | 67 (MAY 03 04:19) | 92 (MAY 02 20:14) |
| **Resp Rate** | 16 (MAY 03 09:07) | 16 (MAY 02 19:24) | 18 (MAY 02 12:53) |
| **SBP** | 112 (MAY 03 09:06) | 110 (MAY 03 04:18) | H 152 (MAY 02 21:00) |
| **DBP** | 70 (MAY 03 09:06) | 70 (MAY 03 09:06) | C 105 (MAY 02 13:59) |
| **SpO2** | 96 (MAY 03 09:07) | 96 (MAY 02 12:53) | 100 (MAY 03 04:19) |

**Medications (30) Active**
Scheduled: (15)
**amLODIPine 5 mg Tab** 10 mg 2 Tabs, Oral, Daily
**apixaban 5 mg Tab** 10 mg 2 Tabs, Oral, BID
**cefpodoxime 200 mg Tab** 200 mg 1 Tabs, Oral, BID
**Consult to Pharmacy** 1 Each, Misc, Daily
**doxycycline hyclate 100 mg Tab** 100 mg 1 Tabs, Oral, BID
**escitalopram 10 mg Tab** 10 mg 1 Tabs, Oral, Daily
**ethanol topical** 1 amp, Topical, BID
**Hypoglycemia Protocol Advisor** Protocol, N/A, Daily
**insulin lispro HumaLOG 1 unit/0.01 mL syringe** 1-6 Units, SubCutaneous, Before Meals and HS
**levalbuterol 0.63 mg/3 mL Inh Sol** 0.63 mg 3 mL, Inhalation, RT q6H
**Protocol** Protocol, N/A, q72H Interval
**Protocol** Protocol, N/A, q72H Interval
**Protocol** Protocol, N/A, q72H Interval
**QUEtiapine 100 mg Tab** 300 mg 3 Tabs, Oral, qHS
**valproic acid + Sodium Chloride 0.9% 50 mL** 500 mg 5 mL, IV Piggyback, q8H
Continuous: (0)

PRN: (15)
**acetaminophen 325 mg Tab** 650 mg 2 Tabs, Oral, q4H
**albuterol-ipratropium Inh Sol 3 mL** 3 mL, NEB, RT q4H
**benzocaine/menthol lozenge** 1 Lozenges, Oral, q2H
**benzonatate 100 mg Cap** 200 mg 2 Caps, Oral, TID
**cloNIDine 0.1 mg Tab** 0.1 mg 1 Tabs, Oral, q4H
**dextromethorphan-guaiFENesin 20 mg-200 mg/10 mL** 10 mL, Oral, q4H
**docusate sodium 100 mg Cap** 100 mg 1 Caps, Oral, BID
**guaiFENesin 100 mg/5 mL Oral Liq 10 mL** 400 mg 20 mL, Oral, q4H
**hydrALAZINE 20 mg/mL vial** 10 mg 0.5 mL, IV Push, q4H
**HYDROcodone -acetaminophen 5 mg-325 mg tab** 1 Tabs, Oral, q4H
**LORazepam 2 mg/mL 1 mL Inj** 1 mg 0.5 mL, IV Push, Once
**morphine 2 mg/mL injection 1 mL PF** 2 mg 1 mL, IV Push, q4H
**ondansetron 4 mg/2 mL vial** 4 mg 2 mL, IV Push, q4H
**senna 8.6 mg Tab senna gen** 17.2 mg 2 Tabs, Oral, qHS
**simethicone 80 mg Chew Tab** 80 mg 1 Tabs, Oral, q6H

**Labs** (Last four charted values)

| | | | | | | |
|---|---|---|---|---|---|---|
| **WBC** | 5.02 | (MAY 03) | 4.92 | (MAY 02) | 6.55 | (APR 30) |
| **Hgb** | 12.0 | (MAY 03) | 11.1 | (MAY 02) | 12.4 | (APR 30) |
| **Hct** | 37.7 | (MAY 03) | 34.3 | (MAY 02) | 38.4 | (APR 30) |
| **Plt** | H **407** | (MAY 03) | H **417** | (MAY 02) | H **441** | (APR 30) |
| **Na** | 142 | (MAY 03) | 139 | (MAY 02) | 141 | (APR 30) |
| **K** | 4.0 | (MAY 03) | 4.0 | (MAY 02) | 4.0 | (APR 30) |
| **CO2** | 23 | (MAY 03) | 26 | (MAY 02) | 26 | (APR 30) |
| **Cl** | 106 | (MAY 03) | 102 | (MAY 02) | 103 | (APR 30) |
| **Cr** | 0.99 | (MAY 03) | 0.97 | (MAY 02) | 1.00 | (APR 30) |
| **BUN** | 14 | (MAY 03) | 11 | (MAY 02) | 13 | (APR 30) |
| **Glucose Random** | 94 | (MAY 03) | 95 | (MAY 02) | 102 | (APR 30) |
| **Mg** | 2.3 | (APR 30) | | | | |
| **Ca** | 9.8 | (MAY 03) | 9.5 | (MAY 02) | 10.0 | (APR 30) |
| **PT** | 10.6 | (MAY 01) | | | | |
| **INR** | 1.0 | (MAY 01) | | | | |
| **PTT** | 26 | (MAY 01) | | | | |

**PHYSICAL EXAM:**

**GEN: Awake/ No Acute Distress**

**HEENT: Atraumatic/Normocephalic**

**NECK: supple**

**NEURO:**

**Mood/Affect: appropriate**

**Attention/Concentration: Intact**

**Fund of Knowledge: age appropriate**

**Speech: fluent**

**CN 2-12: intact/no focal deficits**

**EOMI/PERRLA**

**Motor Strength: Moving all extremities spontaneously and to command**

Tone/Bulk: intact

Sensation: intact

Reflexes: deferred

FtN, RAM: deferred

Ambulation/Gait: deferred

Imaging:
CT brain 5/1/2025: No acute pathology.

EEG:
EEG 5/2/2025: This electroencephalogram is within normal limits.

ASSESSMENT:
Dysphagia rule out structural pathology as etiology
Acute pulmonary embolism in the distal aspect of the segmental–proximal subsegmental branch of the right lower lobe
Dyspnea
Angina
PNES
Functional neurological disorder
Hypertension
Anxiety
Depression
Migraine headaches
Diabetes

PLAN:
MRI brain with and without contrast
Depakote monitor levels
Home Seroquel
Seizure precautions
No driving, bathing, swimming alonw x 90 days
Continued outpatient follow-up with neurology, patient pending evaluation at tertiary center

Thank you very much for allowing us to participate in the care of your patient. Please do not hesitate to contact us for any questions or concerns.

*Jasmine Chopra, D.O.*
*Board Certified Neurologist*
*Las Vegas Neurology Center*

## Document info

| | |
|---|---|
| Result type: | Progress Note-Physician |
| Result date: | May 03, 2025, 09:09 a.m. |
| Result status: | authenticated |
| Performed by: | Marcella Pomeranz |
| Verified by: | Eladio Carrera |
| Modified by: | Eladio Carrera |

# Progress/SOAP Note

| | | | |
|---|---|---|---|
| **Patient:** | **JADE BURCH** | **DOB:** | **Jul 31, 1978** |

**Subjective**
Dysphagia stable
No GI bleeding
Reports had seizure last night, pain all over
**Review of Systems**
**Constitutional:** No weight loss, fever, chills, weakness or fatigue.
**HEENT:** No visual loss, blurred vision, double vision or yellow sclera. No hearing loss, sneezing, congestion, runny nose or sore throat.
**Skin:** No rash or itching
**Cardiovascular:** No chest pain, chest pressure or chest discomfort. No palpitations or pedal edema.
**Respiratory:** No shortness of breath, cough or sputum production.
**Gastrointestinal:** Negative other than findings above.
**Genitourinary:** No burning micturition. No urinary frequency or incontinence.
**Neurologic:** No headache, dizziness, syncope, unilateral weakness, ataxia, numbness or tingling in the extremities. No change in bowel or bladder control.
**Musculoskeletal:** No muscle pain, back pain, joint pain or stiffness.
**Hematologic:** No bleeding or bruising.
**Psychiatric:** No depression or anxiety.
**Endocrine:** No reports of sweating. No cold or heat intolerance. No polyuria or polydipsia.
**Allergies**
Allergies (Active and Proposed Allergies Only)
No Known Allergies (Severity: Unknown severity, Onset: Unknown)
No Known Medication Allergies (Severity: Unknown severity, Onset: Unknown)

**Past Medical History**
**Active Problems**(9)
**Anxiety**
**Chest pain**
**Diabetes mellitus**
**HTN (hypertension)**
**PTSD (post-traumatic stress disorder)**
**Pulmonary embolism**
**Seizures**

**Shortness of breath**
**Transgender person on hormone therapy**

**Past Surgical History**
Robot Xi Assisted Cholecystectomy (Laterality NA): 03/16/24

**Social History**
**Alcohol**
Details: Denies
**Substance Abuse**
Details: Denies
**Tobacco**
Details: Never (less than 100 in lifetime)

**Objective**

**Measurements (most recent)**

| | | | |
|---|---|---|---|
| **Height (cm)** | 180.34 cm | Simpson, Ashli | 04/30 21:22 |
| **Height (inches)** | 71.00 inch | SYSTEM | 04/30 21:22 |
| **Weight** | 85.3 kg | Simpson, Ashli | 04/30 21:22 |
| **Weight (lbs)** | 188.05 lb | SYSTEM | 04/30 21:22 |
| **Body Mass Index** | 26.23 kg/m2 | Simpson, Ashli | 04/30 21:22 |

| **Vital Signs (24 hrs)** | **Last Charted** | | **Minimum** | | **Maximum** | |
|---|---|---|---|---|---|---|
| Temp | 36.8 | 05/03/2025 09:07 | 36.8 | 05/02/2025 12:52 | 36.8 | 05/02/2025 12:52 |
| Heart Rate Monitored | 72 | 05/03/2025 01:20 | 72 | 05/03/2025 01:20 | 92 | 05/02/2025 20:07 |
| Resp Rate | 16 | 05/03/2025 09:07 | 16 | 05/02/2025 19:24 | 18 | 05/02/2025 12:53 |
| SBP | 112 | 05/03/2025 09:06 | 110 | 05/03/2025 04:18 | **H** 152 | 05/02/2025 21:00 |
| DBP | 70 | 05/03/2025 09:06 | 70 | 05/03/2025 09:06 | **C** 105 | 05/02/2025 13:59 |
| MAP | 84 | 05/03/2025 09:06 | 80 | 05/03/2025 04:18 | 112 | 05/02/2025 13:59 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SpO2 | 96 | 05/03/2025 09:07 | 96 | 05/02/2025 12:53 | 100 | 05/03/2025 04:19 |
| O2 Therapy | | | | | Nasal cannula | |

**Pain Scores (Last Within 24hrs)**
Numeric Pain Scale: 3 (22:50)

**Physical Exam**

**Physical Exam**

**General:** Alert, in no acute cardiopulmonary distress.
**Mental Status:** Oriented to person, place and time. Normal affect.
**Head:** Normocephalic.
**Eyes:** Pupils are equal, round and reactive to light. Extraocular muscles intact.
**Ear, Nose and Throat:** Oropharynx clear, mucous membranes moist. Ears and nose without masses, lesions or deformities. Tympanic membranes clear bilaterally. Trachea midline.
**Neck:** Supple. Full range of motion.
**Respiratory:** Clear to auscultation and percussion. No wheezing, rales or rhonchi.
**Cardiovascular:** Heart sounds normal. No thrills. Regular rate and rhythm, no murmurs, rubs or gallops.
**Gastrointestinal:** Abdomen soft, non-tender, non-distended. Normal bowel sounds. No pulsatile mass. No hepatosplenomegaly.
**Genitourinary:** No costovertebral angle tenderness.
**Neurologic:** No focal neurological deficits. Moves all extremities spontaneously.
**Skin:** No rashes or lesions. No petechiae or purpura. No edema.
**Musculoskeletal:** No cyanosis or clubbing. No gross deformities.
**Lymphatics:** Palpation of neck reveals no swelling or tenderness of neck nodes.

**Inpatient Medications**

**Medications (31) Active**

**Scheduled: (16)**
**amLODIPine 5 mg Tab (amLODIPine)** 10 mg 2 Tabs, Oral, Daily
**apixaban 5 mg Tab (Eliquis)** 10 mg 2 Tabs, Oral, BID
**cefpodoxime 200 mg Tab (Vantin 200 mg oral tablet)** 200 mg 1 Tabs, Oral, BID
**Consult to Pharmacy (Pharmacy Consult)** 1 Each, Misc, Daily
**doxycycline hyclate 100 mg Tab (doxycycline)** 100 mg 1 Tabs, Oral, BID
**escitalopram 10 mg Tab (escitalopram)** 10 mg 1 Tabs, Oral, Daily
**ethanol topical (Nozin POPswab 62% topical swab)** 1 amp, Topical, BID
**Hypoglycemia Protocol Advisor** Protocol, N/A, Daily
**insulin lispro HumaLOG 1 unit/0.01 mL syringe (insulin lispro (HumaLOG) Correctional Scale Low)** 1-6 Units, SubCutaneous, Before Meals and HS
**levalbuterol 0.63 mg/3 mL Inh Sol (Xopenex 0.63 mg/3 mL Inhalation solution)** 0.63 mg 3 mL, Inhalation, RT q6H
**LORazepam 2 mg/mL 1 mL Inj (Ativan)** 1 mg 0.5 mL, IV Push, Once
**Protocol (Magnesium Sulfate - IV.)** Protocol, N/A, q72H Interval
**Protocol (Magnesium Oxide - Oral.)** Protocol, N/A, q72H Interval
**Protocol (Potassium Chloride - Oral & IV.)** Protocol, N/A, q72H Interval
**QUEtiapine 100 mg Tab (QUEtiapine)** 300 mg 3 Tabs, Oral, qHS
**valproic acid + Sodium Chloride 0.9% 50 mL (Depacon + Sodium Chloride 0.9% intravenous solution 50 mL)** 500 mg 5 mL, IV Piggyback, q8H
**Continuous: (0)**
**PRN: (15)**
**acetaminophen 325 mg Tab (Tylenol)** 650 mg 2 Tabs, Oral, q4H
**albuterol-ipratropium Inh Sol 3 mL (ipratropium-albuterol)** 3 mL, NEB, RT q4H
**benzocaine/menthol lozenge (Chloraseptic)** 1 Lozenges, Oral, q2H
**benzonatate 100 mg Cap (Tessalon Perles)** 200 mg 2 Caps, Oral, TID
**cloNIDine 0.1 mg Tab (cloNIDine)** 0.1 mg 1 Tabs, Oral, q4H
**dextromethorphan-guaiFENesin 20 mg-200 mg/10 mL (guaifenesin-dextromethorphan 100 mg-10 mg/5 mL**

oral liquid) 10 mL, Oral, q4H
docusate sodium 100 mg Cap (docusate sodium) 100 mg 1 Caps, Oral, BID
guaiFENesin 100 mg/5 mL Oral Liq 10 mL (guaiFENesin) 400 mg 20 mL, Oral, q4H
hydrALAZINE 20 mg/mL vial (hydrALAZINE) 10 mg 0.5 mL, IV Push, q4H
HYDROcodone -acetaminophen 5 mg-325 mg tab (Norco 5 mg-325 mg oral tablet) 1 Tabs, Oral, q4H
LORazepam 2 mg/mL 1 mL Inj (Ativan) 1 mg 0.5 mL, IV Push, Once
morphine 2 mg/mL injection 1 mL PF (morphine) 2 mg 1 mL, IV Push, q4H
ondansetron 4 mg/2 mL vial (Zofran) 4 mg 2 mL, IV Push, q4H
senna 8.6 mg Tab senna gen (senna) 17.2 mg 2 Tabs, Oral, qHS
simethicone 80 mg Chew Tab (Mylicon) 80 mg 1 Tabs, Oral, q6H

**Results**
**Recent Labs**
**General Chemistry**

| | | |
|---|---|---|
| **Glucose Level** | 94 mg/dL (Normal) | 05/03/2025 02:12 |
| **POC Glucose** | 88 mg/dL (Normal) | 05/03/2025 06:09 |
| **Sodium** | 142 mmol/L (Normal) | 05/03/2025 02:12 |
| **Potassium** | 4.0 mmol/L (Normal) | 05/03/2025 02:12 |
| **Chloride** | 106 mmol/L (Normal) | 05/03/2025 02:12 |
| **CO2** | 23 mmol/L (Normal) | 05/03/2025 02:12 |
| **Anion Gap** | 13 mmol/L (Normal) | 05/03/2025 02:12 |
| **BUN** | 14 mg/dL (Normal) | 05/03/2025 02:12 |
| **Creatinine** | 0.99 mg/dL (Normal) | 05/03/2025 02:12 |
| **BUN/Creat Ratio** | 14 (Normal) | 05/03/2025 02:12 |
| **Calcium** | 9.8 mg/dL (Normal) | 05/03/2025 02:12 |
| **Estimated Creatinine Clearance** | 79.36 mL/min () | 05/03/2025 03:49 |
| **eGFR Cr** | 71 mL/min/1.73m2 (N/A) | 05/03/2025 02:12 |

| | | |
|---|---|---|
| eGFR Pediatric | Not Reported (N/A) | 05/03/2025 02:12 |
| Calc Osmo | 283 mOsmol/kg (Normal) | 05/03/2025 02:12 |
| MAR Glucose Result | 88 () | 05/03/2025 06:09 |

General Coagulation

| | | |
|---|---|---|
| Heparin Anti-Xa (UFH) | 0.10 Intl_units/mL (Low) | 05/02/2025 15:30 |

General Hematology

| | | |
|---|---|---|
| WBC | 5.02 x10e3/mcL (Normal) | 05/03/2025 02:12 |
| RBC | 4.04 x10e6/mcL (Normal) | 05/03/2025 02:12 |
| Hgb | 12.0 gm/dL (Normal) | 05/03/2025 02:12 |
| Hct | 37.7 % (Normal) | 05/03/2025 02:12 |
| MCV | 93.3 Femtoliters (Normal) | 05/03/2025 02:12 |
| MCH | 29.7 pg (Normal) | 05/03/2025 02:12 |
| MCHC | 31.8 gm/dL (Normal) | 05/03/2025 02:12 |
| RDW-SD | 45.2 Femtoliters (Normal) | 05/03/2025 02:12 |
| RDW-CV | 13.2 % (Normal) | 05/03/2025 02:12 |
| Plt | 407 x10e3/mcL (High) | 05/03/2025 02:12 |
| MPV | 9.5 Femtoliters (Normal) | 05/03/2025 02:12 |
| Neut % Auto | 55.7 % (N/A) | 05/03/2025 02:12 |
| Lymph % Auto | 28.9 % (N/A) | 05/03/2025 02:12 |
| Mono % Auto | 11.2 % (N/A) | 05/03/2025 02:12 |
| Eos % Auto | 3.2 % (N/A) | 05/03/2025 02:12 |

| | | |
|---|---|---|
| **Baso % Auto** | 0.6 % (N/A) | 05/03/2025 02:12 |
| **Immature Grans %** | 0.4 % (Normal) | 05/03/2025 02:12 |
| **Neut # Auto** | 2.80 x10e3/mcL (Normal) | 05/03/2025 02:12 |
| **Lymph # Auto** | 1.45 x10e3/mcL (Normal) | 05/03/2025 02:12 |
| **Mono # Auto** | 0.56 x10e3/mcL (Normal) | 05/03/2025 02:12 |
| **Eos # Auto** | 0.16 x10e3/mcL (Normal) | 05/03/2025 02:12 |
| **Baso # Auto** | 0.03 x10e3/mcL (Normal) | 05/03/2025 02:12 |
| **Immature Grans # Auto** | 0.02 x10e3/mcL (Normal) | 05/03/2025 02:12 |

**Abnormal Labs**

**General Coagulation**
Heparin Anti-Xa (UFH)    0.10 Intl_units/mL (Low)    05/02/2025 15:30

**General Hematology**
Plt    407 x10e3/mcL (High)    05/03/2025 02:12

Note: Critical results are displayed in red.

**BMP, Mg, and Phos (Last Within 24hrs)**
Sodium: 142 mmol/L (02:12)
Potassium: 4 mmol/L (02:12)
Chloride: 106 mmol/L (02:12)
CO2: 23 mmol/L (02:12)
BUN: 14 mg/dL (02:12)
Creatinine: 0.89 mg/dL (02:12)
Glucose Level: 94 mg/dL (02:12)
Calcium: 9.8 mg/dL (02:12)

**Assessment/Plan**
**Diagnoses**
Chest pain (R07.9)
Shortness of breath (R06.02)
1. Pulmonary embolism (I26.99)

**Assessment:**

46-year-old transgender female On hormonal therapy and with recent head/neck plastic surgery found to have acute pulmonary embolus and distal aspect of signal proximal stump segmental branch of the right lower lobe. GI consulted as patient was having difficulty swallowing following procedure. Patient states that with noted swelling in their neck they feel that food and pills are difficult to swallow with sensation at the upper neck. Patient denies any prior episodes.

Assessment:
? Dysphagia
PE
Recent facial cosmetic surgery

Plan:
As symptoms appear to be related to superior neck with possible association with surgical swelling, recommend speech therapy eval at this time
Patient states they are currently tolerating most foods and liquids
Further recommendations pending speech therapy evaluation, risks of endoscopic evaluation outweigh benefits at this time given PE
Consider CT neck soft tissue for nursing symptoms
Consider ENT evaluation if concern for upper airway/esophagus abnormalities

Thank you for this consultation.
Other management per primary and other consultants
Imaging reports and labs were reviewed. This case was discussed with the attending physician.
Please contact the GI service directly or via the answering service at 702-633-0207 with any questions or concerns
No urgent plan for endoscopic evaluation. Please recall prn.

**Discharge Planning:**

## Document info

| | |
|---|---|
| Result type: | History & Physical |
| Result date: | May 01, 2025, 05:12 a.m. |
| Result status: | authenticated |
| Performed by: | Homer Yung |
| Verified by: | Mary-liberty Gibbs |
| Modified by: | Mary-liberty Gibbs |

# Initial Evaluation Note

| Patient: | JADE BURCH | DOB: | Jul 31, 1978 |
|---|---|---|---|

**Chief Complaint/Reason for Consultation**
POV Pt c/o chest pain, SOB, n/v x 4 day
had surgery on 04/17

**History of Present Illness**
46-year-old transgender male to female, on hormonal therapy, with medical history of HTN, diabetes mellitus, anxiety, depression, migraines, PNES, who presents to the ED for chest pain. States that the symptoms have been intermittent for about 1 week. Complains of chest pain, described as pressure nature. Associated symptoms include shortness of breath and cough. Also mentions that he had recent cosmetic surgery done to his face on the 17th. Due to worsening symptoms, patient presents to the ED for further evaluation. Currently denies any headache, dizziness, vomiting, diarrhea, fever or chills.
While in the ED, patient stable on room air. Lab work returns with elevated D-dimer at 1.32. CTA chest was done which showed small acute pulmonary embolus in the distal aspect of the segmental proximal subsegmental branch in the right lower lobe. Also noted to have small area of consolidative pneumonia. He was started on heparin gtt. and antibiotics.

**Review of Systems**
A 10 point review of systems was performed and was negative with exceptions under HPI and PMH.

**Objective**

**Measurements (most recent)**

| | | | |
|---|---|---|---|
| **Height (cm)** | 180.34 cm | Simpson, Ashli | 04/30 21:22 |
| **Height (inches)** | 71.00 inch | SYSTEM | 04/30 21:22 |
| **Weight** | 85.3 kg | Simpson, Ashli | 04/30 21:22 |

**Histories**
**Allergies**
Allergies (Active and Proposed Allergies Only)
No Known Allergies (Severity: Unknown severity, Onset: Unknown)
No Known Medication Allergies (Severity: Unknown severity, Onset: Unknown)

**Past Medical History**
**Active Problems**(9)
**Anxiety**
**Chest pain**
**Diabetes mellitus**
**HTN (hypertension)**
**PTSD (post-traumatic stress disorder)**
**Pulmonary embolism**
**Seizures**
**Shortness of breath**
**Transgender person on hormone therapy**

**Past Surgical History**
Robot Xi Assisted Cholecystectomy (Laterality NA): 03/16/24

**Social History**
**Alcohol**
Details: Denies

| | | | |
|---|---|---|---|
| **Weight (lbs)** | 188.05 lb | SYSTEM | 04/30 21:22 |
| **Body Mass Index** | 26.23 kg/m2 | Simpson, Ashli | 04/30 21:22 |

| **Vital Signs (24 hrs)** | **Last Charted** | | **Minimum** | | **Maximum** | |
|---|---|---|---|---|---|---|
| Temp | 36.6 | 04/30/2025 21:25 | 36.6 | 04/30/2025 21:25 | 36.6 | 04/30/2025 21:25 |
| Heart Rate Monitored | 70 | 05/01/2025 05:09 | 62 | 05/01/2025 02:59 | 77 | 04/30/2025 22:56 |
| Resp Rate | 20 | 05/01/2025 02:08 | 18 | 04/30/2025 23:08 | H 22 | 04/30/2025 21:23 |
| SBP | H 139 | 05/01/2025 05:00 | 131 | 05/01/2025 03:00 | H 154 | 04/30/2025 21:23 |
| DBP | C 99 | 05/01/2025 05:00 | 79 | 05/01/2025 04:30 | C 101 | 04/30/2025 21:23 |
| MAP | 115 | 05/01/2025 05:00 | 100 | 05/01/2025 04:30 | 115 | 05/01/2025 05:00 |
| SpO2 | 96 | 05/01/2025 05:09 | 94 | 05/01/2025 02:59 | 97 | 04/30/2025 21:23 |
| O2 Therapy | | | | | Room air | |

**Intake and Output (current encounter)**

No Data Available

**Physical Exam**

**General:** Alert, In no acute cardiopulmonary distress.
**Mental Status:** Oriented to person, place and time. Normal affect.
**Head:** Normocephalic.
**Eyes:** Pupils are equal, round and reactive to light. Extraocular muscles intact.
**Ear, Nose and Throat:** Oropharynx clear, mucous membranes moist. Ears and nose without masses, lesions or deformities. Tympanic membranes clear bilaterally. Trachea midline.
**Neck:** Supple, Full range of motion.
**Respiratory:** Clear to auscultation and percussion. No wheezing, rales or rhonchi.
**Cardiovascular:** Heart sounds normal. No thrills. Regular rate and rhythm, no murmurs, rubs or gallops.
**Gastrointestinal:** Abdomen soft, non-tender, non-distended. Normal bowel sounds. No pulsatile mass. No hepatosplenomegaly.

**Substance Abuse**
Details: Denies
**Tobacco**
Details: Never (less than 100 in lifetime)

**Family History**
No Family History documented.

**Medications**
**Home Medications**
**amLODIPine (amLODIPine 10 mg oral tablet)** 10 Milligram 1 Tabs By Mouth Daily
**diclofenac topical (Voltaren 1% topical gel)** 1 Application Topical 4 Times a Day as needed for pain for 7 Days
**divalproex sodium (divalproex sodium 250 mg oral delayed release tablet)** 750 Milligram 3 Tabs By Mouth Daily
**divalproex sodium (divalproex sodium 500 mg oral delayed release tablet)** 500 Milligram 1 Tabs By Mouth at Bedtime
**docusate (docusate sodium 100 mg oral tablet)** 100 Milligram 1 Tabs By Mouth 2 Times a Day as needed as needed for constipation
**escitalopram (escitalopram 10 mg oral tablet)** 10 Milligram 1 Tabs By Mouth Daily
**estradiol-progesterone** By Mouth Every PM pt takes estradiol and progesterone it seperately
**hydrocodone-acetaminophen (hydrocodone-acetaminophen 10 mg-325 mg oral tablet)** 1 Tabs By Mouth Every 4 hours as needed for pain
**ibuprofen (ibuprofen 600 mg oral tablet)** 600 Milligram 1 Tabs By Mouth 3 Times a Day as needed Pain
**insulin lispro (HumaLOG KwikPen 100 units/mL injectable solution)** See Instructions If 180-200: 2 units, 201-230: 3 units, 231-260: 4 units, 261-290: 5 units, 291-320: 6 units, 321-350: 7 units, greater than 350: 8 units
**ipratropium-albuterol (DuoNeb 0.5 mg-2.5 mg/3 mL inhalation solution)** 3 Milliliter Nebulized inhalation (aerosol) Once Take a 3 mL dose when you are having trouble breathing or an asthma attack

**Genitourinary:** No costovertebral angle tenderness.
**Neurologic:** No focal neurological deficits. Moves all extremities spontaneously. Sensation intact bilaterally.
**Skin:** No rashes or lesions. No petechiae or purpura. No edema.
**Musculoskeletal:** No cyanosis or clubbing. No gross deformities. Normal range of motion.

**Assessment/Plan**
**Diagnoses**
Chest pain (R07.9)
Shortness of breath (R06.02)
1. Pulmonary embolism (I26.99)

Assessment:

Pulmonary embolism
Pneumonia
Hypertension
Diabetes mellitus
Hx of anxiety, depression
Hx of PNES

Plan:

Pending echo, US LE venous
Pending cultures
Continue heparin gtt.
Continue IV ABX
Supplement O2 as needed
Pain management
BP and glycemic control
Electrolyte replacement
PT/OT
Resume home meds
Routine labs
Supportive care
GI/DVT prophylaxis

**methocarbamol (Robaxin-750 oral tablet)** 1,500 Milligram 2 Tabs By Mouth 3 Times a Day as needed Muscle Spasm
**QUEtiapine (QUEtiapine 100 mg oral tablet)** 400 Milligram 4 Tabs By Mouth at Bedtime
**senna (senna (sennosides) 8.6 mg oral tablet)** 17.2 Milligram 2 Tabs By Mouth at Bedtime as needed for constipation with plenty of water for 30 Days

**72 hour Antibiotic History**
No qualifying data available...

**Results**
**Recent Labs**
Cardiac

| | | |
|---|---|---|
| **BNP** | <2 pg/mL (Normal) | 04/30/2025 22:39 |
| **Troponin TNIH** | <2.50 ng/L (Normal) | 05/01/2025 01:34 |

General Chemistry

| | | |
|---|---|---|
| **Glucose Level** | 102 mg/dL (Normal) | 04/30/2025 22:39 |
| **Sodium** | 141 mmol/L (Normal) | 04/30/2025 22:39 |
| **Potassium** | 4.0 mmol/L (Normal) | 04/30/2025 22:39 |
| **Chloride** | 103 mmol/L (Normal) | 04/30/2025 22:39 |
| **CO2** | 26 mmol/L (Normal) | 04/30/2025 22:39 |
| **Anion Gap** | 12 mmol/L (Normal) | 04/30/2025 22:39 |
| **BUN** | 13 mg/dL (Normal) | 04/30/2025 22:39 |

| | | |
|---|---|---|
| **Creatinine** | 1.00 mg/dL (Normal) | 04/30/2025 22:39 |
| **BUN/Creat Ratio** | 13 (Normal) | 04/30/2025 22:39 |
| **Calcium** | 10.0 mg/dL (Normal) | 04/30/2025 22:39 |
| **Albumin. Level** | 5.4 gm/dL (High) | 04/30/2025 22:39 |
| **TP** | 8.4 gm/dL (High) | 04/30/2025 22:39 |
| **A/G Ratio** | 1.8 (Normal) | 04/30/2025 22:39 |
| **T Bili** | 0.3 mg/dL (Normal) | 04/30/2025 22:39 |
| **Alk Phos** | 110 units/L (Normal) | 04/30/2025 22:39 |
| **AST** | 36 units/L (Normal) | 04/30/2025 22:39 |
| **ALT** | 63 units/L (High) | 04/30/2025 22:39 |
| **Mg Lvl** | 2.3 mg/dL (Normal) | 04/30/2025 22:39 |
| **Estimated Creatinine Clearance** | 78.57 mL/min () | 04/30/2025 23:17 |
| **eGFR Cr** | 70 mL/min/1 | 04/30/2025 22:39 |

| | | |
|---|---|---|
| | .73m2 (N/A) | |
| **eGFR Pediatric** | Not Reported (N/A) | 04/30/2025 22:39 |
| **Calc Osmo** | 282 mOsmol/kg (Normal) | 04/30/2025 22:39 |

**General Coagulation**

| | | |
|---|---|---|
| **D Dimer** | 1.32 mcg/mL FEU (High) | 04/30/2025 22:39 |

**General Hematology**

| | | |
|---|---|---|
| **WBC** | 6.55 x10e3/mcL (Normal) | 04/30/2025 22:39 |
| **RBC** | 4.11 x10e6/mcL (Normal) | 04/30/2025 22:39 |
| **Hgb** | 12.4 gm/dL (Normal) | 04/30/2025 22:39 |
| **Hct** | 38.4 % (Normal) | 04/30/2025 22:39 |
| **MCV** | 93.4 Femtoliters (Normal) | 04/30/2025 22:39 |
| **MCH** | 30.2 pg (Normal) | 04/30/2025 22:39 |
| **MCHC** | 32.3 gm/dL (Normal) | 04/30/2025 22:39 |

| | | |
|---|---|---|
| **RDW-SD** | 45.1 Femtoliters (Normal) | 04/30/2025 22:39 |
| **RDW-CV** | 13.3 % (Normal) | 04/30/2025 22:39 |
| Plt | 441 x10e3/mcL (High) | 04/30/2025 22:39 |
| **MPV** | 8.8 Femtoliters (Normal) | 04/30/2025 22:39 |
| **Neut % Auto** | 56.3 % (N/A) | 04/30/2025 22:39 |
| **Lymph % Auto** | 27.5 % (N/A) | 04/30/2025 22:39 |
| **Mono % Auto** | 13.3 % (N/A) | 04/30/2025 22:39 |
| **Eos % Auto** | 1.5 % (N/A) | 04/30/2025 22:39 |
| **Baso % Auto** | 0.6 % (N/A) | 04/30/2025 22:39 |
| **Immature Grans %** | 0.8 % (Normal) | 04/30/2025 22:39 |
| **Neut # Auto** | 3.69 x10e3/mcL (Normal) | 04/30/2025 22:39 |
| **Lymph # Auto** | 1.80 x10e3/mcL (Normal) | 04/30/2025 22:39 |

| | | |
|---|---|---|
| Mono # Auto | 0.87 x10e3/mcL (High) | 04/30/2025 22:39 |
| Eos # Auto | 0.10 x10e3/mcL (Normal) | 04/30/2025 22:39 |
| Baso # Auto | 0.04 x10e3/mcL (Normal) | 04/30/2025 22:39 |
| Immature Grans # Auto | 0.05 x10e3/mcL (Normal) | 04/30/2025 22:39 |

Pregnancy

| | | |
|---|---|---|
| HCG QT | <3.0 milli intl units/mL (Normal) | 04/30/2025 22:39 |

Thyroid

| | | |
|---|---|---|
| T4 Free | 1.48 ng/dL (High) | 04/30/2025 22:39 |
| TSH Ultrasensitive | 1.823 mc Intl units/mL (Normal) | 04/30/2025 22:39 |

UA Macroscopic

| | | |
|---|---|---|
| Ur Color | Yellow (Normal) | 04/30/2025 22:39 |
| Ur Clarity | Cloudy (Abnormal) | 04/30/2025 22:39 |
| UR Glucose | Negative (Normal) | 04/30/2025 22:39 |
| Ur Bili | Negative (Normal) | 04/30/2025 22:39 |

| | | |
|---|---|---|
| Ur Ketones | Negative (Normal) | 04/30/2025 22:39 |
| Ur Spec Grav | 1.031 (High) | 04/30/2025 22:39 |
| Ur Blood | Negative (Normal) | 04/30/2025 22:39 |
| Ur pH | 6.0 (Normal) | 04/30/2025 22:39 |
| Ur Protein | 1+ (Abnormal) | 04/30/2025 22:39 |
| Ur Urobilinogen | 2.0 mg/dL (Abnormal) | 04/30/2025 22:39 |
| Ur Nitrite | Negative (Normal) | 04/30/2025 22:39 |
| Ur Leuk Est | Negative (Normal) | 04/30/2025 22:39 |
| UA Culture? | No (N/A) | 04/30/2025 22:39 |
| Signs/Symptoms of UTI? | Flank pain (Normal) | 04/30/2025 22:39 |

UA Microscopic

| | | |
|---|---|---|
| UA WBC Inst | 1 /HPF (Normal) | 04/30/2025 22:39 |
| UA RBC Inst | 4 /HPF (High) | 04/30/2025 22:39 |
| Ur Bacteria | None Seen /HPF (Normal) | 04/30/2025 22:39 |

| | | |
|---|---|---|
| **UA Squam Epi Inst** | 1 /HPF (Normal) | 04/30/2025 22:39 |
| **Ur Mucous** | Many /LPF (Abnormal) | 04/30/2025 22:39 |

**Abnormal Labs**

**Cardiac**
BNP <2 pg/mL
(Normal) 04/30/2025 22:39

**General Chemistry**
ALT 63 units/L
(High) 04/30/2025 22:39
Albumin. Level 5.4 gm/dL
(High) 04/30/2025 22:39
TP 8.4 gm/dL
(High) 04/30/2025 22:39

**General Coagulation**
D Dimer 1.32 mcg/mL FEU
(High) 04/30/2025 22:39

**General Hematology**
Mono # Auto 0.87 x10e3/mcL
(High) 04/30/2025 22:39
Plt 441 x10e3/mcL
(High) 04/30/2025 22:39

**Thyroid**
T4 Free 1.48 ng/dL
(High) 04/30/2025 22:39

**UA Macroscopic**
Ur Clarity Cloudy
(Abnormal) 04/30/2025 22:39
Ur Protein 1+
(Abnormal) 04/30/2025 22:39
Ur Spec Grav 1.031
(High) 04/30/2025 22:39
Ur Urobilinogen 2.0 mg/dL
(Abnormal) 04/30/2025 22:39

**UA Microscopic**
UA RBC Inst 4 /HPF
(High) 04/30/2025 22:39
Ur Mucous Many /LPF
(Abnormal) 04/30/2025 22:39

Note: Critical results are displayed in red.

CBC, BMP, Coagulation Trend (last 4 resulted)

| | | | | |
|---|---|---|---|---|
| **WBC** | **6.55** 04/30/2025 22:39 | | | |
| **Hgb** | **12.4** 04/30/2025 22:39 | | | |
| **Hct** | **38.4** 04/30/2025 22:39 | | | |
| **Baso # Auto** | **0.04** 04/30/2025 22:39 | | | |
| **Baso % Auto** | **0.6** 04/30/2025 22:39 | | | |
| **Eos # Auto** | **0.10** 04/30/2025 22:39 | | | |

| | | | | |
|---|---|---|---|---|
| **Eos % Auto** | **1.5** 04/30/2025 22:39 | | | |
| **Immature Grans %** | **0.8** 04/30/2025 22:39 | | | |
| **Immature Grans # Auto** | **0.05** 04/30/2025 22:39 | | | |
| **Lymph # Auto** | **1.80** 04/30/2025 22:39 | | | |
| **Lymph % Auto** | **27.5** 04/30/2025 22:39 | | | |
| **Mono # Auto** | **0.87 H** 04/30/2025 22:39 | | | |
| **Mono % Auto** | **13.3** 04/3 | | | |

| | | | | |
|---|---|---|---|---|
| | 0/20 25 22: 39 | | | |
| **Neut # Auto** | **3.69** 04/30/2025 22:39 | | | |
| **Neut % Auto** | **56.3** 04/30/2025 22:39 | | | |
| **Plt** | **441 H** 04/30/2025 22:39 | | | |
| **Glucose Level** | **102** 04/30/2025 22:39 | | | |
| **Sodium** | **141** 04/30/2025 22:39 | | | |
| **Potassium** | **4.0** 04/30/2025 | | | |

| | | | | |
|---|---|---|---|---|
| | 22:39 | | | |
| **Chloride** | **103** 04/30/2025 22:39 | | | |
| **CO2** | **26** 04/30/2025 22:39 | | | |
| **Creatinine** | **1.00** 04/30/2025 22:39 | | | |
| **BUN** | **13** 04/30/2025 22:39 | | | |
| **BUN/Creat Ratio** | **13** 04/30/2025 22:39 | | | |
| **Mg Lvl** | **2.3** 04/30/2025 22:39 | | | |
| **Calcium** | **10.0** 04/3 | | | |

| | | | | |
|---|---|---|---|---|
| | 0/20 25 22: 39 | | | |
| **Albumin . Level** | **5.4 H** 04/3 0/20 25 22: 39 | | | |
| **Ur Protein** | **1+** 04/3 0/20 25 22: 39 | | | |
| **T Bili** | **0.3** 04/3 0/20 25 22: 39 | | | |
| **Alk Phos** | **110** 04/3 0/20 25 22: 39 | | | |
| **AST** | **36** 04/3 0/20 25 22: 39 | | | |
| **ALT** | **63 H** 04/3 0/20 25 22: 39 | | | |

**Blood Glucose Trend**
Glucose Level: 102 mg/dL (04/30/25 22:39:00)

**CBC (Last Within 24hrs)**
WBC: 6.55 x10e3/mcL (22:39)
Hgb: 12.4 gm/dL (22:39)
Hct: 38.4 % (22:39)
Plt: 441 x10e3/mcL High (22:39)

**Differential (Last Within 24hrs)**
**- Automated -**
Neut % Auto: 56.3 % (22:39)
Lymph % Auto: 27.5 % (22:39)
Mono % Auto: 13.3 % (22:39)
Eos % Auto: 1.5 % (22:39)
Baso % Auto: 0.6 % (22:39)
Immature Grans %: 0.8 % (22:39)
Neut # Auto: 3.69 x10e3/mcL (22:39)
Lymph # Auto: 1.8 x10e3/mcL (22:39)
Mono # Auto: 0.87 x10e3/mcL High (22:39)
Baso # Auto: 0.04 x10e3/mcL (22:39)
Immature Grans # Auto: 0.05 x10e3/mcL (22:39)

**BMP, Mg, and Phos (Last Within 24hrs)**
Sodium: 141 mmol/L (22:39)
Potassium: 4 mmol/L (22:39)
Chloride: 103 mmol/L (22:39)
CO2: 28 mmol/L (22:39)
BUN: 13 mg/dL (22:39)
Creatinine: 1 mg/dL (22:39)
Glucose Level: 102 mg/dL (22:39)
Calcium: 10 mg/dL (22:39)
Mg Lvl: 2.3 mg/dL (22:39)

**LFT (Last Within 24hrs)**

AST: 38 units/L (22:39)
ALT: 63 units/L High (22:39)
Alk Phos: 110 units/L (22:39)
T Bili: 0.3 mg/dL (22:39)
TP: 8.4 gm/dL High (22:39)

**Urinalysis (Last Within 24hrs)**
Ur Color: Yellow (22:39)
Ur Clarity: Cloudy UA Abnormal (22:39)
UR Glucose: NegativeIRIS (22:39)
Ur Bili: NegativeIRIS (22:39)
Ur Ketones: NegativeIRIS (22:39)
Ur Spec Grav: 1.031 High (22:39)
Ur Blood: NegativeIRIS (22:39)
Ur pH: 6 (22:39)
Ur Protein: 1+ Abnormal (22:39)
Ur Urobilinogen: 2.0 Abnormal (22:39)
Ur Nitrite: NegativeIRIS (22:39)
Ur Leuk Est: NegativeIRIS (22:39)
UA Culture?: No (22:39)
Signs/Symptoms of UTI?: Flank pain (22:39)
UA WBC Inst: 1 /HPF (22:39)
UA RBC Inst: 4 /HPF High (22:39)
Ur Bacteria: None Seen Iris (22:39)
UA Squam Epi Inst: 1 /HPF (22:39)
Ur Mucous: Many IRIS Alpha Abnormal (22:39)

**Microbiology**

| **Culture Blood ARD** | | **Collected** | |
|---|---|---|---|
| Source: | Blood | Body Site: | Peripheral |
| Collected Dt/Tm: | 05/01/2025 05:05 | Last Updated Dt/Tm: | 05/01/2025 04:34 |

| **Culture Blood ARD** | | **Collected** | |
|---|---|---|---|
| Source: | Blood | Body Site: | Peripheral |
| Collected Dt/Tm: | 05/01/2025 05:05 | Last Updated Dt/Tm: | 05/01/2025 04:34 |

**Cardiology Labs**
BNP: <2 (04/30/25 22:39:00)
Troponin TNIH: <2.50 (05/01/25 01:34:00)
Troponin TNIH: <2.50 (04/30/25 22:39:00)

**Prenatal Labs**
No Data Available

**Transcribed Prenatal Labs**
No Data Available

## Document info

| | |
|---|---|
| Result type: | EKG |
| Result date: | Apr 30, 2025, 09:29 p.m. |
| Result status: | authenticated |

# EKGM

| | | | |
|---|---|---|---|
| **Patient:** | **JADE BURCH** | **DOB:** | **Jul 31, 1978** |

MUSE_EKG.pdf

BURCH, JADE ID:006313302 30-Apr-2025 21:29:37 Summerlin Hospital-ED ROUTINE RECORD

31-Jul-1978 (46 yr)
Female White

Room:0531
Loc:22

| | | |
|---|---|---|
| Vent. rate | 97 | BPM |
| PR interval | 144 | ms |
| QRS duration | 82 | ms |
| QT/QTcB | 348/441 | ms |
| P-R-T axes | 26 34 | -43 |

Normal sinus rhythm
T wave abnormality, consider inferior ischemia
T wave abnormality, consider anterolateral ischemia
Abnormal ECG
When compared with ECG of 06-Mar-2025 13:49,
No significant change was found
Confirmed by Sheikh, Fareed (1672) on 5/2/2025 7:41:39 AM

Technician: AS
Test ind:

Referred by: NO

Confirmed By: Fareed Sheikh




25mm/s 10mm/mV 150Hz 10.2.1 12SL 243 CID: 3

SID: 20144845 EID: 1672 EDT: 07:41 02-May-2025 ORDER: 18554130781

Page 1 of 1

BURCH, JADE ID:006313302 30-Apr-2025 21:29:37 Summerlin Hospital-ED ROUTINE RECORD

31-Jul-1978 (46 yr)
Female White

Room:0531
Loc:22

| | | |
|---|---|---|
| Vent. rate | 97 | BPM |
| PR interval | 144 | ms |
| QRS duration | 82 | ms |
| QT/QTcB | 348/441 | ms |
| P-R-T axes | 26 34 | -43 |

Normal sinus rhythm
T wave abnormality, consider inferior ischemia
T wave abnormality, consider anterolateral ischemia
Abnormal ECG
When compared with ECG of 06-Mar-2025 13:49,
No significant change was found
Confirmed by Sheikh, Fareed (1672) on 5/2/2025 7:41:39 AM

Technician: AS
Test ind:

Referred by: NO Confirmed By: Fareed Sheikh




25mm/s 10mm/mV 150Hz 10.2.1 12SL 243 CID: 3

SID: 20144845 EID: 167 ... 130781

SUMMERLIN_PE-JRB-000063

## Document info

| | |
|---|---|
| Result type: | Progress Note - Care Manage/Social Work |
| Result date: | May 04, 2025, 02:27 p.m. |
| Result status: | authenticated |
| Performed by: | Lisa Cubit |
| Verified by: | Lisa Cubit |
| Modified by: | Lisa Cubit |

# HHC Start of Service.

| | | | |
|---|---|---|---|
| **Patient:** | **JADE BURCH** | **DOB:** | **Jul 31, 1978** |

I called and spoke to Guardian Angels HHC. This patient was on service with them previously. Guardian Angels accepted the patient in Care Port and the anticipated start of service is 5/5/25. Guardian Angels HHC was accepted and booked in Care Port. I called and spoke to the patients nurse Melina and advised her that the HHC had been arranged.

## Document info

| | |
|---|---|
| Result type: | Progress Note-Nurse |
| Result date: | May 04, 2025, 01:38 a.m. |
| Result status: | authenticated |
| Performed by: | Jenny Ann Valdez |
| Verified by: | Jenny Ann Valdez |
| Modified by: | Jenny Ann Valdez |

| | | | |
|---|---|---|---|
| **Patient:** | **JADE BURCH** | **DOB:** | **Jul 31, 1978** |

pt was having seizure twice @0122 and @0125 both for less than a minute. self resolve. vitals stable.
MD notified, covering Byron Ricana N.P.

## Document info

| | |
|---|---|
| Result type: | Progress Note-Nurse |
| Result date: | May 04, 2025, 06:48 a.m. |
| Result status: | authenticated |
| Performed by: | Jenny Ann Valdez |
| Verified by: | Jenny Ann Valdez |
| Modified by: | Jenny Ann Valdez |

**Patient:** **JADE BURCH** **DOB:** **Jul 31, 1978**

Paged MD, covering Byron Ricana N.P.

RN: hi pt refused her seroquel last night. pt stated she no longer taking it. thank you

Response: Noted. Thank you.

## Document info

| | |
|---|---|
| Result type: | Progress Note-Nurse |
| Result date: | May 04, 2025, 07:00 a.m. |
| Result status: | authenticated |
| Performed by: | Malena Rubio |
| Verified by: | Malena Rubio |
| Modified by: | Malena Rubio |

**Patient:** **JADE BURCH** **DOB:** **Jul 31, 1978**

Bedside shift report from Jenny RN. Patient is A+Ox4 in semi-fowlers position. Patient showing no signs of distress as evidenced by equal and unlabored breathing. Bed in low locked position, call light in reach, bed alarm on and functioning. Seizure precautions in place. Plan of care is seizure precautions, monitor seizures, depacon, safety. Whiteboard updated. Patient agreeable with plan of care.

## Document info

| | |
|---|---|
| Result type: | Progress Note-Nurse |
| Result date: | May 04, 2025, 03:20 p.m. |
| Result status: | authenticated |
| Performed by: | Malena Rubio |
| Verified by: | Malena Rubio |
| Modified by: | Malena Rubio |

| **Patient:** | **JADE BURCH** | **DOB:** | **Jul 31, 1978** |
|---|---|---|---|

Patient discharged home with home health. Patient's guardian angel home health agency will resume care 5/5/25. Patient provided discharge education, verbalizes understanding. IVs removed. Telemetry removed. Patient's belongings with patient. Wheeled down by CNA Lorena.

## Document info

| | |
|---|---|
| Result type: | Progress Note-Physician |
| Result date: | May 03, 2025, 10:22 a.m. |
| Result status: | authenticated |
| Performed by: | Jasmine Chopra |
| Verified by: | Jasmine Chopra |
| Modified by: | Jasmine Chopra |

# Neurology

| | | | |
|---|---|---|---|
| **Patient:** | **JADE BURCH** | **DOB:** | **Jul 31, 1978** |

**Las Vegas Neurology Center Progress Note**

**SUBJECTIVE:**

**Patient seen and examined earlier this morning. No overnight events noted. Patient sitting up awake in bed, family member at bedside, MRI brain pending.**

**OBJECTIVE:**

| **Vital Signs (last 24 hrs)** | **Last Charted** | **Minimum** | **Maximum** |
|---|---|---|---|
| **Heart Rate** | 73 (MAY 03 09:07) | 67 (MAY 03 04:19) | 92 (MAY 02 20:14) |
| **Resp Rate** | 16 (MAY 03 09:07) | 16 (MAY 02 19:24) | 18 (MAY 02 12:53) |
| **SBP** | 112 (MAY 03 09:06) | 110 (MAY 03 04:18) | **H** 152 (MAY 02 21:00) |
| **DBP** | 70 (MAY 03 09:06) | 70 (MAY 03 09:06) | **C** 105 (MAY 02 13:59) |
| **SpO2** | 96 (MAY 03 09:07) | 96 (MAY 02 12:53) | 100 (MAY 03 04:19) |

**Medications (30) Active**
Scheduled: (15)
**amLODIPine 5 mg Tab** 10 mg 2 Tabs, Oral, Daily
**apixaban 5 mg Tab** 10 mg 2 Tabs, Oral, BID
**cefpodoxime 200 mg Tab** 200 mg 1 Tabs, Oral, BID
**Consult to Pharmacy** 1 Each, Misc, Daily
**doxycycline hyclate 100 mg Tab** 100 mg 1 Tabs, Oral, BID
**escitalopram 10 mg Tab** 10 mg 1 Tabs, Oral, Daily
**ethanol topical** 1 amp, Topical, BID
**Hypoglycemia Protocol Advisor** Protocol, N/A, Daily
**insulin lispro HumaLOG 1 unit/0.01 mL syringe** 1-6 Units, SubCutaneous, Before Meals and HS
**levalbuterol 0.63 mg/3 mL Inh Sol** 0.63 mg 3 mL, Inhalation, RT q6H
**Protocol** Protocol, N/A, q72H Interval
**Protocol** Protocol, N/A, q72H Interval
**Protocol** Protocol, N/A, q72H Interval
**QUEtiapine 100 mg Tab** 300 mg 3 Tabs, Oral, qHS
**valproic acid + Sodium Chloride 0.9% 50 mL** 500 mg 5 mL, IV Piggyback, q8H
Continuous: (0)

PRN: (15)
**acetaminophen 325 mg Tab** 650 mg 2 Tabs, Oral, q4H
**albuterol-ipratropium Inh Sol 3 mL** 3 mL, NEB, RT q4H
**benzocaine/menthol lozenge** 1 Lozenges, Oral, q2H
**benzonatate 100 mg Cap** 200 mg 2 Caps, Oral, TID
**cloNIDine 0.1 mg Tab** 0.1 mg 1 Tabs, Oral, q4H
**dextromethorphan-guaiFENesin 20 mg-200 mg/10 mL** 10 mL, Oral, q4H
**docusate sodium 100 mg Cap** 100 mg 1 Caps, Oral, BID
**guaiFENesin 100 mg/5 mL Oral Liq 10 mL** 400 mg 20 mL, Oral, q4H
**hydrALAZINE 20 mg/mL vial** 10 mg 0.5 mL, IV Push, q4H
**HYDROcodone -acetaminophen 5 mg-325 mg tab** 1 Tabs, Oral, q4H
**LORazepam 2 mg/mL 1 mL inj** 1 mg 0.5 mL, IV Push, Once
**morphine 2 mg/mL injection 1 mL PF** 2 mg 1 mL, IV Push, q4H
**ondansetron 4 mg/2 mL vial** 4 mg 2 mL, IV Push, q4H
**senna 8.6 mg Tab senna gen** 17.2 mg 2 Tabs, Oral, qHS
**simethicone 80 mg Chew Tab** 80 mg 1 Tabs, Oral, q6H

**Labs** (Last four charted values)
**WBC** 5.02 (MAY 03) 4.92 (MAY 02) 6.55 (APR 30)
**Hgb** 12.0 (MAY 03) 11.1 (MAY 02) 12.4 (APR 30)
**Hct** 37.7 (MAY 03) 34.3 (MAY 02) 38.4 (APR 30)
**Plt** H **407** (MAY 03) H **417** (MAY 02) H **441** (APR 30)
**Na** 142 (MAY 03) 139 (MAY 02) 141 (APR 30)
**K** 4.0 (MAY 03) 4.0 (MAY 02) 4.0 (APR 30)
**CO2** 23 (MAY 03) 26 (MAY 02) 26 (APR 30)
**Cl** 106 (MAY 03) 102 (MAY 02) 103 (APR 30)
**Cr** 0.99 (MAY 03) 0.97 (MAY 02) 1.00 (APR 30)
**BUN** 14 (MAY 03) 11 (MAY 02) 13 (APR 30)
**Glucose Random** 94 (MAY 03) 95 (MAY 02) 102 (APR 30)
**Mg** 2.3 (APR 30)
**Ca** 9.8 (MAY 03) 9.5 (MAY 02) 10.0 (APR 30)
**PT** 10.6 (MAY 01)
**INR** 1.0 (MAY 01)
**PTT** 26 (MAY 01)

**PHYSICAL EXAM:**

**GEN: Awake/ No Acute Distress**

**HEENT: Atraumatic/Normocephalic**

**NECK: supple**

**NEURO:**

**Mood/Affect: appropriate**

**Attention/Concentration: intact**

**Fund of Knowledge: age appropriate**

**Speech: fluent**

**CN 2-12: intact/no focal deficits**

**EOMI/PERRLA**

**Motor Strength: Moving all extremities spontaneously and to command**

**Tone/Bulk: intact**

**Sensation: intact**

**Reflexes: deferred**

**FtN, RAM: deferred**

**Ambulation/Gait: deferred**

**Imaging:**
**CT brain 5/1/2025: No acute pathology.**

**EEG:**
**EEG 5/2/2025: This electroencephalogram is within normal limits.**

**ASSESSMENT:**
**Dysphagia rule out structural pathology as etiology**
**Acute pulmonary embolism in the distal aspect of the segmental–proximal subsegmental branch of the right lower lobe**
**Dyspnea**
**Angina**
**PNES**
**Functional neurological disorder**
**Hypertension**
**Anxiety**
**Depression**
**Migraine headaches**
**Diabetes**

**PLAN:**
**MRI brain with and without contrast**
**Depakote monitor levels**
**Home Seroquel**
**Seizure precautions**
**No driving, bathing, swimming alonw x 90 days**
**Continued outpatient follow-up with neurology, patient pending evaluation at tertiary center**

**Thank you very much for allowing us to participate in the care of your patient. Please do not hesitate to contact us for any questions or concerns.**

***Jasmine Chopra, D.O.***
***Board Certified Neurologist***
***Las Vegas Neurology Center***

## Document info

| | |
|---|---|
| Result type: | Progress Note-Physician |
| Result date: | May 03, 2025, 09:09 a.m. |
| Result status: | authenticated |
| Performed by: | Marcella Pomeranz |
| Verified by: | Eladio Carrera |
| Modified by: | Eladio Carrera |

# Progress/SOAP Note

| | | | |
|---|---|---|---|
| **Patient:** | **JADE BURCH** | **DOB:** | **Jul 31, 1978** |

**Subjective**
Dysphagia stable
No GI bleeding
Reports had seizure last night, pain all over
**Review of Systems**
**Constitutional:** No weight loss, fever, chills, weakness or fatigue.
**HEENT:** No visual loss, blurred vision, double vision or yellow sclera. No hearing loss, sneezing, congestion, runny nose or sore throat.
**Skin:** No rash or itching
**Cardiovascular:** No chest pain, chest pressure or chest discomfort. No palpitations or pedal edema.
**Respiratory:** No shortness of breath, cough or sputum production.
**Gastrointestinal:** Negative other than findings above.
**Genitourinary:** No burning micturition. No urinary frequency or incontinence.
**Neurologic:** No headache, dizziness, syncope, unilateral weakness, ataxia, numbness or tingling in the extremities. No change in bowel or bladder control.
**Musculoskeletal:** No muscle pain, back pain, joint pain or stiffness.
**Hematologic:** No bleeding or bruising.
**Psychiatric:** No depression or anxiety.
**Endocrine:** No reports of sweating. No cold or heat intolerance. No polyuria or polydipsia.

**Allergies**
**Allergies** (Active and Proposed Allergies Only)
No Known Allergies (Severity: Unknown severity, Onset: Unknown)
No Known Medication Allergies (Severity: Unknown severity, Onset: Unknown)

**Past Medical History**
**Active Problems**(9)
**Anxiety**
**Chest pain**
**Diabetes mellitus**
**HTN (hypertension)**
**PTSD (post-traumatic stress disorder)**
**Pulmonary embolism**
**Seizures**

**Shortness of breath**
**Transgender person on hormone therapy**

**Past Surgical History**
Robot Xi Assisted Cholecystectomy (Laterality NA): 03/16/24

**Social History**
**Alcohol**
Details: Denies
**Substance Abuse**
Details: Denies
**Tobacco**
Details: Never (less than 100 in lifetime)

**Objective**

**Measurements (most recent)**

| | | | |
|---|---|---|---|
| **Height (cm)** | 180.34 cm | Simpson, Ashli | 04/30 21:22 |
| **Height (inches)** | 71.00 inch | SYSTEM | 04/30 21:22 |
| **Weight** | 85.3 kg | Simpson, Ashli | 04/30 21:22 |
| **Weight (lbs)** | 188.05 lb | SYSTEM | 04/30 21:22 |
| **Body Mass Index** | 26.23 kg/m2 | Simpson, Ashli | 04/30 21:22 |

| **Vital Signs (24 hrs)** | **Last Charted** | | **Minimum** | | **Maximum** | |
|---|---|---|---|---|---|---|
| Temp | 36.8 | 05/03/2025 09:07 | 36.8 | 05/02/2025 12:52 | 36.8 | 05/02/2025 12:52 |
| Heart Rate Monitored | 72 | 05/03/2025 01:20 | 72 | 05/03/2025 01:20 | 92 | 05/02/2025 20:07 |
| Resp Rate | 16 | 05/03/2025 09:07 | 16 | 05/02/2025 19:24 | 18 | 05/02/2025 12:53 |
| SBP | 112 | 05/03/2025 09:06 | 110 | 05/03/2025 04:18 | **H** 152 | 05/02/2025 21:00 |
| DBP | 70 | 05/03/2025 09:06 | 70 | 05/03/2025 09:06 | **C** 105 | 05/02/2025 13:59 |
| MAP | 84 | 05/03/2025 09:06 | 80 | 05/03/2025 04:18 | 112 | 05/02/2025 13:59 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SpO2 | 96 | 05/03/2025 09:07 | 96 | 05/02/2025 12:53 | 100 | 05/03/2025 04:19 |
| O2 Therapy | | | | | Nasal cannula | |

**Pain Scores (Last Within 24hrs)**
Numeric Pain Scale: 3 (22:50)

**Physical Exam**
**Physical Exam**
**General:** Alert, in no acute cardiopulmonary distress.
**Mental Status:** Oriented to person, place and time. Normal affect.
**Head:** Normocephalic.
**Eyes:** Pupils are equal, round and reactive to light. Extraocular muscles intact.
**Ear, Nose and Throat:** Oropharynx clear, mucous membranes moist. Ears and nose without masses, lesions or deformities. Tympanic membranes clear bilaterally. Trachea midline.
**Neck:** Supple, Full range of motion.
**Respiratory:** Clear to auscultation and percussion. No wheezing, rales or rhonchi.
**Cardiovascular:** Heart sounds normal. No thrills. Regular rate and rhythm, no murmurs, rubs or gallops.
**Gastrointestinal:** Abdomen soft, non-tender, non-distended. Normal bowel sounds. No pulsatile mass. No hepatosplenomegaly.
**Genitourinary:** No costovertebral angle tenderness.
**Neurologic:** No focal neurological deficits. Moves all extremities spontaneously.
**Skin:** No rashes or lesions. No petechiae or purpura. No edema.
**Musculoskeletal:** No cyanosis or clubbing. No gross deformities.
**Lymphatics:** Palpation of neck reveals no swelling or tenderness of neck nodes.

**Inpatient Medications**
**Medications (31) Active**
**Scheduled: (16)**
**amLODIPine 5 mg Tab (amLODIPine)** 10 mg 2 Tabs, Oral, Daily
**apixaban 5 mg Tab (Eliquis)** 10 mg 2 Tabs, Oral, BID
**cefpodoxime 200 mg Tab (Vantin 200 mg oral tablet)** 200 mg 1 Tabs, Oral, BID
**Consult to Pharmacy (Pharmacy Consult)** 1 Each, Misc, Daily
**doxycycline hyclate 100 mg Tab (doxycycline)** 100 mg 1 Tabs, Oral, BID
**escitalopram 10 mg Tab (escitalopram)** 10 mg 1 Tabs, Oral, Daily
**ethanol topical (Nozin POPswab 62% topical swab)** 1 amp, Topical, BID
**Hypoglycemia Protocol Advisor** Protocol, N/A, Daily
**insulin lispro HumaLOG 1 unit/0.01 mL syringe (insulin lispro (HumaLOG) Correctional Scale Low)** 1-6 Units, SubCutaneous, Before Meals and HS
**levalbuterol 0.63 mg/3 mL Inh Sol (Xopenex 0.63 mg/3 mL inhalation solution)** 0.63 mg 3 mL, Inhalation, RT q6H
**LORazepam 2 mg/mL 1 mL inj (Ativan)** 1 mg 0.5 mL, IV Push, Once
**Protocol (Magnesium Sulfate - IV.)** Protocol, N/A, q72H Interval
**Protocol (Magnesium Oxide - Oral.)** Protocol, N/A, q72H Interval
**Protocol (Potassium Chloride - Oral & IV.)** Protocol, N/A, q72H Interval
**QUEtiapine 100 mg Tab (QUEtiapine)** 300 mg 3 Tabs, Oral, qHS
**valproic acid + Sodium Chloride 0.9% 50 mL (Depacon + Sodium Chloride 0.9% intravenous solution 50 mL)** 500 mg 5 mL, IV Piggyback, q8H
**Continuous: (0)**
**PRN: (15)**
**acetaminophen 325 mg Tab (Tylenol)** 650 mg 2 Tabs, Oral, q4H
**albuterol-ipratropium Inh Sol 3 mL (ipratropium-albuterol)** 3 mL, NEB, RT q4H
**benzocaine/menthol lozenge (Chloraseptic)** 1 Lozenges, Oral, q2H
**benzonatate 100 mg Cap (Tessalon Perles)** 200 mg 2 Caps, Oral, TID
**cloNIDine 0.1 mg Tab (cloNIDine)** 0.1 mg 1 Tabs, Oral, q4H
**dextromethorphan-guaiFENesin 20 mg-200 mg/10 mL (guaifenesin-dextromethorphan 100 mg-10 mg/5 mL**

**oral liquid)** 10 mL, Oral, q4H
**docusate sodium 100 mg Cap (docusate sodium)** 100 mg 1 Caps, Oral, BID
**guaiFENesin 100 mg/5 mL Oral Liq 10 mL (guaiFENesin)** 400 mg 20 mL, Oral, q4H
**hydrALAZINE 20 mg/mL vial (hydrALAZINE)** 10 mg 0.5 mL, IV Push, q4H
**HYDROcodone -acetaminophen 5 mg-325 mg tab (Norco 5 mg-325 mg oral tablet)** 1 Tabs, Oral, q4H
**LORazepam 2 mg/mL 1 mL inj (Ativan)** 1 mg 0.5 mL, IV Push, Once
**morphine 2 mg/mL injection 1 mL PF (morphine)** 2 mg 1 mL, IV Push, q4H
**ondansetron 4 mg/2 mL vial (Zofran)** 4 mg 2 mL, IV Push, q4H
**senna 8.6 mg Tab senna gen (senna)** 17.2 mg 2 Tabs, Oral, qHS
**simethicone 80 mg Chew Tab (Mylicon)** 80 mg 1 Tabs, Oral, q6H

**Results**
**Recent Labs**
**General Chemistry**

| | | |
|---|---|---|
| **Glucose Level** | 94 mg/dL (Normal) | 05/03/2025 02:12 |
| **POC Glucose** | 88 mg/dL (Normal) | 05/03/2025 06:09 |
| **Sodium** | 142 mmol/L (Normal) | 05/03/2025 02:12 |
| **Potassium** | 4.0 mmol/L (Normal) | 05/03/2025 02:12 |
| **Chloride** | 106 mmol/L (Normal) | 05/03/2025 02:12 |
| **CO2** | 23 mmol/L (Normal) | 05/03/2025 02:12 |
| **Anion Gap** | 13 mmol/L (Normal) | 05/03/2025 02:12 |
| **BUN** | 14 mg/dL (Normal) | 05/03/2025 02:12 |
| **Creatinine** | 0.99 mg/dL (Normal) | 05/03/2025 02:12 |
| **BUN/Creat Ratio** | 14 (Normal) | 05/03/2025 02:12 |
| **Calcium** | 9.8 mg/dL (Normal) | 05/03/2025 02:12 |
| **Estimated Creatinine Clearance** | 79.36 mL/min () | 05/03/2025 03:49 |
| **eGFR Cr** | 71 mL/min/1.73m2 (N/A) | 05/03/2025 02:12 |

| | | |
|---|---|---|
| **eGFR Pediatric** | Not Reported (N/A) | 05/03/2025 02:12 |
| **Calc Osmo** | 283 mOsmol/kg (Normal) | 05/03/2025 02:12 |
| **MAR Glucose Result** | 88 () | 05/03/2025 06:09 |

**General Coagulation**

| | | |
|---|---|---|
| **Heparin Anti-Xa (UFH)** | 0.10 Intl_units/mL (Low) | 05/02/2025 15:30 |

**General Hematology**

| | | |
|---|---|---|
| **WBC** | 5.02 x10e3/mcL (Normal) | 05/03/2025 02:12 |
| **RBC** | 4.04 x10e6/mcL (Normal) | 05/03/2025 02:12 |
| **Hgb** | 12.0 gm/dL (Normal) | 05/03/2025 02:12 |
| **Hct** | 37.7 % (Normal) | 05/03/2025 02:12 |
| **MCV** | 93.3 Femtoliters (Normal) | 05/03/2025 02:12 |
| **MCH** | 29.7 pg (Normal) | 05/03/2025 02:12 |
| **MCHC** | 31.8 gm/dL (Normal) | 05/03/2025 02:12 |
| **RDW-SD** | 45.2 Femtoliters (Normal) | 05/03/2025 02:12 |
| **RDW-CV** | 13.2 % (Normal) | 05/03/2025 02:12 |
| **Plt** | 407 x10e3/mcL (High) | 05/03/2025 02:12 |
| **MPV** | 9.5 Femtoliters (Normal) | 05/03/2025 02:12 |
| **Neut % Auto** | 55.7 % (N/A) | 05/03/2025 02:12 |
| **Lymph % Auto** | 28.9 % (N/A) | 05/03/2025 02:12 |
| **Mono % Auto** | 11.2 % (N/A) | 05/03/2025 02:12 |
| **Eos % Auto** | 3.2 % (N/A) | 05/03/2025 02:12 |

| | | |
|---|---|---|
| **Baso % Auto** | 0.6 % (N/A) | 05/03/2025 02:12 |
| **Immature Grans %** | 0.4 % (Normal) | 05/03/2025 02:12 |
| **Neut # Auto** | 2.80 x10e3/mcL (Normal) | 05/03/2025 02:12 |
| **Lymph # Auto** | 1.45 x10e3/mcL (Normal) | 05/03/2025 02:12 |
| **Mono # Auto** | 0.56 x10e3/mcL (Normal) | 05/03/2025 02:12 |
| **Eos # Auto** | 0.16 x10e3/mcL (Normal) | 05/03/2025 02:12 |
| **Baso # Auto** | 0.03 x10e3/mcL (Normal) | 05/03/2025 02:12 |
| **Immature Grans # Auto** | 0.02 x10e3/mcL (Normal) | 05/03/2025 02:12 |

**Abnormal Labs**

**General Coagulation**
Heparin Anti-Xa (UFH) 0.10 Intl_units/mL (Low) 05/02/2025 15:30

**General Hematology**
Plt 407 x10e3/mcL (High) 05/03/2025 02:12

Note: Critical results are displayed in red.

**BMP, Mg, and Phos (Last Within 24hrs)**
Sodium: 142 mmol/L (02:12)
Potassium: 4 mmol/L (02:12)
Chloride: 106 mmol/L (02:12)
CO2: 23 mmol/L (02:12)
BUN: 14 mg/dL (02:12)
Creatinine: 0.99 mg/dL (02:12)
Glucose Level: 94 mg/dL (02:12)
Calcium: 9.8 mg/dL (02:12)

**Assessment/Plan**
**Diagnoses**
Chest pain (R07.9)
Shortness of breath (R06.02)
1. Pulmonary embolism (I26.99)

**Assessment:**

46-year-old transgender female On hormonal therapy and with recent head/neck plastic surgery found to have acute pulmonary embolus and distal aspect of signal proximal stump segmental branch of the right lower lobe. GI consulted as patient was having difficulty swallowing following procedure. Patient states that with noted swelling in their neck they feel that food and pills are difficult to swallow with sensation at the upper neck. Patient denies any prior episodes.

Assessment:
? Dysphagia
PE
Recent facial cosmetic surgery

Plan:
As symptoms appear to be related to superior neck with possible association with surgical swelling, recommend speech therapy eval at this time
Patient states they are currently tolerating most foods and liquids
Further recommendations pending speech therapy evaluation, risks of endoscopic evaluation outweigh benefits at this time given PE
Consider CT neck soft tissue for nursing symptoms
Consider ENT evaluation if concern for upper airway/esophagus abnormalities

Thank you for this consultation.
Other management per primary and other consultants
Imaging reports and labs were reviewed. This case was discussed with the attending physician.
Please contact the GI service directly or via the answering service at 702-633-0207 with any questions or concerns
No urgent plan for endoscopic evaluation. Please recall prn.

**Discharge Planning:**

## Document info

| | |
|---|---|
| Result type: | Progress Note-Physician |
| Result date: | May 04, 2025, 09:52 a.m. |
| Result status: | authenticated |
| Performed by: | Jasmine Chopra |
| Verified by: | Jasmine Chopra |
| Modified by: | Jasmine Chopra |

# Neurology

| | | | |
|---|---|---|---|
| **Patient:** | **JADE BURCH** | **DOB:** | **Jul 31, 1978** |

**Las Vegas Neurology Center Progress Note**

**SUBJECTIVE:**

**Patient seen and examined earlier this morning. No overnight events noted. Patient lying in bed watching TV, family member bedside, results of MRI discussed with patient. Patient tells me that her swallowing issues have improved.**

**OBJECTIVE:**

| Vital Signs (last 24 hrs) | Last Charted | Minimum | Maximum |
|---|---|---|---|
| **Heart Rate** | 89 (MAY 04 09:38) | 75 (MAY 03 20:29) | 91 (MAY 04 02:01) |
| **Resp Rate** | 17 (MAY 04 09:38) | 16 (MAY 03 16:30) | 18 (MAY 03 11:53) |
| **SBP** | 133 (MAY 04 09:37) | 117 (MAY 03 20:28) | 133 (MAY 04 09:37) |
| **DBP** | **C** 97 (MAY 04 09:37) | 74 (MAY 03 11:52) | **C** 97 (MAY 04 09:37) |
| **SpO2** | 98 (MAY 04 09:38) | 96 (MAY 03 20:29) | 98 (MAY 03 11:53) |

**Medications (27) Active**
Scheduled: (12)
**amLODIPine 5 mg Tab** 10 mg 2 Tabs, Oral, Daily
**apixaban 5 mg Tab** 10 mg 2 Tabs, Oral, BID
**cefpodoxime 200 mg Tab** 200 mg 1 Tabs, Oral, BID
**Consult to Pharmacy** 1 Each, Misc, Daily
**doxycycline hyclate 100 mg Tab** 100 mg 1 Tabs, Oral, BID
**escitalopram 10 mg Tab** 10 mg 1 Tabs, Oral, Daily
**ethanol topical** 1 amp, Topical, BID
**Hypoglycemia Protocol Advisor** Protocol, N/A, Daily
**insulin lispro HumaLOG 1 unit/0.01 mL syringe** 1-6 Units, SubCutaneous, Before Meals and HS
**levalbuterol 0.63 mg/3 mL Inh Sol** 0.63 mg 3 mL, Inhalation, RT q6H
**QUEtiapine 100 mg Tab** 300 mg 3 Tabs, Oral, qHS
**valproic acid + Sodium Chloride 0.9% 50 mL** 500 mg 5 mL, IV Piggyback, q8H
Continuous: (0)
PRN: (15)
**acetaminophen 325 mg Tab** 650 mg 2 Tabs, Oral, q4H

**albuterol-ipratropium Inh Sol 3 mL** 3 mL, NEB, RT q4H
**benzocaine/menthol lozenge** 1 Lozenges, Oral, q2H
**benzonatate 100 mg Cap** 200 mg 2 Caps, Oral, TID
**cloNIDine 0.1 mg Tab** 0.1 mg 1 Tabs, Oral, q4H
**dextromethorphan-guaiFENesin 20 mg-200 mg/10 mL** 10 mL, Oral, q4H
**docusate sodium 100 mg Cap** 100 mg 1 Caps, Oral, BID
**guaiFENesin 100 mg/5 mL Oral Liq 10 mL** 400 mg 20 mL, Oral, q4H
**hydrALAZINE 20 mg/mL vial** 10 mg 0.5 mL, IV Push, q4H
**HYDROcodone -acetaminophen 5 mg-325 mg tab** 1 Tabs, Oral, q4H
**LORazepam 2 mg/mL 1 mL inj** 1 mg 0.5 mL, IV Push, Once
**morphine 2 mg/mL injection 1 mL PF** 2 mg 1 mL, IV Push, q4H
**ondansetron 4 mg/2 mL vial** 4 mg 2 mL, IV Push, q4H
**senna 8.6 mg Tab senna gen** 17.2 mg 2 Tabs, Oral, qHS
**simethicone 80 mg Chew Tab** 80 mg 1 Tabs, Oral, q6H

Labs (Last four charted values)
**WBC** 5.49 (MAY 04) 5.02 (MAY 03) 4.92 (MAY 02) 6.55 (APR 30)
**Hgb** 11.7 (MAY 04) 12.0 (MAY 03) 11.1 (MAY 02) 12.4 (APR 30)
**Hct** 36.1 (MAY 04) 37.7 (MAY 03) 34.3 (MAY 02) 38.4 (APR 30)
**Plt** H **434** (MAY 04) H **407** (MAY 03) H **417** (MAY 02) H **441** (APR 30)
**Na** 141 (MAY 04) 142 (MAY 03) 139 (MAY 02) 141 (APR 30)
**K** 3.5 (MAY 04) 4.0 (MAY 03) 4.0 (MAY 02) 4.0 (APR 30)
**CO2** 21 (MAY 04) 23 (MAY 03) 26 (MAY 02) 26 (APR 30)
**Cl** 103 (MAY 04) 106 (MAY 03) 102 (MAY 02) 103 (APR 30)
**Cr** 0.89 (MAY 04) 0.99 (MAY 03) 0.97 (MAY 02) 1.00 (APR 30)
**BUN** 11 (MAY 04) 14 (MAY 03) 11 (MAY 02) 13 (APR 30)
**Glucose Random** H **128** (MAY 04) 94 (MAY 03) 95 (MAY 02) 102 (APR 30)
**Mg** 2.0 (MAY 04) 2.3 (APR 30)
**Phos** 3.6 (MAY 04)
**Ca** 9.5 (MAY 04) 9.8 (MAY 03) 9.5 (MAY 02) 10.0 (APR 30)
**PT** 10.6 (MAY 01)
**INR** 1.0 (MAY 01)
**PTT** 26 (MAY 01)

**PHYSICAL EXAM:**

**GEN: Alert/ No Acute Distress**

**HEENT: Atraumatic/Normocephalic**

**NECK: supple**

**NEURO:**

**Mood/Affect: appropriate to situation**

**Attention/Concentration: intact**

**Fund of Knowledge: age appropriate**

**Speech: fluent**

**CN 2-12: intact/no focal deficits**

**EOMI/PERRLA**

**Motor Strength: Moving all four extremities spontaneously and to command**

**Tone/Bulk: intact**

**Sensation: intact**

**Reflexes: deferred**

**FtN, RAM: deferred**

**Ambulation/Gait: deferred**

**Imaging:**
**CT brain 5/1/2025: No acute pathology.**
**MRI brain with and without contrast 5/3/25: There is no restriction of diffusion to suggest an acute ischemic event. There are a few**
**scattered T2 hyperintense white matter foci perhaps most notable in the region of the**
**right frontal opercular region. In a patient this age these findings are nonspecific.**

**EEG:**
**EEG 5/2/2025: This electroencephalogram is within normal limits.**

**ASSESSMENT:**
**Dysphagia ruled out brainstem pathology**
**Acute pulmonary embolism in the distal aspect of the segmental–proximal subsegmental branch of the right lower lobe**
**Dyspnea**
**Angina**
**PNES**
**Functional neurological disorder**
**Hypertension**
**Anxiety**
**Depression**
**Migraine headaches**
**Diabetes**

**PLAN:**
**Anticoagulation per IM, CBC per IM**
**Depakote**
**Seizure precautions**
**No driving, bathing, swimming alonw x 90 days**
**Repeat MRI brain with and without contrast in 1 years time out of abundance of precaution to reassess white matter foci**
**Continued outpatient follow-up with neurology, patient pending evaluation at tertiary center**

**Thank you very much for allowing us to participate in the care of your patient. Please do not hesitate to contact us for any questions or concerns.**

***Jasmine Chopra, D.O.***
***Board Certified Neurologist***
***Las Vegas Neurology Center***

## Document info

| | |
|---|---|
| Result type: | Respiratory Notes |
| Result date: | May 03, 2025, 07:41 a.m. |
| Result status: | authenticated |
| Performed by: | Desalegne Alene |
| Verified by: | Desalegne Alene |
| Modified by: | Desalegne Alene |

| | | | |
|---|---|---|---|
| **Patient:** | **JADE BURCH** | **DOB:** | **Jul 31, 1978** |

I have assessed and evaluated the patient for the efficacy of the inhalation therapy prescribed.
The medication and frequency is appropriate.

## Document info

| | |
|---|---|
| Result type: | Triage Note |
| Result date: | Apr 30, 2025, 09:25 p.m. |
| Result status: | authenticated |
| Performed by: | Ashli Simpson |
| Verified by: | Ashli Simpson |
| Modified by: | Ashli Simpson |

# ED Triage Vitals

| | | | |
|---|---|---|---|
| **Patient:** | **JADE BURCH** | **DOB:** | **Jul 31, 1978** |

**ED Triage Vitals Entered On: 4/30/2025 21:25 PDT**
**Performed On: 4/30/2025 21:25 PDT by Simpson, Ashli**

**ED Vitals**
*Temperature :* 36.6 DegC
*Temperature Convert C to F :* 97.9 DegF
*Temperature Method :* Temporal Artery

Simpson, Ashli - 4/30/2025 21:25 PDT