AO 440 (Rev. 06/12) Summons in a Civil Action

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 15 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ RJDG _____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEVADA

| | |
|---|---|
| Jade Riley Burch | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  2:25-cv-01408-JAD-MDC |
| Parallon Business Solutions, LLC | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  C T CORPORATION SYSTEM
C/O PARALLON BUSINESS SOLUTIONS, LLC
701 S. CARSON ST STE 200
CARSON CITY, NV 89701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jade Riley Burch
222 Karen Ave Unit 1207
Las Vegas, NV 89109
jaderburch@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**RJDG**

Date:  6/15/26
_____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

for the

DISTRICT OF NEVADA

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 15 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ RTDG DEPUTY

|  |  |
|---|---|
| Jade Riley Burch | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:25-cv-01408-JAD-MDC |
| | ) |
| Healthtrust Workforce Solutions, LLC | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  C T CORPORATION SYSTEM
c/o Healthtrust Workforce Solutions, LLC
701 S. CARSON ST STE 200
CARSON CITY, NV 89701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jade Riley Burch
222 Karen Ave Unit 1207
Las Vegas, NV 89109
jaderburch@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/15/26                                              RJDG

_____          _____
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 15 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ RJDG _____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEVADA

Jade Riley Burch

_____

*Plaintiff(s)*

v.

PLATINUM HOSPITALISTS, LLP

_____

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:25-cv-01408-JAD-MDC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PLATINUM HOSPITALISTS, LLP
7395 S PECOS BLVD STE 103
LAS VEGAS, NV, 89120, USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jade Riley Burch
222 Karen Ave Unit 1207
Las Vegas, NV 89109
jaderburch@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/15/26                                   RJDG

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEVADA

| | | |
|---|---|---|
| Jade Riley Burch | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:25-cv-01408-JAD-MDC |
| Fremont Emergency Services (Scherr), Ltd. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

FILED     RECEIVED
ENTERED     SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 15 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ RTDG _____ DEPUTY

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CORPORATION SERVICE COMPANY
C/O FREMONT EMERGENCY SERVICES (SCHERR), LTD.
112 NORTH CURRY STREET,
Carson City, NV, 89703, USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jade Riley Burch
222 Karen Ave Unit 1207
Las Vegas, NV 89109
jaderburch@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/15/26 _____

RJDG

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED _____ RECEIVED _____
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 15 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEVADA

Jade Riley Burch )
)
)
)
_____ )
Plaintiff(s) )
)
v. )   Civil Action No.  2:25-cv-01408-JAD-MDC
)
RELIANT PHYSICIANS (KUMAR) PLLC )
)
)
_____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NUTILE LAW
c/o RELIANT PHYSICIANS (KUMAR) PLLC
7395 S PECOS BLVD STE 103,
LAS VEGAS, NV, 89120, USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jade Riley Burch
222 Karen Ave Unit 1207
Las Vegas, NV 89109
jaderburch@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/15/26
_____

RJDG
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
            COUNSEL/PARTIES OF RECORD

         JUN 15 2026

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ RJDG _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEVADA

| | | |
|---|---|---|
| Jade Riley Burch | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:25-cv-01408-JAD-MDC |
| | ) | |
| RELIANT PHYSICIANS (KUMAR) PLLC | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NUTILE LAW
c/o RELIANT PHYSICIANS (KUMAR) PLLC
7395 S PECOS BLVD STE 103,
LAS VEGAS, NV, 89120, USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jade Riley Burch
222 Karen Ave Unit 1207
Las Vegas, NV 89109
jaderburch@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  6/15/26 _____

**RJDG**

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 15 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ RJDG  DEPUTY

## UNITED STATES DISTRICT COURT

### for the

### DISTRICT OF NEVADA

| | | |
|---|---|---|
| Jade Riley Burch | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:25-cv-01408-JAD-MDC |
| ALEXANDER F. AKHAVAN, M.D., LTD. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alexander F. Akhavan, MD, Ltd.
c/o Ronald E. Ericcson
44 WILLOW WISP TERRACE
LAS VEGAS, NV, 89074, USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jade Riley Burch
222 Karen Ave Unit 1207
Las Vegas, NV 89109
jaderburch@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/15/26 _____          **RJDG** _____
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEVADA

FILED RECEIVED
ENTERED SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 15 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ RJDG _____ DEPUTY

| | |
|---|---|
| Jade Riley Burch | ) ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:25-cv-01408-JAD-MDC |
| Michael A. Orber & Associates, Inc. | ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MICHAEL A. ORBER & ASSOCIATES, INC.
6167 BRISTOL PKWY 360
CULVER CITY, CA 90230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jade Riley Burch
222 Karen Ave Unit 1207
Las Vegas, NV 89109
jaderburch@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/15/26                                         RJDG
_____                    _____
                                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

___ FILED          ___ RECEIVED
___ ENTERED          ___ SERVED ON
                    COUNSEL/PARTIES OF RECORD

JUN 15 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ RJDG _____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEVADA

| | |
|---|---|
| Jade Riley Burch <br><br>_____ <br> *Plaintiff(s)* <br> v. <br> Jonathan Yaghoobian, MD <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 2:25-cv-01408-JAD-MDC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jonathan Yaghoobian, MD
10624 S EASTERN AVE # A-955
HENDERSON, NV 89052-2982
United States

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jade Riley Burch
222 Karen Ave Unit 1207
Las Vegas, NV 89109
jaderburch@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/15/26                                            **RJDG**
_____                                _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED _____ RECEIVED
ENTERED _____ SERVED ON

# UNITED STATES DISTRICT COURT

COUNSEL/PARTIES OF RECORD

for the

DISTRICT OF NEVADA

JUN 1 5 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ RJDG _____ DEPUTY

Jade Riley Burch )
)
)
)
_____ )
Plaintiff(s) )
v. ) Civil Action No. 2:25-cv-01408-JAD-MDC
)
Cinthya S. Cook, MSN/MHA, RN, CPPS )
)
)
_____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Cinthya S. Cook, MSN/MHA, RN, CPPS
3186 S. Maryland Pkwy,
Las Vegas, NV 89109
(Sunrise Hospital)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jade Riley Burch
222 Karen Ave Unit 1207
Las Vegas, NV 89109
jaderburch@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/15/26

**RJDG**

Signature of Clerk or Deputy Clerk



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

DISTRICT OF NEVADA

Jade Riley Burch

_____

*Plaintiff(s)*

v.

BRENT J. WRIGHT, DO

_____

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 2:25-cv-01408-JAD-MDC

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 15 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ RTDG _____ DEPUTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BRENT J. WRIGHT, DO
809 82nd Pkwy
Myrtle Beach,SC 29572

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jade Riley Burch
222 Karen Ave Unit 1207
Las Vegas, NV 89109
jaderburch@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 6/15/26

CLERK OF COURT

RJDG

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 15 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ RTDG _____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEVADA

| | |
|---|---|
| Jade Riley Burch | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| James Bindrup, MD | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 2:25-cv-01408-JAD-MDC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   James Bindrup, MD
9300 W Sunset Rd
Las Vegas, NV 89148

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jade Riley Burch
222 Karen Ave Unit 1207
Las Vegas, NV 89109
jaderburch@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**RJDG**

Date: 6/15/26

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED ___RECEIVED
ENTERED ___SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 15 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ RJDG ___ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEVADA

Jade Riley Burch

_____
*Plaintiff(s)*

v.

Rowena E. Achin, MD

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.   2:25-cv-01408-JAD-MDC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rowena E. Achin, MD
7455 W AZURE DR STE 140
LAS VEGAS, NV 89130-4431
United States

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jade Riley Burch
222 Karen Ave Unit 1207
Las Vegas, NV 89109
jaderburch@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/15/26
_____

RJDG

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

for the

DISTRICT OF NEVADA

Jade Riley Burch

—————————————————————
*Plaintiff(s)*

v.

Alexander F. Akhavan, MD

—————————————————————
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 15 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Civil Action No. 2:25-cv-01408-JAD-MDC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Alexander F. Akhavan, MD
3022 S DURANGO DR
SUITE 100
LAS VEGAS, NV 89117-4439
United States

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jade Riley Burch
222 Karen Ave Unit 1207
Las Vegas, NV 89109
jaderburch@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6|15|26
_____

**RJDG**
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

DISTRICT OF NEVADA

FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 15 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ RJDG _____ DEPUTY

| | |
|---|---|
| Jade Riley Burch | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:25-cv-01408-JAD-MDC |
| Tarik Alshaikh, DO | ) ) |
| _____ | ) ) ) ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Tarik Alshaikh, DO
3016 W Charleston Blvd., Suite 150
Las Vegas, NV 89102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jade Riley Burch
222 Karen Ave Unit 1207
Las Vegas, NV 89109
jaderburch@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/15/26                    **RJDG**

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED ___RECEIVED
___ENTERED ___SERVED ON

# UNITED STATES DISTRICT COURT COUNSEL/PARTIES OF RECORD

for the

DISTRICT OF NEVADA

JUN 1 5 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ RJVG _____ DEPUTY

| | |
|---|---|
| Jade Riley Burch | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Nicole Mann, RN | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.   2:25-cv-01408-JAD-MDC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Southern Hills Hospital
c/o Nicole Mann, RN
9300 W Sunset Rd,
Las Vegas, NV 89148

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jade Riley Burch
222 Karen Ave Unit 1207
Las Vegas, NV 89109
jaderburch@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/15/26

**RJDG**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
### DISTRICT OF NEVADA

FILED     RECEIVED

ENTERED     SERVED ON
COUNSEL/PARTIES OF RECORD

**JUN 15 2026**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ RTDU DEPUTY

| | |
|---|---|
| Jade Riley Burch | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No.   2:25-cv-01408-JAD-MDC |
| | ) |
| Jonathan Wirjo, DO | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Southern Hills Hospital
         c/o Jonathan Wirjo, DO
         660 S Green Valley Pkwy, #140
         Henderson Nevada 89052

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jade Riley Burch
         222 Karen Ave Unit 1207
         Las Vegas, NV 89109
         jaderburch@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/15/26 _____

**RJDG**

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

___ FILED            ___ RECEIVED
___ ENTERED          ___ SERVED ON
                     COUNSEL/PARTIES OF RECORD

JUN 15 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ RTD6 _____ DEPUTY

## UNITED STATES DISTRICT COURT

for the

### DISTRICT OF NEVADA

Jade Riley Burch

_____

*Plaintiff(s)*

v.

Michael A. Orber

_____

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:25-cv-01408-JAD-MDC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael A. Orber
6167 Bristol Parkway, Suite 360
Culver City, CA 90230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jade Riley Burch
222 Karen Ave Unit 1207
Las Vegas, NV 89109
jaderburch@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/15/26

RJDG

*Signature of Clerk or Deputy Clerk*