MICHAEL E. PRANGLE, ESQ.
Nevada Bar No. 8619
ZACHARY J. THOMPSON, ESQ.
Nevada Bar No. 11001
HALL PRANGLE LLC
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV  89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
Email: efile@hallprangle.com
*Attorneys for Defendants*
*HCA Healthcare, Inc.; Sunrise Hospital &Medical Center, LLC;*
*MountainView Hospital; and Southern Hills Hospital & Medical Center*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JADE RILEY BURCH, | CASE NO.:  2:25-cv-01408-JAD-MDC |
| Plaintiff, | |
| vs. | |
| HCA HEALTHCARE, INC.; SUNRISE HOSPITAL & MEDICAL CENTER, LLC; MOUNTAINVIEW HOSPITAL; and SOUTHERN HILLS HOSPITAL & MEDICAL CENTER, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' RESPONSIVE PLEADING** |
| Defendants. | |

Plaintiff, JADE RILEY BURCH and Defendants SUNRISE HOSPITAL & MEDICAL CENTER, LLC; MOUNTAINVIEW HOSPITAL; and SOUTHERN HILLS HOSPITAL & MEDICAL CENTER, by and through their attorneys of record, Michael E. Prangle, Esq. and Zachary J. Thompson, Esq. of HALL PRANGLE LLC, hereby stipulate as follows:

(1) The parties agree that the due date for Defendants SUNRISE HOSPITAL & MEDICAL CENTER, LLC; MOUNTAINVIEW HOSPITAL; and SOUTHERN HILLS HOSPITAL & MEDICAL CENTER's responsive pleading to the Second Amended Complaint (ECF No. 86, filed on June 10, 2026) is hereby extended by 14 days to July 8, 2026.

(2) The parties previously conferred via email about Defendants' counsel needing additional time to investigate the new allegations in Plaintiff's operative Second Amended Complaint in order to assess and assert defenses at the pleading stage. There

**HALL PRANGLE LLC**
1140 NORTH TOWN CENTER DRIVE, STE. 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400   FACSIMILE: 702-384-6025

are a number of federal claims invoking different federal statutes against multiple Defendants (Title III of the Americans With Disabilities Act, Section 504 of the Rehabilitation Act, Civil Racketeer Influenced and Corrupt Organizations Act, Emergency Medical Treatment & Labor Act)), and state-law claims.

IT IS SO STIPULATED.

Dated this 23rd day of June, 2026.                    Dated this 23rd day of June, 2026.

*/s/ Jade Riley Burch*                                         */s/ Michael Prangle*
JADE RILEY BURCH                                        MICHAEL E. PRANGLE, ESQ.
222 Karen Ave., Unit 1207                              Nevada Bar No. 8619
Las Vegas, NV 89109                                       ZACHARY J. THOMPSON, ESQ.
*Pro Per Plaintiff*                                            Nevada Bar No. 11001
                                                                     HALL PRANGLE LLC
                                                                     1140 N. Town Center Dr., Ste. 350
                                                                     Las Vegas, NV 89144
                                                                     *Attorneys for Defendants*
                                                                     *HCA Healthcare, Inc.; Sunrise Hospital*
                                                                     *&Medical Center, LLC; MountainView*
                                                                     *Hospital; and Southern Hills Hospital &*
                                                                     *Medical Center*

### ORDER

Pursuant to the terms of the attached stipulation, the Court orders as follows:

(1) The due date for Defendants SUNRISE HOSPITAL & MEDICAL CENTER, LLC; MOUNTAINVIEW HOSPITAL; and SOUTHERN HILLS HOSPITAL & MEDICAL CENTER responsive pleading to the Second Amended Complaint (ECF No. 86) is extended to July 8, 2026.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Dated: June 24, 2026

HALL PRANGLE LLC
1140 NORTH TOWN CENTER DRIVE, STE. 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025