Jade Riley Burch
Plaintiff, Pro Se
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Tel: (614) 725-9452
Email: jaderburch@gmail.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Jade Riley Burch, | Case No.: 2:25-cv-01408-JAD-MDC |
| Plaintiff. | |
| vs. | **STIPULATION AND ORDER TO SET SETTLEMENT CONFERENCE** |
| SUNRISE HOSPITAL & MEDICAL CENTER, LLC; MOUNTAINVIEW HOSPITAL, INC.; SOUTHERN HILLS HOSPITAL & MEDICAL CENTER, LLC; et al., | |
| Defendants. | |

Plaintiff Jade Riley Burch, appearing pro se, and Defendants Sunrise Hospital and Medical Center, Southern Hills Hospital and Medical Center, and MountainView Hospital (collectively, the "Appearing Defendants"), by and through their counsel of record, Hall Prangle LLC, hereby stipulate and respectfully request that the Court set this matter for a settlement conference before United States Magistrate Judge Maximiliano D. Couvillier III, or before such other magistrate judge as the Court may designate.

### I. Basis for the request

1. The parties have conferred regarding the potential resolution of this action and agree that a judicial settlement conference may assist in resolving some or all of the issues in dispute.

2. The Appearing Defendants have advised that they are willing to participate in a judicial settlement conference. Plaintiff is likewise willing to participate. The parties agree that a settlement

conference conducted by a magistrate judge offers an efficient opportunity to evaluate potential resolution before the parties incur additional litigation expense.

3. The Court is authorized to set any appropriate civil case for a settlement conference or other alternative method of dispute resolution. LR 16-5.[1] A magistrate judge may conduct such a conference upon designation by the district judge. 28 U.S.C. § 636(b)(3).

4. Because this stipulation requests relief that requires the Court's approval and implicates the Court's calendar, it is submitted for entry as an order. See LR 7-1; LR IA 6-2.

## II. Scope of the conference

5. This stipulation is limited to the parties who have appeared in this action. The Appearing Defendants do not stipulate on behalf of, and Plaintiff does not seek relief affecting, any defendant that has not been served or has not appeared.

6. The parties request that the conference be set at the Court's earliest convenient date. Each party will comply with the settlement judge's standing procedures governing confidential settlement statements, attendance, and the presence of persons with full settlement authority.

7. Plaintiff has expressed an interest in a global resolution of this action. Nothing in this stipulation obligates any party to negotiate on a global basis, and nothing in it limits the scope of what the parties may address at the conference should they mutually elect to do so.

---

[1] LR 16-5 vests the Court with discretion to set any appropriate civil case for a settlement conference, summary jury trial, or other alternative method of dispute resolution. The parties invoke that discretion rather than assert any entitlement to a conference.

### III. Effect on existing deadlines and pending motions

8. This stipulation does not extend, shorten, or otherwise alter any deadline in this case. The operative deadline for service on the remaining defendants, September 8, 2026, is unaffected, and Plaintiff will continue to effect service within that period.

9. The parties do not seek a stay of discovery. Discovery will proceed according to the operative scheduling order while the settlement conference is pending.[2]

10. The Appearing Defendants' pending motion to dismiss remains pending and is unaffected by this stipulation. Participation in the settlement conference does not withdraw, modify, or waive that motion, any defense asserted or available, or any objection to jurisdiction, service, or venue.[3]

11. Nothing in this stipulation constitutes an admission of liability by any party, and no party concedes the merits of any claim or defense by agreeing to participate.

12. Statements made and materials exchanged in connection with the settlement conference are subject to Federal Rule of Evidence 408 and to the confidentiality procedures of the settlement judge.[4]

---

[2]A pending dispositive motion does not itself stay discovery in this District. A party seeking a stay must move for one and satisfy the applicable standard. No party seeks that relief here.

[3]The Appearing Defendants' agreement to participate is a settlement posture, not a merits concession. Courts routinely refer cases to settlement conferences while dispositive motions remain under submission, and referral neither delays nor prejudices resolution of those motions.

[4]Fed. R. Evid. 408 bars the use of settlement conduct and statements to prove or disprove the validity or amount of a disputed claim, or for impeachment by prior inconsistent statement.

### IV. Stipulated request

13. The parties therefore stipulate and respectfully request that the Court:

(a) set this matter for a settlement conference before Magistrate Judge Maximiliano D. Couvillier III, or before such other magistrate judge as the Court designates, at the Court's earliest convenient date;

(b) direct that the conference proceed as to Plaintiff and the Appearing Defendants only, without prejudice to the later participation of any defendant subsequently served or appearing; and

(c) confirm that all existing deadlines, including the September 8, 2026 service deadline and the deadlines in the operative scheduling order, remain in effect.

14. This stipulation is entered solely for the purpose of requesting a settlement conference. Except as expressly stated herein, it shall not be construed as modifying the parties' substantive rights or procedural positions in this action.

IT IS SO STIPULATED.

DATED this 3rd day of August, 2026.

/s/ **Jade Riley Burch**
Jade Riley Burch
222 Karen Avenue, Unit 1207
Las Vegas, Nevada 89109
Tel: (614) 725-9452
Email: jaderburch@gmail.com
*Plaintiff, Pro Se*

**HALL PRANGLE  LLC**

/s/ Zachary Thompson
Michael E. Prangle, Esq.
Zachary Thompson, Esq.
1140 North Town Center Drive, Suite 350
Las Vegas, Nevada 89144
Tel: (702) 212-1448
Email: zthompson@hallprangle.com

*Attorneys for Sunrise Hospital and Medical Center, Southern Hills Hospital and Medical Center, and MountainView Hospital*

**ORDER**

Upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that this matter is set for a settlement conference before the undersigned as to Plaintiff and the Appearing Defendants. The Court will issue a separate order regarding the settlement conference in this case.

IT IS FURTHER ORDERED that the parties shall comply with the Court's procedures governing confidential settlement statements and attendance by persons with full settlement authority.

IT IS FURTHER ORDERED that all existing deadlines in this action remain in effect.

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: _____August 4, 2026_____